## **INDEX OF EXHIBITS**

**Exhibit A – Mr. Worrell's Last Will**

**Exhibit B – Letters Testamentary**

**Exhibit C – A true & correct copy of the complaint in the New York Suit**

**Exhibit D - A true and correct copy of Clinton's Declaration in the New York Suit**

**Exhibit E – A partial list of many Recordings Mr. Worrell was integral in creating**