| ALBUM TITLE | TRACK TITLE |
|---|---|
| All The Woo In The World | Woo Together |
| All The Woo In The World | I'll Be With You |
| All The Woo In The World | Hold On |
| All The Woo In The World | Much Thrust |
| All The Woo In The World | Happy To Have (Happiness On Our Side) |
| All The Woo In The World | Insurance Man For The Funk |
| All The Woo In The World | Reprise: Much Thrust |
| America Eats Its Young | You Hit The Nail On The Head |
| America Eats Its Young | If You Don't Like The Effects, Don't Produce The Cause |
| America Eats Its Young | Everybody Is Going To Make It This Time |
| America Eats Its Young | A Joyful Process |
| America Eats Its Young | We Hurt Too |
| America Eats Its Young | Loose Booty |
| America Eats Its Young | Philmore |
| America Eats Its Young | Pussy |
| America Eats Its Young | America Eats Its Young |
| America Eats Its Young | Biological Speculation |
| America Eats Its Young | That Was My Girl |
| America Eats Its Young | Balance |
| America Eats Its Young | Miss Lucifer's Love |
| America Eats Its Young | Wake Up |
| Bootsy? Player of the Year | Bootsy? (What's The Name Of This Town) |
| Bootsy? Player of the Year | May The Force Be With You |
| Bootsy? Player of the Year | Very Yes |
| Bootsy? Player of the Year | Bootzilla |
| Bootsy? Player of the Year | Hollywood Squares |
| Bootsy? Player of the Year | Roto-Rooter |
| Bootsy? Player of the Year | As In (I Love You) |
| Chocolate City | Chocolate City |
| Chocolate City | Ride On |
| Chocolate City | Together |
| Chocolate City | Side Effects |
| Chocolate City | What Comes Funky |
| Chocolate City | Let Me Be |
| Chocolate City | If It Don't Fit (Don't Force It) |
| Chocolate City | I Misjudged You |
| Chocolate City | Big Footin' |
| Cosmic Slop | Nappy Dugout |

| ALBUM TITLE | TRACK TITLE |
|---|---|
| Cosmic Slop | You Can't Miss What You Can't Measure |
| Cosmic Slop | March To The Witch's Castle |
| Cosmic Slop | Let's Make It Last |
| Cosmic Slop | Cosmic Slop |
| Cosmic Slop | No Compute |
| Cosmic Slop | This Broken Heart |
| Cosmic Slop | Trash-A-Go-Go |
| Cosmic Slop | Can't Stand The Strain |
| Finest | I'll Bet You |
| Finest | I Got A Thing, You Got A Thing, Everybody Got A Thing |
| Finest | Funky Dollar Bill |
| Finest | I Wanna Know If It's Good To You |
| Finest | Hit It & Quit It |
| Finest | You & Your Folks, Me & My Folks |
| Finest | A Joyful Process |
| Finest | Loose Booty |
| Finest | You Can't Miss What You Can't Measure |
| Finest | Cosmic Slop |
| Finest | Red Hot Mama |
| Finest | Standing On The Verge Of Getting It On |
| Finest | Let's Take It To The Stage |
| Finest | Get Off Your Ass & Jam |
| Finest | Undisco Kidd |
| Finest | Maggot Brain (Live) |
| Free Your Mind And Your Ass Will Follow | Free Your Mind And Your Ass Will Follow |
| Free Your Mind And Your Ass Will Follow | Friday Night, August 14th |
| Free Your Mind And Your Ass Will Follow | Funky Dollar Bill |
| Free Your Mind And Your Ass Will Follow | I Wanna Know If It's Good To You |
| Free Your Mind And Your Ass Will Follow | Some More |
| Free Your Mind And Your Ass Will Follow | Eulogy And Light |
| Funk Or Walk | Disco To Go |
| Funk Or Walk | War Ship Touchante |
| Funk Or Walk | Nappy |
| Funk Or Walk | Birdie |

