AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 4:22-cv-11009-SDK-DRG

This summons for *(name of individual and title, if any)* George Clinton
was received by me on *(date)* July 13, 2022

[X] I personally served the summons on the individual at *(place)* 2901 Grand River Ave Detroit, MI 48201 on *(date)* July 15, 2022 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other: *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: July 16, 2022

Server's Signature: Martin Monroe

Printed Name and Title: Martin B. Monroe, Process Server

Server's address: 1846 W Michigan Ave Saginaw, MI 48602

Additional information regarding attempted service, etc.: