UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ESTATE OF GEORGE BERNARD WORRELL, JR.,

        PLAINTIFF,         Case No. 4:22-cv-11009
                                            Hon. Shalina D. Kumar
                                            Hon. Mag. David R. Grand

v.

THANG, INC., GEORGE CLINTON, SONY
MUSIC ENTERTAINMENT, UNIVERSAL
MUSIC GROUP, WARNER BROTHERS RECORDS,
HDH RECORDS, WESTBOUND RECORDS, AND
SOUND EXCHANGE, INC.,

                        DEFENDANTS.
_____

JAMES P. ALLEN, SR. (P52885)
Allen Brothers, PLLC
401 N. Main Street
Royal Oak, MI 48067
(313) 962-7777
jamesallen@allenbrotherspllc.com
Attorneys for Defendants, Thang, Inc.
and George Clinton, only
_____

## INDEX OF EXHIBITS

Exhibit A                      New York Verified Complaint

Exhibit B                      State of Washington Statutory Language

Exhibit C                      Docket Sheet