# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ESTATE OF GEORGE BERNARD WORRELL, JR.,

    Plaintiff,

vs.

THANG, INC.; GEORGE CLINTON; SONY MUSIC ENTERTAINMENT; UNIVERSAL MUSIC GROUP; WARNER BROTHERS RECORDS; HDH RECORDS; WESTBOUND RECORDS; and SOUNDEXCHANGE, INC.,

    Defendants.

Case No. 4:22-cv-11009-FKB-DRG
District Judge F. Kay Behm
Magistrate Judge David R. Grand

___

DANIEL D. QUICK (P48109)
Dickinson Wright PLLC
2600 W. Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7200 // Fax (844) 670-6009
dquick@dickinsonwright.com
*Attorneys for Plaintiff*

DAVID E. PLUNKETT (P66696)
Williams, Williams, Rattner & Plunkett, P.C.
380 N. Old Woodward Avenue
Birmingham, MI 48009
(248) 642-0333 // Fax (248) 642-0856
dep@wwrplaw.com

JAMES P. ALLEN, SR. (P52885)
PETER E. DOYLE (P81815)
Schenk & Bruetsch PLC
211 W. Fort Street, Suite 1410
Detroit, MI 48226-3236
(313) 774-1000 // Cell 313-779-0053
james.allen@sbdetroit.com
peter.doyle@sbdetroit.com
*Attorneys for Defendants Thang, Inc. & George Clinton, only*

BARRY I. SLOTNICK
JORDAN A. MEDDY
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000
bslotnick@loeb.com
jmeddy@loeb.com
*Attorneys for Def. SoundExchange, Inc.*

___

## ORDER STRIKING ORDER OF AUGUST 29, 2023 (ECF NO. 60) AND DISMISSING MUSIC COMPANY DEFENDANTS WITHOUT PREJUDICE

**WHEREAS** Plaintiff and defendants Sony Music Entertainment, UMG Recordings, Inc. (sued as "Universal Music Group") and Warner Records Inc. (sued as "Warner Brothers Records") (collectively, the "Music Company Defendants") agreed to a Stipulated Order which was entered by the Court on August 29, 2023 ("Order");

**WHEREAS** Defendants Thang, Inc. and George Clinton (collectively, the "Clinton Defendants") filed a Motion (ECF No. 63) on September 12, 2023 to vacate the Order;

**WHEREAS** Plaintiff and the Music Company Defendants, while believing the Order to have been entered appropriately, have agreed with the Clinton Defendants to strike the Order and to otherwise stipulate to this Order;

**WHEREAS** the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED:

1. The Order of August 29, 2023 (ECF No. 60) is hereby struck;

2. Sony Music Entertainment, UMG Recordings, Inc. (sued as "Universal Music Group") and Warner Records Inc. (sued as "Warner Brothers Records") (collectively, the "Music Company Defendants") are dismissed, without prejudice, and with all parties to bear their own fees and costs to date; and

3. The Clinton Defendants' Motion (ECF No. 63) is withdrawn without an award of costs or fees to any party.

**IT IS SO ORDERED.**

<u>s/F. Kay Behm</u>
Hon. F. Kay Behm
United States District Judge

Dated:  October 20, 2023

STIPULATED AND AGREED TO:

<u> */s/ Daniel D. Quick*            </u>
Daniel D. Quick (P48109)
Counsel for Plaintiff

<u> */s/ JoAn Cho*            </u>
On behalf of UMG Recordings

<u> */s/ David Jacoby*            </u>
On behalf of Sony Music

<u> */s/ Julian K. Petty*            </u>
On behalf of Warner Records Inc.

<u> */s/ Peter E. Doyle*            </u>
On behalf of George Clinton and Thang, Inc.

4883-4518-0289 v3 [101112-1]