UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

George Worrell, Jr,

                Plaintiff(s),

v.                                          Case No. 4:22−cv−11009−FKB−DRG
                                              Hon. F. Kay Behm

Thang, Inc., et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before Magistrate Judge David R. Grand at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan. The following motion(s) are scheduled for hearing:

        Motion to Compel – #88
        Motion to Extend – #89

- MOTION HEARING: December 16, 2024 at 10:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/E. Butts
                                                             Case Manager

Dated: November 5, 2024