# Exhibit A

1

```
                 UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF MICHIGAN


   ESTATE OF GEORGE BERNARD WORRELL, JR.,

            Plaintiff,
                                 Case No. 4:22-cv-11009-FKB-DRG
   -vs-                           District Judge F. Kay Behm
                                  Magistrate Judge: David R. Grand

   THANG, INC. and GEORGE CLINTON,

            Defendants.
   _____/


        The deposition of CARL CAFAGNA, a witness in the

   above-entitled cause, taken before Suzanne Lynn Bonarek,

   Certified Shorthand Reporter and Notary Public, via Zoom

   videoconferencing, on the 18th day of October, 2024

   commencing at or about 12:03 p.m., pursuant to the Federal

   Rules of Civil Procedure.

   APPEARANCES:
        DICKINSON WRIGHT, PLLC
        2600 West Big Beaver
        Suite 300
        Troy, Michigan  48084
        BY:  MR. DANIEL QUICK
             Appearing on behalf of Plaintiff

        SCHENK & BRUETSCH, PLC
        211 West Fort Street
        Suite 1410
        Detroit, Michigan  48226
        BY:  MR. JAMES ALLEN, SR.
             Appearing on behalf of Defendants

        (NOTE:  All attendees appearing remotely.  Witness
        sworn in remotely pursuant to agreement.)
```

```
                        I N D E X
WITNESS                                         PAGE

   CARL CAFAGNA

       Examination by Mr. Allen                  5
       Examination by Mr. Quick                  30



                       E X H I B I T S

DESIGNATION              DESCRIPTION            MARKED

Exhibit No. 1 Phonograph Recording Contract

       Blanks, Bates AFM000001-45                31
```

| | | |
|---|---|---|
| 1 | Q | And are you generally familiar with the terms and |
| 2 | | conditions of the existing Collective Bargaining |
| 3 | | Agreement that Local 5 is under with contracting |
| 4 | | companies? |
| 5 | A | There are many agreements to which we would be |
| 6 | | subject. I am familiar with some, but not all of |
| 7 | | them. |
| 8 | Q | Do you have any knowledge of the Collective Bargaining |
| 9 | | Agreements, the contents of Collective Bargaining |
| 10 | | Agreements that would have been in effect during the |
| 11 | | 1970's? |
| 12 | A | No. |
| 13 | Q | Have you ever seen Collective Bargaining Agreements |
| 14 | | from the 1970's that Local 5 has with any of the |
| 15 | | various recording studios in the area? |
| 16 | A | No, I have not. |
| 17 | Q | And so you don't have any testimony to offer here |
| 18 | | today about the contents of what may have been |
| 19 | | Collective Bargaining Agreements that Local 5 had in |
| 20 | | the 1970's? |
| 21 | A | Correct, I do not. |
| 22 | Q | ==Did you make any search for any of the Collective== |
| 23 | | ==Bargaining Agreements that applied -- that would apply== |
| 24 | | ==to the records that you did produce?== |
| 25 | A | ==We don't have those here. Those would be stored with== |

|    |   |                                                                          |
|----|---|--------------------------------------------------------------------------|
| 1  |   | the American Federation of Musicians under the                           |
| 2  |   | particular auspices of John Painting, who is currently                   |
| 3  |   | serving as the Director of Electronic Media Services.                    |
| 4  |   | Some of the materials may also be housed at the AFM's                    |
| 5  |   | west coast office, which has its own separate staff.                     |
| 6  |   | The policy here is the only CBA's we retain                              |
| 7  |   | are the ones in which we are the primary                                 |
| 8  |   | representative of the bargaining unit; that is to say,                   |
| 9  |   | those which pertain specifically to Local 5.                             |
| 10 | Q | And are you aware of any of the -- are you aware of                      |
| 11 |   | the existence of any other policies that may have                        |
| 12 |   | governed your union members that -- the terms and                        |
| 13 |   | conditions of your union members back in the 1970's?                     |
| 14 | A | I'm not.                                                                 |
| 15 | Q | Okay. Is there somebody at Local 5 that would have                       |
| 16 |   | that information?                                                        |
| 17 | A | Possibly; however, that person is currently out of the                   |
| 18 |   | country in Italy on vacation.                                            |
| 19 | Q | And you've done a diligent search of records and you                     |
| 20 |   | produced this morning 45 pages worth of phonograph                       |
| 21 |   | recording contract -- or the -- the 45 pages worth of                    |
| 22 |   | what are captioned Phonograph Recording Contract                         |
| 23 |   | Blank.                                                                   |
| 24 |   | Were you able to locate any other records                                |
| 25 |   | other than the ones that you produced?                                   |

| | | |
|---|---|---|
| 1 | A | Yes, we have other similar records. I sent you every |
| 2 | | single one that contains the name Bernard Worrell, |
| 3 | | Junior. |
| 4 | Q | Okay. And how did you go about the search? |
| 5 | A | There's a physical file that I've been directed to in |
| 6 | | the past by one of our staffers, and that is the only |
| 7 | | place I know that we have this type of information. |
| 8 | Q | Okay. Does the union provide, typically provide any |
| 9 | | guidance for union members regarding the ownership of |
| 10 | | sound recordings? |
| 11 | A | The guidance we provide is pursuant to the payment of |
| 12 | | musicians for services rendered. Copyright and |
| 13 | | intellectual property is, according to my |
| 14 | | understanding, not a primary concern of the American |
| 15 | | Federation of Musicians. |
| 16 | | I'm not confident making a declarative |
| 17 | | statement for the entire international but I have |
| 18 | | asked that question of many people, and our primary |
| 19 | | concern is payment for musicians for services |
| 20 | | rendered. |
| 21 | | And we have regularly updated scale wages |
| 22 | | and benefit requirements under an agreement that is |
| 23 | | now called the Sound and Recording Labor Agreement, |
| 24 | | SLRA. And again John Painting is the international |
| 25 | | body, is the director under which that agreement |

