UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF GEORGE WORRELL, JR.,

        Plaintiff,

v.

THANG, INC. and GEORGE CLINTON,

        Defendants.
_____/

Civil Action No. 22-11009

F. Kay Behm
United States District Judge

David R. Grand
United States Magistrate Judge

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL SUBPOENA RESPONSES AND TESTIMONY (ECF No. 88)

On May 10, 2022, the Estate of George Worrell ("Worrell") filed this copyright action against Thang, Inc. and George Clinton (collectively, "Defendants").[1] (ECF No. 1).

Now pending before the Court is Defendants' Motion to Compel Subpoena Responses and Testimony, which was filed on October 20, 2024.[2] (ECF No. 88). Defendants' motion seeks compliance with subpoenas for documents and testimony issued to non-parties Bridgeport Music, Inc., Westbound Records, Inc., Eastbound Records, Inc., Armen Boladian, Joel David Bacow, and Sarah Catlett (collectively,

---

[1] There were several other named defendants in this action, all of which have since been dismissed.

[2] On June 20, 2024, an Order of Reference was entered referring the case to the undersigned for all discovery matters pursuant to 28 U.S.C. § 636(b). (ECF No. 79).

the "Boladian Parties"). On November 4, 2024, both Worell and the Boladian Parties filed responses in opposition to Defendants' motion. (ECF Nos. 91, 93). On November 13, 2024, Defendants filed a reply brief. (ECF No. 98). Oral argument was held on November 20, 2024.

For the detailed reasons articulated on the record, **IT IS ORDERED** that Defendants' Motion to Compel Subpoena Responses and Testimony **(ECF No. 88)** is **GRANTED IN PART** to the extent set forth, and subject to the limitations imposed by the Court and agreed upon by the parties, on the record. Specifically, the Boladian Parties shall produce all documents responsive to the subpoenas issued by Defendants, as narrowed pursuant to the direction of the Court, **on or before December 13, 2024**. At this time, Defendants shall be permitted to take only the deposition of Armen Boladian. Such deposition must be taken on or before **December 18, 2024**; shall be limited to **no more than three (3) hours in duration**; and may be taken in person or via Zoom (at Mr. Boladian's discretion). With respect to the remainder of the non-party depositions at issue, Defendants' motion is **DENIED**.

**SO ORDERED**.

Dated: November 21, 2024  
Ann Arbor, Michigan

s/David R. Grand  
DAVID R. GRAND  
United States Magistrate Judge

2

## **NOTICE TO THE PARTIES REGARDING OBJECTIONS**

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 21, 2024.

s/Eddrey O. Butts
EDDREY O. BUTTS
Case Manager
