UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF GEORGE WORRELL, JR., | Case No. 22-11009 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| THANG, INC., and GEORGE CLINTON, | David R. Grand |
| Defendants. | United States Magistrate Judge |
| _____ / | |

**OPINION AND ORDER ON DEFENDANTS'**
**MOTION TO EXTEND DISCOVERY (ECF No. 89)**

Plaintiff, the Estate of George Worrell, Jr., filed this copyright Complaint on May 10, 2022. (ECF No. 1). This matter is presently before the court on Defendants' motion to extend discovery for three months. (ECF No. 89). Defendants filed this motion on October 21, 2024, the day that fact discovery closed. (ECF No. 78, Case Management Order). Plaintiff opposes the motion. (ECF No. 90).

Defendants seek discovery from third-parties, referred to collectively as the "Boladian Parties." Defendants separately moved to compel their responses to subpoenas. (ECF No. 88). That motion was referred to Magistrate Judge David R. Grand, who recently issued a decision requiring the Boladian Parties to provide documents responsive to the subpoena, as narrowed on the record, by December

1

13, 2024.  (ECF No. 105).  Judge Grand further permitted Defendants to take the deposition of Armen Boladian by December 18, 2024.  *Id*.  The remainder of Defendants' motion to compel was denied.  *Id.*  Accordingly, the scope of the discovery related to the Boladian Parties has been decided and will be completed by December 18, 2024.

In the instant motion, Defendants also seek to conduct limited follow up discovery after completing the above referenced discovery.  The nature and scope of that limited follow up discovery, or if any such discovery is even necessary, is not clear because the Boladian Parties discovery permitted by Judge Grand has not yet been completed.  At this time, the court finds no basis to allow an open-ended extension of discovery for three months, based solely on the possible need for follow up discovery after the Boladian Parties discovery is completed.  Accordingly, the motion to extend discovery is **DENIED** without prejudice.

      **SO ORDERED**.

Date: December 4, 2024			s/F. Kay Behm
					F. Kay Behm
					United States District Judge