# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ESTATE OF GEORGE BERNARD
WORRELL, JR.,

      Plaintiff,

vs.

      Case No. 4:22-cv-11009-FKB-DRG
      District Judge F. Kay Behm
      Magistrate Judge David R. Grand

THANG, INC. and
GEORGE CLINTON,

      Defendants.

---

| | |
|---|---|
| DANIEL D. QUICK (P48109)<br>Dickinson Wright PLLC<br>2600 W. Big Beaver Road, Suite 300<br>Troy, MI 48084<br>(248) 433-7200 // Fax (844) 670-6009<br>dquick@dickinsonwright.com<br>*Attorneys for Plaintiff* | JAMES P. ALLEN, SR. (P52885)<br>PETER E. DOYLE (P81815)<br>Schenk & Bruetsch PLC<br>211 W. Fort Street, Suite 1410<br>Detroit, MI 48226-3236<br>(313) 774-1000 // Cell 313-779-0053<br>james.allen@sbdetroit.com<br>peter.doyle@sbdetroit.com<br>*Attorneys for Defendants* |

---

## INDEX OF EXHIBITS TO
## PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' EXPERTS

EXHIBIT A:   Expert Report of Dr. Ellen Exner

EXHIBIT B:   Expert Witness Report of Bob Kohn

EXHIBIT C:   11/15/2024 Email from Plaintiff's Counsel to Defendant's Counsel

EXHIBIT D:   Defendants' Expert Witness List

EXHIBIT E:   *Lisa Domski v. Blue Cross Blue Shield of Michigan*