# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN

**ESTATE OF GEORGE BERNARD WORRELL, JR.**

    Plaintiff,

v.

**THANG, INC., GEORGE CLINTON, SONY MUSIC ENTERTAINMENT, UNIVERSAL MUSIC GROUP, WARNER BROTHERS RECORDS, HDH RECORDS, WESTBOUND RECORDS AND SOUND EXCHANGE, INC.**

    Defendants,

Case No.  4:22 cv 11009

Hon. F. Kay Behm

Hon. Mag. David R. Grand

---

| | |
|---|---|
| DANIEL D. QUICK (P48109)<br>Dickinson Wright PLLC<br>Attorneys for Plaintiff<br>2600 W. Big Beaver Road, Suite 300<br>Troy, MI 48084<br>(248) 433-7200 // Fax (844) 670-6009<br>dquick@dickinsonwright.com | JAMES P. ALLEN, Sr. (P52885)<br>Allen Brothers, Attorneys and Counselors, PLLC<br>Attorneys for Defendants Thang Inc. and George Clinton<br>401 N. Main St.<br>Royal Oak, MI 48067<br>313-962--7777<br>jamesallen@allenbrotherspllc.com |

---

## Expert Report of Dr. Ellen Exner

---

1

## CREDENTIALS

1. I am a Harvard-trained music historian (PhD 2010) with nearly 20 years of experience as a professor at some of the world's most prestigious institutions. A copy of my CV is attached hereto.

2. I received a B.Mus. degree in Music History (*cum laude*) from the University of Massachusetts at Amherst in 2000 and a A.M. degree in Music History from Smith College in Northampton, Massachusetts.

3. I am also an author, performer, and expert researcher.

4. Faculty appointments focused on Music History and Historical Musicology have included positions at Harvard University where I was awarded the Excellence in Undergraduate Teaching Award three times, Boston University, The Massachusetts Institute of Technology, The University of South Carolina School of Music, The New England Conservatory of Music where I was awarded the Louis and Adrienne Krasner Teaching Excellence Award, and, as of January 2025, The Juilliard School.

5. I was a longtime member of the American Musicological Society and was appointed to its official leadership council. I am currently a member of the American Bach Society, where I served as Vice President from 2020-2024 and am a member of the President's Advisory Board.

6. Outside of the academy, I have worked in the classical music industry in administrative roles for the Boston Symphony Orchestra at Tanglewood and The Philadelphia Orchestra.

7. Many of my publications are on the music of Johann Sebastian Bach and his circle, but my scholarly work extends to music in popular culture. Most relevant here is a peer-reviewed article I published on Worrell's role in the music of P-Funk: "Certifying J. S. Bach's Interplanetary Funksmanship *or* What Bach meant to Bernie Worrell" in *Bach Reworked*, ed. Laura Buch, *Bach Perspectives 12* (University of Illinois Press, 2000), pp. 122-141 (the "Article").

8. In preparation for that Article, I consulted numerous published sources and online interviews with and about Bernie Worrell and the bands he was in with George Clinton from the late 1960s through the early 1980s. I also listened through the relevant discography, and extended my research to outside albums and influences

(such as Emerson, Lake, and Palmer), including the history of Moog synthesizer technology, in order to build context for understanding Worrell's unique contributions.

9. In connection with that Article I also conducted archival research into Worrell's musical training at The New England Conservatory of Music, where I had permission to access his complete student record, including his initial application, the repertory he studied, and his degree program's standard curriculum.

10. In several published interviews, Worrell described the extraordinarily varied kinds of accompanying and outside gig work he did during his student years. This information reveals his singularly broad skill set and helps to explain the arguably unparalleled range of musical abilities he brought to P-Funk/Parliament, etc.

## PRELIMINARY STATEMENT

11. I have read the Plaintiff's complaint and Mr. Clinton's deposition of 28 August 2024 in the matter of *The Estate of George Worrell, Jr. v. Thang Inc., and George Clinton* (the "Litigation"). Clinton's assertion that Worrell was "simply a sideman" is indefensible. As discussed herein, Worrell was demonstrably an integral and vital part of the "creation, performance, and success" of bands fronted by George Clinton. In this report I discuss the reasons why, in my expert opinion, Worrell was an integral, irreplaceable collaborator on equal footing with Clinton for the sound recordings subject to the Litigation.

12. Worrell's highly individual and virtuosic instrumental commentary, encyclopedic command of musical styles, and contagious bass lines—in combination with the extra-terrestrial soundscape he pioneered with his Moog synthesizers—not only created P-Funk's signature sound, but also functioned as the musical glue holding the multifarious ensemble together. The infusion of classical idioms into P-Funk's eclectic blend, although seldom described, was another of Worrell's essential contributions. His musical and creative signature are patently evident in the P-Funk discography, and they are irreplaceable.

13. Two tracks specifically named in Paragraph 42 of the official complaint will serve here as case studies: "Flashlight," and "Aquaboogie." To be clear, my opinions regarding these tracks are equally applicable to any of the tracks subject to the Litigation. Given their commercial success and popularity, I use these as examples to detail Worrell's contributions.

