# EXHIBIT C

**Jill K. Merlo**

| | |
|---|---|
| **From:** | Daniel D. Quick |
| **Sent:** | Friday, November 15, 2024 6:48 PM |
| **To:** | Peter Doyle; James Allen |
| **Subject:** | Worrell |
| **Attachments:** | Bob Kohn Expert Report Nov 15 2024.pdf; Ellen Exner Expert Report - 11.15.2024.pdf; Gary Cohen Expert Report - 11.14.2024.pdf |

Counsel:

Attached please find Plaintiff's initial expert reports. You will note that we will have to supplement the damages report once you produce the documents and information you promised (as of 11/4, you expected to produce it on 11/7). Please advise on status.

Plaintiff's preliminary witness list and exhibit list were filed today.

We look forward to receiving any expert reports from Defendants on or before December 13.

**Daniel D. Quick**
Member
O:248-433-7242
DQuick@dickinsonwright.com

2600 West Big Beaver, Suite 300, Troy, MI 48084