# EXHIBIT D

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ESTATE OF GEORGE BERNARD WORRELL, JR., | Case No. 4:22-cv-11009 |
| Plaintiff, | District Judge F. Kay Behm |
| v. | Magistrate Judge David R. Grand |
| THANG, INC., and GEORGE CLINTON. | |
| Defendants. | |

_____/

## DEFENDANTS' EXPERT WITNESS LIST

Defendants Thang, Inc. and George Clinton ("Defendants") submit the following expert witness list pursuant to the Court's Case Management Order, dated June 20, 2024.

Defendants do not intend to call independent expert witnesses. Defendants identify following individuals as rebuttal expert witnesses:

1. Evan Loker
   CONSOR IP Experts
   Rebuttal expert on damages

   c/o Schenk & Bruetsch
   211 W. Fort Street, Ste. 1410
   Detroit, MI 48226
   (313) 774-1000

2. Alan Elliott
   Rebuttal expert on musicology

   c/o Schenk & Bruetsch
   211 W. Fort Street, Ste. 1410

      Detroit, MI 48226
      (313) 774-1000

    Defendants reserve the right to amend this expert witness list based on any subsequently disclosed information in this matter. Further, the parties' rebuttal reports are due January 6, 2025; however, Defendants still have not received Plaintiff's affirmative expert report on damages. Given the impending deadline and the limited availability of witnesses around the holidays, Defendants will be filing a motion to amend the Case Management Order regarding expert discovery, unless the parties can reach an agreement on scheduling. Defendants reserve all rights and objections with respect to Plaintiff's expert disclosures.

                                    Respectfully submitted:
                                    SCHENK & BRUETSCH PLC

                                    By: /s/ Peter E. Doyle
                                  Peter E. Doyle (P81815)
                                  James P. Allen, Sr. (P52885)
                                  211 W. Fort Street, Suite 1410
                                  Detroit, MI 48226
                                  (313) 774-1000
                                  james.allen@sbdetroit.com
                                  peter.doyle@sbdetroit.com
                                  *Attorneys for Defendants*

December 13, 2024

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

      /s/ Peter E. Doyle