# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ESTATE OF GEORGE BERNARD WORRELL, JR., | Case No. 4:22-cv-11009 |
| Plaintiff, | District Judge F. Kay Behm |
| v. | Magistrate Judge David R. Grand |
| THANG, INC., and GEORGE CLINTON. | |
| Defendants. | |

_____/

## INDEX OF EXHIBITS

Exhibit 1 — Email from Mr. Quick

Exhibit 2 — Email from Mr. Hertz

Exhibit 3 — Defendant Clintons RFP

Exhibit 4 — Plaintiff's Response to Defendant RFP

Exhibits to Brief in Support of Motion

Exhibit A — Settlement Agreement

Exhibit B — Worrell Transcripts

Exhibit C — Boladian Transcripts

Exhibit D — Plaintiff's Initial Disclosures

Exhibit E — Defendants' Request for Production

1

| | |
|---|---|
| Exhibit F | October 11, 2024 Email |
| Exhibit G | December 17, 2024 Email |