| ALBUM TITLE | TRACK TITLE |
|---|---|
| Funk Or Walk | Just Like You |
| Funk Or Walk | When You're Gone |
| Funk Or Walk | Amorous |
| Funkadelic | Mommy, What's A Funkadelic? |
| Funkadelic | I Bet You |
| Funkadelic | Music For My Mother |
| Funkadelic | I Got A Thing, You Got A Thing, Everybody's Got A Thing |
| Funkadelic | Good Old Music |
| Funkadelic | Qualify & Satisfy |
| Funkadelic | What Is Soul |
| Funkentelechy vs. The Placebo Syndrome | Bop Gun (Endangered Species) |
| Funkentelechy vs. The Placebo Syndrome | Sir Nose D'Voidoffunk (Pay Attention - B3M) |
| Funkentelechy vs. The Placebo Syndrome | Wizard Of Finance |
| Funkentelechy vs. The Placebo Syndrome | Funkentelechy |
| Funkentelechy vs. The Placebo Syndrome | Placebo Syndrome |
| Funkentelechy vs. The Placebo Syndrome | Flash Light |
| Game, Dames and Guitar Thangs | So Goes The Story |
| Game, Dames and Guitar Thangs | California Dreamin' (Reprise) |
| Game, Dames and Guitar Thangs | I Want You (She's So Heavy) |
| Game, Dames and Guitar Thangs | What About It? |
| Game, Dames and Guitar Thangs | Frantic Moment |
| Game, Dames and Guitar Thangs | Physical Love |
| Game, Dames and Guitar Thangs | California Dreamin' |
| Hardcore Jollies | Comin' Round The Mountain |
| Hardcore Jollies | Smokey |
| Hardcore Jollies | If You Got Funk, You Got Style |
| Hardcore Jollies | Hardcore Jollies |
| Hardcore Jollies | Soul Mate |
| Hardcore Jollies | Cosmic Slop (Live) |
| Hardcore Jollies | You Scared The Lovin' Outta Me |
| Hardcore Jollies | Adolescent Funk |
| Hit It And Quit It B Side | Whole Lot Of BS |
| Let's Take It To The Stage | Atmosphere |
| Let's Take It To The Stage | Be My Beach |
| Let's Take It To The Stage | Better By The Pound |
| Let's Take It To The Stage | Get Off Your Ass And Jam |

| ALBUM TITLE | TRACK TITLE |
| --- | --- |
| Let's Take It To The Stage | Good To Your Earhole |
| Let's Take It To The Stage | I Owe You Something Good |
| Let's Take It To The Stage | Lead Guitar [Uncredited] – Paul Warren |
| Let's Take It To The Stage | Lead Guitar [Uncredited] – Paul Warren |
| Let's Take It To The Stage | Let's Take It To The Stage |
| Let's Take It To The Stage | No Head, No Backstage Pass |
| Let's Take It To The Stage | Stuffs & Things |
| Let's Take It To The Stage | The Song Is Familiar |
| Live (P. Funk Earth Tour) | P-Funk (Wants To Get Funked Up) |
| Live (P. Funk Earth Tour) | Children Of Production |
| Live (P. Funk Earth Tour) | Do That Stuff |
| Live (P. Funk Earth Tour) | Dr. Funkenstein |
| Live (P. Funk Earth Tour) | Dr. Funkentstein's Supergroovalisticprosifunkstication Medley |
| Live (P. Funk Earth Tour) | Fantasy Is Reality |
| Live (P. Funk Earth Tour) | Featuring, Vocals [Lead Snore] – Mike Hampton* |
| Live (P. Funk Earth Tour) | Featuring, Vocals [Lead Snore] – Mike Hampton* |
| Live (P. Funk Earth Tour) | Gamin' On Ya! |
| Live (P. Funk Earth Tour) | Get Off Your Ass And Jam |
| Live (P. Funk Earth Tour) | Give Up The Funk (Tear The Roof Off The Sucker) |
| Live (P. Funk Earth Tour) | Lead Vocals – Glen Goins |
| Live (P. Funk Earth Tour) | Lead Vocals – Glen Goins |
| Live (P. Funk Earth Tour) | Let's Take It To The Stage |
| Live (P. Funk Earth Tour) | Mothership Connection (Star Child) |
| Live (P. Funk Earth Tour) | Night Of The Thumpasorus People |
| Live (P. Funk Earth Tour) | Swing Down, Sweet Chariot |
| Live (P. Funk Earth Tour) | Take Your Dead Ass Home (Say Sam'n Nasty) |
| Live (P. Funk Earth Tour) | Tear The Roof Off The Sucker Medley |
| Live (P. Funk Earth Tour) | The Landing (Of The Holy Mothership) |