|   |   |   |
|---|---|---|
| 1 |   | mischaracterizes the document. |
| 2 | Q | (Continuing by MR. ALLEN):  Well, Mr. Cafagna, do you see where it says dates and hours of employment it says 11:30 to 8:30 p.m.; am I misreading that? |
| 5 | A | No, I interpreted it the same. |
| 6 |   | MR. QUICK:  No, my objection was as to your affirmative statement that Mr. Worrell was paid; where the witness already said that this form has nothing to say about whether or not in fact anybody was paid anything. |
| 11 | A | Right, it speaks to what they should have been paid. |
| 12 | Q | (Continuing by MR. ALLEN):  Okay.  By the employer? |
| 13 |   | MR. QUICK:  Objection, asked and answered. |
| 14 | A | It's my understanding that this local at some point in the past did function as a payroll service.  It has not since the mid 1990's.  My knowledge of how that payroll service would have functioned during this time is completely nil.  The majority of these contracts we're looking at happened during the first seven years of my life. |
| 21 | Q | (Continuing by MR. ALLEN):  And mine as well, Mr. Cafagna.  It sounds like we're about the same age. |
| 23 | A | Right. |
| 24 | Q | Okay.  So if there were payroll records, where would they be? |

```
 1    A    I'm not sure.
 2    Q    Do you even know if they still exist?
 3    A    I don't.
 4    Q    Is there any way --
 5    A    I don't know, I don't know whether they do or they
 6         don't.  I have not found them if they do exist.
 7    Q    So you don't know whether Mr. Worrell was paid
 8         according to any of these late phonograph contract
 9         documents?
10    A    Not definitively, no.
11    Q    Okay.  And you don't know whether he was; whether he
12         was or he wasn't?
13    A    Correct.
14                   I should mention one detail at this point
15         regarding contracts that the AFM would assumedly have
16         access to.  Each record label would likely have their
17         own agreement, which could be called a Letter of
18         Acceptance, which would have made those record labels
19         become what we refer to as a signatory to the AFM.
20                   And so Westbound Records, Inc. would likely
21         have agreed to separate terms with the AFM for any of
22         this period, and perhaps different terms, during the
23         period than would be the case for, for example, CBS or
24         EMI, Capital Records; any of the other record labels
25         that you may see appear on these contracts.
```

1          We should not assume that any of them were
2     bound by the exact same terms as any other because
3     each would have signed a separate Letter of Acceptance
4     to become what we call a signatory party to AFM
5     recording contracts.
6          And so one should not assume that a
7     contract under Westbound would be subject to the exact
8     same terms as one that says Capital Records or EMI, or
9     even Thang pursuant to this case.
10          They would -- my assumption is that they
11     would have each had their own specific agreements
12     known as Letters of Acceptance.  And that due to the
13     broad period of what you're looking for, each may have
14     had five or more new iterations of their Letter of
15     Acceptance during those years.
16  Q  Do those Letters of Acceptance agreements cover the
17     treatment of royalties for sound recordings that are
18     produced according to this Letter of Acceptance
19     agreement?
20          MR. QUICK:  In the 1970's or now?
21  Q  (Continuing by MR. ALLEN):  Well, let's start with
22     now.
23  A  The answer is some.  Royalties which have to do with
24     what we call new use, and that is a re-broadcast or a
25     re-transmission of a previous existing recording, will

|    |   |   |
|----|---|---|
| 1  |   | be required to pay the musicians a negotiated rate for |
| 2  |   | re-use or possibly for new use of a pre-existing |
| 3  |   | recording.  And those payments would be governed under |
| 4  |   | the SLRA. |
| 5  |   | However, many recording contracts have |
| 6  |   | additional stipulations between all parties that may |
| 7  |   | have no bearing and not be pursuant to the AFM SLRA. |
| 8  | Q | Okay.  And you understand that during the period in |
| 9  |   | question in this lawsuit, which I'll represent to you |
| 10 |   | is from the late '60's to the early '80's for the most |
| 11 |   | part, a portion of that period was under a different |
| 12 |   | statutory -- there were different statutory rules |
| 13 |   | regarding the copyrights.  Are you aware of that? |
| 14 | A | I would assume so.  Yes, they change with some |
| 15 |   | regularity. |
| 16 | Q | And are you able to give us any testimony about how |
| 17 |   | royalties would have been treated in any of the |
| 18 |   | contracts for the works at issue here in this lawsuit? |
| 19 | A | No. |
| 20 |   | MR. QUICK:  Form -- thank you for that |
| 21 |   | answer, but just for the record form and foundation, |
| 22 |   | and outside the scope of the subpoena. |
| 23 | Q | (Continuing by MR. ALLEN):  Does Local 5 maintain any |
| 24 |   | records or correspondence related to sound recordings |
| 25 |   | or royalty claims made by Mr. Worrell? |