3

## **PERFORMANCE**

14. Most of the individual tracks within P-Funk's discography are fueled by a main, generative idea. Sometimes that idea is musical, sometimes it is extra-musical (as in the extraterrestrial narrative). Sometimes, it is a combination of both. Regardless, each type of idea needs to be realized musically in order for a track to succeed as a coherent piece of art. Creating and imposing musical coherence was Worrell's domain.

15. In his deposition, Clinton was clear that Worrell's role in the process was indeed to bring everything together and then flesh it out musically into a finished track:

> Like I said, we would lay the tracks down basically. We would have Bernie come in and overdub them. Once I put voices on them, he would come in and color them according to all the music that was already there. If I'm not mistaken, he majored in accompanying, so he knew how to merge everything. The basic tracks were done, he learned how to merge that together and he did it very well (Clinton Depo. at 11:23-25; 12:1-7).

16. In the case of "Flashlight," the all-important generative idea behind the track is the bassline, which Worrell composed and performed using his Moog synthesizers. On top of and around that bassline, Worrell used synthesized string sounds and other ear-catching electronic effects (such as pops, squiggles, and bent pitches) to create a constantly engaging musical surface and to propel the track forward for a full five minutes. The lyrics are not the reason for "Flashlight's" musical popularity. The musical material and performance that Worrell brought to this track were the main ingredients of its success.

17. In his deposition, Clinton agreed that Worrell's contribution to "Flashlight" was "intrinsic" (Clinton Depo at 101: 4-8) and that the bassline was both "dynamic" and "what made the record" (101:22-23).

18. "Aquaboogie" is another instance in which Worrell's extraordinarily versatile and creative instrumental contributions provide the essential musical substance, which was inspired in part by the extramusical ideas related to swimming and drowning. In his catalogue of the P-Funk discography, Bedrosian observed that Worrell's contribution to "Aquaboogie" was particularly extensive:

4

19. Bernie Worrell really goes all out here, employing the sounds of no fewer than seven synthesizers and keyboards throughout (51).

20. The stylistic variety in Worrell's running musical commentary throughout "Aquaboogie" represents the kind of genre-defying virtuosity that distinguishes the music of P-Funk from that of other bands. He draws on his classical training in threading concert pianist's music among the busy layers of unmistakably Funk-style synthesizer parts.[1] Worrell's knowledge of Classical repertory and studied technical prowess produced recognizable references to famous piano works ranging in difficulty from big, Romantic-style, planed chords (from about 4:30 to the end of the track), to a warped variation on the beginner's tune "Mary had a little Lamb" (6:18). His piano performance on this track musically depicts the liquid, uncertain depths of aquatic spaces as well as a learner's anxious journey into the unknown through its wide stylistic range and floating, non-functional harmonies. The music that goes on around all of this is pure, synth-bass-driven Funk (also performed by Worrell). Very few musicians have the technique and stylistic fluency to execute a track like this.

21. If Worrell's contribution were to be subtracted from "Aquaboogie," once again there would be virtually nothing left to recommend the chart, and the text narrative would be incoherent.

22. While there are dozens and dozens of other tracks that demonstrate Worrell's vital musical participation, there is one more that deserves especial mention here, and it has to do with arguably Parliament Funkadelic's most famous icon: "The Mothership." Now part of the Smithsonian's National Museum of African American History and Culture, The Mothership prop toured with the band and appeared on stage while they performed songs from the "Mothership Connection" album. The extraterrestrial concept, Afrofuturism, and notion that all should be united as citizens of the universe were and are central to the band's visual and aural aesthetic.

23. For the lyrics and visuals associated with "The Mothership" to be convincing, they had to have the music to match. The band's extraterrestrial soundscape was imagined and provided by Worrell, who was an early-adapter and

---

[1] In his memoir, Clinton claims that Aquaboogie's bass line was "something Bernie translated from a classical cello part" (George Clinton, *Brothas be, Yo Like George, Ain't that Funkin' Kinda Hard on You?* (New York: Atria, 2014), p. 204. I have not been able to verify this detail. It has also been said that the keyboard bass line was not Worrell's, but Walter "Junie" Morrison's. Both men are deceased, so the question remains open.

5

pioneering user of Moog synthesizers. Whistles, pops, whirling noises, and other sound effects now common—but then unique—were Worrell's invention and a singular contribution to the band. Without the alien-like sounds backing up the extraterrestrial lyrics and visual display, there is no convincing musical aspect to the Mothership Connection. In all musical genres, the sound itself supplies the experiential truth. Worrell was not singlehandedly responsible for the success of every track, but his musical contributions were essential.

### COMPOSING AND ARRANGING

24. Worrell's creative contribution to the Parliament/P-Funk/Funkadelic discography went beyond performance, as is well known to informed listeners and now chronicled in Daniel Bedrosian's *The Authorized P-Funk Song Reference: Official Canon of Parliament-Funkadelic 1956 to 2023* (New York: Rowman & Littlefield). Bedrosian is the band's current keyboardist. Based on his experience and extensive research, which includes dozens of interviews with past band members, Bedrosian concluded that Worrell was not only a keyboardist of astonishing ability, but one of a writing team of three (Clinton-Collins-Worrell) behind "hit after hit in the heyday of P-Funk" (*Id.* at 40). I agree with Bedrosian's summary as well as with his statement:

25. Any conversation about the genius of P-Funk's music could not hold weight if Bernie's name was not involved (*Id.* at 93).