| ALBUM TITLE | TRACK TITLE |
|---|---|
| Live (P. Funk Earth Tour) | The Undisco Kid (This Girl Is Bad!) |
| Live (P. Funk Earth Tour) | This Is The Way We Funk With You |
| Maggot Brain | Maggot Brain |
| Maggot Brain | Can You Get To That |
| Maggot Brain | Hit It And Quit It |
| Maggot Brain | You And Your Folks, Me And My Folks |
| Maggot Brain | Super Stupid |
| Maggot Brain | Back In Our Minds |
| Maggot Brain | Wars Of Armageddon |
| Mothership Connection | P. Funk (Wants To Get Funked Up) |
| Mothership Connection | Mothership Connection (Star Child) |
| Mothership Connection | Unfunky UFO |
| Mothership Connection | Supergroovalisticprosifunkstication |
| Mothership Connection | Handcuffs |
| Mothership Connection | Give Up The Funk (Tear The Roof Off The Sucker) |
| Mothership Connection | Night Of The Thumpasorus Peoples |
| Motor Booty Affair | Mr. Wiggles |
| Motor Booty Affair | Rumpofsteelskin |
| Motor Booty Affair | (You're A Fish And I'm A) Water Sign |
| Motor Booty Affair | Aqua Boogie (A Psychoalphadiscobetabioaquadoloop) |
| Motor Booty Affair | One Of Those Funky Things |
| Motor Booty Affair | Liquid Sunshine |
| Motor Booty Affair | The Motor-Booty Affair |
| Motor Booty Affair | Deep |
| One Nation Under A Groove | One Nation Under A Groove |
| One Nation Under A Groove | Groovallegiance |
| One Nation Under A Groove | Who Says A Funk Band Can't Play Rock?! |
| One Nation Under A Groove | Promentalshitbackwashpsychosis Enema Squad (The Doo Doo Chasers) |
| One Nation Under A Groove | Into You |

| ALBUM TITLE | TRACK TITLE |
|---|---|
| One Nation Under A Groove | Cholly (Funk Getting Ready To Roll!) |
| One Nation Under A Groove | Maggot Brain |
| One Nation Under A Groove | Chant (Think It Ain't Illegal Yet!) |
| One Nation Under A Groove | Lunchmeataphobia (Think! It Ain't Illegal Yet!) |
| One Nation Under A Groove | P.E. Squad / Doo Doo Chasers |
| Osmium | I Call My Baby Pussycat |
| Osmium | Put Love In Your Life |
| Osmium | Little Ole Country Boy |
| Osmium | Moonshine Heather |
| Osmium | Oh Lord, Why Lord / Prayer |
| Osmium | My Automobile |
| Osmium | Nothing Before Me But Thang |
| Osmium | Funky Woman |
| Osmium | Livin' The Life |
| Osmium | The Silent Boatman |
| Pleasure Principle | Pleasure Principle |
| Pleasure Principle | Love Amnesia |
| Pleasure Principle | Cookie Jar |
| Pleasure Principle | Misunderstanding |
| Pleasure Principle | Are You Dreaming? |
| Pleasure Principle | Mr. Melody Man |
| Standing On The Verge Of Getting It On | Red Hot Mama |
| Standing On The Verge Of Getting It On | Alice In My Fantasies |
| Standing On The Verge Of Getting It On | I'll Stay |
| Standing On The Verge Of Getting It On | Sexy Ways |
| Standing On The Verge Of Getting It On | Standing On The Verge Of Getting It On |
| Standing On The Verge Of Getting It On | Jimmy's Got A Little Bit Of Bitch In Him |
| Standing On The Verge Of Getting It On | Good Thoughts, Bad Thoughts |
| Stretchin Out In Bootsy's Rubber Band | Stretchin' Out (In A Rubber Band) |
| Stretchin Out In Bootsy's Rubber Band | Psychoticbumpschool |
| Stretchin Out In Bootsy's Rubber Band | Another Point Of View |
| Stretchin Out In Bootsy's Rubber Band | I'd Rather Be With You |
| Stretchin Out In Bootsy's Rubber Band | Love Vibes |
| Stretchin Out In Bootsy's Rubber Band | Physical Love |