26. Clinton knew that coordinating the band's complex mixture of musical influences and ideas was largely Worrell's domain. In Clinton's own autobiography: *Brothas be, Yo Like George, Ain't that Funkin' Kinda Hard on You?* (Atria: 2014), he recalls some of the creative roles played by key band members. (In this case, the track discussed is "Nappy Dugout".)

27. Boogie's [Mosson's] track was so funky that I didn't have to add too many words to it; my job was to make my point and get out of the way. The final step was to let Bernie [Worrell] take his shot at it, add his keyboard parts around the bass. Bernie, like Sly [Stone], liked Bach quite a bit, and both of them used his theory of counterpoint, which is about setting melodies up on top of one another to create something larger. Bernie's understanding was a bit more classical than Sly's, but both had a way of making different parts that wove in and out of each other (*Id.* at 118).

28. Clinton's contribution to the band's larger compositional process was only ever one initial piece of the puzzle. Where it fell in the order of things has been

6

a matter of debate, but regardless, it was Worrell's job to figure out how to stitch multiple, independent musical ideas together into a piece of music, resulting in a completed track.

29. To note, while Clinton labeled the operative compositional principle "counterpoint," technically, that is inaccurate. Music that results from the intentional layering of melodies is known as "polyphony," which accurately describes P-Funk's unique soundscape. Its extraordinary complexity is among the musical elements that distinguished P-Funk from other acts of the day. But as Clinton explained, layering melodies was Worrell's specialty, not his.

## LEADERSHIP

30. In addition to his performing and compositional artistry, Worrell occupied a musical leadership position within the group. As keyboardist, he anchored the rhythm section and directed from there. In a band such as P-Funk, the rhythm section (comprising keyboard, drums, and bass) is the harmonic and rhythmic engine for the entire musical machine. As the Rolling Stones's Keith Richards put it:

> If I'm gonna put a band together, put a bunch of guys together to work, I'll concentrate with the rhythm section. Yeah, I mean, that's the meat of the matter. Then you find out who else is around. [...][2]

31. Worrell's highly specialized professional training made him an exceptional leader. He had the musical imagination and technical skills to create coherence from what was a uniquely eclectic mixture of personalities and musical styles.

32. Shortly after Worrell's death in 2016, *Rolling Stone* magazine published an article celebrating him ("Bernie Worrell: 10 Essential Tracks from the P-Funk Keyboardist"[3]). The very existence of such an article in the popular music industry's flagship journal further testifies to Worrell's importance and influence. The two

---

[2] "Keith Richards on Worrell and other Funk artists" https://youtu.be/AVoPjlHKcC4?si=RI2H-7t7crqK3Q3v (Accessed Nov. 7, 2024) (0:27-:39)
[3] Charles Aaron and Mosi Reeves, *Rolling Stone* (June 24, 2016): https://www.rollingstone.com/music/music-lists/bernie-worrell-10-essential-tracks-from-the-p-funk-keyboardist-25062/funkadelic-free-your-mind-and-your-ass-will-follow-1970-162689/ . Accessed Nov. 7, 2024.

7

authors, industry insiders, describe how Worrell's role in P-Funk went far beyond that of rank-and-file musician, extending to music director:

33. One of the most wildly innovative and technically dazzling musicians in pop music history, Parliament-Funkadelic's Bernie Worrell was like "Jimi Hendrix on the keyboards," according to one-time bandmate Bootsy Collins, and that's not a hyperbolic estimation. A classical-music child prodigy who attended the New England Conservatory of Music and Juilliard, Worrell's journey to the funk began by hanging around George Clinton's Newark, New Jersey barbershop. *By his early twenties, he was a full-fledged P-Funkateer, and soon became de facto musical director, organizing and orchestrating the anarchic collective's sprawling jams and riffs into iconic compositions and performances*. [emphasis mine]

34. No ensemble as large and complex as P-Funk could function coherently without someone to run rehearsals, correct errors, tune instruments, create written charts, and keep everyone together. Worrell's classical training and position as leader of the rhythm section meant that he coordinated musical aspects of recordings and live performances. Large orchestras use conductors while popular music ensembles often rely on the rhythm section for their fundamental coherence. P-Funk could not have been a coordinated effort without a single task master, or music director, who was in charge. That person was Worrell.

35. In Clinton's deposition (p. 94: 11-16), he was asked whether Worrell was ever called "the musical director of Parliament Funkadelic." He answered "Yes," and described the job: "Count off the band on the stage when we ran through a show. He's directing the band." Starting the group, however, is only the most superficial of tasks associated with the role of music director. They also run rehearsals, fix errors, and usually oversee (and/or produce) arrangements. Worrell did all of these things and more. He was the only band member with the skills and background to handle it.