| ALBUM TITLE | TRACK TITLE |
|---|---|
| Stretchin Out In Bootsy's Rubber Band | Vanish In Our Sleep |
| Tales of Kidd Funkadelic | Butt-To-Buttresuscitation |
| Tales of Kidd Funkadelic | Let's Take It To The People |
| Tales of Kidd Funkadelic | Undisco Kidd |
| Tales of Kidd Funkadelic | Take Your Dead Ass Home! (Say Som'n Nasty) |
| Tales of Kidd Funkadelic | I'm Never Gonna Tell It |
| Tales of Kidd Funkadelic | Tales Of Kidd Funkadelic (Opusdelite Years) |
| Tales of Kidd Funkadelic | How Do Yeaw View You? |
| The Clones of Dr. Funkenstein | Prelude |
| The Clones of Dr. Funkenstein | Gamin' On Ya |
| The Clones of Dr. Funkenstein | Dr. Funkenstein |
| The Clones of Dr. Funkenstein | Children Of Production |
| The Clones of Dr. Funkenstein | Getten' To Know You |
| The Clones of Dr. Funkenstein | Do That Stuff |
| The Clones of Dr. Funkenstein | Everything Is On The One |
| The Clones of Dr. Funkenstein | I've Been Watching You (Move Your Sexy Body) |
| The Clones of Dr. Funkenstein | Funkin' For Fun |
| The Electric Spanking of War Babies | Electro-Cuties |
| The Electric Spanking of War Babies | Funk Gets Stronger (Part I) |
| The Electric Spanking of War Babies | Brettino's Bounce |
| The Electric Spanking of War Babies | Funk Gets Stronger (Killer Millimeter Longer Version) |
| The Electric Spanking of War Babies | She Loves You |
| The Electric Spanking of War Babies | Shockwaves |
| The Electric Spanking of War Babies | Oh, I |
| The Electric Spanking of War Babies | Icka Prick |
| The Electric Spanking of War Babies | The Electric Spanking Of War Babies |
| This Boot Is Made For Fonk-n | Under The Influence Of A Groove |
| This Boot Is Made For Fonk-n | Bootsy Get Live |
| This Boot Is Made For Fonk-n | Oh Boy Gorl |
| This Boot Is Made For Fonk-n | Jam Fan (Hot) |
| This Boot Is Made For Fonk-n | Chug-A-Lug (The Bun Patrol) |
| This Boot Is Made For Fonk-n | Shejam (Almost Bootsy Show) |
| This Boot Is Made For Fonk-n | Reprise (Get Live) |
| Toys | Heart Trouble AKA You Can't Miss What You Can't Measure |

| ALBUM TITLE | TRACK TITLE |
| --- | --- |
| Toys | The Goose That Laid The Golden Egg |
| Toys | Vampy Funky Bernie (3rd Tune Olympic) |
| Toys | Talk About Jesus |
| Toys | Slide On In (2nd Tune Olympic) |
| Toys | Stink Finger |
| Toys | Magnififunk |
| Toys | Wars Of Armageddon (Karaoke Version) |
| Toys | 2 Dollars & 2 Dimes |
| Toys | Cosmic Slop |
| Trombipulation | Crush It |
| Trombipulation | Trombipulation |
| Trombipulation | Long Way Around |
| Trombipulation | Agony Of Defeet |
| Trombipulation | New Doo Review |
| Trombipulation | Let's Play House |
| Trombipulation | Body Language |
| Trombipulation | Peek-A-Groove |
| Uncle Jam Wants You | Freak Of The Week |
| Uncle Jam Wants You | (Not Just) Knee Deep |
| Uncle Jam Wants You | Uncle Jam |
| Uncle Jam Wants You | Field Maneuvers |
| Uncle Jam Wants You | Holly Wants To Go To California |
| Uncle Jam Wants You | Foot Soldiers (Star-Spangled Funky) |
| Up For The Down Stroke | Up For The Down Stroke |
| Up For The Down Stroke | Testify |
| Up For The Down Stroke | The Goose |
| Up For The Down Stroke | I Can Move You (If You Let Me) |
| Up For The Down Stroke | I Just Got Back (From The Fantasy: Ahead Of Our Time In The Four Lands Of Ellet) |
| Up For The Down Stroke | All Your Goodies Are Gone |
| Up For The Down Stroke | Whatever Makes Baby Feel Good |
| Up For The Down Stroke | Presence Of A Brain |