36. In his deposition, Clinton agreed that Worrell "provided the freewheeling collective with a structural foundation, which while occasionally implied, was ever-present" (Clinton Depo at 99:12-16). He also agreed that Worrell's ability to provide this foundation was unparalleled among the other bandmembers (99:20-22).

37. Clinton's fundamental dependence on Worrell's exceptional musical competence is a demonstration of why he (Clinton) could never succeed as a solo

8

act or singular draw. He needed Worrell in order to fully realize the musical aspects of his vision.

38. Clinton's lack of musical training (Clinton Depo at 132:25; 133:1-7), in which he declares that he cannot play any instrument or write musical notation, is also why he could not function as a bandleader in the manner of a Duke Ellington or Count Basie (27: 10-12), to whom he compared himself.

39. Ellington and Basie were both essential musical contributors to their bands and were responsible for far more artistic content than "getting the musicians and being on the session" (Clinton Depo at 27:10-12). Like Worrell, Basie and Ellington were keyboardists. This is not a coincidence. The keyboard is a complete vessel for the fundamental musical elements of harmony, melody, and rhythm. Ellington, Basie, and Worrell were all musicians whose extreme stylistic versatility and technical knowledge enabled them to be bandleaders who were music directors: they were skilled performers, composers, arrangers who were independently capable of delivering and communicating the fundamental aspects of music-making.

40. That is why it is musically false when Clinton declares "I was Funkadelic and I was Parliament," (27: 8-9) and the other musicians, especially Worrell, were just "side people like any other musician" (27:5-7). There were indeed many side musicians in the history of P-Funk (etc.) but Worrell was not one of them because his presence was essential.

## RECEPTION

41. Historian and Funk scholar Rickey Vincent singled out Worrell's contributions to P-Funk for especial praise in his ASCAP Deems Taylor award-winning book, *Funk: The Music, the People, and the Rhythm of The One*:

42. In perhaps the most powerfully symbolic union of the Funk Era, Worrell's competence in classical European musical forms collided and combined with the band's [P-Funk's] twisted black urban sensibilities to generate a bizarre dichotomy of perspectives … As new keyboard technologies were made available to musicians in the 1970s, Worrell mastered a vast array of effects, *almost single-handedly producing the late-seventies sound of Parliament*.[4] [emphasis mine]

---

[4] Rickey Vincent, *Funk: The Music the People, the Rhythm of the One* (New York: St. Martin's Griffin, 1996), 235.

9

43. Informed observations such as Vincent's make it abundantly clear that Worrell was no rank-and-file bandmember. He was the musical brains behind P-Funk. (It should be noted that Vincent's book features a Foreword by George Clinton himself.)

44. Bedrosian also accurately described Worrell's contribution as "a keystone of the P-Funk sound":

He was an extremely important composer, string and horn arranger, and contributor to most of the albums in the heyday of the canon, and almost all of the hits had his trademark keyboards, piano, synth bass, synth leads, clavinet, and organ. He was a key contributor to the Parliament-Funkadelic sound and to popular music as it is known today.[5]

45. While there were certainly large numbers of musicians who rotated in and out of bands with Clinton, Worrell was part of what *Rolling Stone* described as "the group's ferocious core," which, according to their list, included "Clinton, Worrell, guitarists Eddie Hazel and Tawl Ross, bassist Billy Nelson, and drummer Tiki Fulwood."[6] Worrell supplied what the others could not, though, which was the technical training required to bring it all together which is omnipresent on the tracks at issue in this Litigation.

46. A careful look through Bedrosian's *Authorized P-Funk Song Reference* chronicles how omnipresent Worrell was within the P-Funk/Parliament song catalogue. The clear evidence of his involvement on all of the band's most commercially successful tracks speaks for itself. Thanks in large part to Worrell, P-Funk developed a sonic signature that shaped the future of popular music. Most of the specific traits for which the band became known were Bernie's innovations:

47. "The P-Funk shockwave hit black music like an earthquake. Among their fundamental ingredients that still reign in black pop today are the electronic "clap" sound, a synthesizer-bass (a bass track played by keyboard), a shrewdly displayed image of political (and sexual) awareness, and a penchant for elaborately layered horn and vocal lines, often creating a synthesis of European chord structure and African grooves into a large, ensemble sound (*Id.* at 231)."

---

[5] Bedrosian, *The Authorized P-Funk Song Reference: Official Canon of Parliament-Funkadelic, 1956-2023* (Rowman and Littlefield: New York, 2024), 93. The quotation to follow is also on p. 93.

[6] Charles Aaron and Mosi Reeves, *Rolling Stone* (6/24/2016).

10

48. Worrell is credited with inventing the electronic "clap" track and using synthesizers to play bass lines. His conservatory training in European classical repertory, composition, and arranging allowed for the "elaborately layered horn and vocal lines" Vincent describes, as well as the successful, coherent synthesis of European styles with African grooves within a large ensemble. Worrell's innate creativity paired with his highly skilled and trained musical mind were the glue that held P-Funk's extraordinarily varied influences together and allowed them to become their own, unmistakable entity.

49. Clinton is quoted as having said, "We took our funk and rock and roll and put Bernie's chops in it, and we had something nobody knew what the hell we were doing." (Clinton Depo at 108: 21-24). Worrell's technical and stylistic virtuosity were among the signature features that differentiated P-Funk from all of their peers. He was artistically essential to the group's success.

50. George Clinton did not act alone and immeasurably benefited from being in Parliament-Funkadelic with Worrell.

### SUPPLEMENTATION:

51. I reserve the right to use all materials considered in preparing this report, including without limitation the materials set forth in the foregoing sections at trial. Additional reports and depositions of experts and other witnesses may be conducted in this matter and I plan on reviewing their deposition transcripts when they become available and reserve the right to supplement or amend this report upon my review. I reserve the right to supplement or modify this report and the opinions expressed based upon additional facts, documents, or other materials that may be brought to my attention.

### FEES:

52. My fee to draft this initial report is $2500.00. My hourly rate for deposition and trial testimony is $500.00 per hour plus travel costs.

### WORKS CONSULTED:

Aaron, Charles and Mosi Reeves. "10 Essential Tracks from the P-Funk Keyboardist," in *Rolling Stone,* 24 June 2016, https://www.rollingstone.com/music/music-lists/bernie-worrell-10-essential-tracks-from-the-p-funk-keyboardist-25062/funkadelic-free-your-mind-and-your-ass-will-follow-1970-162689/. Accessed 14 March 2019.

11

Associated Press, "Bernie Worrell, Parliament-Funkadelic co-founder, dies aged 72, *The Guardian* 24 June 2016. https://www.theguardian.com/music/2016/jun/25/bernie-worrell-parliament-funkadelic-co-founder-dies-aged-72. Accessed 18 March 2019.

Avery, Justin. "George Clinton ranks second on the list of most-sampled artists in music history" *The Houston Press* ("Top 5 Most Sampled George Clinton Songs", 20 February 2013) https://www.houstonpress.com/music/top-5-most-sampled-george-clinton-songs-6780084. Accessed 5 June 2019.

Bedrosian, Daniel. *The Authorized P-Funk Song Reference: Official Canon of Parliament-Funkadelic 1956 to 2023* (New York: Rowman & Littlefield).

Binelli, Mark. "George Clinton: Doctor Atomic" in *Rolling Stone,* 27 April 2015 http://www.rollingstone.com/music/features/george-clinton-doctor-atomic-20150427. Accessed 17 April 2017.

Bosso, Joe. "Bernie Worrell talks vintage synths, ELP, Parliament/Funkadelic, Talking Heads and More, *musicradar*, 11 June 2013. https://www.musicradar.com/news/tech/bernie-worrell-talks-vintage-synths-elp-parliament-funkadelic-talking-heads-and-more-576154?fbclid=IwAR3bdhNpbcYhKk8ToQBa9dEnUSbb19b4JNd7XE0CkqPZufwO1f_erlsIQ7g. Accessed 21 March 2019.

Clinton, George. Brothas be, Yo Like George, Ain't that Funkin' Kinda Hard on You? (New York: Atria, 2014).

Clinton, George. Deposition – August 28, 2024

Complaint in this Litigation

Doerschuk, Bob. "Bernie Worrell, P-Funk's Multi-Keyboard Whiz" in *Keyboard Magazine,* 19 July 2016. Reprint of an interview from the 1978 issue of *Contemporary Keyboard.* https://www.keyboardmag.com/artists/bernie-worrell-p-funks-multi-keyboard-whiz . Accessed 21 March 2019.

*The Hollywood Reporter* "Bernie Worrell, Parliament Funkadelic Keyboardist, Dies at 72," 24 June 2016. https://www.hollywoodreporter.com/news/bernie-worrell-dead-parliament-funkadelic-906286. Accessed 14 March 2019.

Purcell, Andrew. "Parliament's George Clinton untangles his Funkadelic life and gets straight down to business," in *The Sydney Morning Herald* (26 December 2014). https://www.smh.com.au/entertainment/parliaments-george-clinton-untangles-his-funkadelic-life-and-gets-straight-down-to-business-20141219-12arai.html . Accessed 22 March 2019.

Rogers, Matt. "Bernie Worrell was the key to the P-Funk sound" in *Wax Poetics*, p. 3. The article was originally published as "The Synthesier" in *Wax Poetics*. http://www.waxpoetics.com/blog/features/articles/bernie-worrell-key-p-funk-sound/?fbclid=IwAR0x5XvLD06fePTPt7peZeJT41KhQO-C1YHB_Q9f9YSogLODzavYcjhQxuk . Accessed 9 April 2019.

Vincent, Rickey. *Funk: The Music the People, the Rhythm of the One* (New York: St. Martin's Griffin, 1996).

Weingarten, Marc. Review of George Clinton: *Brothas be… LA Times*, 31 October 2014.

Wired Staff, "Is a Moog Renaissance Nigh?" *Wired* Culture Section 20 May 2004. https://www.wired.com/2004/05/is-a-moog-renaissance-nigh/. Accessed 14 March 2019.

Websites:
A list of P-Funk tracks sampled by other musicians can be found on the website "Who Sampled: Exploring the DNA of music": https://www.whosampled.com/song-tag/P-Funk/. The list includes 128 borrowings.

History of Moog Keyboards: https://www.moogmusic.com/news/wizard-family-lasting-legacy-bernie-worrell

Please note that works consulted toward my published article (Exner, *Certifying J. S. Bach's Interplanetary Funksmanship*, 2020) also informed this report. They are cited there. I independently verified all claims made by those I interviewed, including Mrs. Judie Worrell and musician Jesse Rae.

*Signature Page Follows*

Respectfully submitted,

11/15/2024
Date

*Ellen Exner*
Dr. Ellen Exner

14

# Ellen Exner, PhD

413.335.6994 | Philadelphia, PA | ellen.exner@gmail.com

### EDUCATION

PhD in Historical Musicology, Harvard University (Cambridge, Massachusetts)
AM in Music History, Smith College (Northampton, Massachusetts)
BM in Music History (*cum laude)*, University of Massachusetts at Amherst
BA in Russian Language & Literature (*cum laude*), UMass/Amherst

### CERTIFICATES

2022    Conflict Resolution, Cornell University (online)
        Diversity and Inclusion, Cornell University (online)

### ACADEMIC POSITIONS

| | |
|---|---|
| 2025- | Music History Faculty |
| | The Juilliard School (NY, NY) |
| 2015-2023 | Professor of Music History and Historical Musicology |
| | New England Conservatory of Music (part-time from 9/2022-1/2023) |
| 2012-2015 | Assistant Professor of Music History |
| | University of South Carolina School of Music (Columbia, SC) |
| 2011-2012 | Lecturer: Historical Musicology; Assistant to the Keeper of Isham Memorial Library |
| | Harvard University (Cambridge, MA) |
| 2011 (Spring) | Lecturer: Historical Musicology |
| | Boston University (Boston, MA) |
| 2010 (Fall) | Lecturer: Historical Musicology |
| | Massachusetts Institute of Technology (Cambridge, MA) |

### OTHER RELATED EMPLOYMENT

2023-2024    Administrative Manager of Philanthropy, The Philadelphia Orchestra and Ensemble Arts
             (Philadelphia, PA)
2002-2003    Head of the Copland Library, The Boston Symphony Orchestra at Tanglewood (Lenox,
             MA)

### PROFESSIONAL LEADERSHIP AND SERVICE

2013-2024    American Bach Society (Non-profit scholarly association; $2.5M Endowment)
             Vice President (2020-2024: Oversee grants, fellowships, diversity initiatives, supervise
                media and membership teams
                Member of the Advisory Board (2014-Present)
                Member of the Editorial Board (2013-Present)
2021-2022    Faculty Senate Steering Committee (NEC)
2020-2022    Faculty Advisory Committee (Personnel Committee) (NEC)

| | |
|---|---|
| 2000-2021 | American Musicological Society |
| | AMS Council (2018-2021) |
| | Committee on Membership and Professional Development (2012-2015) |
| 2013-2022 | Faculty Search Committees; Undergraduate, Graduate, Doctoral Curriculum Committees (USC: 2013-2015; NEC: 2015-2022) |

### Teaching and Research Awards

| | |
|---|---|
| 2019 | New England Conservatory: Louis and Adrienne Krasner Teaching Award |
| 2010 | Harvard University: Excellence in Undergraduate Teaching Award |
| 2009-10 | Radcliffe Institute for Advanced Study: Dissertation Fellowship |
| 2007-8 | Harvard University: Oscar S. Schafer Award for Excellence in Undergraduate Teaching |
| 2007 | Harvard University: Bok Center Award for Excellence in Undergraduate Teaching |

### Performing Experience

| | |
|---|---|
| 2003-Present | Freelance baroque and classical oboist (Harvard Baroque; Newton Baroque; Circa Classical Ensemble; BEMF Young Artists' Program). |
| 2002-2003 | Professional Oboist (Season substitute: Albany Symphony Orchestra, Oboe II). Recording: William Schuman, *Credendum*, *Concerto for Piano and Orchestra*, *Symphony No. 4*, with John McCabe (piano), conducted by David Alan Miller, recorded March 1, 2003 (Albany Records Troy566), compact disc. |

### Select Publications

#### Books

*J. S. Bach's Passion According to St. Matthew* (Oxford University Press) (under contract).
*The Oboist's Companion to Bach*, co-authored with Geoffrey Burgess (in preparation).

#### Edited Volumes

Ellen Exner, Michael Marissen, Daniel R. Melamed, eds., "Special Issue: Essays in Honor of Joshua Rifkin" in *BACH: Journal of the Riemenschneider Bach Institute*, Vol. 55, no. 2 (2024).

#### Critical Editions

Carl Philipp Emanuel Bach, *The Passion According to St. Luke* (1779), Series IV, vol. 6.3, *Carl Philipp Emanuel Bach: The Complete Works* (Los Altos: Packard Humanities Institute, 2016).
Gottfried August Homilius, *12 Choralbearbeitungen für Orgel und Melodieinstrument* (Stuttgart: Carus, 2013).
Gottfried August Homilius, *Choralvorspiele für Orgel und 1-2 obligate Melodieinstrumente; Oboensonate*, ed. Ellen Exner and Uwe Wolf, Ser. 4, vol. 1, Homilius: Ausgewählte Werke (Stuttgart: Carus, 2008).

#### Articles and Book Chapters

"Style as Substance: Kapellmeister Telemann and Konzertmeister Bach in Weimar" in *Telemann Studies*, ed. Steven Zohn and Wolfgang Hirschmann (Cambridge University Press, 2022).
"Rethinking 1829" in *Rethinking Bach*, ed. Bettina Varwig (New York: Oxford University Press, 2021).
"Certifying J. S. Bach's Interplanetary Funksmanship: What Bach meant to Bernie Worrell" in *Bach Perspectives* 13, Bach Reworked—Parody, Transcription, Adaptation, ed. Laura Buch (Urbana, Ill.: University of Illinois Press, 2020).

"Eine lange verschollene Quelle an einem ungewöhnlichen Ort: US-NSC, VZOR H753". In "Ohne Widerrede unser größter Kirchenkomponist": *Annäherungen an Gottfried August Homilius*. Edited by Gerhard Poppe and Uwe Wolf. Vol. 7, Forum Mitteldeutsche Barockmusik (Beeskow: Ortus Musikverlag, 2018).

"Georg Philipp Telemann und Carl Philipp Emanuel Bach. Zur Patenschaft im 18. Jahrhundert." *In Generationen: Georg Philipp Telemann und Carl Philipp Emanuel Bach: Impulse– Transformationen– Kontraste*. Ed. Ralph-Jürgen Reipsch and Carsten Lange. Internationale Wissenschaftliche Konferenz anlässlich des 300. Geburtstages Carl Philipp Emanuel Bach. 22. Magdeburger Telemann Festtage (2018).

"The Sophies of Hanover and Royal Prussian Music." In *Krisen- und Blütezeiten: Die Entwicklung der Königlich Preußischen Hofkapelle von 1713 bis 1806 (*KultGeP-Colloquien, 6). Published by "perspectivia.net," publication platform of the Max Weber Stiftung in cooperation with the Stiftung Preußische Schlösser und Gärten (SPSG: Friedrich300). Edited by Jürgen Luh and Lena van der Hoven (2018). https://perspectivia.net/publikationen/kultgep-colloquien/6/exner_music

"The Godfather: Georg Philipp Telemann, Carl Philipp Emanuel Bach, and the Family Business" in *BACH: Journal of the Riemenschneider Bach Institute*, Vol. 52 (May 2016).

"C. P. E. Bach at His Word: A Reconsideration of the Early Berlin Years" in *Eighteenth-Century Music,* Vol. 9/ii (September 2012).

### COMMISSIONED REVIEWS AND OTHER PUBLICATIONS

Rebecca Cypess, ed., *Sara Levy's World: Gender, Judaism, and the Bach Tradition in Enlightenment Berlin (*University of Rochester Press, 2018), Commissioned review: *Eighteenth-Century Music*, Vol. 17/i (March 2020).

"The Heart of the Christmas Oratorio," Commissioned review of *Bach's Christmas Oratorio* by Markus Rathey in *Early Music*, Vol. 46/i (4 May 2018).

Gottfried August Homilius, "Weihnachtsoratorium, Johannespassion, Passionskantate," Commissioned review: *Eighteenth-Century Music* (Vol. 7/ii, Sept. 2010).

"Editorial: "Written by Mrs. Bach?"" in *Bach Notes*, No. 22 (Spring 2015).

"Levin, Philipp." In the *New Grove Dictionary of American Music*, 2nd ed., Vol. V, pp. 108-9.

"Prescott, Thomas." In the *New Grove Dictionary of American Music*, 2nd ed., Vol. VI, p. 591.

Trinity Wall Street: Program Notes—"The Mass in B-Minor: Johann Sebastian Bach's Application for Immortality?" (Nov. 20 & 27, 2016).

"'…Those who would dedicate themselves to music": A Dispatch from the Front Lines." *Musicology Now* (2016).
https://musicologynow.org/those-who-would-dedicate-themselves-to-music-a-dispatch-from-the-front-lines/

### MEDIA

Article mention: "George Clinton sued by widow of Funkadelic's Bernie Worrell in Detroit federal court" by Brian McCollum in *The Detroit Free Press*, 11 May 2022.
https://www.freep.com/story/entertainment/music/brian-mccollum/2022/05/11/george-clinton-sued-estate-late-keyboardist-bernie-worrell/9730677002/

Interview: "American Bach Society Diversity Grant off to Upbeat Start" by Ashley Mulcahy, in *Early Music America*, 22 November 2021.
https://www.earlymusicamerica.org/web-articles/american-bach-society-diversity-initiative-off-to-upbeat-start/

Round Table: Discussion of Bach's Passions (Parts I & II). With John Butt (Dunedin Consort; University of Glasgow), Ton Koopman (Amsterdam Baroque Orchestra), Rudolf Lutz (J. S. Bach Stiftung; Schola Cantorum Basiliensis), Bettina Varwig (Cambridge University). Jos van Veldhoven (Netherlands Bach Society). Recorded 14 January 2021. https://youtu.be/XPAqJDYru-E ; https://youtu.be/Rvfq_tRqOsw

Commissioned Lecture: <u>Tiny Bach Concerts</u>, Episode 3 "Wer ein wahrer Christ will heißen", Cantata BWV 47/2. A production of the American Bach Society. Recorded 15 November 2020.
https://youtu.be/XIiHEGWEHWs

Webinar: "Performing Bach's St. John Passion: Before the Downbeat" with Joshua Rifkin, and Daniel R. Melamed. Hosted by the Center for Early Music Studies at Boston University. Recorded 23 May 2020. https://youtu.be/ViemEpoHJAA

### WORKSHOPS AND GUEST LECTURES

Guest Lecture: Toronto Bach Festival. "J. S. Bach and the French Baroque" (Toronto, Canada: 24-27, May 2019).

Master Class: Oberlin Conservatory. "Exploring Every Possible Artistry: The Young Bach through his Oboe Music," Oboe Studio of Robert Walters (Oberlin, OH: 15-17 May 2019).

Guest Lecture: Dayton Bach Society. "The Bach Family, Then and Now" (Dayton, OH: 25 March 2018).

Guest Lecture: Cornell University. "Rethinking 1829: Felix Mendelssohn Bartholdy and Two Centuries of the 'Bach Revival'" (Ithaca, NY: 22 March 2018).

Residency: Bach Festival/Riemenschneider Bach Institute. "Shared Passions: Carl Philipp Emanuel Bach's St. John (1772)," Baldwin Wallace University (Berea, OH: 20-22 September 2017).

Invited Speaker: Staatsoper/Staastkapelle Berlin. "The Sophies of Hannover and Music for Berlin." Conference in celebration of the 450th anniversary of the Staatsoper/Staatskapelle Berlin, "Crisis and Prosperity: The Development of Prussian Court Music from 1713 to 1806" (Berlin, Germany: 7-9 October 2016).

Guest Lecture: Boston Conservatory. "Music of the Baroque—The Era in Review," by invitation, Prof. Elina Hamilton (Boston, MA: 28 September 2016).

Guest Lecture: University of New Hampshire, Keith Polk Lecture Series."Dr. Burney's Complaint and the Case of Mendelssohn's Great Passion" (Durham, NH: 31 March 2016).

Pre-concert lecture and Panel Discussion Moderator: Handel & Haydn Society. *Bach's Passion according to St. John*, with Christoph Wolff and Robin Leaver, Symphony Hall (Boston MA: 8 March 2016).

Guest Lecture: Yale University. "Authenticity and the Music of J. S. Bach," by invitation of Prof. Anna Zayaruznaya (New Haven, CT: 28 October 2015).

Invited Speaker: Cornell University. "J. S. Bach, Princess Anna Amalia, and the Prussian Historical Imagination." Cornell University Conference, "Keyboard Culture in 18th-century Berlin and the German Sense of History" (Ithaca NY: 10-13 March 2011).

Guest Lecture: Emory University. "The Godfather: Georg Philipp Telemann, Carl Philipp Emanuel Bach, and the Business of Family in the Eighteenth Century." (Decatur, Georgia: 24 February 2014).

### SELECT CONFERENCE PRESENTATIONS

"Is Resistance Futile? Konzertmeister Bach, G. P. Telemann, and Cantata BWV 54 ("Widerstehe doch der Sünde")" for the Harvard Bach Colloquium (Cambridge, MA: 26-28 April 2019).

"Friedrich Blume, Friedrich Smend, and the Myth of Mendelssohn's Matthew." University of Massachusetts/Amherst Bach Festival and Symposium (Amherst, MA: 12-14 April 2019).

"Certifying J. S. Bach's Interplanetary Funksmanship: George Clinton, Bernie Worrell, and P-Funk's Baroque Aesthetic." Biennial Meeting of the American Bach Society, Yale University (New Haven, CT: 26-29 April 2018).

"Dr. Burney's Complaint and the Case of Mendelssohn's Great Passion." Annual Meeting of the American Musicological Society (Vancouver, Canada: 3-6 November 2016).

"The Godfather: Georg Philipp Telemann, Carl Philipp Emanuel Bach, and the Family Business." Biennial Meeting of the American Bach Society, University of Notre Dame (South Bend, Indiana: 7–10 April 2016).

"Georg Philipp Telemann, Carl Philipp Emanuel Bach, and the Patterns of Patenschaft." Presented (in German) by invitation: "Generationen: Georg Philipp Telemann und Carl Philipp Emanuel Bach: Impulse—Transformationen—Kontraste." Internationale Wissenschaftliche Konferenz anlässlich des 300. Geburtstages Carl Philipp Emanuel Bach. 22. Magdeburger Telemann Festtage. (Magdeburg, Germany: March 2014).