# EXHIBIT C

1              UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF MICHIGAN

3

        ESTATE OF GEORGE BERNARD WORRELL, JR.,
4
                 Plaintiff,
5                                  Case No. 4:22-cv-11009-FKB-DRG
        -vs-                       District Judge F. Kay Behm
6                                  Magistrate Judge: David R. Grand

7       THANG, INC. and GEORGE CLINTON,

8                 Defendants.
        _____/
9

10          The deposition of ARMEN BOLADIAN, a witness in

11   the above-entitled cause, taken before Suzanne Lynn

12   Bonarek, Certified Shorthand Reporter and Notary Public,

13   via Zoom videoconferencing, on the 4th day of December,

14   2024 commencing at or about 1:07 p.m., pursuant to the

15   Federal Rules of Civil Procedure.

16   APPEARANCES:

17

        DICKINSON WRIGHT, PLLC
18      2600 West Big Beaver
        Suite 300
19      Troy, Michigan  48084
        BY:  MR. DANIEL QUICK
20           Appearing on behalf of Plaintiff

21      SCHENK & BRUETSCH, PLC
        211 West Fort Street
22      Suite 1410
        Detroit, Michigan  48226
23      BY:  MR. JAMES ALLEN, SR.
             Appearing on behalf of Defendants

24

25

```
 1        (APPEARANCES CONTINUED):

 2        KING & BALLOW
          2121 Ave. Of the Stars
 3        Suite 800
          Century City, California  90067
 4        BY:  MR. RICHARD BUSCH
               Appearing on behalf of Armen Boladian
 5
          HERTZ SCHRAM, P.C.
 6        1760 South Telegraph Road
          Suite 300
 7        Bloomfield Hills, Michigan  48302
          BY:  MR. HOWARD HERTZ
 8             Appearing on behalf of Armen Boladian

 9
          ALSO PRESENT:  Erik Scharf
10                        George Clinton
                          Archie Ivy
11

12        (NOTE:  All attendees appearing remotely.  Witness
          sworn in remotely pursuant to agreement.)
13

14

15

16

17

18

19

20

21

22

23

24

25
```

I N D E X

WITNESS                                                   PAGE

    ARMEN BOLADIAN

        Examination by Mr. Allen              8
        Examination by Mr. Busch             97
        Examination by Mr. Quick             98
        Re-examination by Mr. Allen         100


                    E X H I B I T S

DESIGNATION              DESCRIPTION              MARKED

Exhibit No. 1    2-19-97 Letter to T. Friedman  102

Exhibit No. 2      7-9-76 Phonograph Recording

        Contract 103107                          102

Exhibit No. 3  12-27-23 Settlement Agreement and

        Release                                  102

1    Remote deposition

2    Wednesday, December 4, 2024

3    At or about 1:07 p.m.

4              *         *         *

5              A R M E N   B O L A D I A N

6    Having first been duly sworn to tell the truth, was

7    examined and testified upon his oath as follows:

8              MR. ALLEN:  Mr. Boladian, will you please

9    state and spell your name, for the record.

10             THE WITNESS:  Armen Boladian, A-R-M-E-N,

11   last name B-O-L-A-D-I-A-N.

12             MR. ALLEN:  Thank you.  This is the

13   deposition of Armen Boladian being taken pursuant to

14   Notice and court order, for all uses under the Federal

15   Court Rules.

16             I have a short announcement.  In the room

17   with me on a muted laptop and not on screen is my

18   colleague, Erik Scharf, who'll be assisting with the

19   exhibits today.

20             Mr. Scharf is an admitted member of the 6th

21   Circuit and the Eastern District, member of the

22   Florida Bar, and is appellate counsel to my firm in a

23   number of matters, and is familiar with the facts in

24   this case.

25             And on short notice he's agreed to assist

1      me in making sure that the deposition runs smoothly,

2      given the new technology that we're all trying to get

3      used to.

4            MR. BUSCH:  Mr. Allen, may I just -- this

5      is Richard Busch.  May I just interrupt you for a

6      second.

7            MR. ALLEN:  Well, I can't see you, sir.

8            MR. BUSCH:  Oh, I don't know why.

9            MR. ALLEN:  It says Sarah Catlett speaking.

10          MR. BUSCH:  As I said, the computer, Zoom

11     computer, might say Sarah Catlett but it's me.  And my

12     video is turned on so I'm not sure why you can't see

13     me.  Hold on, let me see, let me see if I can fix

14     that.

15          COURT REPORTER:  If I can go off the

16     record.

17                  (WHEREUPON an off the record

18                  discussion was had with the

19                  court reporter.)

20          MR. BUSCH:  All right.  So Mr. Boladian is

21     completely blind, can't see a thing and so I don't

22     know how you intend to show him exhibits, but he

23     cannot -- he will not be able to look at anything.

24          MR. ALLEN:  Well, I'll read them to him,

25     how's that.

6

1          MR. BUSCH:  It's your three hours.

2          MR. ALLEN:  All right.  I'm also, in light

3    of the manner in which the documents for this

4    deposition were produced, I'm reserving my right to

5    seek additional time from Magistrate Judge David

6    Grand, and we'll make that determination at the

7    conclusion of the deposition as to whether I do that.

8          Mr. Boladian, you've had your deposition

9    taken before on many occasions, but I'll just refresh

10   your recollection on some of the rules here.

11          The court reporter's going to take down

12   everything I say and is going to take down everything

13   you say, and will take down everything that any

14   objecting attorney is going to say during the course

15   of the deposition.

16          It's important that we not talk over one

17   another.  So if I'm asking a question, I'd ask you to

18   wait till I'm complete with my question and then

19   answer it.  I will do the same courtesy for you.

20          If your attorney or one of other attorneys

21   objects, please allow them to place their objection on

22   the record and we'll move on from there.  Can you do

23   that for me?

24          THE WITNESS:  Yes.

25          MR. ALLEN:  Your attorney, Mr. Busch, has

1    indicated that you are completely blind and cannot

2    see.  Is there any other condition that you are

3    suffering from today that would impede your ability to

4    testify truthfully to my questions?

5            THE WITNESS:  Well, I have a number of

6    additional health issues.  I don't know if you want me

7    to go through them or not.

8            MR. ALLEN:  I only want to know whether any

9    of those health issues are going to impede your

10   ability to hear my questions and answer truthfully.

11           THE WITNESS:  I don't know but, I don't --

12           MR. ALLEN:  Are you --

13           THE WITNESS:  -- I'm just letting you know.

14           MR. ALLEN:  Are you on any form of

15   medication that has altered your ability to think?

16           THE WITNESS:  Well, I do take medication.

17           MR. ALLEN:  That wasn't my question, sir.

18   Are you on any form of medication that will impede

19   your cognitive ability?

20           THE WITNESS:  I don't know, sir.

21           MR. ALLEN:  Do you suffer from dementia?

22           THE WITNESS:  A little bit.

23           MR. ALLEN:  I'm sorry?

24           THE WITNESS:  Yes, a little bit.

25           MR. ALLEN:  Okay.  Does that impede your

1          ability to testify truthfully?

2                    THE WITNESS:  I don't know, I'll do the

3          best I can.

4                    MR. ALLEN:  All right.  You'll do the best

5          you can for us, correct?

6                    THE WITNESS:  Yes, sir.

7                    MR. ALLEN:  All right.  This is going to be

8          a short deposition today.  You know, I will try to be

9          brief and move along quickly.  If for some reason you

10         do need to take a break, I would just ask that you not

11         do that in between a question that I pose and an

12         answer that I expect, okay?

13                   THE WITNESS:  Fine.

14                   MR. ALLEN:  Thank you.

15                   I wanted to start with a series of

16         correspondence that occurred in 1997 between Judith

17         Worrell and yourself -- I'm sorry, and Special Master

18         Friedman.  And I'm going to ask you some questions

19         about that.

20                   So, Erik, if you can pull that up, please.

21                        EXAMINATION

22    BY MR. ALLEN:

23    Q    Are you aware, sir, that in February -- on February

24         19, 1997 the personal representative of the estate of

25         Bernie Worrell, Judith Worrell, contacted Special

9

1        Master in a case, Tercer Mundo versus Armen Boladian,

2        Bridgeport Music, Inc., et al, and made many of the

3        same allegations against you that she's now making in

4        this, in this lawsuit?

5               MR. QUICK:  Object to form.

6  A   I don't even remember the agreement, sir.

7  Q   (Continuing by MR. ALLEN):  It's not an agreement,

8        sir.  Are you aware that Ms. Worrell in 1997 made

9        allegations that you were not providing money or that

10       your companies were not providing money for royalties

11       that she's now seeking from my client, George Clinton?

12              MR. BUSCH:  I object to the form of that

13       question.

14              MR. ALLEN:  You may answer, Mr. Boladian.

15              MR. BUSCH:  And it mischaracterizes the

16       document.

17  A   As far as I know, we paid everything that might have

18        been due at the time.

19  Q   (Continuing by MR. ALLEN):  But you are aware that

20        Ms. Worrell made allegations against you, that you

21        were not paying her royalties that her husband -- or

22        were not paying her husband royalties that he had

23        earned?

24              MR. BUSCH:  Objection, asked and answered.

25        And would you please clarify whether you're talking

1      about publishing royalties or sound recording

2      royalties.

3              MR. ALLEN:  I think -- you can object to

4      form, sir, but you're testifying for the, for the

5      witness.

6              MR. BUSCH:  I am not testifying.  I asked

7      for a clarification of the question.  You used the

8      word royalties.  There are different types of

9      royalties.  You know what this letter refers to.  And

10     I'm asking you to clarify, so that we have a clear

11     record, whether you're referring to publishing

12     royalties or sound recording royalties.  I'm not

13     testifying, I'm asking you to clarify.

14             MR. ALLEN:  Sir, my question is what my

15     question is.  Sue, if you can --

16             MR. BUSCH:  You refuse to clarify the

17     question?

18             MR. ALLEN:  I refuse to clarify the

19     question because it was clear on its face.

20             MR. BUSCH:  Royalties could be many types

21     of royalties.  It's not clear.

22             MR. ALLEN:  If you think you're going to

23     filibuster, if you think you're going to filibuster me

24     for three hours --

25             MR. BUSCH:  I'm not going to filibuster

1      you.  If you would just clarify the question, --

2                   MR. ALLEN:  You're in enough trouble as it

3      is.  Don't make it --

4                   MR. BUSCH:  -- it would make it easier.

5      I'm in enough trouble as it is?

6                   MR. ALLEN:  Yeah, you are.

7                   MR. BUSCH:  Why am I in trouble?

8                   MR. ALLEN:  We'll talk about that after the

9      deposition.  I got three hours and I'm asking

10     questions.

11                  Ms. Bonarek, will you please read the

12     question back that I posed, please.

13  A   As far as I know, we paid whatever is due or owing.

14     Other than that I don't know anymore really.

15  Q   (Continuing by MR. ALLEN):  So was Ms. Worrell lying

16     in 1997 when she claimed that you did not pay her

17     money that -- or did not pay her husband money that

18     she thought her husband was due?

19                  MR. QUICK:  Objection to form.

20                  MR. BUSCH:  Yeah, I object to the form of

21     the question as well.  It mischaracterizes the

22     document and lack of foundation.

23  A   Again whatever we owed, we paid and that's all I can

24     remember.  That's all I know really.

25  Q   (Continuing by MR. ALLEN):  So Ms. Worrell has a

```
 1        history of telling people that they owe her husband
 2        money and they don't, is that what your testimony is?
 3                    MR. QUICK:  Objection, form.
 4                    MR. BUSCH:  Yeah, objection, that's not --
 5        objection, mischaracterize his testimony, asked and
 6        argumentative.
 7                    MR. QUICK:  And form.
 8   A    Again if we owed any money, I'm sure we paid.  I don't
 9        know what she's referring to.  In fact we've even paid
10        advanced monies to Bernie Worrell.
11   Q    (Continuing by MR. ALLEN):  Okay.
12   A    So I don't --
13   Q    So you -- go ahead, finish.
14   A    -- know what she might be referring to really.
15   Q    So your testimony is, is that she was incorrect when
16        she made allegations that you were withholding money
17        that was due to her husband?
18                    MR. BUSCH:  Same objections.
19                    MR. QUICK:  Objection to form.
20                    MR. BUSCH:  Yeah, same objections.
21   A    Like I said, if we owed her any money, we paid it.  If
22        there wasn't anything due, then obviously we didn't
23        pay it.
24   Q    (Continuing by MR. ALLEN):  Okay.  So Ms. Worrell was
25        incorrect when she said that you owed her husband
```

13

1       money?

2              MR. BUSCH:  Same objections.

3              MR. QUICK:  Same objection.

4  A   She may have been thinking of something else, I don't

5       know, or had the situation confused with something, I

6       don't know.

7  Q   (Continuing by MR. ALLEN):  Okay.  Sir, you are the

8       owner of a company called Westbound Records, are you

9       not?

10  A   Yes, sir.

11  Q   When did you, when did you start Westbound Records?

12  A   It's been over 50, 50 years.

13  Q   Is there any --

14             MR. QUICK:  I'm sorry to interrupt, can I

15       just clarify.  The document you were just showing on

16       the screen, are you marking at that as Exhibit 1 in

17       this deposition?

18             MR. ALLEN:  Yes, I am.

19             MR. QUICK:  Okay, thank you.

20  Q   (Continuing by MR. ALLEN):  What year, sir, did you

21       start Westbound Records, to the best of your

22       recollection?

23  A   About 50, over 50 years ago.

24  Q   Has anybody else had an ownership interest in

25       Westbound Records other than you?

14

1    A    Not that I know of.

2    Q    Okay.  So today, and for the life of the company, you

3         have been the sole owner of Westbound Records?

4    A    In the United States, yes.  And --

5    Q    Has --

6    A    -- could have happened elsewhere around the world I'm

7         not aware of.

8    Q    And as the owner of Westbound Records, did you have an

9         opportunity to employ individuals for the purpose of

10        making sound recordings?

11   A    When you say employed, are you referring to musicians

12        or secretaries or what?

13   Q    Everybody, have you employed individuals in connection

14        with your business, Westbound Records, in connection

15        with making sound recordings?

16   A    Well, if they were doing any work for me, we paid

17        them.  You know, it could have been on a per session,

18        one session or two at time.  It could have been

19        various different people.  That's a broad question,

20        you know.

21   Q    Okay.  Well, let me ask you some specific questions.

22        Did you ever employ a person by the name of Tiki

23        Fulwood?

24   A    Who, Tiki?

25   Q    Fulwood, yes, a drummer.

1    A    Yeah, I'm sure.

2    Q    Was he an employee of Westbound Records?

3                   MR. QUICK:  Object to form.

4    A    Employee of Westbound, he was a musician that we paid

5         for doing the session.  He was --

6    Q    (Continuing by MR. ALLEN):  Okay.

7    A    -- a artist as part of, part of a group.

8    Q    And he was also a member of a union, was he not?

9    A    Which union are you referring to?

10   Q    American Federation of Musicians.

11   A    Yes, as far as I know he was.

12   Q    Okay.  And Westbound Records was a signatory to a

13        Collective Bargaining Agreement with the American

14        Federation of Musicians in the 1970's, was it not?

15   A    Yes, sir.

16   Q    Yes, it was?

17   A    Yes.

18   Q    Okay.  And how about the 1980's, was Westbound Records

19        a signatory to a Collective Bargaining Agreement with

20        the American Federation of Musicians in the 1980's?

21   A    We were back then and we continued, to the best of my

22        knowledge.

23   Q    Okay.  So do you recall a Westbound employee by the

24        name of Eddie Hazel?

25   A    Eddie was also part of the group Funkadelic.

1    Q    And he was also a paid employee under a Collective

2         Bargaining Agreement that you had -- that Westbound

3         Records entered with the American Federation of

4         Musicians, correct?

5                   MR. QUICK:  Objection.

6                   MR. BUSCH:  Objection to the form.

7         Objection to the form, paid employee.

8                   MR. QUICK:  Join.

9    A    He was a musician that we paid.  He was not a direct

10        employee of Westbound, but a contract musician which

11        was paid according to the federation.

12   Q    (Continuing by MR. ALLEN):  Okay.  Sir, I'm going to

13        reference a document.  I'm assuming you can't see the

14        document so I'm going to reference the document.  It's

15        a contract, Phonographic Recording Contract, with the

16        American Federation of Musicians.  It's contract

17        number 103107 dated 9 July 1976.

18                  MR. SCHARF:  Close out of the --

19                  MR. ALLEN:  Escape, yeah, close out of that

20        document.  I don't know that it's going to do any good

21        to show the, show the exhibit.

22                  MR. QUICK:  Well, I'd like to see it if

23        you're going to ask questions about it.

24                  MR. ALLEN:  Okay, go ahead.

25                  MR. SCHARF:  Let me escape out of this.

17

1        MR. ALLEN:  Yeah.

2        MR. SCHARF:  Where would this be?

3        MR. ALLEN:  It's the top document.

4        MR. SCHARF:  Oh, oh, it's the top.  I see,

5    it's the AFM -- got it.

6        MR. ALLEN:  Yes.

7        MR. SCHARF:  Okay, is it the first one?

8        MR. ALLEN:  Yes.  I'm going to mark this,

9    Sue, as Exhibit 2.

10   Q    (Continuing by MR. ALLEN):  This is a contract 103107

11        dated 9 July 1976.  It purports to bear your

12        signature, but I take it you can't identify your

13        signature on this document, Mr. Boladian.  Can you see

14        it on the screen; Mr. Boladian, can you see the

15        document on the screen?

16   A    I can't see anything, sir.

17   Q    Okay.  So I'm going to read from this document and ask

18        you questions about whether this document correctly

19        states the arrangement that you had with the musicians

20        that are listed.

21             It says the -- on the second paragraph, the

22        employer, which is referred to as Westbound Records,

23        "the employer hires the employees as musicians

24        severally on the terms and conditions below and is

25        further specified on the reverse side."

1              "The leader represents that the employees

2       already designated have agreed to be bound by said

3       terms and conditions.  Each employee yet to be chosen

4       shall be so bound by said terms and conditions upon

5       agreeing to accept his employment."

6              "Each employee may enforce this agreement.

7       The employees severally agree to render collectively

8       to the employer services as musicians in the orchestra

9       under the leadership of Bernard Mendelson."

10             And then there are a number of employees

11      that are listed.  There's Bernard Mendelson, Clarence

12      Haskins, Bernie Worrell and Steven Bookvich.  Those

13      were employees of Westbound Records according to this

14      document, would you agree?

15  A   As --

16             MR. QUICK:  Object to form.

17  A   As musicians, correct, sir.

18  Q   (Continuing by MR. ALLEN):  Right.  Musicians can be

19      -- you would agree with me that musicians can be

20      employees, right?

21             MR. BUSCH:  Just object -- I object to the

22      form.  The document speaks for itself.

23  A   For that particular session they were employed.

24      Whatever session you're referring to, whatever it was,

25      they were listed and they were paid as musicians

1          according to the Federation of Musicians.

2     Q    (Continuing by MR. ALLEN):  And if they're listed on

3          these AFM contracts, they were your employees at

4          Westbound Records, correct?

5                    MR. BUSCH:  Objection, that calls for a

6          legal conclusion.  Object to form.

7                    MR. QUICK:  Join.

8     A    For that particular session.

9     Q    (Continuing by MR. ALLEN):  Thank you.  And skipping

10         ahead, there are a number of other contracts that are

11         like this with individuals listed as employees.

12                    You would agree that you would -- you had a

13         number of musicians that you employed for various

14         sessions, sessions under the AFM Collective Bargaining

15         Agreement, correct?

16                    MR. BUSCH:  Same objection.  Objection to

17         form and it calls for a legal conclusion and the

18         document speaks for itself.

19                    MR. QUICK:  Join.

20    A    Various musicians were employed and we paid them for

21         the session work they did and that was it.

22    Q    (Continuing by MR. ALLEN):  And they were employees,

23         correct?

24                    MR. BUSCH:  Objection, calls for a legal

25         conclusion.  Object to the form of the question.

20

1    A    For that particular session.

2    Q    (Continuing by MR. ALLEN):  Thank you.  Now this first

3         contract refers to Pac 3 Recording at 7106 Greenfield

4         Road.  Do you remember that studio?

5    A    Yes, sir, I remember.

6    Q    And it was owned by a Richard Becker at this time, was

7         it not?

8    A    Yes.

9    Q    Richard Becker was a friend of yours, was he not?

10   A    Richard Becker was -- owned the studio.  And when you

11        say friend, he was a person that we did business with.

12        If you want to consider that a friend, okay.  I mean

13        he was not an enemy.  He was a decent guy, you know.

14   Q    Do you remember going to his funeral?

15   A    I didn't go to the cemetery but I did go to his

16        funeral, yeah.

17   Q    And you were with Mr. Martin that day too, weren't

18        you?

19   A    That's right.

20   Q    And you had a conversation with his son, Bob Becker,

21        that day, do you recall that?

22   A    Oh, we had many conversations.  I can't specifically

23        say Bob Becker.  But if that's his son, I'm sure we

24        offered our condolences, you know.

25   Q    And Mr. Becker gave you a box full of documents that

1       were related to Westbound Records that day, did he

2       not?

3  A   No, I don't remember.  I don't recall that.

4  Q   You don't recall that, okay.  Now you recall that you

5       were asked to produce a number of documents according

6       to a subpoena that was served.  Who assisted in

7       preparing the documents that were produced for this

8       deposition?

9  A   Could you clarify that whole statement again.

10  Q   Okay.  There are a number of documents that were

11      produced in connection with a subpoena and court order

12      in this case.  I'm asking who compiled those

13      documents?

14  A  I don't know, it could have been Mr. Levinson, Mark

15      Levinson.  It could have been Sarah that maybe

16      assisted.  I'm not sure, sir.

17  Q  Who is Mr. Levinson?

18  A  He's an attorney that I employed to handle the

19      paperwork on this case.

20  Q  Is he with a firm or is he an in-house attorney?

21  A  He's not in-house.  He's an outside attorney that we,

22      that we pay.

23  Q  Okay.  And what firm is he with?

24  A  He's an individual, has his own business.  I mean I

25      don't think he's -- Mark is with a firm.  I think it's

1         just Mark Levinson, attorney.

2    Q    And when you referenced Sarah, would that be Sarah

3         Catlett?

4    A    Yes.

5    Q    Okay.  And beyond Mr. Levinson and Ms. Catlett is

6         there anybody else you think may have assisted with

7         compiling these documents?

8    A    Not that I know of.

9    Q    There were a number of documents produced from a

10        company called Bridgeport Music.  Are you familiar

11        with Bridgeport Music?

12   A    I am, sir.

13   Q    What is Bridgeport Music?

14   A    It's a music publishing company.

15   Q    And is it your testimony that Bridgeport Music does

16        not own sound recordings?

17   A    No.

18   Q    Okay.  There are royalty statements, royalty summaries

19        that have been provided for George Bernard Worrell,

20        and they're broken out in a way that I'd like to ask

21        you some questions about.

22             There are royalties that are paid for, it's

23        listed as digital on the royalty summaries.  What are

24        digital royalties for?

25   A    I think you should ask Sarah.  This is some new

1          technology that I'm not totally familiar with, and

2          can't answer you in a truthful way so...

3     Q    Okay.  Do you know anything about what karaoke

4          royalties are?

5     A    I'm not sure.  I, I'm not sure.

6     Q    The karaoke royalties, are those royalties for

7          recordings of the songs?

8     A    It could be maybe a, I don't know, performance or

9          something.

10    Q    Okay.  Well, I was going to ask about performance

11         because performance is listed at zero dollars and zero

12         cents on all of these.

13              What about ringtones, are ringtones sound

14         recordings?

15              MR. BUSCH:  Objection, lack of foundation.

16    A    I'm not familiar with it, sir.

17    Q    (Continuing by MR. ALLEN):  Do you know what a

18         ringtone royalty is?

19    A    No.

20    Q    All right.  What is a synch royalty, S-Y-N-C-H?

21    A    Those are royalties from the sound recordings

22         synchronization.  It's an abbreviation.

23    Q    Okay.  So those are for sound recordings?

24              MR. BUSCH:  Objection to form.

25    A    Royalties from sound recordings.

```
 1   Q    (Continuing by MR. ALLEN):  Got it.  What are grand

 2        rights, sir?

 3   A    Grand rights?

 4   Q    Uh-huh.

 5   A    Would be -- I'm not quite sure but I believe it's live

 6        performances on stage type of thing.

 7   Q    Right.  So that would involve sound recordings as

 8        well, correct?

 9   A    Well, --

10              MR. BUSCH:  Object to form.

11   A    It could if they use sound recordings in a stage

12        performance.  So, you know, could be a combination of

13        both.

14   Q    (Continuing by MR. ALLEN):  Okay.  Walk me through how

15        a grand rights royalty is calculated; how does your

16        company calculate that?

17              MR. BUSCH:  Object to form, lack of

18        foundation.

19   A    I honestly can't tell you, sir.  I think you have to

20        speak to someone that does royalties and, and is more

21        familiar with the, the nuts and bolts of something of

22        that type.

23   Q    (Continuing by MR. ALLEN):  Right.  And who would that

24        be in your company?

25   A    Well, to the best of my knowledge, Mark Levinson could
```

25

1        perhaps give you more insight.  And Sarah might be

2        able to give you more insight.

3   Q    Okay.  There are notations after some of the payments

4        that are registered on these royalty statements that

5        say DB after them.  What does the DB stand for?

6               MR. BUSCH:  Objection, lack of foundation.

7   A    It could be debit.

8               MR. BUSCH:  Armen, don't speculate.  If you

9        know the answer, obviously testify truthfully.  But

10       you don't have to speculate if you don't know.

11  A    It's the only thing I can think of.

12  Q    (Continuing by MR. ALLEN):  You have Bridgeport pays a

13       sample fee in some royalty statements.  Is that a fee

14       that's paid for sound recordings?

15  A    If a sound recording is sampled and another person

16       uses it, they may be paying us a royalty.  And maybe

17       that's what that payment is that you're referring to.

18  Q    Okay.  And how is Mr. Worrell's share of the sample

19       fee calculated?

20  A    I --

21              MR. BUSCH:  Just note my objection to form

22       of this.  There's a lack of foundation.  And these are

23       Bridgeport statements I believe you're referring to.

24              MR. ALLEN:  I am referring to Bridgeport

25       statements.

1              MR. BUSCH:  Okay.

2    A    I honestly can't tell you because it all depends on

3         what percentage of the song Bernie had.  It's, it's a

4         complicated matter that I think you'd have to sit down

5         and it would take maybe all day to explain it to you.

6    Q    (Continuing by MR. ALLEN):  And would that be with

7         Mr. Levinson, Ms. Catlett, --

8    A    Well, either, --

9    Q    -- Mr. Martin?

10   A    -- either/or I think.

11   Q    How about Mr. Martin, would he know anything about how

12        these are calculated?

13   A    He could.  I don't know.

14   Q    So I'm curious because it's been represented that

15        Bridgeport is a publishing company and it does not

16        license sound recordings, but you've testified about

17        the sampling and karaoke and synch fees being based

18        off of the sound recordings.  So is it not true that

19        Bridgeport is solely a publishing company or does --

20             MR. BUSCH:  Mr. Allen, Mr. Allen, with all

21        due respect, you're the one that's talking about sound

22        recordings.  These are Bridgeport statements.  These

23        are all publishing royalties.

24             MR. ALLEN:  Sir, you, you don't have any

25        standing whatsoever to be talking and giving answers

1          here.  You can give your objection.  And you

2          understand the federal rules, as well as anybody else

3          on here.  I'm not letting you testify for your client.

4                    MR. BUSCH:  Mr. Allen, --

5                    MR. ALLEN:  If you want to object, --

6                    MR. BUSCH: -- calm down.  Mr. Allen, calm

7          down.  Calm down, Mr. Allen.

8                    MR. ALLEN:  -- you can object to the form

9          of my question but you're not giving answers to

10         Mr. Boladian.  That's not why you're here.

11         Mr. Boladian can answer for himself.

12                   MR. BUSCH:  Mr. Allen, please calm down.

13         I'm sure you want an accurate, I'm you sure you want

14         an accurate record.  He told you at the beginning of

15         this deposition of his medical conditions.

16                   You're trying to put words in his mouth.  I

17         have an obligation to make sure that that doesn't

18         happen, and that's all I'm doing.

19                   If you speak to the people who prepared

20         these dates, they can explain everything to you.

21         Mr. Boladian is not the person who understands this.

22                   But go ahead, I take your admonition but I

23         just want -- all I'm trying to do is get a clear

24         record so there's no misunderstanding.

25                   MR. ALLEN:  No, all you're trying to do is

1          testify for your client.

2                    MR. BUSCH:  No, I'm not.  Bridgeport --

3                    MR. ALLEN:  Whatever you're --

4                              (Cross-talking)

5                    MR. BUSCH:  You're the one that's using the

6          phrase sound recordings over and over again, not

7          Mr. Boladian.  You're mischaracterizing his testimony.

8                    MR. ALLEN:  He's testified already that

9          some of this is for sound recording.  That's all --

10                   MR. BUSCH:  He did not.  He did not say

11         that.  What he said was that for synch, for example,

12         there's a sound recording component -- you may not be

13         an entertainment lawyer, you may not understand this.

14         But for synch there's a component, --

15                   MR. ALLEN:  I know, I know you and, --

16                             (Cross-talking)

17                   MR. BUSCH:  -- there's a publishing

18         component.

19                   MR. ALLEN:  -- and Mr. Hertz and Mr. Quick,

20         we've already established that, you know, in the first

21         week.

22                   MR. BUSCH:  Okay, let's just keep going.  I

23         don't want to waste your time.  Let's just keep going,

24         please.

25                   MR. QUICK:  I'll object to form.

1           MR. HERTZ:  If I may just add in one thing.

2      Mr. Allen.  If you're referring to specific

3      statements, even though Mr. Boladian can't see them, I

4      think you should show them so that we at least know

5      what it is you're talking about.

6           MR. ALLEN:  You produced them, Howard.

7           MR. HERTZ:  Well, I don't know what

8      document --

9                          (Cross-talking)

10          MR. BUSCH:  But we still have the right to

11     see the documents you're questioning the witness

12     about.

13          MR. HERTZ:  Normally if we were all in the

14     same room, you would be passing out a copy to each of

15     us.

16          MR. ALLEN:  You wanted to do it Zoom,

17     Howard.  I just --

18          MR. HERTZ:  No, you just put it up on the

19     screen.

20          MR. ALLEN:  I'm doing in this deference to

21     you.

22          MR. HERTZ:  Put it up on the screen.

23          MR. ALLEN:  And I know what you're doing I

24     mean so...

25          MR. HERTZ:  What I'm doing?

30

1           MR. ALLEN:  The record, the record will
2      speak for itself.
3           MR. BUSCH:  That's fine.
4   Q   (Continuing by MR. ALLEN):  I'd like to ask you
5      questions, Mr. Boladian, about a settlement agreement
6      that you entered into last year in December, December
7      27th of 2023.
8           I'm trying to get an idea of how that
9      settlement agreement came together.  Did you reach out
10     to Ms. Worrell and offer her a settlement; how did
11     that happen?
12  A   Which settlement are you talking about, sir?
13  Q   There's a settlement agreement -- and, Erik, if you'd
14     like to pull it up for the lawyers that drafted it and
15     want to see it again.
16          MR. QUICK:  No evidence of that, Mr. Allen.
17     Why don't you just stick with your questions instead
18     of making your little side comments.
19          MR. BUSCH:  Exactly.  And I've never --
20     I've been doing this for 30 years.  I've never had a
21     deposing attorney refuse to put exhibits up on the
22     screen whether --
23                    (Cross-talking)
24          MR. ALLEN:  I haven't offered it as an
25     exhibit.  And I've never in 30 years deposed a blind

31

1        client who you've already said can't read the

2        documents up on the screen that you have.

3                    MR. BUSCH:  What I'm saying is we have the

4        right to see the exhibits you're trying to use.

5                    MR. ALLEN:  I haven't offered it as an

6        exhibit.  I have not offered it as an exhibit.

7                    MR. HERTZ:  But you're asking questions

8        about it.

9                    MR. ALLEN:  We're doing our best with the

10       technology as it is.

11                   MR. SCHARF:  Where's the --

12                   MR. ALLEN:  It's the December 27 settlement

13       agreement.

14                   MR. SCHARF:  I know but where is it.

15                   MR. ALLEN:  Scroll down.

16                   MR. SCHARF:  Word documents here.

17                   MR. ALLEN:  No, too far, too far.  Up, it's

18       up.  Let me see, go ahead and escape it, exit out of

19       your share screen and I'll try and grab it on mine.

20                   MR. SCHARF:  Exit out.

21                   MR. ALLEN:  Just hit escape.  Just hit

22       escape on your keyboard.

23                   MR. SCHARF:  Yeah, I did.  I can exit out

24       of the entire tab of OneDrive.

25                   MR. ALLEN:  Go ahead.

32

1                  Sue, I'm having a little trouble sharing.

2                      (WHEREUPON an off the record

3                      discussion was had with the

4                      court reporter.)

5          MR. ALLEN:  All right, we might as well

6     mark this, Sue.  We've spent enough time looking for

7     it.  What is this, three or four?

8         COURT REPORTER:  Three.

9   Q   (Continuing by MR. ALLEN):  Okay.  On the screen,

10    Mr. Boladian, is a settlement agreement and release

11    dated 27 December 2023.  Do you recall signing that

12    document?

13  A   Signing a document but I don't remember which one.

14  Q   Okay.  Do you recall entering into a settlement

15    agreement and release with the estate of George

16    Bernard Worrell about this time last year on the 27th

17    of December?

18  A   Did something, can't quite remember what.

19  Q   Okay.  So my question, before we took the short break

20    to locate the document, was how did this, how did this

21    settlement agreement come to be?

22  A   I was served with some papers, and of course I can't

23    read or see what's what, so I gave them to

24    Mr. Levinson.  I said here, you deal with this.

25  Q   Okay.  So Mr. Levinson did what, as far as you know,

1        in order to bring this agreement to fruition?

2   A    As far as I --

3          MR. BUSCH:  Armen, before you answer the

4        question, let me just caution you that your

5        communications with Mr. Levinson are privileged.  So I

6        would instruct you not to divulge any attorney/client

7        privileged communications.

8          So I just want to give you that warning

9        because I don't want there to be a claim of waiver of

10       privilege here.

11          MR. ALLEN:  Yeah, and you'll note I asked

12       what did he do, not --

13          MR. BUSCH:  I'm just giving him, you know,

14       the appropriate caution.

15   Q    (Continuing by MR. ALLEN):  What did you have Mr.

16       Levinson do, sir?

17   A    I just told him to deal with it, that was it.

18   Q    Okay.  And as far as you know, what did he do to deal

19       with the papers that you received?

20   A    He handled it in whatever he thought was best.

21   Q    Okay.  Did he offer Ms. Worrell a settlement?

22   A    I don't know what he did, to be honest with you.

23   Q    Okay.  What is your understanding of the settlement

24       agreement and release that you signed?

25   A    That it's all finished.

34

1    Q    What's all finished, sir?

2    A    Whatever she was hollering about.

3    Q    Okay.  And what -- who is the she you're referring to?

4    A    I'm sorry, sir?

5    Q    Who is the she that you're referring?

6    A    Judie Worrell.

7    Q    Judie Worrell is the she that you were referring to

8         you that was hollering about something?

9    A    Yes.

10   Q    How did she holler; did she holler at you or did she

11        holler at somebody else?

12   A    I'm just using that as a figure of speech.

13   Q    So did you understand that Ms. Worrell, as the

14        administrator of the estate of her husband, sued your

15        record company, Westbound Records?

16   A    There was something that took place and I told Mark to

17        handle it.

18   Q    Okay.  And was it your understanding that that

19        something that happened was a lawsuit?

20   A    I'm not completely sure what's what.  It's just that

21        it's finished.

22   Q    Okay.  Did you discuss the situation with Ms. Worrell

23        with anybody else at Westbound Records?

24   A    No, I have no conversation with Judie Worrell.

25   Q    I asked whether you had -- did you discuss the papers

1       you received from Ms. Worrell with anyone else at

2       Westbound Records?

3  A   I don't recall.  I just gave it all to Mark.  I said

4       here, you deal with this.

5  Q   Okay.  And is it, is it true that Mr. Busch

6       represented Ms. Worrell in connection with this

7       settlement agreement and release?

8  A   I'm not sure what he did.

9  Q   Okay.  Mr. Busch is listed in the settlement agreement

10      as an attorney, or his law firm, King and Ballow, is

11      listed as an attorney for Ms. Worrell.  Do you know

12      that -- did you know that?

13  A   Not really.

14  Q   And Mr. Busch, is that the same Mr. Busch that's

15      representing you today?

16  A   Mr. Busch has been my attorney for 30 years and, and

17      whatever, whatever is, is.  What can I say.

18  Q   How was it that Mr. Busch became Ms. Worre -- or the

19      estate of Bernard, George Bernard Worrell's attorney?

20  A   I don't know.

21  Q   Did you provide Mr. Busch's name to Ms. Worrell in

22      connection with her decision to hire him to represent

23      the estate?

24  A   I've had no conversation with Ms. Worrell.

25  Q   Well, Ms. Worrell was sending you e-mails.

1    A    Not to me.

2    Q    Well, your attorneys have produced a number of e-mails

3         that bear your e-mail address and relate to a time

4         before I think you were blind.

5                   When, by the way, when, by the way, did you

6         become blind; what year was that?

7    A    It's going to be eight years this coming April.

8    Q    So --

9    A    In '25 it's going to be eight years.

10   Q    So you became legally blind in 2017, is that your

11        testimony?

12   A    Yes.

13   Q    Have you employed any form of technology to assist you

14        with reading documents to you, that are presented to

15        you?

16   A    No.

17   Q    No?

18   A    No.

19   Q    When you receive a communication from somebody in

20        connection with running your business, how is it that

21        you are informed about the contents of those

22        communications?

23   A    Well, they call on the phone.

24   Q    Who would call you on the phone?

25   A    Whoever is trying to reach me.

1    Q    Okay.  So is --

2    A    Sometimes I get it and sometimes I don't.

3    Q    And sometimes what, sir?

4    A    Sometimes I get it and sometimes I don't.  I can't

5         sometimes even deal with the phone.  Even when I go to

6         swipe it, sometimes it doesn't work.

7    Q    So who is assisting you in running the business that

8         you, that you own, Westbound Records, in light of your

9         disability, sir?

10   A    Sarah Catlett helps quite a bit.

11   Q    You said Sarah Catlett?

12   A    Yes.

13   Q    Okay.  So does she read your correspondence?

14   A    If there's anything to read.

15   Q    Okay.  I notice that your address on the settlement

16        agreement is listed at 4301 Orchard Lake Road, suite

17        180 to 239 in West Bloomfield.  That's a mail drop,

18        isn't it?

19   A    As far as I know.

20   Q    Okay.  So walk me through the company's process for

21        processing mail.

22             MR. BUSCH:  Objection, lack of foundation.

23   A    I don't really know because I don't go pick it up.  I

24        think you'd have to maybe ask Mr. Levinson or, or

25        Sarah.  I never -- I don't drive and I don't go

| | | |
|---|---|---|
| 1 | | running around.  I can barely stand up sometimes.  And |
| 2 | | that's what it is.  It's not, not easy getting old, |
| 3 | | trust me. |
| 4 | Q | (Continuing by MR. ALLEN):  I understand and |
| 5 | | sympathize with you, sir. |
| 6 | | But is there a process in place at |
| 7 | | Westbound Records whereby mail is picked up from the |
| 8 | | mail drop on Orchard Lake Road and delivered somewhere |
| 9 | | for someone to read it? |
| 10 | A | Well, they go and pick it up.  I can't tell you who it |
| 11 | | is exactly.  It could be somebody that is sent over to |
| 12 | | pick it up.  I don't, I don't do it. |
| 13 | Q | Okay.  So you don't do it.  Who are the employees of |
| 14 | | Westbound Records today? |
| 15 | A | Currently there's really no employees.  I mean the |
| 16 | | company's not doing a lot right now.  With technology |
| 17 | | changing so rapidly it's difficult to know which way |
| 18 | | things are going.  Especially with my condition things |
| 19 | | are not exactly a hundred percent. |
| 20 | Q | Do you have a payroll, sir? |
| 21 | A | Do I have a payroll? |
| 22 | Q | Do you have a payroll, yes, your -- Westbound Records, |
| 23 | | does it have a payroll? |
| 24 | A | Not currently.  There's no one listed on the payroll |
| 25 | | that I know of. |

1   Q   So is Sarah Catlett an employee of Westbound Records?

2   A   No.

3   Q   Is Mark Levinson a employee of Westbound Records?

4   A   No.

5   Q   Is Joel Martin a employee of Westbound Records?

6       Mr. Boladian, did you hear my last question?

7   A   I said -- you asked me if Mr. Martin was an employee,

8       I said no.

9   Q   No, okay.  So your testimony is that Westbound Records

10      has no employees?

11  A   Currently to my -- best of my knowledge, no.

12  Q   Okay.  And with respect to the settlement agreement

13      dated December 27, 2023, you don't know who initiated

14      the negotiations that led to that settlement

15      agreement?

16  A   No.  I gave everything to Mark Levinson, told him to

17      deal with it.

18  Q   What role did you play, if any, other than signing the

19      agreement and bringing the settlement agreement and

20      release about?

21  A   None.

22  Q   I'm sorry?

23  A   None.

24  Q   Nothing?

25  A   Right.

1   Q   Okay.  So you did not direct anybody to negotiate this
2       agreement for you?
3   A   No.  Well, I gave it to Mr. Levinson.  Whatever he
4       did, he did; if you want to call that negotiating.
5   Q   Okay.  And was there a negotiation of this agreement
6       between Mr. Levinson and Mr. Busch?
7   A   I don't know, sir.
8   Q   Have you ever dealt with Daniel D. Quick?
9   A   Give me that name again, please.
10  Q   Daniel D. Quick.
11  A   I don't recall the name.
12  Q   Have you ever paid money to Mr. Quick?
13  A   I don't know who Mr. Quick is.
14  Q   All right.  Have you ever made a payment to Dickinson
15      Wright Law Firm?
16  A   No.
17  Q   Have you ever made a payment --
18  A   Oh, excuse me, years ago, maybe 20, 25 years ago I did
19      use Dickinson for something.  I can't even remember.
20  Q   Would that be Dickinson, Wright, Moon, Van Dusen and
21      Freeman?
22  A   Dickinson Wright, correct.
23  Q   Okay.  So you used Dickinson Wright 20 years ago.
24      Have you ever made a payment to a third party for the
25      benefit of Dickinson Wright?

41

1   A   Not that I know of.

2   Q   Okay.  Have you -- did you give any directions to

3       anybody in connection with the negotiation of the

4       settlement agreement and release other than your

5       lawyers?

6   A   No.

7   Q   What is your understanding of what is in the

8       settlement agreement and release?

9   A   You know what, I don't even know and don't even care.

10  Q   Okay.  So you were presented with a document by your

11      attorney and you just signed it, is that your

12      testimony?

13  A   Yes, sir.

14  Q   Okay.  Is that a, is that a typical business practice

15      that you follow is that you just sign what your

16      attorneys put in front of you?

17  A   In this particular case there's not much going on

18      anymore, trust me.  So he handed me the paper, he

19      said, here, sign it and we're done.  I said right and

20      that was it.

21  Q   Okay.  Who assisted you with signing the paper?

22  A   No one.

23          MR. BUSCH:  Let me just note that any

24      conversations that occurred would be attorney/client

25      privilege anyways.

```
 1              MR. ALLEN:  We understand that and I didn't
 2       ask about any conversations.
 3              MR. BUSCH:  Okay, that's fine.
 4   Q   (Continuing by MR. ALLEN):  Are you aware of whether
 5       or not any documents were produced to any party in
 6       connection with the negotiation of this settlement
 7       agreement?
 8   A   I have no knowledge, sir.
 9   Q   Okay.  Do you know when you were served with the
10       papers that you gave to Mr. Levinson?
11   A   I can't remember.
12   Q   Okay.  Did you -- who at Westbound would have kept the
13       record of when you received the lawsuit that we're
14       here on today, Judie Worrell versus Clinton, et al?
15   A   I gave them all to Mr. Levinson.  What he did I don't
16       know and, frankly, don't care.
17   Q   How did you get them?
18   A   Somebody delivered it.
19   Q   Okay.  Delivered them how?
20   A   I think it was either, either FedEx or, or some, some
21       sort of delivery, maybe a -- somebody came personally.
22       I know I don't remember but it was some -- one of
23       those forms.
24   Q   Okay.  Who at Westbound, other than Mr. Levinson, has
25       knowledge about the settlement agreement you entered
```

1       into with the estate of Bernie Worrell?

2   A   I don't know who he might have told.  I don't know.

3   Q   Did you ever discuss the settlement agreement with

4       Ms. Catlett?

5   A   You know, I don't even know if we even discussed it.

6       I don't know if we even talked about it.

7   Q   What are Ms. Catlett's duties for Westbound Records?

8   A   Well, Ms. Catlett, she does -- if you asked her, I

9       think she would give you a better rundown.

10  Q   Okay.  What is your understanding of what she does?

11  A   I mean if I ask her something, she'll usually come up

12      with an answer or try to get an answer.  There's not a

13      lot going on right now, like I said.

14  Q   Well, there appears to be something going on because

15      you have received an assignment of a number of tracks

16      of music in this, in this settlement agreement that

17      are in dispute in this case.  Did you know that?  Sir?

18  A   No, I said no, sir.

19  Q   Oh, so you don't know that Ms. Worrell assigned her

20      rights to many of the tracks that are at issue in this

21      case to your company, Westbound Records?

22  A   Like I said, I don't have any contact with Ms. Worrell

23      at all.  I don't know, even what's in the paper, I

24      don't care.

25  Q   Okay.  So if you waived your rights against

44

| 1 |   | Ms. Worrell, you don't, you don't care about that? |
| 2 | A | If I what sir, repeat that. |
| 3 | Q | Waived your rights against Ms. -- rights to pursue any |
| 4 |   | litigation from the beginning of the world till |
| 5 |   | December 27th, 2023, you don't care about that? |
| 6 | A | I don't understand your question, sir. |
| 7 | Q | Well, I'm reading from the document.  It says that you |
| 8 |   | are waiving your rights for any and all causes of |
| 9 |   | action, lawsuits, so on and so forth from the, from |
| 10 |   | the beginning of the world until December 27, 2023. |
| 11 |   | That, that doesn't -- you don't care about that? |
| 12 | A | If I should sue her for something, is that what you |
| 13 |   | mean? |
| 14 | Q | No, I'm -- you made the comment that you don't care |
| 15 |   | what's in the document. |
| 16 | A | Right. |
| 17 | Q | And I'm asking you a specific question about something |
| 18 |   | that's in the document and whether you care about |
| 19 |   | that. |
| 20 | A | I don't even know.  Whatever's in there is in there. |
| 21 |   | Mark, I trust him and I don't care after that. |
| 22 | Q | Okay.  So did you care that Ms. Worrell had sued you |
| 23 |   | or sued your company, Westbound Records, in this |
| 24 |   | lawsuit? |
| 25 | A | Oh, she did obviously and Mark took care of it. |

45

1    Q    Who took care of it, Mr. Mark, Mark Levinson?

2    A    Mark Levinson, right.

3    Q    Okay.  So if Mr. Levinson took care of the document,

4         why is Mr. Busch's name on the document for the estate

5         of Judith Worrell, do you know?

6    A    I don't know.

7                   MR. QUICK:  Objection.

8                   MR. BUSCH:  Objection.

9    Q    (Continuing by MR. ALLEN):  What do you know about the

10        decision that was made to include some tracks that are

11        -- or some works that are at issue in this case and

12        not others?

13   A    I don't, like I said, I don't even know what's in the

14        paper, sir.

15   Q    What is the corporate form of Westbound Records, is it

16        an S corp, is it a C corp, is it an LLC; what is it?

17   A    To the best of my knowledge, from what my accountant

18        says, it's an S corp.

19   Q    Okay.  Where is it incorporated, Michigan?

20   A    Michigan, yeah.

21   Q    Yes?

22   A    Yes.

23   Q    Okay.  And you were the person who incorporated it,

24        correct?

25   A    Years ago.

1   Q   Okay.  Who are the officers of Westbound Records?

2   A   Well, I think I'm still president.  I'm not even sure

3       anymore, to be honest with you.  Like I said, there's

4       not that much activity.

5   Q   Is there a secretary or -- secretary of the

6       corporation?

7   A   I think there is.

8   Q   Okay.  Is there a treasurer of the corporation?

9   A   I don't think -- they died, yeah.

10  Q   Vice president of the corporation?

11  A   I don't know what's been brought up to date, sir.

12  Q   Okay.  And do you have a board of directors?

13  A   Me.

14  Q   Okay.

15              MR. QUICK:  Mr. Allen, I'm sorry to

16      interrupt.  Just for the record, you know, this has

17      been going on for, for some time and I just don't want

18      silence to sound as if I am acquiescing in the scope

19      and nature of the questions that you are asking;

20      which, in my view, are far outside the bounds of what

21      was ordered by Magistrate Judge Grand.  And, in any

22      event, are relevant to the actual case that this

23      deposition's being taken in.

24              So I'm not asking you to agree with me, I

25      just wanted to make a statement on the record while

1      this continued on, thank you.

2           MR. BUSCH:  And, Mr. Quick, thank you for

3      that and, Mr. Allen, because I was about ready to say

4      that.  I don't see what any of this has to do with

5      this case.

6           You seem to be asking questions that have

7      nothing to do with this case but are -- and are far

8      afield from the reason you got the right to take this

9      deposition in the first place.

10           So at some point, very shortly, I'm about

11      to instruct the witness not to answer anymore

12      questions unless you get to relevant information.

13           MR. ALLEN:  Well, I would love for you to

14      direct the witness to not answer a question because

15      that would be a violation of our local rules.  I

16      don't, I don't know if you've read them.

17           MR. BUSCH:  Well, if you're harassing him,

18      which you're doing --

19           MR. ALLEN:  I'm not harassing him.

20           MR. BUSCH:  I believe it --

21           MR. ALLEN:  I'm not --

22               (Cross-talking)

23           MR. BUSCH:  Why won't you let me finish my

24      statement and you're free to respond.

25           I believe you are harassing him.  He is

1      90-years-old.  He is completely blind.  He told you he

2      has some dementia, and you're asking him about things

3      that have really nothing do with this case whatsoever,

4      not the merits of it at all.

5                  And so when a lawyer is harassing a

6      witness, it is my obligation to stop that from

7      happening.  And if it requires an instruction not to

8      answer, that is what I will do.  And you're free to

9      take it to the magistrate.  But Mr. Quick is

10     correct --

11                 MR. ALLEN:  I'd love for you to go to the

12     magistrate.

13                 MR. BUSCH:  That's fine.  I'm not scared of

14     you, Mr. Allen.  Mr. Allen, you started this

15     deposition by threatening me and you continue to do

16     so.  And I'm not scared of you, just please ask the

17     questions that you have that are relevant to this

18     case.  That's all I'm asking you.

19  Q  (Continuing by MR. ALLEN):  Sir, you're the sole owner

20     of Westbound Records, are you not?

21  A  Yes, sir.

22  Q  Okay.  And other than yourself and Mr. Levinson is

23     there anybody else that has any information about the

24     manner in which Westbound Records conducts its

25     business?

1           MR. BUSCH:  That question's been asked and

2      answered.  He also said Sarah Catlett may.  But you

3      can answer the question again, Armen.

4   A   Well, that's it.  You asked me, you got it right

5      there.

6   Q   (Continuing by MR. ALLEN):  Does Westbound Records

7      have an office other than the post office drop on

8      Orchard Lake Road?

9   A   No, we closed it down.

10  Q   So how did you meet George Clinton?

11  A   We got to go back to the '60's.

12  Q   Okay.

13  A   George, George had recorded a song for Revilot

14     Records, I Want to Testify.  And at that time we had a

15     distributorship, a record distributorship, and we

16     distributed a label called Revilot.

17  Q   Okay.

18  A   Mr. Clinton was a member of the group Parliaments and

19     they were the artist on the recording, I Want to

20     Testify.  And that's how I met him.

21  Q   So you met him in connection with the distribution of

22     that, of that song, correct?

23  A   Another record company, Revilot.

24  Q   Okay.  And how did it come to pass that you and

25     Mr. Clinton did business together?

1  A   Well, I saw -- I liked the music.  And George was

2      always looking for additional opportunities.  And

3      after a year or two after they had their run with I

4      Want to Testify, the idea came up of using the band

5      that backed the Parliament to call them Funkadelic.

6              I did not pick the name, by the way.  I

7      believe Billy Nelson had thought of the name, one of

8      the members of the group at that time.  And that's how

9      we decided to try to work together and do some

10     recordings under the name Funkadelic.  That's how it

11     began.

12 Q   And at some point you started Westbound Records and

13     you started to cut music with Mr. Clinton, correct?

14             MR. BUSCH:  Object to the form of the

15     question.

16 A   Well, we had a couple of other artists before

17     Funkadelic.

18 Q   (Continuing by MR. ALLEN):  Okay.  And you claim

19     ownership through your companies of several sound

20     recordings that Mr. Clinton or his groups have made.

21     Do you have a recollection of which recordings, sound

22     recordings, you claim ownership interest in?

23             MR. BUSCH:  Object to the form of the

24     question.  The documents, the agreements, speak for

25     themselves.

51

1          MR. ALLEN:  The agreements you haven't

2     produced.

3          MR. BUSCH:  I don't know, I don't know

4     what's been produced and what hasn't been produced,

5     but there are agreements with Funkadelic so...

6  Q   (Continuing by MR. ALLEN):  Where would I find those

7     agreements, Mr. Boladian?

8  A   I'm sorry?

9  Q   Where would I find those agreements that Mr. Busch is

10    referring to?

11 A   I don't know.

12 Q   Who has those agreements?

13 A   I have no idea right now.

14 Q   Okay.  But it is your testimony that you claim

15    ownership of several sound recordings that Mr. Clinton

16    created, correct?

17         MR. BUSCH:  Object to the form.  Object to

18    the use of the, use of the word Mr. Clinton.  He said

19    it was Funkadelic.

20 A   Be more specific with titles.  I mean they recorded

21    for different companies, okay.  So we don't own all of

22    them.  Other companies own other recordings by

23    Funkadelic.

24 Q   (Continuing by MR. ALLEN):  Okay.  And you collect

25    royalties on the sound recordings that you claim own

1      -- that your companies claim ownership in, don't you?

2  A   If there's any royalties to be paid or had.

3  Q   Okay.  Mr. Clinton doesn't receive those royalties,

4      does he?

5  A   No guarantee.  I don't know what Mr. Clinton received.

6  Q   You don't share sound recording royalties on the songs

7      you claim ownership in with Mr. Clinton, do you?

8  A   Currently, no.

9  Q   Okay.  So on the songs that you claim -- or that your

10     companies claim ownership in, you are the sole

11     recipient -- they are the sole recipient of the sound

12     recording royalties, correct?

13             MR. BUSCH:  Object to the form of the

14     question, mischaracterizes his testimony.

15  A   I think you need to be specific.  It's a broad, broad

16     question, you know.

17  Q   (Continuing by MR. ALLEN):  Okay.

18             MR. BUSCH:  Mr. Allen, just in the -- going

19     forward, and I'm not trying to tell you what to do,

20     but in the music business songs are generally referred

21     to as -- compositions refer to songs and sound

22     recordings are not recordings.  So if you want to be

23     specific, I would appreciate using those -- that --

24     those terms, but you can do what you want.

25  Q   (Continuing by MR. ALLEN):  Do you receive royalties

53

1      for Mommy, What's a Funkadelic, I'll Bet You?  I'm

2      saying -- when I'm referring to you, I'm talking about

3      Westbound.

4              MR. BUSCH:  And are you referring to both

5      either sound recording or publishing or both?

6              MR. ALLEN:  I'm talking about the sound

7      recording, sir.

8              MR. BUSCH:  Okay, thank you.

9   A   We have in the past.

10  Q   (Continuing by MR. ALLEN):  Do you share those

11      royalties with Mr. Clinton?

12  A   Currently, no.

13  Q   Okay.  Do you receive sound recording royalties for

14      Music -- or when I'll reference you, I'm referring to

15      Westbound Records, Music For My Mother?

16  A   You know what, I don't know, sir, currently what still

17      comes in and what is no longer earning anything.  I

18      can't tell you.

19  Q   So let me ask you this.  Do you share the royalties

20      that you receive for any Funkadelic sound recording

21      with Mr. Clinton?

22  A   No.

23  Q   Okay.  So if there is income coming in on the sound

24      recordings, if there's royalties coming in on the

25      sound recordings for Funkadelic music sound

1       recordings, you're not sharing that with Mr. Clinton?

2   A   No.

3   Q   Okay.  Do you recall a record called Free Your Mind

4       and Your Ass Will Follow?

5   A   I recall the title, yes.

6   Q   Okay.  And you claim the ownership in the sound

7       recordings for that, do you not, Westbound does?

8   A   Yes.

9   Q   How about Maggot Brain, do you claim that Westbound is

10      the owner of the sound recordings in -- or for Maggot

11      Brain?

12  A   Yes.

13  Q   Okay.  Did you acquire your rights to the sound

14      recordings through fraud or misrepresentation?

15          MR. BUSCH:  Object to form.

16  A   Through misrepresentation?

17  Q   (Continuing by MR. ALLEN):  Fraud or

18      misrepresentation.

19          MR. BUSCH:  Can you explain to me --

20  A   Did --

21          MR. BUSCH:  Go ahead, Mr. Boladian, answer

22      the question, then I have a question for Mr. Allen.

23          MR. HERTZ:  Why don't you repeat the

24      question.

25          MR. BUSCH:  Repeat the question, please.

55

1              MR. ALLEN:  Go ahead, Sue, repeat the

2      question.

3                             (WHEREUPON the reporter read

4                             back the question as follows):

5      QUESTION:  "Did you acquire your rights to the sound

6                   recordings through fraud or

7                   misrepresentation?"

8   A   No.

9   Q   (Continuing by MR. ALLEN):  So --

10             MR. BUSCH:  Mr. Allen, wait, wait one

11     second before you ask your next question.  Mr. Allen,

12     I don't know if you know this or not but Mr. Clinton

13     and Mr. Boladian have had litigation over the last --

14             MR. ALLEN:  I'm well aware of it

15             MR. BUSCH:  And Mr. Clinton, --

16             MR. ALLEN:  I'm well aware of it.

17             MR. BUSCH:  -- Mr. Clinton -- excuse me.

18             MR. ALLEN:  You're testifying, you're

19     testifying --

20                           (Cross-talking)

21             MR. BUSCH:  Let me finish.  I'm going to

22     stop you from questioning --

23             MR. ALLEN:  No, you are testifying so he

24     won't testify and I'm have an obligation to stop you

25     from testifying.

1           MR. BUSCH:  No, I'm testifying.

2           MR. ALLEN:  When I ask about --

3                     (Cross-talking)

4           MR. BUSCH:  Excuse me, calm down.  I'm not

5    testifying.  There's no question pending.

6           MR. ALLEN:  Place your objection on the

7    record but don't testify for the witness.

8           MR. BUSCH:  I'm not testifying.

9           MR. ALLEN:  Or lead the information that

10   you're giving.

11          MR. BUSCH:  Okay, are you going to let me

12   -- we're not going to continue until you let me make

13   my statement on the record.

14          MR. ALLEN:  You are leading your witness

15   and --

16          MR. BUSCH:  I am not.  There's another

17   question pending.

18          MR. ALLEN:  -- it's not even your turn.

19          MR. BUSCH:  Mr. Allen, my only point was to

20   say to you, this case is not about those allegations

21   that have been litigated and Mr. Clinton lost.

22          This case is about Ms. Worrell's claims

23   against Mr. Clinton and I'm not going let you

24   re-litigate things here or ask questions that have

25   nothing to do with this case.

1          MR. ALLEN:  You're, you are absolutely

2     wrong about that, Richard.

3          MR. BUSCH:  Explain to me how this is

4     relevant to the case.

5          MR. ALLEN:  I will explain it to you, okay.

6     There have been allegations that, that Mr. Clinton

7     improperly, through his fraud, gave rights to sound

8     recordings to record companies.  That is a direct

9     allegation in this case.

10          I'm asking about an allegation that has

11     been made by the plaintiff in this case.  And I

12     assumed that Mr. Boladian was going to give the answer

13     that he gave, which is that it's his testimony that he

14     did not acquire his rights to the sound recordings

15     through fraud or misrepresentation.

16          MR. BUSCH:  Okay.

17          MR. ALLEN:  So you just wasted five

18     minutes --

19          MR. BUSCH:  I'm not following --

20          MR. ALLEN:  -- of my deposition time.

21          MR. BUSCH:  -- how one flows -- I don't

22     understand how one -- excuse me.  I don't understand

23     how one flows from the other.  I don't understand how

24     the allegation against Mr. Clinton in this -- by the

25     plaintiff in this case that -- your questioning

1              Mr. Boladian flows from that but, but if you're moving

2         on and going onto now the allegations of this case,

3         then fine.

4    Q    (Continuing by MR. ALLEN):  Mr. Boladian, it's your

5         testimony that, that your acquisition of your rights

6         to sound recordings was done in a legal manner,

7         correct?

8                   MR. BUSCH:  You just asked him that

9         question literally.

10                  MR. ALLEN:  No, I didn't.

11                  MR. BUSCH:  Okay.

12                  MR. QUICK:  Form and foundation.

13   A    As far as I know.

14   Q    (Continuing by MR. ALLEN):  Okay.  So if Ms. Worrell

15        alleges in this case that you acquired your interest

16        in sound recordings through fraud and

17        misrepresentation, you disagree with that allegation,

18        correct?

19                  MR. QUICK:  There's no allegation, --

20                  MR. BUSCH:  There's no allegation of that.

21                  MR. QUICK:  -- there's no allegation of

22        fraud by Mr. Boladian that's relevant to this case.

23                  MR. BUSCH:  You've missed -- you've just

24        misrepresented the record, Mr. Allen, and I don't

25        appreciate it.

```
 1                    MR. ALLEN:  You can answer the question,
 2        sir.
 3                    MR. BUSCH:  It's impossible to answer
 4        because there's no such allegation.
 5   A    I have no answer for you, sir.
 6   Q    (Continuing by MR. ALLEN):  I think your attorney
 7        answered for you, as what he's been doing.
 8                    MR. BUSCH:  You just made up an allegation
 9        that doesn't exist.
10                    MR. ALLEN:  No, I didn't.  No, I didn't.
11        If George Clinton, if George Clinton engaged in fraud,
12        there was somebody on the other side of the fraud and
13        that's Mr. Boladian.  So if the allegation's --
14                    MR. BUSCH:  That sounds like a re --
15                                (Cross-talking)
16                    MR. ALLEN:  -- the allegation, it's got to
17        involve Boladian.  And if Boladian is saying --
18                    MR. BUSCH:  Tell it to the jury.  Tell it
19        to jury and the court.  That sounds ridiculous.  So
20        tell it to the jury and the court.  That sounds --
21                    MR. ALLEN:  There won't be a jury in front
22        of us.  There won't be a jury in this case.
23                    MR. BUSCH:  Tell it to the court, tell it
24        to the judge, can't wait.
25   Q    (Continuing by MR. ALLEN):  Have you any documents,
```

1        other than what's been produced, Mr. Boladian,

2        relating to Mr. Clinton's employment with Westbound

3        Records?

4               MR. BUSCH:  Object to form.

5               MR. QUICK:  Join.

6    Q   (Continuing by MR. ALLEN):  I didn't hear your answer.

7    A   I currently have no documents.  I, I don't have

8        anything right now.

9    Q   Okay.  Where did the documents -- where did the

10       records for Westbound Records go if you don't have

11       them anymore?

12   A   I don't know.

13   Q   Was there an office manager employed at the time that

14       you disposed of the documents?

15              MR. BUSCH:  Object to form.  He never said

16       he disposed of documents.

17   A   There was an office manager but as we moved several

18       times over the last 60 years, things get lost and they

19       just disappear or get lost.

20   Q   (Continuing by MR. ALLEN):  Okay.  When was the last

21       time Westbound Records moved from its prior location?

22   A   Before COVID.

23   Q   Okay.  So would that have been in 2019?

24   A   I, I'm not sure but somewhere around there.

25   Q   All right.  And was that when you started using the

| | | |
|---|---|---|
| 1 | | address at 4301 Orchard Lake Road? |
| 2 | A | Even before that, before '19. |
| 3 | Q | Okay.  How long has the registered office of Westbound |
| 4 | | Records been at 4301 Orchard Lake in West Bloomfield? |
| 5 | A | I don't know for sure. |
| 6 | Q | I'm sorry? |
| 7 | A | I don't know for sure. |
| 8 | Q | Were you blind when the -- you testified earlier that |
| 9 | | you think that 2017 is when you became blind I |
| 10 | | believe? |
| 11 | A | Yes. |
| 12 | Q | Were you blind the last -- when you moved to 4301 |
| 13 | | Orchard Lake Road, would that help place the time? |
| 14 | A | Starting in '17.  What happened after that I don't |
| 15 | | know. |
| 16 | Q | Okay.  Prior -- what location was Westbound Records -- |
| 17 | | or where was Westbound Records located prior to being |
| 18 | | located at 4301 Orchard Lake Road? |
| 19 | A | 15500 West Ten Mile Road, Southfield, Michigan. |
| 20 | Q | And who were the employees at the time of -- who were |
| 21 | | the employees of Westbound Records at the time that |
| 22 | | you -- or that it was located on West Ten Mile Road? |
| 23 | A | Hazel Hollenquest. |
| 24 | Q | Hazel Hollenquest, who else? |
| 25 | A | That was it. |

1   Q   Did Ms. Hollenquest have any duties with respect to

2       recordkeeping?

3   A   No.  She, she retired even before we moved.  She

4       retired I think it was a couple of years -- in 2 -- I

5       think it was the end of '14 or '15 she retired.

6   Q   How did you get to -- how were you introduced to

7       Bernie Worrell?

8   A   I don't remember exactly.

9   Q   Do you recall an approximate year when you would have

10      been introduced to Mr. Worrell?

11  A   Do I recall what, sir?

12  Q   An approximate year in which you were introduced to

13      Mr. Worrell.

14  A   It was somewhere around '68 or '69.

15  Q   Okay.  And what context were you introduced to

16      Mr. Worrell?

17              MR. BUSCH:  Object to form.

18  A   I don't know.

19              MR. BUSCH:  Could you clarify that,

20      Mr. Allen.  It's been 60 years.  Could you clarify

21      like exactly what you mean, in what context.

22              MR. ALLEN:  Well, it's actually not 60.

23              MR. BUSCH:  Fifty-five.

24              MR. ALLEN:  Right.

25  Q   (Continuing by MR. ALLEN):  Did you meet him at the

1      studio, sir?

2  A   I can't remember where it was.

3  Q   Okay.  Did you meet him in connection with his work

4      with Parliament?

5  A   Funkadelic.

6  Q   Funkadelic, okay.

7  A   It would have been -- I mean that would have been the

8      only reason.

9  Q   What was the extent of your working relationship with

10     Mr. Worrell?

11 A   Fine.  Bernie was a wonderful guy, very nice, very

12     talented musician.

13 Q   Did you ever have any discussions with Mr. Worrell

14     about his complaints that he was not receiving the

15     royalties to which he thought he was entitled?

16 A   No.

17 Q   So would the extent of your discussions about

18     royalties owing to Mr. Worrell have been solely with

19     Ms. Judith Worrell?

20          MR. BUSCH:  Object to form, --

21          MR. QUICK:  Can I just --

22          MR. BUSCH:  -- lack of foundation.  Go

23     ahead, Dan.

24          MR. QUICK:  Yeah, I'm sorry, Jim.  Would it

25     be helpful to clarify whether you're referencing

64

1      complaints that Mr. Worrell was not being -- was due

2      something from Mr. Boladian's entities, or due

3      something from Mr. Clinton or somebody else?  That's a

4      big distinction.

5              MR. ALLEN:  I'm talking about disputes that

6      Mr. Worrell had with Mr. Boladian or his entities.

7              MR. QUICK:  Okay, thank you very much.

8  A   I don't remember a lot of that.  I just remember

9      Bernie was a nice guy and very talented.

10  Q   (Continuing by MR. ALLEN):  And you remember no

11      discussions with his wife about claims that she made

12      -- she was making about not receiving royalties from

13      you or one of your firms that she felt he was entitled

14      to?

15  A   No.

16  Q   Who else at Westbound Records would have information

17      about Mr. Worrell's relationship with Westbound?

18  A   It would have been Bernie Mendelson but he's deceased.

19      Everybody -- anyone that was in and out of there is

20      either dead or, you know, in bad shape health-wise.

21  Q   Okay.  Did you consider him to be a good employee?

22              MR. BUSCH:  Object to the form.  Object to

23      the use of the word employee.

24              MR. QUICK:  Join.

25  A   Who are you referring to?

1    Q    (Continuing by MR. ALLEN):  Mr. Worrell.

2    A    You mean as being a good employee?

3    Q    Yeah.

4    A    Not really an employee, he was under contract as a

5         musician and he would get paid for his services.  But

6         he was not a direct employee of Westbound.

7    Q    So you take issue with the characterization on the

8         American Federation of Musicians documents that have

9         him listed as an employee?

10             MR. BUSCH:  Object to form.

11   A    It's a term they use but my sense of employee would be

12        a W2 where you take out the taxes, the proper taxes

13        and send them to the government and issue a W -- a

14        statement at the end of the year and all that.

15             We did not do that with Bernie.  He got

16        paid as a contract musician and he filed his own taxes

17        and did his own, you know, paperwork, whatever.  I had

18        nothing to do with that.

19   Q    (Continuing by MR. ALLEN):  Who would have, who would

20        have his 1099s or W2s?

21             MR. BUSCH:  Object to form.

22   A    I don't, I don't know.

23   Q    (Continuing by MR. ALLEN):  From West -- that

24        Westbound issued?

25             MR. QUICK:  Object as to facts not in

1    evidence, but go ahead.

2            MR. BUSCH:  Yeah, lack of foundation and

3    assuming facts not in evidence.

4  A  I don't know.

5  Q  (Continuing by MR. ALLEN):  So when you signed, when

6    you signed the American Federation of Musician

7    contract 103107 in 1976 listing Mr. Worrell as an

8    employee of Westbound Records, were you falsifying a

9    record, or what -- why would you sign a document, why

10   would you sign a document that lists Bernie Worrell as

11   an employee of Westbound Records?

12           MR. BUSCH:  Object to form, argumentative

13   and it's -- well, I'll leave it at that.  Object to

14   form and argumentative.

15           MR. QUICK:  Join.

16  A  If I'm, if I'm correct, the union is indicating that

17   if they did work for us, that they would be -- he

18   would be an employee.  And to a certain extent they're

19   correct, he was an employee for that particular

20   session.

21  Q  (Continuing by MR. ALLEN):  Correct.

22  A  Right.  WATCH.

23  Q  As were the other musicians, likewise named on the

24   American Federation of Musicians --

25  A  All the other, --

1    Q     -- contract?

2    A     -- all the other --

3              MR. BUSCH:  Armen, one second.  Let me just

4         get my objection in, please, before you answer.

5              MR. ALLEN:  Go ahead and speak.  Go ahead

6         and testify for him, Richard.  You've been doing it

7         all day.

8              MR. BUSCH:  I'm not, I'm not.  I'm not

9         going to say a word other than objection --

10             MR. ALLEN:  There's a local, --

11             MR. BUSCH:  Excuse me.

12             MR. ALLEN:  -- there's a local rule direct

13        to the point.  You're not allowed, --

14             MR. BUSCH:  You know, you spend more time

15        arguing with me.

16             MR. ALLEN:  -- you're not allowed to do

17        this.  You are, --

18             MR. BUSCH:  Objection, --

19             MR. ALLEN:  -- you are testifying --

20             MR. BUSCH:  -- objection.

21             MR. ALLEN:  -- for your witness.  It's

22        totally inappropriate.

23             MR. BUSCH:  All I'm doing is making my

24        legal objection, calm down.  Objection, lack of

25        foundation and it calls for a legal conclusion.

1           I'm allowed to make a legal objection, and

2       the witness began answering before I had a chance to

3       get it in.  I'm just saying wait until I get my

4       objection out, answer the question.

5           You can answer, Armen.  I just want to get

6       my legal objection in.

7   A   All right.  As we paid Bernie Worrell, all the other

8       musicians were paid as well.  That's all I have to say

9       really.

10  Q   (Continuing by MR. ALLEN):  Did Westbound control any

11      payment sent to Dickinson Wright in connection with

12      this litigation?

13  A   No.  I think I told you earlier we did not.

14  Q   Okay.  Did you personally direct any payment to

15      Dickinson Wright?

16  A   No.

17  Q   Did you send any payment to any third party to pay

18      Dickinson Wright?

19  A   No.

20  Q   And is it your testimony that you are in no way, shape

21      or form financing the litigation that Judith Worrell

22      has brought against Mr. Clinton?

23  A   Absolutely not.

24  Q   You've not paid for any expert witnesses in this case?

25  A   No.

69

1    Q    Either you or your company?

2    A    No.

3    Q    So do you like Mr. Clinton?

4    A    Do I like him?

5    Q    Yeah.

6    A    I mean George is okay, yeah.  I mean, you know, other

7         than his business practices.  As a person, he's fine.

8         I mean during the old days we had good times together.

9    Q    Why did you throw him out of that -- why did you throw

10        him out of his house?

11             MR. BUSCH:  Objection.  That's prior

12        litigation.  Don't answer the question, Armen.  I'm

13        done with this.

14             You're not going to ask him questions like

15        that, no.  That, that case was litigated, Mr. Clinton

16        lost.  There's a record about all the things

17        Mr. Clinton did.  He's lost every case he's filed

18        against Mr. Boladian and we're not going re-litigate

19        those cases here, I'm sorry.

20   Q    (Continuing by MR. ALLEN):  Did you like him when you

21        threw him out of his house?

22             MR. BUSCH:  Objection.  Do you want to hear

23        why he threw him out of his house, or why he threw him

24        out of Armen's house?  Anyways --

25             MR. ALLEN:  You can ask him questions if

1       you want.

2                   MR. BUSCH:  I'm not -- listen, no, this has

3       no relevance --

4                   MR. ALLEN:  You can ask him questions --

5                   MR. BUSCH:  This has no relevance.  I'm

6       instructing him not to answer.

7                   MR. ALLEN:  You've instructed your client

8       to testify about all questions I asked.

9                   MR. BUSCH:  You made -- you got a court

10      order to allow this deposition under specific reasons

11      and for explicit purposes.  Re-litigation of --

12                  MR. ALLEN:  We're going to --

13                  MR. BUSCH:  -- over the last 29, 30 years

14      is not going to be part of this deposition, I'm sorry.

15   Q  (Continuing by MR. ALLEN):  Do you think Mr. Clinton

16      is dishonest, Mr. Boladian?

17   A  I don't think intentionally he's dishonest.  I don't

18      think intentionally he's dishonest.

19   Q  Okay.  Do you think he engaged in crimes or fraud?

20                  MR. BUSCH:  Object to form.

21                  MR. QUICK:  And foundation.

22                  MR. BUSCH:  And foundation, lack of

23      foundation.

24                  MR. HERTZ:  Time periods, what are you

25      talking about?

1   A   Be more specific, are you talking about going around

2       and killing people or, or something like that?  I mean

3       be a little more specific.

4   Q   (Continuing by MR. ALLEN):  I just asked whether you

5       thought that he engaged in any criminal activity?

6           MR. BUSCH:  Object to form, lack of

7       foundation.

8           MR. QUICK:  Join.

9   A   Like what, can you be more specific?

10  Q   (Continuing by MR. ALLEN):  I don't have any

11      specifics.  I'm asking you whether you think he's

12      engaged in any criminal activity?

13          MR. BUSCH:  Object to form, lack of

14      foundation.  And again this has nothing to do with why

15      you are deposing Mr. Boladian whatsoever.

16  A   No, I don't -- not that I know of, let's put it that

17      way.  I'm not with George 24 hours a day; furthermore,

18      I have my own problems to deal with, okay, really.

19  Q   (Continuing by MR. ALLEN):  Do you have any evidence

20      that Mr. Clinton defrauded Judie Worrell -- I'm sorry,

21      Bernie Worrell, the estate of Bernie Worrell?

22  A   No, I don't

23          MR. BUSCH:  Object to form, lack of

24      foundation.

25          MR. QUICK:  Join.

1   Q    (Continuing by MR. ALLEN):  Do you have any evidence

2        that Mr. Clinton defrauded Bernie Worrell?

3   A    I have -- I don't know.  I have no idea.

4             MR. BUSCH:  And Mr. Boladian is, I'm sorry,

5        Mr. Boladian is not even a voluntary witness.  He has

6        not come forward and said I'm testifying on behalf of

7        Judie Worrell, he's not.

8             You took his deposition.  He is not a

9        witness in this case.  You insisted on his deposition

10       for specific purposes.  You're going well beyond what

11       you represented to the court was the need for this

12       deposition, well beyond.

13            MR. ALLEN:  Well, we won't talk about

14       representations to the court until we're before the

15       court the next time.  And we'll have that, we'll have

16       a full discussion about representations that have been

17       made to the court.

18            MR. BUSCH:  I have no idea what you're

19       talking about.

20            MR. ALLEN:  Well, you will soon.

21            MR. BUSCH:  Okay.

22   Q    (Continuing by MR. ALLEN):  So, Mr. Boladian, my

23       question is do you think that Mr. Clinton defrauded

24       Mr. Worrell out of any money?

25            MR. QUICK:  Form and foundation.

73

1          MR. BUSCH:  He just answered the question,
2     asked and answered.
3   A   You know what, I have no idea what their, what their
4     agreements were or what -- I don't know.
5   Q   (Continuing by MR. ALLEN):  So you have no evidence
6     that Mr. Clinton did anything dishonest towards
7     Mr. Worrell?
8   A   I don't know.
9          MR. BUSCH:  Object to form, lack of
10    foundation.
11  A   I don't know.
12  Q   (Continuing by MR. ALLEN):  You don't know that --
13    wait, wait, wait.  My question was -- Sue, read my
14    question back.
15                    (WHEREUPON the reporter read
16                    back the question as follows):
17  QUESTION:  "So you have no evidence that Mr. Clinton
18                did anything dishonest towards
19                Mr. Worrell?"
20  A   I don't know.
21  Q   (Continuing by MR. ALLEN):  So you have no evidence
22    that he did anything dishonest towards Mr. Worrell,
23    correct?
24  A   I don't know.
25         MR. QUICK:  Form and foundation.

1    A    I don't know.

2    Q    (Continuing by MR. ALLEN):  You don't know whether you

3         have information or evidence, or you don't know of

4         any, you don't know of any dishonest activity that

5         Mr. Clinton engaged in towards Mr. Worrell, which one

6         is it?

7    A    I don't know.  I don't know.

8    Q    Do you think Mr. Clinton cheated anybody else?

9              MR. BUSCH:  Object to form, lack of

10        foundation.

11   A    I don't know that either.

12   Q    (Continuing by MR. ALLEN):  Do you have any evidence

13        that Mr. Clinton has cheated anybody?

14             MR. BUSCH:  Object to form, lack of

15        foundation.

16   A    I don't know what George's dealings were with other

17        people.

18   Q    (Continuing by MR. ALLEN):  Right.  So one of the

19        things I'm entitled to ask a witness is whether they

20        have evidence of things that have been alleged in the

21        Complaint, Mr. Boladian.  So I'm asking you whether

22        you have any evidence whether Mr. Clinton engaged in

23        any dishonest actions towards any third party?

24   A    I don't know that either.

25   Q    Do you have any other reasons to suspect that

1     Mr. Clinton is a disreputable person?

2                MR. BUSCH:  Object to form.

3  A   Repeat that again, please.

4  Q   (Continuing by MR. ALLEN):  Do you have any evidence

5      that Mr. Clinton is a disreputable person?

6                MR. BUSCH:  Object to form.

7  A   Do I have any evidence?

8  Q   (Continuing by MR. ALLEN):  Yes.

9  A   No.

10 Q   I'll be with you in one second here.  Here we go.

11               How would you describe Eddie Hazel's

12     contribution to the song Maggot Brain?

13               MR. BUSCH:  Object to form, lack of

14     foundation.  Don't speculate or guess.

15 A   Eddie was a premier main artist on that particular

16     recording so he contributed a lot.  There was a lot of

17     feeling, a lot of creative work.  Bernie did a -- I'm

18     sorry, Eddie did a magnificent job.

19 Q   (Continuing by MR. ALLEN):  Okay.  And was his work

20     enhanced by some technological innovations that

21     Mr. Clinton made on that solo?

22               MR. BUSCH:  Object to form, lack of

23     foundation.

24 A   Not that I know of.

25 Q   (Continuing by MR. ALLEN):  So do you recall what

76

1        Mr. Clinton's contribution was to the song?

2    A   He added some -- a verse to it.  I don't even recall

3        what the verse was.  I'm drawing a blank.

4    Q   Okay.  Who is Garry Shider?

5    A   Garry Shider was another member of, of the Parliament.

6    Q   And what was his contribution to Maggot Brain, the

7        song?

8                MR. BUSCH:  Object to form, lack of

9        foundation.

10   A   I don't know what Garry exactly did on that.

11   Q   (Continuing by MR. ALLEN):  Would you agree with me

12       that there were several important components to that

13       particular track --

14               MR. BUSCH:  Object to form.

15   Q   (Continuing by MR. ALLEN):  -- that were contributed

16       -- I'm not done with my question.

17               MR. BUSCH:  I apologize.

18   Q   (Continuing by MR. ALLEN):  That were contributed by

19       various members of the group?

20               MR. BUSCH:  Object to form, lack of

21       foundation.

22   A   I mean that goes back many, many years.  I really

23       can't honestly tell you.

24   Q   (Continuing by MR. ALLEN):  Okay.  Can you recall with

25       specificity the musical contributions made by any

1      member on any Funkadelic sound recording sitting here

2      today?

3   A  They kind of worked as a unit, as a group.  And one

4      may have done a little more solo on one song and

5      another may have been a little more prominent on

6      another song.  So, you know, hard to tell.

7   Q  You were -- or the group was fortunate in that it had

8      several very talented musicians, correct?

9   A  Yes.

10  Q  Okay.  And would you agree with me that all of them

11     could lay, lay claim to being the integral parts of

12     vari -- of any of the tracts that they recorded?

13             MR. BUSCH:  Objection, foundation,

14     compound, calls for a legal conclusion.

15             MR. QUICK:  I join, lack of foundation.

16  A  Each musician performed their particular part.  And if

17     they did a particular solo on a song, then of course

18     that would stand out.  But on another track could have

19     been another musician, on another track another

20     musician.  But they worked very well together and that

21     was it really.  And they liked one another.

22  Q  (Continuing by MR. ALLEN):  How do you receive revenue

23     from the sound recordings that you claim ownership

24     interest in?

25  A  How do we receive revenues?

1    Q    Yeah.

2    A    If there's record sales, which are diminishing more

3         and more by the day, that would be it.  Record shops

4         have closed down left and right across the country.

5              MR. BUSCH:  Mr. Allen, can we take a five

6         minute break.  I just have to use the restroom.  If we

7         could take five minutes, I'd appreciate it.  We've

8         been going for two hours.

9              MR. HERTZ:  I second that emotion.

10             MR. ALLEN:  Sure.

11             MR. BUSCH:  Okay, thank you very much.

12                       (WHEREUPON a short pause was

13                        had in the proceedings.)

14   Q    (Continuing by MR. ALLEN):  Mr. Boladian, is anybody

15        in the room with you?

16   A    I don't think so, no.  Well, anybody here?  I don't

17        think so.

18             MR. ALLEN:  Mr. Busch, is it your position

19        that you're going to instruct your client not to

20        answer any questions about the prior litigation

21        history between Mr. Boladian and Mr. Clinton?

22             MR. BUSCH:  Yes.  That's outside the realm

23        of the reason the deposition was ordered.  And there's

24        been so many litigations so, yes, that is my, that is

25        my intent.

1          MR. ALLEN:  And it is also your intent to

2     instruct your client not to testify about Westbound's

3     corporate structure because you believe that that --

4     you believe that to be beyond the scope of the court's

5     order?

6          MR. BUSCH:  I don't believe I instructed

7     him not to answer anything about Westbound's corporate

8     structure.  In fact I believe you asked him about that

9     and he answered to the best of his ability on numerous

10    -- to numerous questions about that, so I don't

11    believe that's correct.

12         MR. ALLEN:  Okay.  So then you will allow

13    questioning to continue regarding Westbound's

14    corporate structure and --

15         MR. BUSCH:  I'm just going to ask you not

16    to repeat the same questions you asked before.

17  Q   (Continuing by MR. ALLEN):  And I have some questions

18    regarding -- we went off the record talking about the

19    different sources of income, Mr. Boladian, that you

20    receive as the purported owner of sound recordings

21    that Mr. Clinton played a role in creating.  Do you

22    recall that testimony?  You were talking about record

23    sales, that's where I want to pick up.

24  A   Sure.

25  Q   Okay.  So other than record sales how do you get

80

1    income for the -- for your ownership of sound
2    recordings?
3  A  That's it, predominantly through record sales.
4  Q  Okay.  Do you get licensing fees for licensing the
5    sound recordings to other parties?
6  A  From other -- yes, if they, if they should use it,
7    yeah.
8  Q  Okay.  So how does that work; people seek you out,
9    because you're the titled owner in the US copyright
10   office, they want to use one of the sound recordings,
11   let's say a movie, they call -- they contact your
12   company and you strike a deal; how does that work?
13 A  Yeah, you, you said it right there.  They seek us out
14   and, and you try to sit down and negotiate something
15   that's within their scope and, and there you are.
16 Q  Okay.  And does that apply to sampling?  And when I
17   say that, I'm asking do you get inquiries to use
18   portions, portions of sound recordings and you license
19   those out?
20 A  Yes, if they should request it.
21 Q  Okay.  What other forms of income do you receive as
22   the purported owner of sound recordings?  You said
23   record sales, sampling, movies, for example,
24   commercials; anything else?
25 A  Not that I can think of.

1   Q   Okay.  And so a payment will come in for you licensing

2         a work, a sound recording, and do you keep that in a

3         separate account; how do you, how do you keep track of

4         the money that you get for a particular sound

5         recording?

6   A   Come into Westbound Records if it was a sound

7         recording.

8   Q   Okay.  And so who keeps track of that income?

9   A   Well, it would, it would be kept by Sarah primarily.

10   Q   Sarah Catlett?

11   A   Yeah.

12   Q   Okay.  And her title again is what?

13   A   She has a broad title.  She wears many hats.  So pick

14         a, pick a title and it could possibly fit.

15   Q   Does she have any sort of accounting background?

16   A   Sarah is quite diverse.  I don't know what her major

17         was in school but, but she's very talented in many

18         different ways, broad spectrum.  She's, she's it.

19   Q   Okay.  Does she interact with Westbound's accountants?

20   A   Is she an accountant?

21   Q   No.  Does she interact with Westbound's accountants?

22   A   Not really.

23   Q   Okay.  Who, who provides accounting data to your --

24         let me step back.  Does Westbound have an accountant?

25   A   Yes.

Case 4:22-cv-11009-FKB-DRG   ECF No. 112-8, PageID.2467   Filed 12/27/24   Page 83 of 116

1    Q    Who is that?

2    A    His name is Robert Simonian.

3    Q    Can you spell that for me, sir?

4    A    Robert, R-O-B-E-R-T; S-I-M-O-N-I-A-N.

5    Q    Okay.  And whose responsibility is it to provide data

6         to Mr. Simonian?

7    A    Well, Ms. Catlett would receive whatever information

8         there is and would get it over to Bob or he would stop

9         by, pick it up.

10   Q    Okay.  And does he compile the company -- and I'm --

11        does he compile Westbound's tax, tax returns?

12   A    It's diminished considerably over the years so there's

13        not an awful lot.  Like I said, the business has

14        changed.  And, and you just have to change with it and

15        scale back or just not deal with it anymore.

16   Q    Okay.  Who keeps track of the -- of Westbound's bank

17        deposits?

18   A    Well, Bob would primarily double check and handle it.

19   Q    Okay.  So if you receive a check at your post office

20        box, who deposits that in the bank?

21   A    Well, Kim could probably do that.

22   Q    Who's that?

23   A    Kim.

24   Q    Kim, who's Kim?

25   A    Kim does some work also and she maybe goes and picks

KORREKT COURT REPORTING SERVICES
LIVONIA, MI  (248) 932-1000

83

```
 1        it up.

 2   Q    And what's Kim's last name?

 3   A    Simonian as well.

 4   Q    Okay.  Are they related?

 5   A    Bob and Kim are husband and wife, yes.

 6   Q    Okay.  And are they certified public accountants?

 7   A    I don't -- Kim is not but --

 8   Q    No.

 9   A    -- I think Bob is.  I've never seen or know about a

10        certificate hanging on his wall.  And I couldn't see

11        it anyway, but I -- let's say I don't know but I'm

12        hoping.

13   Q    How long have you used Mr. Simonian's services as your

14        accountant?

15   A    The last several years.

16   Q    Okay.  And does the process work the same in terms of

17        Sarah keeping track of the data for Bridgeport and

18        Eastbound; do you do anything different with those

19        companies than you do with the financial data and

20        accounting that you just testified to with respect to

21        Westbound?

22   A    Well, Eastbound is almost dormant.  There's nothing

23        going on with the label or the artists or the masters.

24        Most of the artists are deceased.  And, like I said,

25        the business has changed dramatically.  It's day by
```

1        day, week by week.  It changes even more, as most

2        industries have.

3    Q   Is there anybody other than Sarah Catlett that deals

4        with the requests from various artists for advances?

5    A   For various advances?

6    Q   Yes.  There are a number of documents that have been

7        produced in this case where Mr. and Mrs. Worrell both

8        requested advances.  And it seems that Sarah's the

9        primary contact for that.

10   A   Oh, that was -- yeah, they're basically the only ones.

11       I mean everything is -- there's nobody left, they're

12       all dead.

13   Q   So that was a question I was actually going to ask

14       you.  It seemed like it was a fairly regular

15       occurrence that either Mr. Worrell, when he was alive,

16       or Mrs. Worrell, when she -- or after he died, after

17       Mr. Worrell died, would ask for advances on royalties.

18       Do you recall, do you recall some of those

19       interactions that you had with Mr. and Mrs. Worrell

20       about advances?

21   A   How many years ago are we talking about?

22   Q   Well, I only have data going back to 2010 so I guess

23       we're talking the last 14 years.

24   A   Okay.  Yeah, at that time they needed advances for

25       various payments, or money that they needed for

|    |   |                                                             |
|----|---|-------------------------------------------------------------|
| 1  |   | payments, and we would try to assist in that manner.        |
| 2  | Q | How many artists does Bridgeport today pay royalties        |
| 3  |   | to?                                                          |
| 4  | A | You know, I couldn't --                                     |
| 5  | Q | I'm talking about Bridgeport for the time being.            |
| 6  | A | I couldn't even tell you, sir.                              |
| 7  | Q | Can you give me an approximation; is it a dozen, is it      |
| 8  |   | two dozen, three dozen, a hundred?                          |
| 9  | A | I can't tell you, sir.                                      |
| 10 | Q | Is it less than a hundred?                                  |
| 11 |   | MR. BUSCH:  Objection, asked and answered.                  |
| 12 |   | He said he can't tell you.                                  |
| 13 | A | I can't tell you, sir.                                      |
| 14 | Q | (Continuing by MR. ALLEN):  Is it, is it a regular          |
| 15 |   | occurrence that one of your artists in any of your          |
| 16 |   | companies will make as many requests for advances as        |
| 17 |   | Mrs. and Mr. Worrell made?                                   |
| 18 |   | MR. BUSCH:  Object to form, lack of                         |
| 19 |   | foundation, --                                              |
| 20 |   | MR. QUICK:  Join.                                           |
| 21 |   | MR. BUSCH: -- assumes facts not in                          |
| 22 |   | evidence.                                                   |
| 23 | A | You know, it's hard to say.  I mean various ones had        |
| 24 |   | requested advances, but everything has changed so much      |
| 25 |   | that many of, many of them that used to request are         |

1          not even around anymore.

2     Q    (Continuing by MR. ALLEN):  Would you describe Mr. and

3          Mrs. Worrell as being more anxious about getting their

4          advance -- getting advances than the other artists

5          that you pay royalties to?

6     A    It all --

7                    MR. BUSCH:  Object to form.

8     A    It all depends on the situation.  Some are a little

9          more financially strapped.  It's hard to say.  It

10         could very -- everything changed week by week.

11    Q    (Continuing by MR. ALLEN):  Over what period are you

12         talking about where things changed week by week?

13    A    Over many years everything has changed so much.  Some

14         are a little more in financial need than others.  It

15         all depends on the predicament that each one is in.

16         It's difficult to say, you know.

17    Q    Does it place a strain on a company of your size to

18         process as many requests for advances as were made by

19         the Worrells?

20                    MR. BUSCH:  Object to form.

21    A    You know, it's hard to say.  We're not a bank, of

22         course, but we try to be as accommodating as possible,

23         that's it.  I mean what can I say.  It's -- we do, we

24         do the best we can to accommodate the best we can,

25         that's it.

1   Q   (Continuing by MR. ALLEN):  Okay.  Have any of those

2       accommodations included providing advances to

3       Mr. Clinton?

4               MR. BUSCH:  In what period of time?

5               MR. ALLEN:  The last 14 years.

6   A   I don't know about the last 14 years but before that

7       there was quite a bit that was advanced to

8       Mr. Clinton.

9   Q   (Continuing by MR. ALLEN):  Okay.  When was the last

10      time that you advanced money to Mr. Clinton?

11  A   I don't remember --

12              MR. BUSCH:  Ob -- go ahead.  Go ahead,

13      Armen, sorry.

14  A   I don't remember.  I mean it's been quite a while, but

15      in the past it was quite a bit, quite a bit.

16  Q   (Continuing by MR. ALLEN):  Are you currently paying

17      Mr. Clinton any royalties for anything out of any of

18      your companies?

19  A   No.  I think we, we paid him a considerable amount in

20      the past, far and above what anybody of our size would

21      have done.

22  Q   Okay.  When did you -- when did your companies cease

23      paying Mr. Clinton for royalties?

24  A   I don't remember.

25  Q   Has it been --

1           MR. BUSCH:  What is the relevance, what is

2       the relevance of this to this case?

3           MR. ALLEN:  My client's being sued.  The

4       claim is that he's receiving royalties that are

5       rightfully Judith Worrell's -- or the estate of Bernie

6       Worrell's.  I'm establishing --

7           MR. BUSCH:  But not on -- but you're --

8           MR. ALLEN:  -- he's not receiving these

9       from at least this record company, or any others at

10      this point, and I think you know that.

11          MR. BUSCH:  We're talking about advances

12      and we're talking about -- we're not -- you're talking

13      about publishing --

14          MR. ALLEN:  You're, you're just talking

15      because that's what you do and that's inappropriate.

16          MR. BUSCH:  Why do you keep insulting me,

17      Mr. Allen?  From the beginning of this --

18          MR. ALLEN:  Because you are, you are

19      interfering with my ability to get truthful answers

20      from your client.

21          MR. BUSCH:  I am not.

22          MR. ALLEN:  You're feeding --

23          MR. BUSCH:  I am not at all.

24          MR. ALLEN:  You're feeding --

25          MR. BUSCH:  I'm not at all.  The record

89

1      speaks for itself.  I've not done that at all.  I just

2      asked a question, what is the relevance of this --

3               MR. ALLEN:  The record will reflect it.

4               MR. BUSCH:  -- and what does it have to do

5      with this case?

6               MR. ALLEN:  The relevancy objection is

7      inappropriate in the Eastern District of Michigan so

8      if you have, if you have, --

9               MR. BUSCH:  You made --

10              MR. ALLEN:  -- if you have an objection as

11     to the form of my question, make the objection as to

12     form and let's move on.  That's how we get through a

13     three hour deposition in three hours.

14              MR. BUSCH:  I understand, but you made

15     certain representations about the need for this

16     deposition.  You're going well beyond those.

17              MR. ALLEN:  Okay, so is it your -- are you

18     instructing your witness --

19              MR. BUSCH:  No, I'm not.  Let's just keep

20     going.  Listen, let's just get this over with.

21  Q   (Continuing by MR. ALLEN):  So, Mr. Boladian, have you

22     paid my client any money in the last 14 years that you

23     can remember?

24  A   I don't remember.

25  Q   Okay.  You don't have any evidence sitting here today

1          that you've paid my client any money in the last 14

2          years through any of your companies, do you?

3     A    I don't remember, sir, at all.

4     Q    Okay.  And beyond not remembering you don't -- you

5          didn't bring any documents with you that would

6          establish that fact, would you have?

7     A    I don't have any documents.

8     Q    Okay.  Do you have any recollection of sending an

9          e-mail dated December 28, 2020 to Sarah Catlett asking

10         her about an inquiry that Ms. Worrell made for a

11         advance?

12    A    No.

13    Q    Okay.  If I told you that there has been an e-mail

14         that's been produced from your e-mail address dated

15         December 28, 2020 at 4:36 p.m., would you dispute

16         that?

17    A    No, but I don't know, being that I can't see, I don't

18         know.  That's all I can say.  I don't, --

19    Q    So --

20    A    -- I don't know what you have.  I can't even -- 2020,

21         I can't remember what I ate for lunch on Monday.

22    Q    Did you temporarily regain your sight on December

23         28th, 2020 at 4:36 p.m.; do you have any recollection

24         of anything like that occurring?

25                   MR. BUSCH:  Are you trying to mock

1          Mr. Boladian, Mr. Allen?

2                  MR. ALLEN:  No, I'm asking him a question.

3          There's an e-mail that's dated December 28, 2020 from

4          him and I'm just trying to figure out how he sent

5          that.

6                  MR. BUSCH:  Well, you're assuming he sent

7          it himself personally.  And I'm going to ask you, are

8          you mocking a blind 90-year-old --

9                  MR. ALLEN:  I am not doing --

10                 MR. BUSCH:  -- man with dementia?

11                 MR. ALLEN:  -- no such thing, sir.  I'm

12         asking him whether he --

13                 MR. BUSCH:  Sounds like you are.  Sounds

14         like you are, Mr. Allen.

15                 MR. ALLEN:  You're entitled to your

16         opinion, sir, and I'm entitled to my answer.

17   A     I don't recall.

18   Q     (Continuing by MR. ALLEN):  Okay.

19                 MR. BUSCH:  If you make a remark like that

20         again, we're going to go to the court.  I just want

21         you to know.

22                 MR. ALLEN:  Okay.  You do realize that

23         there is a history of this, Mr. Busch, that was noted

24         by a jury in prior litigation of Mr. Boladian saying

25         that he was blind and playing on his Apple iPhone all

1          throughout that trial, so --

2                    MR. BUSCH:  That's -- I don't know what

3          you're talking about.  That's absolutely a lie.

4                    MR. ALLEN:  Okay.

5                    MR. BUSCH:  That is -- that's another mis

6          -- that is a blatant lie.

7     Q    (Continuing by MR. ALLEN):  Sir, I'm wondering if you

8          know why Ms. Catlett is still sending e-mails to you

9          on November 22nd, 2023 at 1:34 p.m.; is she aware of

10         your condition, sir?

11    A    Oh, yeah, she is.

12    Q    Okay.  And is there a reason why she would send an

13         e-mail that -- to your e-mail address on November

14         22nd, 2023?

15    A    Maybe she's just trying to make a record of it, I

16         don't know.

17    Q    Okay.  So I'd have to ask her about that, wouldn't I?

18    A    Yeah, I believe.

19    Q    Okay.  Why do you maintain an e-mail address,

20         Mr. Boladian?

21    A    I'm sorry, sir?

22    Q    Why do you maintain an e-mail address?

23    A    Well, isn't that what's happening these days is an

24         e-mail address.

25    Q    Who monitors your e-mail for you?

1    A    My sister, maybe another member of the family.

2    Q    What's your sister's name?

3    A    Elizabeth.

4    Q    And her last name?

5    A    Amboian, A-M-B-O-I-A-N.

6    Q    The settlement agreement, the settlement agreement and

7         release that you signed in December 2023 that you

8         don't -- or I think you testified you don't care

9         what's in it, do you believe that that accurately

10        reflects an agreement that you and your company made

11        with Ms. Worrell in the estate of Bernie Worrell?

12                   MR. QUICK:  Foundation.

13                   MR. BUSCH:  Join.

14   A    The agreement that Mr. Levinson drew up, that one?

15   Q    (Continuing by MR. ALLEN):  Yeah, the one that

16        Mr. Levinson drew up and that Mr. Busch represented

17        the estate on at that time.

18   A    If Mark handled it and I have complete confidence in

19        his judgment and -- yeah.  What am I going to do at

20        this stage of the game.  I can't even see or stand up

21        correctly.

22   Q    Who is the -- who will be the successor to you when

23        and if you decide to step down or are unable to

24        perform as the president of Westbound Records?

25   A    You know, that's a good question.  That's a good

94

1      question.

2  Q   Do you -- I mean do you have an estate plan that deals

3      with, deals with that?

4  A   We --

5                MR. BUSCH:  What does this have to do with

6      anything, Mr. Allen?

7                MR. ALLEN:  I want to know who's benefiting

8      from the settlement agreement and release that's,

9      that's directly relevant to this case.

10               MR. BUSCH:  Why is who's ben -- why who

11     will take over Westbound when Mr. Boladian dies have

12     anything to do with this case?

13               MR. ALLEN:  You've made your objection.

14               Mr. Boladian, I'd like an answer.

15               MR. BUSCH:  For harassing him, I think

16     you're just trying to --

17               MR. ALLEN:  I'm not harassing him,

18     Mr. Busch.

19               MR. BUSCH:  You are.

20               MR. ALLEN:  I'm not harassing him.

21               MR. BUSCH:  Listen to me, by mocking him,

22     by saying why does a blind man have an e-mail, by

23     suggesting in a complete lie that a jury noted

24     somewhere that he was playing on his phone when he was

25     supposedly blind, which is a --

1              MR. ALLEN:  Right.

2              MR. BUSCH:  -- blatant lie.  You are

3       harassing him and repeatedly doing so, and we will

4       bring his all to the attention of the court.  I just

5       want you to know that.

6              MR. ALLEN:  I welcome, I --

7              MR. BUSCH:  I welcome it too.

8              MR. ALLEN:  It will be a race to the

9       courthouse.

10             MR. BUSCH:  You started this out by

11      threatening me --

12             MR. ALLEN:  It will be a race to the

13      courthouse.

14             MR. BUSCH:  Let's go for it.

15             MR. ALLEN:  We'll talk about your unclean

16      hands to the court when we --

17             MR. BUSCH:  Unclean hands, give me a break.

18      Listen, you're not going to harass this man any

19      further.  If you have real questions, ask them.

20             MR. ALLEN:  I, I have my questions and I

21      have one pending on, on, on the table that is wholly

22      appropriate.  If you're directing your client not to

23      answer --

24             MR. BUSCH:  I'm not but you are harassing

25      him and we're going to bring --

1                    MR. ALLEN:  Okay, --

2                    MR. BUSCH:  -- this to the court's

3          attention.

4                    MR. ALLEN:  -- so let's get an answer to

5          the question so we can move on, please.

6     Q    (Continuing by MR. ALLEN):  Do you have an estate

7          plan, sir?

8     A    You know what, would you repeat -- is that your

9          question, sir?

10    Q    Do you have an estate plan, sir?

11    A    No, not exactly.  We've talked about what would happen

12         but we haven't come to any final conclusions yet.  I

13         mean it's got to be somebody that is interested in the

14         business.  It's not like you could pick somebody up

15         that worked at a drug store or at Subway or something.

16         It takes a certain love or ability to like the

17         business.  Like I said, it's not like a regular retail

18         business of any type, so it has to be given a lot of

19         thought I think, you're right.

20                   MR. ALLEN:  Okay.  Well, in light of

21         Mr. Busch's prior admonition that he will instruct his

22         client not to answer any questions about the prior

23         litigation between Mr. Boladian and Mr. Clinton, I

24         don't see much point in continuing the deposition at

25         this point.  And we'll seek an appropriate order to

1     continue the deposition to explore those issues, which

2     I believe are directly relevant to this case.

3                MR. BUSCH:  Okay, all right, let me see if

4     I have any questions for Mr. Boladian.  If we can go

5     off the record for a moment, please.

6                      (WHEREUPON a short pause was

7                         had in the proceedings.)

8                  EXAMINATION

9  BY MR. BUSCH:

10  Q   I just have a couple questions to follow-up with

11     Mr. Boladian.

12          Mr. Boladian, can you hear me?

13  A   Hello, yes, I can.

14  Q   Okay.  Mr. Boladian, you were asked by Mr. Allen a few

15     questions about the Bridgeport royalty statements and

16     different entries on the Bridgeport royalty statement.

17     If there's an entry on a Bridgeport royalty statement,

18     what does it apply to?

19  A   Bridgeport, Bridgeport -- Bridgeport, yeah.

20  Q   And would that be publishing or sound recording

21     royalties?

22  A   Bridgeport would be publishing.

23  Q   Okay.  And several times today you said, in response

24     to Mr. Allen's question about specifically the

25     settlement agreement between Westbound and

1          Ms. Worrell, the estate of Bernie Worrell, that you

2          didn't care.  You said that a few times that at the

3          time you just didn't care.  Why is it that you didn't

4          care?

5     A    Richard, you know my condition is horrible.  I mean

6          I'm not well.  I've got several doctors that I'm

7          running to that I'm not even thinking about other

8          stuff.  I've got enough to deal with and I think you

9          know that already.

10              MR. BUSCH:  Okay, all right, that's all I

11         have.  Thank you, Mr. Boladian.  I guess with that

12         we're finished.

13              MR. QUICK:  May I just ask one follow-up

14         question, please.

15              MR. BUSCH:  Yes.

16              MR. QUICK:  Thank you.  Mr. Boladian, my

17         name is Dan Quick and I represent Bernie Worrell's

18         estate.  Just one follow-up question.

19                        EXAMINATION

20    BY MR. QUICK:

21    Q    You gave some testimony with regard to the American

22         Music Federation and arrangements that Westbound had

23         with it.  Do you recall that?

24    A    You mean the AFM agreement with the musicians union,

25         that agreement?

1    Q    Yes, sir.

2    A    Yes.

3    Q    Okay.  And in connection with those agreements do you

4         recall that Westbound had a written agreement of any

5         sort with Mr. Worrell?

6    A    No, no.  I mean we paid him and, and the checks were

7         verified that we paid him.  Other than that there was

8         nothing directly with Bernie.  He was part of the, the

9         group.

10   Q    And earlier you described the union agreement as

11        related to the services for the musicians for a

12        particular session.  Did, did that agreement, or any

13        other agreement that Westbound had with Mr. Worrell,

14        have anything to do with any rights he may have had in

15        the sound recordings to the works on which he

16        contributed?

17   A    No.  We would pay him for session work.  He was part

18        of the group and we paid him as a musician like we did

19        all the other musicians.

20   Q    So if Mr. Clinton appears as one of the musicians on

21        some of the sessions, whatever you paid Mr. Clinton

22        for that session, did it have anything to do with who

23        owned the copyright?

24   A    No.

25   Q    Okay.  And to the extent that Mr. Worrell is claiming

1       in this lawsuit that he was a co-author of a number of

2       works and hence a co-owner in the sound recordings of

3       those works, did any of the arrangements between

4       Westbound and Mr. Worrell have anything to say on that

5       topic, to your knowledge?

6    A  Not to my knowledge.

7              MR. QUICK:  Thank you, nothing further.

8                     RE-EXAMINATION

9    BY MR. ALLEN:

10   Q  Did you, Mr. Boladian, ever pay Mr. Worrell as a owner

11      of a sound recording?

12   A  No.

13   Q  So the sound recordings you claim ownership in today,

14      you've never compensated Mr. Worrell as a co-owner of

15      those sound recordings, correct?

16   A  No.

17   Q  So on those sound recordings, at least, you can

18      testify that it was never the intention to have

19      Mr. Worrell as a co-owner of that -- of those sound

20      recordings that you claim an own -- in which you claim

21      an ownership?

22             MR. QUICK:  Form.

23             MR. BUSCH:  Object, objection, --

24             MR. QUICK:  Form and foundation.

25             MR. BUSCH:  -- yeah, objection to form,

1      lack of foundation and it's vague and ambiguous.  I'll

2      leave it at that.

3   Q   (Continuing by MR. ALLEN):  I'll have an answer to my

4      question, sir.

5   A   Would you repeat the question.

6            MR. ALLEN:  Sue, repeat the question.

7                 (WHEREUPON the reporter read

8                 back the question as follows):

9   QUESTION:  "So on those sound recordings, at least,

10            you can testify that it was never the

11            intention to have Mr. Worrell as a co-owner

12            of that -- of those sound recordings that

13            you claim an own -- in which you claim an

14            ownership?"

15            MR. BUSCH:  When you say co-owner, do you

16       mean co-owner between Mr. Boladian and Mr. Worrell?

17            MR. ALLEN:  Westbound, Westbound.

18   A   Westbound, yeah, correct.

19   Q   (Continuing by MR. ALLEN):  Do you have any evidence

20      to support an allegation that Mr. Clinton and

21      Mr. Worrell intended to be co-owners of any sound

22      recording?

23   A   I have no -- nothing.  I don't know.

24            MR. ALLEN:  Nothing further for me.

25            MR. BUSCH:  Okay, I have nothing further

1    based upon your questions.  I don't know if Mr. Quick

2    does but I don't.

3              MR. QUICK:  Nothing further.  Thank you

4    very much.

5              THE WITNESS:  Thank you.  Have a good

6    holiday.

7              MR. QUICK:  You as well.

8              MR. BUSCH:  Thank you.

9              MR. ALLEN:  Thank you.

10                        (WHEREUPON the deposition was

11                         concluded at approximately

12                         3:54 p.m.)

13                        (WHEREUPON Exhibit Nos. 1-3

14                         were marked for identification

15                         by the reporter.)

16

17

18

19

20

21

22

23

24

25

1       STATE OF MICHIGAN   )
                          ) SS.

2       COUNTY OF WAYNE    )

3

4               I, Suzanne Lynn Bonarek, a Notary Public
duly commissioned and qualified in and for the State
of Michigan, do hereby certify that pursuant to the

5   Michigan Court Rules on the 4th day of December, 2024,
the following named person, ARMEN BOLADIAN, was by me

6   duly sworn to testify to the truth concerning the
matters in controversy in this cause; that he was

7   thereupon carefully examined upon his oath and his
examination reduced to typewritten form under my

8   supervision; that the deposition is a true record of
the testimony given by the witness.

9

10            I FURTHER CERTIFY that I am neither
attorney or counsel for, nor related to or employed
by, any of the parties to the action in which this

11  deposition is taken; and, further that I am not a
relative or employee of any attorney or counsel

12  employed by the parties hereto or financially
interested in the action.

13

14           IN WITNESS WHEREOF I have hereunto set my
hand and affixed my Notarial Seal this 5th day of

15  December, 2024.

16

17                  /s/ Suzanne Lynn Bonare
                          _____

18                  SUZANNE LYNN BONAREK, CSR 3086
                  Wayne County, Michigan

19                My Commission Expires:  3-27-26

20

21

22

23

24

25

**'**

**'14** [1] - 62:5
**'15** [1] - 62:5
**'17** [1] - 61:14
**'19** [1] - 61:2
**'25** [1] - 36:9
**'60's** [1] - 49:11
**'68** [1] - 62:14
**'69** [1] - 62:14

**/**

**/s** [1] - 103:16

**1**

**1** [2] - 3:9, 13:16
**1-3** [1] - 102:13
**100** [1] - 3:5
**102** [3] - 3:9, 3:11, 3:13
**103107** [4] - 3:11, 16:17, 17:10, 66:7
**1099s** [1] - 65:20
**12-27-23** [1] - 3:12
**14** [5] - 84:23, 87:5, 87:6, 89:22, 90:1
**1410** [1] - 1:22
**15500** [1] - 61:19
**1760** [1] - 2:6
**180** [1] - 37:17
**19** [1] - 8:24
**1970's** [1] - 15:14
**1976** [3] - 16:17, 17:11, 66:7
**1980's** [2] - 15:18, 15:20
**1997** [4] - 8:16, 8:24, 9:8, 11:16
**1:07** [2] - 1:14, 4:3
**1:34** [1] - 92:9

**2**

**2** [3] - 3:10, 17:9, 62:4
**2-19-97** [1] - 3:9
**20** [2] - 40:18, 40:23
**2010** [1] - 84:22
**2017** [2] - 36:10, 61:9
**2019** [1] - 60:23
**2020** [5] - 90:9, 90:15, 90:20, 90:23, 91:3
**2023** [8] - 30:7, 32:11, 39:13, 44:5, 44:10, 92:9, 92:14, 93:7
**2024** [4] - 1:14, 4:2, 103:5, 103:14
**211** [1] - 1:21
**2121** [1] - 2:2

**22nd** [2] - 92:9, 92:14
**239** [1] - 37:17
**24** [1] - 71:17
**25** [1] - 40:18
**2600** [1] - 1:18
**27** [4] - 31:12, 32:11, 39:13, 44:10
**27th** [3] - 30:7, 32:16, 44:5
**28** [3] - 90:9, 90:15, 91:3
**28th** [1] - 90:23
**29** [1] - 70:13

**3**

**3** [2] - 3:12, 20:3
**3-27-26** [1] - 103:19
**30** [4] - 30:20, 30:25, 35:16, 70:13
**300** [2] - 1:18, 2:6
**3086** [1] - 103:18
**3:54** [1] - 102:12

**4**

**4** [1] - 4:2
**4301** [5] - 37:16, 61:1, 61:4, 61:12, 61:18
**48084** [1] - 1:19
**48226** [1] - 1:22
**48302** [1] - 2:7
**4:22-cv-11009-FKB-DRG** [1] - 1:5
**4:36** [2] - 90:15, 90:23
**4th** [2] - 1:13, 103:5

**5**

**50** [4] - 13:12, 13:23
**5th** [1] - 103:14

**6**

**60** [3] - 60:18, 62:20, 62:22
**6th** [1] - 4:20

**7**

**7-9-76** [1] - 3:10
**7106** [1] - 20:3

**8**

**8** [1] - 3:3
**800** [1] - 2:3

**9**

**9** [2] - 16:17, 17:11
**90-year-old** [1] - 91:8
**90-years-old** [1] - 48:1
**90067** [1] - 2:3
**97** [1] - 3:4
**98** [1] - 3:4

**A**

**A-M-B-O-I-A-N** [1] - 93:5
**abbreviation** [1] - 23:22
**ability** [8] - 7:3, 7:10, 7:15, 7:19, 8:1, 79:9, 88:19, 96:16
**able** [5] - 5:23, 25:2
**above-entitled** [1] - 1:11
**absolutely** [3] - 57:1, 68:23, 92:3
**accept** [1] - 18:5
**accommodate** [1] - 86:24
**accommodating** [1] - 86:22
**accommodations** [1] - 87:2
**according** [4] - 6:11, 18:13, 19:1, 21:5
**account** [1] - 81:3
**accountant** [4] - 45:17, 81:20, 81:24, 83:14
**accountants** [3] - 81:19, 81:21, 83:6
**accounting** [3] - 81:15, 81:23, 83:20
**accurate** [2] - 27:13, 27:14
**accurately** [1] - 93:9
**acquiescing** [1] - 46:18
**acquire** [3] - 54:13, 55:5, 57:14
**acquired** [1] - 58:15
**acquisition** [1] - 58:5
**action** [3] - 44:9, 103:10, 103:12
**actions** [1] - 74:23
**activity** [4] - 46:4, 71:5, 71:12, 74:4
**actual** [1] - 46:22
**add** [1] - 29:1
**added** [1] - 76:2
**additional** [3] - 6:5, 7:6, 50:2
**address** [8] - 36:3,

37:15, 61:1, 90:14, 92:13, 92:19, 92:22, 92:24
**administrator** [1] - 34:14
**admitted** [1] - 4:20
**admonition** [2] - 27:22, 96:21
**advance** [2] - 86:4, 90:11
**advanced** [3] - 12:10, 87:7, 87:10
**advances** [12] - 84:4, 84:5, 84:8, 84:17, 84:20, 84:24, 85:16, 85:24, 86:4, 86:18, 87:2, 88:11
**affixed** [1] - 103:14
**afield** [1] - 47:8
**AFM** [4] - 17:5, 19:3, 19:14, 98:24
**ago** [6] - 13:23, 40:18, 40:23, 45:25, 84:21
**agree** [7] - 18:7, 18:14, 18:19, 19:12, 46:24, 76:11, 77:10
**agreed** [2] - 4:25, 18:2
**agreeing** [1] - 18:5
**agreement** [40] - 2:12, 9:6, 9:7, 18:6, 30:5, 30:9, 30:13, 31:13, 32:10, 32:15, 32:21, 33:1, 33:24, 35:7, 35:9, 37:16, 39:12, 39:15, 39:19, 40:2, 40:5, 41:4, 41:8, 42:7, 42:25, 43:3, 43:16, 93:6, 93:10, 93:14, 94:8, 97:25, 98:24, 98:25, 99:4, 99:10, 99:12, 99:13
**Agreement** [5] - 3:12, 15:13, 15:19, 16:2, 19:15
**agreements** [8] - 50:24, 51:1, 51:5, 51:7, 51:9, 51:12, 73:4, 99:3
**ahead** [14] - 12:13, 16:24, 19:10, 27:22, 31:18, 31:25, 54:21, 55:1, 63:23, 66:1, 67:5, 87:12
**al** [2] - 9:2, 42:14
**alive** [1] - 84:15
**allegation** [11] - 57:9, 57:10, 57:24, 58:17, 58:19, 58:20, 58:21, 59:4, 59:8, 59:16, 101:20

**allegation's** [1] - 59:13
**allegations** [7] - 9:3, 9:9, 9:20, 12:16, 56:20, 57:6, 58:2
**alleged** [1] - 74:20
**alleges** [1] - 58:15
**Allen** [28] - 3:3, 3:5, 5:4, 26:20, 27:4, 27:6, 27:7, 27:12, 29:2, 30:16, 46:15, 47:3, 48:14, 52:18, 54:22, 55:10, 55:11, 56:19, 58:24, 62:20, 78:5, 88:17, 91:1, 91:14, 94:6, 97:14
**ALLEN** [227] - 1:23, 4:8, 4:12, 5:7, 5:9, 5:24, 6:2, 6:25, 7:8, 7:12, 7:14, 7:17, 7:21, 7:23, 7:25, 8:4, 8:7, 8:14, 8:22, 9:7, 9:14, 9:19, 10:3, 10:14, 10:18, 10:22, 11:2, 11:6, 11:8, 11:15, 11:25, 12:11, 12:24, 13:7, 13:18, 13:20, 15:6, 16:12, 16:19, 16:24, 17:1, 17:3, 17:6, 17:8, 17:10, 18:18, 19:2, 19:9, 19:22, 20:2, 23:17, 24:1, 24:14, 24:23, 25:12, 25:24, 26:6, 26:24, 27:5, 27:8, 27:25, 28:3, 28:8, 28:15, 28:19, 29:6, 29:16, 29:20, 29:23, 30:1, 30:4, 30:24, 31:5, 31:9, 31:12, 31:15, 31:17, 31:21, 31:25, 32:5, 32:9, 33:11, 33:15, 38:4, 42:1, 42:4, 45:9, 47:13, 47:19, 47:21, 48:11, 48:19, 49:6, 50:18, 51:1, 51:6, 51:24, 52:17, 52:25, 53:6, 53:10, 54:17, 55:1, 55:9, 55:14, 55:16, 55:18, 55:23, 56:2, 56:6, 56:9, 56:14, 56:18, 57:1, 57:5, 57:17, 57:20, 58:4, 58:10, 58:14, 59:1, 59:6, 59:10, 59:16, 59:21, 59:25, 60:6, 60:20, 62:22, 62:24, 62:25, 64:5, 64:10, 65:1,

65:19, 65:23, 66:5,
66:21, 67:5, 67:10,
67:12, 67:16, 67:19,
67:21, 68:10, 69:20,
69:25, 70:4, 70:7,
70:12, 70:15, 71:4,
71:10, 71:19, 72:1,
72:13, 72:20, 72:22,
73:5, 73:12, 73:21,
74:2, 74:12, 74:18,
75:4, 75:8, 75:19,
75:25, 76:11, 76:15,
76:18, 76:24, 77:22,
78:10, 78:14, 78:18,
79:1, 79:12, 79:17,
85:14, 86:2, 86:11,
87:1, 87:5, 87:9,
87:16, 88:3, 88:8,
88:14, 88:18, 88:22,
88:24, 89:3, 89:6,
89:10, 89:17, 89:21,
91:2, 91:9, 91:11,
91:15, 91:18, 91:22,
92:4, 92:7, 93:15,
94:7, 94:13, 94:17,
94:20, 95:1, 95:6,
95:8, 95:12, 95:15,
95:20, 96:1, 96:4,
96:6, 96:20, 100:9,
101:3, 101:6,
101:17, 101:19,
101:24, 102:9
**Allen's** [1] - 97:24
**allow** [3] - 6:21, 70:10,
79:12
**allowed** [3] - 67:13,
67:16, 68:1
**almost** [1] - 83:22
**ALSO** [1] - 2:9
**altered** [1] - 7:15
**ambiguous** [1] - 101:1
**Amboian** [1] - 93:5
**American** [9] - 15:10,
15:13, 15:20, 16:3,
16:16, 65:8, 66:6,
66:24, 98:21
**amount** [1] - 87:19
**announcement** [1] -
4:16
**answer** [33] - 6:19,
7:10, 8:12, 9:14,
23:2, 25:9, 27:11,
33:3, 43:12, 47:11,
47:14, 48:8, 49:3,
54:21, 57:12, 59:1,
59:3, 59:5, 60:6,
67:4, 68:4, 68:5,
69:12, 70:6, 78:20,
79:7, 91:16, 94:14,
95:23, 96:4, 96:22,

101:3
**answered** [7] - 9:24,
49:2, 59:7, 73:1,
73:2, 79:9, 85:11
**answering** [1] - 68:2
**answers** [3] - 26:25,
27:9, 88:19
**anxious** [1] - 86:3
**anyway** [1] - 83:11
**anyways** [1] - 41:25
**Anyways** [1] - 69:24
**apologize** [1] - 76:17
**APPEARANCES** [2] -
1:16, 2:1
**Appearing** [4] - 1:20,
1:23, 2:4, 2:8
**appearing** [1] - 2:12
**appellate** [1] - 4:22
**Apple** [1] - 91:25
**apply** [2] - 80:16,
97:18
**appreciate** [3] - 52:23,
58:25, 78:7
**appropriate** [3] -
33:14, 95:22, 96:25
**approximate** [2] -
62:9, 62:12
**approximation** [1] -
85:7
**April** [1] - 36:7
**Archie** [1] - 2:10
**arguing** [1] - 67:15
**argumentative** [3] -
12:6, 66:12, 66:14
**ARMEN** [4] - 1:10, 3:2,
4:10, 103:5
**Armen** [12] - 2:4, 2:8,
4:10, 4:13, 9:1, 25:8,
33:3, 49:3, 67:3,
68:5, 69:12, 87:13
**Armen's** [1] - 69:24
**arrangement** [1] -
17:19
**arrangements** [2] -
98:22, 100:3
**artist** [3] - 15:7, 49:19,
75:15
**artists** [7] - 50:16,
83:23, 83:24, 84:4,
85:2, 85:15, 86:4
**Ass** [1] - 54:4
**assigned** [1] - 43:19
**assignment** [1] -
43:15
**assist** [3] - 4:25,
36:13, 85:1
**assisted** [4] - 21:6,
21:16, 22:6, 41:21
**assisting** [2] - 4:18,
37:7

**assumed** [1] - 57:12
**assumes** [1] - 85:21
**assuming** [3] - 16:13,
66:3, 91:6
**ate** [1] - 90:21
**attendees** [1] - 2:12
**attention** [2] - 95:4,
96:3
**attorney** [16] - 6:14,
6:20, 6:25, 21:18,
21:20, 21:21, 22:1,
30:21, 35:10, 35:11,
35:16, 35:19, 41:11,
59:6, 103:10, 103:11
**attorney/client** [2] -
33:6, 41:24
**attorneys** [3] - 6:20,
36:2, 41:16
**author** [1] - 100:1
**Ave** [1] - 2:2
**aware** [8] - 8:23, 9:8,
9:19, 14:7, 42:4,
55:14, 55:16, 92:9
**awful** [1] - 82:13

## B

**B-O-L-A-D-I-A-N** [1] -
4:11
**backed** [1] - 50:5
**background** [1] -
81:15
**bad** [1] - 64:20
**Ballow** [1] - 35:10
**BALLOW** [1] - 2:2
**band** [1] - 50:4
**bank** [3] - 82:16,
82:20, 86:21
**Bar** [1] - 4:22
**barely** [1] - 38:1
**Bargaining** [4] -
15:13, 15:19, 16:2,
19:14
**based** [2] - 26:17,
102:1
**bear** [2] - 17:11, 36:3
**Beaver** [1] - 1:18
**became** [3] - 35:18,
36:10, 61:9
**Becker** [6] - 20:6,
20:9, 20:10, 20:20,
20:23, 20:25
**become** [1] - 36:6
**began** [2] - 50:11,
68:2
**beginning** [4] - 27:14,
44:4, 44:10, 88:17
**behalf** [5] - 1:20, 1:23,
2:4, 2:8, 72:6
**Behm** [1] - 1:5

**below** [1] - 17:24
**ben** [1] - 94:10
**benefit** [1] - 40:25
**benefiting** [1] - 94:7
**Bernard** [6] - 18:9,
18:11, 22:19, 32:16,
35:19
**BERNARD** [1] - 1:3
**Bernie** [21] - 8:25,
12:10, 18:12, 26:3,
43:1, 62:7, 63:11,
64:9, 64:18, 65:15,
66:10, 68:7, 71:21,
72:2, 75:17, 88:5,
93:11, 98:1, 98:17,
99:8
**best** [12] - 8:3, 8:4,
13:21, 15:21, 24:25,
31:9, 33:20, 39:11,
45:17, 79:9, 86:24
**Bet** [1] - 53:1
**better** [1] - 43:9
**between** [8] - 8:11,
8:16, 40:6, 78:21,
96:23, 97:25, 100:3,
101:16
**beyond** [6] - 22:5,
72:10, 72:12, 79:4,
89:16, 90:4
**big** [1] - 64:4
**Big** [1] - 1:18
**Billy** [1] - 50:7
**bit** [6] - 7:22, 7:24,
37:10, 87:7, 87:15
**blank** [1] - 76:3
**blatant** [2] - 92:6, 95:2
**blind** [14] - 5:21, 7:1,
30:25, 36:4, 36:6,
36:10, 48:1, 61:8,
61:9, 61:12, 91:8,
91:25, 94:22, 94:25
**Bloomfield** [3] - 2:7,
37:17, 61:4
**board** [1] - 46:12
**Bob** [6] - 20:20, 20:23,
82:8, 82:18, 83:5,
83:9
**Boladian** [56] - 2:4,
2:8, 4:8, 4:10, 4:13,
5:20, 6:8, 9:1, 9:14,
17:13, 17:14, 27:10,
27:11, 27:21, 28:7,
29:3, 30:5, 32:10,
39:6, 51:7, 54:21,
55:13, 57:12, 58:1,
58:4, 58:22, 59:13,
59:17, 60:1, 64:6,
69:18, 70:16, 71:15,
72:4, 72:5, 72:22,
74:21, 78:14, 78:21,

79:19, 89:21, 91:1,
91:24, 92:20, 94:11,
94:14, 96:23, 97:4,
97:11, 97:12, 97:14,
98:11, 98:16,
100:10, 101:16
**BOLADIAN** [3] - 1:10,
3:2, 103:5
**Boladian's** [1] - 64:2
**bolts** [1] - 24:21
**Bonare** [1] - 103:16
**Bonarek** [3] - 1:12,
11:11, 103:3
**BONAREK** [1] -
103:18
**Bookvich** [1] - 18:12
**bound** [2] - 18:2, 18:4
**bounds** [1] - 46:20
**box** [2] - 20:25, 82:20
**Brain** [4] - 54:9, 54:11,
75:12, 76:6
**break** [4] - 8:10,
32:19, 78:6, 95:17
**Bridgeport** [22] - 9:2,
22:10, 22:11, 22:13,
22:15, 25:12, 25:23,
25:24, 26:15, 26:19,
26:22, 28:2, 83:17,
85:2, 85:5, 97:15,
97:16, 97:17, 97:19,
97:22
**brief** [1] - 8:9
**bring** [4] - 33:1, 90:5,
95:4, 95:25
**bringing** [1] - 39:19
**broad** [5] - 14:19,
52:15, 81:13, 81:18
**broken** [1] - 22:20
**brought** [2] - 46:11,
68:22
**BRUETSCH** [1] - 1:21
**Busch** [15] - 3:4, 5:5,
6:25, 35:5, 35:9,
35:14, 35:16, 35:18,
40:6, 51:9, 78:18,
91:23, 93:16, 94:18
**BUSCH** [191] - 2:4,
5:4, 5:8, 5:10, 5:20,
6:1, 9:12, 9:15, 9:24,
10:6, 10:16, 10:20,
10:25, 11:4, 11:7,
11:20, 12:4, 12:18,
12:20, 13:2, 16:6,
18:21, 19:5, 19:16,
19:24, 23:15, 23:24,
24:10, 24:17, 25:6,
25:8, 25:21, 26:1,
26:20, 27:4, 27:6,
27:12, 28:2, 28:5,
28:10, 28:17, 28:22,

29:10, 30:3, 30:19, 31:3, 33:3, 33:13, 37:22, 41:23, 42:3, 45:8, 47:2, 47:17, 47:20, 47:23, 48:13, 49:1, 50:14, 50:23, 51:3, 51:17, 52:13, 52:18, 53:4, 53:8, 54:15, 54:19, 54:21, 54:25, 55:10, 55:15, 55:17, 55:21, 56:1, 56:4, 56:8, 56:11, 56:16, 56:19, 57:3, 57:16, 57:19, 57:21, 58:8, 58:11, 58:20, 58:23, 59:3, 59:8, 59:14, 59:18, 59:23, 60:4, 60:15, 62:17, 62:19, 62:23, 63:20, 63:22, 64:22, 65:10, 65:21, 66:2, 66:12, 67:3, 67:8, 67:11, 67:14, 67:18, 67:20, 67:23, 69:11, 69:22, 70:2, 70:5, 70:9, 70:13, 70:20, 70:22, 71:6, 71:13, 71:23, 72:4, 72:18, 72:21, 73:1, 73:9, 74:9, 74:14, 75:2, 75:6, 75:13, 75:22, 76:8, 76:14, 76:17, 76:20, 77:13, 78:5, 78:11, 78:22, 79:6, 79:15, 85:11, 85:18, 85:21, 86:7, 86:20, 87:4, 87:12, 88:1, 88:7, 88:11, 88:16, 88:21, 88:23, 88:25, 89:4, 89:9, 89:14, 89:19, 90:25, 91:6, 91:10, 91:13, 91:19, 92:2, 92:5, 93:13, 94:5, 94:10, 94:15, 94:19, 94:21, 95:2, 95:7, 95:10, 95:14, 95:17, 95:24, 96:2, 97:3, 97:9, 98:10, 98:15, 100:23, 100:25, 101:15, 101:25, 102:8

**Busch's** [3] - 35:21, 45:4, 96:21
**business** [15] - 14:14, 20:11, 21:24, 36:20, 37:7, 41:14, 48:25, 49:25, 52:20, 69:7, 82:13, 83:25, 96:14, 96:17, 96:18
**BY** [8] - 1:19, 1:23, 2:4, 2:7, 8:22, 97:9,

98:20, 100:9

---

# C

**calculate** [1] - 24:16
**calculated** [2] - 24:15, 25:19, 26:12
**California** [1] - 2:3
**calm** [6] - 27:6, 27:7, 27:12, 56:4, 67:24
**cannot** [2] - 5:23, 7:1
**care** [17] - 41:9, 42:16, 43:24, 44:1, 44:5, 44:11, 44:14, 44:18, 44:21, 44:22, 44:25, 45:1, 45:3, 93:8, 98:2, 98:3, 98:4
**carefully** [1] - 103:7
**case** [34] - 4:24, 9:1, 21:12, 21:19, 41:17, 43:17, 43:21, 45:11, 46:22, 47:5, 47:7, 48:3, 48:18, 56:20, 56:22, 56:25, 57:4, 57:9, 57:11, 57:25, 58:2, 58:15, 58:22, 59:22, 68:24, 69:15, 69:17, 72:9, 84:7, 88:2, 89:5, 94:9, 94:12, 97:2
**Case** [1] - 1:5
**cases** [1] - 69:19
**Catlett** [16] - 5:9, 5:11, 22:3, 22:5, 26:7, 37:10, 37:11, 39:1, 43:4, 43:8, 49:2, 81:10, 82:7, 84:3, 90:9, 92:8
**Catlett's** [1] - 43:7
**causes** [1] - 44:8
**caution** [2] - 33:4, 33:14
**cease** [1] - 87:22
**cemetery** [1] - 20:15
**cents** [1] - 23:12
**Century** [1] - 2:3
**certain** [3] - 66:18, 89:15, 96:16
**certificate** [1] - 83:10
**Certified** [1] - 1:12
**certified** [1] - 83:6
**certify** [1] - 103:4
**CERTIFY** [1] - 103:9
**chance** [1] - 68:2
**change** [1] - 82:14
**changed** [6] - 82:14, 83:25, 85:24, 86:10, 86:12, 86:13
**changes** [1] - 84:1
**changing** [1] - 38:17

**characterization** [1] - 65:7
**cheated** [2] - 74:8, 74:13
**check** [2] - 82:18, 82:19
**checks** [1] - 99:6
**chosen** [1] - 18:3
**Circuit** [1] - 4:21
**City** [1] - 2:3
**Civil** [1] - 1:15
**claim** [19] - 33:9, 50:18, 50:22, 51:14, 51:25, 52:1, 52:7, 52:9, 52:10, 54:6, 54:9, 77:11, 77:23, 88:4, 100:13, 100:20, 101:13
**claimed** [1] - 11:16
**claiming** [1] - 99:25
**claims** [2] - 56:22, 64:11
**Clarence** [1] - 18:11
**clarification** [1] - 10:7
**clarify** [11] - 9:25, 10:10, 10:13, 10:16, 10:18, 11:1, 13:15, 21:9, 62:19, 62:20, 63:25
**clear** [4] - 10:10, 10:19, 10:21, 27:23
**client** [12] - 9:11, 27:3, 28:1, 31:1, 70:7, 78:19, 79:2, 88:20, 89:22, 90:1, 95:22, 96:22
**client's** [1] - 88:3
**Clinton** [54] - 2:10, 9:11, 42:14, 49:10, 49:18, 49:25, 50:13, 50:20, 51:15, 51:18, 52:3, 52:5, 52:7, 53:11, 53:21, 54:1, 55:12, 55:15, 55:17, 56:21, 56:23, 57:6, 57:24, 59:11, 64:3, 68:22, 69:3, 69:15, 69:17, 70:15, 71:20, 72:2, 72:23, 73:6, 73:17, 74:5, 74:8, 74:13, 74:22, 75:1, 75:5, 75:21, 78:21, 79:21, 87:3, 87:8, 87:10, 87:17, 87:23, 96:23, 99:20, 99:21, 101:20
**CLINTON** [1] - 1:7
**Clinton's** [2] - 60:2, 76:1
**Close** [1] - 16:18

**close** [1] - 16:19
**closed** [2] - 49:9, 78:4
**co** [8] - 100:1, 100:2, 100:14, 100:19, 101:11, 101:15, 101:16, 101:21
**co-author** [1] - 100:1
**co-owner** [6] - 100:2, 100:14, 100:19, 101:11, 101:15, 101:16
**co-owners** [1] - 101:21
**cognitive** [1] - 7:19
**colleague** [1] - 4:18
**collect** [1] - 51:24
**Collective** [4] - 15:13, 15:19, 16:1, 19:14
**collectively** [1] - 18:7
**combination** [1] - 24:12
**coming** [3] - 36:7, 53:23, 53:24
**commencing** [1] - 1:14
**comment** [1] - 44:14
**comments** [1] - 30:18
**commercials** [1] - 80:24
**Commission** [1] - 103:19
**commissioned** [1] - 103:4
**communication** [1] - 36:19
**communications** [3] - 33:5, 33:7, 36:22
**companies** [12] - 9:10, 50:19, 51:21, 51:22, 52:1, 52:10, 57:8, 83:19, 85:16, 87:18, 87:22, 90:2
**company** [18] - 13:8, 14:2, 22:10, 22:14, 24:16, 24:24, 26:15, 26:19, 34:15, 43:21, 44:23, 49:23, 69:1, 80:12, 82:10, 86:17, 88:9, 93:10
**company's** [2] - 37:20, 38:16
**compensated** [1] - 100:14
**compile** [2] - 82:10, 82:11
**compiled** [1] - 21:12
**compiling** [1] - 22:7
**Complaint** [1] - 74:21
**complaints** [2] - 63:14, 64:1

**complete** [3] - 6:18, 93:18, 94:23
**completely** [4] - 5:21, 7:1, 34:20, 48:1
**complicated** [1] - 26:4
**component** [3] - 28:12, 28:14, 28:18
**components** [1] - 76:12
**compositions** [1] - 52:21
**compound** [1] - 77:14
**computer** [2] - 5:10, 5:11
**concerning** [1] - 103:6
**concluded** [1] - 102:11
**conclusion** [6] - 6:7, 19:6, 19:17, 19:25, 67:25, 77:14
**conclusions** [1] - 96:12
**condition** [4] - 7:2, 38:18, 92:10, 98:5
**conditions** [4] - 17:24, 18:3, 18:4, 27:15
**condolences** [1] - 20:24
**conducts** [1] - 48:24
**confidence** [1] - 93:18
**confused** [1] - 13:5
**connection** [12] - 14:13, 14:14, 21:11, 35:6, 35:22, 36:20, 41:3, 42:6, 49:21, 63:3, 68:11, 99:3
**consider** [2] - 20:12, 64:21
**considerable** [1] - 87:19
**considerably** [1] - 82:12
**contact** [3] - 43:22, 80:11, 84:9
**contacted** [1] - 8:25
**contents** [1] - 36:21
**context** [2] - 62:15, 62:21
**continue** [4] - 48:15, 56:12, 79:13, 97:1
**continued** [2] - 15:21, 47:1
**CONTINUED** [1] - 2:1
**Continuing** [7] - 12:24, 13:7, 24:1, 42:4, 58:4, 65:1, 68:10
**continuing** [83] - 9:7, 9:19, 11:15, 11:25, 12:11, 13:20, 15:6,

16:12, 17:10, 18:18, 19:2, 19:9, 19:22, 20:2, 23:17, 24:14, 24:23, 25:12, 26:6, 30:4, 32:9, 33:15, 38:4, 45:9, 48:19, 49:6, 50:18, 51:6, 51:24, 52:17, 52:25, 53:10, 54:17, 55:9, 58:14, 59:6, 59:25, 60:6, 60:20, 62:25, 64:10, 65:19, 65:23, 66:5, 66:21, 69:20, 70:15, 71:4, 71:10, 71:19, 72:1, 72:22, 73:5, 73:12, 73:21, 74:2, 74:12, 74:18, 75:4, 75:8, 75:19, 75:25, 76:11, 76:15, 76:18, 76:24, 77:22, 78:14, 79:17, 85:14, 86:2, 86:11, 87:1, 87:9, 87:16, 89:21, 91:18, 92:7, 93:15, 96:6, 96:24, 101:3, 101:19

**contract** [9] - 16:10, 16:15, 16:16, 17:10, 20:3, 65:4, 65:16, 66:7, 67:1

**Contract** [2] - 3:11, 16:15

**contracts** [2] - 19:3, 19:10

**contributed** [4] - 75:16, 76:15, 76:18, 99:16

**contribution** [3] - 75:12, 76:1, 76:6

**contributions** [1] - 76:25

**control** [1] - 68:10

**controversy** [1] - 103:6

**conversation** [3] - 20:20, 34:24, 35:24

**conversations** [3] - 20:22, 41:24, 42:2

**copy** [1] - 29:14

**copyright** [2] - 80:9, 99:23

**corp** [3] - 45:16, 45:18

**corporate** [4] - 45:15, 79:3, 79:7, 79:14

**corporation** [3] - 46:6, 46:8, 46:10

**correct** [24] - 8:5, 16:4, 18:17, 19:4, 19:15, 19:23, 24:8, 40:22, 45:24, 48:10,

49:22, 50:13, 51:16, 52:12, 58:7, 58:18, 66:16, 66:19, 66:21, 73:23, 77:8, 79:11, 100:15, 101:18

**correctly** [2] - 17:18, 93:21

**correspondence** [2] - 8:16, 37:13

**counsel** [3] - 4:22, 103:10, 103:11

**country** [1] - 78:4

**COUNTY** [1] - 103:2

**County** [1] - 103:18

**couple** [3] - 50:16, 62:4, 97:10

**course** [4] - 6:14, 32:22, 77:17, 86:22

**court** [16] - 4:14, 5:19, 6:11, 21:11, 32:4, 59:19, 59:20, 59:23, 70:9, 72:11, 72:14, 72:15, 72:17, 91:20, 95:4, 95:16

**COURT** [3] - 1:1, 5:15, 32:8

**Court** [2] - 4:15, 103:5

**court's** [2] - 79:4, 96:2

**courtesy** [1] - 6:19

**courthouse** [2] - 95:9, 95:13

**COVID** [1] - 60:22

**created** [1] - 51:16

**creating** [1] - 79:21

**creative** [1] - 75:17

**crimes** [1] - 70:19

**criminal** [2] - 71:5, 71:12

**cross** [2] - 28:4, 28:16

**Cross** [5] - 29:9, 30:23, 47:22, 55:20, 56:3, 59:15

**cross-talking** [2] - 28:4, 28:16

**Cross-talking** [6] - 29:9, 30:23, 47:22, 55:20, 56:3, 59:15

**CSR** [1] - 103:18

**curious** [1] - 26:14

**cut** [1] - 50:13

## D

**Dan** [2] - 63:23, 98:17

**Daniel** [2] - 40:8, 40:10

**DANIEL** [1] - 1:19

**data** [5] - 81:23, 82:5, 83:17, 83:19, 84:22

**date** [1] - 46:11

**dated** [7] - 16:17, 17:11, 32:11, 39:13, 90:9, 90:14, 91:3

**dates** [1] - 27:20

**David** [2] - 1:6, 6:5

**days** [2] - 69:8, 92:23

**DB** [2] - 25:5

**dead** [2] - 64:20, 84:12

**deal** [10] - 32:24, 33:17, 33:18, 35:4, 37:5, 39:17, 71:18, 80:12, 82:15, 98:8

**dealings** [1] - 74:16

**deals** [3] - 84:3, 94:2, 94:3

**dealt** [1] - 40:8

**debit** [1] - 25:7

**deceased** [2] - 64:18, 83:24

**December** [17] - 1:13, 4:2, 30:6, 31:12, 32:11, 32:17, 39:13, 44:5, 44:10, 90:9, 90:15, 90:22, 91:3, 93:7, 103:5, 103:14

**decent** [1] - 20:13

**decide** [1] - 93:23

**decided** [1] - 50:9

**decision** [2] - 35:22, 45:10

**Defendants** [2] - 1:8, 1:23

**deference** [1] - 29:20

**defrauded** [3] - 71:20, 72:2, 72:23

**delivered** [3] - 38:8, 42:18, 42:19

**delivery** [1] - 42:21

**dementia** [3] - 7:21, 48:2, 91:10

**deposed** [1] - 30:25

**deposing** [2] - 30:21, 71:15

**deposition** [29] - 1:10, 4:1, 4:13, 5:1, 6:4, 6:7, 6:8, 6:15, 8:8, 11:9, 13:17, 21:8, 27:15, 47:9, 48:15, 57:20, 70:10, 70:14, 72:8, 72:9, 72:12, 78:23, 89:13, 89:16, 96:24, 97:1, 102:10, 103:8, 103:11

**deposition's** [1] - 46:23

**deposits** [2] - 82:17, 82:20

**describe** [2] - 75:11, 86:2

**described** [1] - 99:10

**DESCRIPTION** [1] - 3:8

**designated** [1] - 18:2

**DESIGNATION** [1] - 3:8

**determination** [1] - 6:6

**Detroit** [1] - 1:22

**Dickinson** [9] - 40:14, 40:19, 40:20, 40:22, 40:23, 40:25, 68:11, 68:15, 68:18

**DICKINSON** [1] - 1:17

**died** [2] - 46:9, 84:16, 84:17

**dies** [1] - 94:11

**different** [7] - 10:8, 14:19, 51:21, 79:19, 81:18, 83:18, 97:16

**difficult** [2] - 38:17, 86:16

**digital** [2] - 22:23, 22:24

**diminished** [1] - 82:12

**diminishing** [1] - 78:2

**direct** [7] - 16:9, 40:1, 47:14, 57:8, 65:6, 67:12, 68:14

**directing** [1] - 95:22

**directions** [1] - 41:2

**directly** [3] - 94:9, 97:2, 99:8

**directors** [1] - 46:12

**disability** [1] - 37:9

**disagree** [1] - 58:17

**disappear** [1] - 60:19

**discuss** [3] - 34:22, 34:25, 43:3

**discussed** [1] - 43:5

**discussion** [3] - 5:18, 32:3, 72:16

**discussions** [3] - 63:13, 63:17, 64:11

**dishonest** [8] - 70:16, 70:17, 70:18, 73:6, 73:18, 73:22, 74:4, 74:23

**disposed** [2] - 60:14, 60:16

**dispute** [2] - 43:17, 90:15

**disputes** [1] - 64:5

**disreputable** [2] - 75:1, 75:5

**distinction** [1] - 64:4

**distributed** [1] - 49:16

**distribution** [1] - 49:21

**distributorship** [2] - 49:15

**DISTRICT** [2] - 1:1, 1:2

**District** [3] - 1:5, 4:21, 89:7

**diverse** [1] - 81:16

**divulge** [1] - 33:6

**doctors** [1] - 98:6

**document** [27] - 9:16, 11:22, 13:15, 16:13, 16:14, 16:20, 17:3, 17:13, 17:15, 17:17, 17:18, 18:14, 18:22, 19:18, 29:8, 32:12, 32:13, 32:20, 41:10, 44:7, 44:15, 44:18, 45:3, 45:4, 66:9, 66:10

**documents** [23] - 6:3, 20:25, 21:5, 21:7, 21:10, 21:13, 22:7, 22:9, 29:11, 31:2, 31:16, 36:14, 42:5, 50:24, 59:25, 60:7, 60:9, 60:14, 60:16, 65:8, 84:6, 90:5, 90:7

**dollars** [1] - 23:11

**done** [7] - 41:19, 58:6, 69:13, 76:16, 77:4, 87:21, 89:1

**dormant** [1] - 83:22

**double** [1] - 82:18

**down** [15] - 6:11, 6:12, 6:13, 26:4, 27:6, 27:7, 27:12, 31:15, 49:9, 56:4, 67:24, 78:4, 80:14, 93:23

**dozen** [3] - 85:7, 85:8

**drafted** [1] - 30:14

**dramatically** [1] - 83:25

**drawing** [1] - 76:3

**drew** [2] - 93:14, 93:16

**drive** [1] - 37:25

**drop** [3] - 37:17, 38:8, 49:7

**drug** [1] - 96:15

**drummer** [1] - 14:25

**due** [8] - 9:18, 11:13, 11:18, 12:17, 12:22, 26:21, 64:1, 64:2

**duly** [3] - 4:6, 103:4, 103:6

**during** [2] - 6:14, 69:8

**Dusen** [1] - 40:20

**duties** [2] - 43:7, 62:1

## E

**e-mail** [12] - 36:3, 90:9, 90:13, 90:14,

91:3, 92:13, 92:19, 92:22, 92:24, 92:25, 94:22

**e-mails** [3] - 35:25, 36:2, 92:8

**earned** [1] - 9:23

**earning** [1] - 53:17

**easier** [1] - 11:4

**Eastbound** [2] - 83:18, 83:22

**EASTERN** [1] - 1:2

**Eastern** [2] - 4:21, 89:7

**easy** [1] - 38:2

**Eddie** [5] - 15:24, 15:25, 75:11, 75:15, 75:18

**eight** [2] - 36:7, 36:9

**either** [9] - 26:8, 42:20, 53:5, 64:20, 69:1, 74:11, 74:24, 84:15

**either/or** [1] - 26:10

**Elizabeth** [1] - 93:3

**elsewhere** [1] - 14:6

**emotion** [1] - 78:9

**employ** [2] - 14:9, 14:22

**employed** [10] - 14:11, 14:13, 18:23, 19:13, 19:20, 21:18, 36:13, 60:13, 103:10, 103:12

**employee** [24] - 15:2, 15:4, 15:23, 16:1, 16:7, 16:10, 18:3, 18:6, 39:1, 39:3, 39:5, 39:7, 64:21, 64:23, 65:2, 65:4, 65:6, 65:9, 65:11, 66:8, 66:11, 66:18, 66:19, 103:11

**employees** [14] - 17:23, 18:1, 18:7, 18:10, 18:13, 18:20, 19:3, 19:11, 19:22, 38:13, 38:15, 39:10, 61:20, 61:21

**employer** [3] - 17:22, 17:23, 18:8

**employment** [2] - 18:5, 60:2

**end** [2] - 62:5, 65:14

**enemy** [1] - 20:13

**enforce** [1] - 18:6

**engaged** [6] - 59:11, 70:19, 71:5, 71:12, 74:5, 74:22

**enhanced** [1] - 75:20

**entered** [3] - 16:3,

30:6, 42:25

**entering** [1] - 32:14

**entertainment** [1] - 28:13

**entire** [1] - 31:24

**entities** [2] - 64:2, 64:6

**entitled** [6] - 1:11, 63:15, 64:13, 74:19, 91:15, 91:16

**entries** [1] - 97:16

**entry** [1] - 97:17

**Erik** [4] - 2:9, 4:18, 8:20, 30:13

**Escape** [1] - 16:19

**escape** [4] - 16:25, 31:18, 31:21, 31:22

**especially** [1] - 38:18

**establish** [1] - 90:6

**established** [1] - 28:20

**establishing** [1] - 88:6

**estate** [16] - 8:24, 32:15, 34:14, 35:19, 35:23, 43:1, 45:4, 71:21, 88:5, 93:11, 93:17, 94:2, 96:6, 96:10, 98:1, 98:18

**ESTATE** [1] - 1:3

**et** [2] - 9:2, 42:14

**event** [1] - 46:22

**evidence** [17] - 30:16, 66:1, 66:3, 71:19, 72:1, 73:5, 73:17, 73:21, 74:3, 74:12, 74:20, 74:22, 75:4, 75:7, 85:22, 89:25, 101:19

**exactly** [7] - 30:19, 38:11, 38:19, 62:8, 62:21, 76:10, 96:11

**Examination** [2] - 3:3, 3:4

**EXAMINATION** [4] - 8:21, 97:8, 98:19, 100:8

**examination** [3] - 3:4, 3:5, 103:7

**examined** [2] - 4:7, 103:7

**example** [2] - 28:11, 80:23

**Excuse** [1] - 56:4

**excuse** [4] - 40:18, 55:17, 57:22, 67:11

**Exhibit** [6] - 3:9, 3:10, 3:12, 13:16, 17:9, 102:13

**exhibit** [4] - 16:21, 30:25, 31:6

**exhibits** [4] - 4:19, 5:22, 30:21, 31:4

**exist** [1] - 59:9

**exit** [3] - 31:18, 31:20, 31:23

**expect** [1] - 8:12

**expert** [1] - 68:24

**Expires** [1] - 103:19

**explain** [5] - 26:5, 27:20, 54:19, 57:3, 57:5

**explicit** [1] - 70:11

**explore** [1] - 97:1

**extent** [4] - 63:9, 63:17, 66:18, 99:25

**F**

**face** [1] - 10:19

**fact** [3] - 12:9, 79:8, 90:6

**facts** [4] - 4:23, 65:25, 66:3, 85:21

**fairly** [1] - 84:14

**falsifying** [1] - 66:8

**familiar** [5] - 4:23, 22:10, 23:1, 23:16, 24:21

**family** [1] - 93:1

**far** [13] - 9:17, 11:13, 15:11, 31:17, 32:25, 33:2, 33:18, 37:19, 46:20, 47:7, 58:13, 87:20

**February** [2] - 8:23

**Federal** [2] - 1:15, 4:14

**federal** [1] - 27:2

**Federation** [10] - 15:10, 15:14, 15:20, 16:3, 16:16, 19:1, 65:8, 66:6, 66:24, 98:22

**federation** [1] - 16:11

**FedEx** [1] - 42:20

**fee** [3] - 25:13, 25:19

**feeding** [2] - 88:22, 88:24

**fees** [2] - 26:17, 80:4

**felt** [1] - 64:13

**few** [2] - 97:14, 98:2

**fifty** [1] - 62:23

**fifty-five** [1] - 62:23

**figure** [2] - 34:12, 91:4

**filed** [2] - 65:16, 69:17

**filibuster** [1] - 10:23, 10:25

**final** [1] - 96:12

**financial** [2] - 83:19, 86:14

**financially** [2] - 86:9, 103:12

**financing** [1] - 68:21

**fine** [6] - 30:3, 42:3, 48:13, 58:3, 63:11, 69:7

**Fine** [1] - 8:13

**finish** [2] - 12:13, 47:23, 55:21

**finished** [4] - 33:25, 34:1, 34:21, 98:12

**firm** [5] - 4:22, 21:20, 21:23, 21:25, 35:10

**Firm** [1] - 40:15

**firms** [1] - 64:13

**first** [5] - 4:6, 17:7, 20:2, 28:20, 47:9

**fit** [1] - 81:14

**five** [4] - 57:17, 62:23, 78:5, 78:7

**fix** [1] - 5:13

**Florida** [1] - 4:22

**flows** [3] - 57:21, 57:23, 58:1

**follow** [4] - 41:15, 97:10, 98:13, 98:18

**Follow** [1] - 54:4

**follow-up** [3] - 97:10, 98:13, 98:18

**following** [2] - 57:19, 103:5

**follows** [4] - 4:7, 55:4, 73:16, 101:8

**FOR** [1] - 1:2

**form** [67] - 7:14, 7:18, 9:5, 9:12, 10:4, 11:19, 11:20, 12:3, 12:7, 12:19, 15:3, 16:6, 16:7, 18:16, 18:22, 19:6, 19:17, 19:25, 23:24, 24:10, 24:17, 25:21, 27:8, 28:25, 36:13, 45:15, 50:14, 50:23, 51:17, 52:13, 54:15, 58:12, 60:4, 60:15, 62:17, 63:20, 64:22, 65:10, 65:21, 66:12, 66:14, 68:21, 70:20, 71:6, 71:13, 71:23, 72:25, 73:9, 73:25, 74:9, 74:14, 75:2, 75:6, 75:13, 75:22, 76:8, 76:14, 76:20, 85:18, 86:7, 86:20, 89:11, 89:12, 100:22, 100:24, 100:25, 103:7

**forms** [2] - 42:23, 80:21

**Fort** [1] - 1:21

**forth** [1] - 44:9

**fortunate** [1] - 77:7

**forward** [2] - 52:19, 72:6

**foundation** [31] - 11:22, 23:15, 24:18, 25:6, 25:22, 37:22, 58:12, 63:22, 66:2, 67:25, 70:21, 70:22, 70:23, 71:7, 71:14, 71:24, 72:25, 73:10, 73:25, 74:10, 74:15, 75:14, 75:23, 76:9, 76:21, 77:13, 77:15, 85:19, 93:12, 100:24, 101:1

**four** [1] - 32:7

**frankly** [1] - 42:16

**fraud** [10] - 54:14, 54:17, 55:6, 57:7, 57:15, 58:16, 58:22, 59:11, 59:12, 70:19

**free** [2] - 47:24, 48:8

**Free** [1] - 54:3

**Freeman** [1] - 40:21

**Friedman** [2] - 3:9, 8:18

**friend** [3] - 20:9, 20:11, 20:12

**front** [2] - 41:16, 59:21

**fruition** [1] - 33:1

**full** [2] - 20:25, 72:16

**Fulwood** [2] - 14:23, 14:25

**funeral** [2] - 20:14, 20:16

**Funkadelic** [13] - 15:25, 50:5, 50:10, 50:17, 51:5, 51:19, 51:23, 53:1, 53:20, 53:25, 63:5, 63:6, 77:1

**FURTHER** [1] - 103:9

**furthermore** [1] - 71:17

**G**

**game** [1] - 93:20

**Garry** [2] - 76:4, 76:10

**garry** [1] - 76:5

**generally** [1] - 52:20

**GEORGE** [2] - 1:3, 1:7

**George** [13] - 2:10, 9:11, 22:19, 32:15, 35:19, 49:10, 49:13, 50:1, 59:11, 69:6, 71:17

**George's** [1] - 74:16

**given** [3] - 5:2, 96:18, 103:8
**government** [1] - 65:13
**grab** [1] - 31:19
**grand** [3] - 24:1, 24:3, 24:15
**Grand** [3] - 1:6, 6:6, 46:21
**Greenfield** [1] - 20:3
**group** [9] - 15:7, 15:25, 49:18, 50:8, 76:19, 77:3, 77:7, 99:9, 99:18
**groups** [1] - 50:20
**guarantee** [1] - 52:5
**guess** [5] - 75:14, 84:22, 98:11
**guy** [3] - 20:13, 63:11, 64:9

### H

**hand** [1] - 103:14
**handed** [1] - 41:18
**handle** [3] - 21:18, 34:17, 82:18
**handled** [2] - 33:20, 93:18
**hands** [2] - 95:16, 95:17
**hanging** [1] - 83:10
**harass** [1] - 95:18
**harassing** [9] - 47:17, 47:19, 47:25, 48:5, 94:15, 94:17, 94:20, 95:3, 95:24
**hard** [4] - 77:6, 85:23, 86:9, 86:21
**Haskins** [1] - 18:12
**hats** [1] - 81:13
**hazel** [1] - 61:24
**Hazel** [2] - 15:24, 61:23
**Hazel's** [1] - 75:11
**health** [3] - 7:6, 7:9, 64:20
**health-wise** [1] - 64:20
**hear** [5] - 7:10, 39:6, 60:6, 69:22, 97:12
**hello** [1] - 97:13
**help** [1] - 61:13
**helpful** [1] - 63:25
**helps** [1] - 37:10
**hence** [1] - 100:2
**hereby** [1] - 103:4
**hereto** [1] - 103:12
**hereunto** [1] - 103:13
**HERTZ** [12] - 2:5, 2:7,

21:21
**inappropriate** [3] - 67:22, 88:15, 89:7
**INC** [1] - 1:7
**Inc** [1] - 9:2
**include** [1] - 45:10
**included** [1] - 87:2
**income** [5] - 53:23, 79:19, 80:1, 80:21, 81:8
**incorporated** [2] - 45:19, 45:23
**incorrect** [2] - 12:15, 12:25
**indicated** [1] - 7:1
**indicating** [1] - 66:16
**individual** [1] - 21:24
**individuals** [3] - 14:9, 14:13, 19:11
**industries** [1] - 84:2
**information** [6] - 47:12, 48:23, 56:9, 64:16, 74:3, 82:7
**informed** [1] - 36:21
**initiated** [1] - 39:13
**innovations** [1] - 75:20
**inquiries** [1] - 80:17
**inquiry** [1] - 90:10
**insight** [2] - 25:1, 25:2
**insisted** [1] - 72:9
**instead** [1] - 30:17
**instruct** [5] - 33:6, 47:11, 78:19, 79:2, 96:21
**instructed** [2] - 70:7, 79:6
**instructing** [1] - 70:6, 89:18
**instruction** [1] - 48:7
**insulting** [1] - 88:16
**integral** [1] - 77:11
**intend** [1] - 5:22
**intended** [1] - 101:21
**intent** [2] - 78:25, 79:1
**intention** [2] - 100:18, 101:11
**intentionally** [2] - 70:17, 70:18
**interact** [2] - 81:19, 81:21
**interactions** [1] - 84:19
**interest** [4] - 13:24, 50:22, 58:15, 77:24
**interested** [2] - 96:13, 103:12
**interfering** [1] - 88:19
**interrupt** [3] - 5:5, 13:14, 46:16

29:1, 29:7, 29:13, 29:18, 29:22, 29:25, 31:7, 54:23, 70:24, 78:9
**Hertz** [1] - 28:19
**Hills** [1] - 2:7
**himself** [2] - 27:11, 91:7
**hire** [1] - 35:22
**hires** [1] - 17:23
**history** [3] - 12:1, 78:21, 91:23
**hit** [2] - 31:21
**hold** [1] - 5:13
**holiday** [1] - 102:6
**Hollenquest** [3] - 61:23, 61:24, 62:1
**holler** [3] - 34:10, 34:11
**hollering** [2] - 34:2, 34:8
**honest** [2] - 33:22, 46:3
**honestly** [3] - 24:19, 26:2, 76:23
**hoping** [1] - 83:12
**horrible** [1] - 98:5
**hour** [1] - 89:13
**hours** [6] - 6:1, 10:24, 11:9, 71:17, 78:8, 89:13
**house** [6] - 21:20, 21:21, 69:10, 69:21, 69:23, 69:24
**HOWARD** [1] - 2:7
**Howard** [2] - 29:6, 29:17
**hundred** [3] - 38:19, 85:8, 85:10
**husband** [9] - 9:21, 9:22, 11:17, 11:18, 12:1, 12:17, 12:25, 34:14, 83:5

### I

**idea** [6] - 30:8, 50:4, 51:13, 72:3, 72:18, 73:3
**identification** [1] - 102:14
**identify** [1] - 17:12
**impede** [4] - 7:3, 7:9, 7:18, 7:25
**important** [2] - 6:16, 76:12
**impossible** [1] - 59:3
**improperly** [1] - 57:7
**IN** [1] - 103:13
**in-house** [2] - 21:20,

**introduced** [4] - 62:6, 62:10, 62:12, 62:15
**involve** [2] - 24:7, 59:17
**iPhone** [1] - 91:25
**issue** [4] - 43:20, 45:11, 65:7, 65:13
**issued** [1] - 65:24
**issues** [3] - 7:6, 7:9, 97:1
**itself** [4] - 18:22, 19:18, 30:2, 89:1
**Ivy** [1] - 2:10

### J

**JAMES** [1] - 1:23
**Jim** [1] - 63:24
**job** [1] - 75:18
**Joel** [1] - 39:5
**join** [11] - 16:8, 19:7, 19:19, 60:5, 64:24, 66:15, 71:8, 71:25, 77:15, 85:20, 93:13
**JR** [1] - 1:3
**judge** [1] - 59:24
**Judge** [4] - 1:5, 1:6, 6:5, 46:21
**judgment** [1] - 93:19
**Judie** [6] - 34:6, 34:7, 34:24, 42:14, 71:20, 72:7
**Judith** [6] - 8:16, 8:25, 45:5, 63:19, 68:21, 88:5
**July** [2] - 16:17, 17:11
**jury** [7] - 59:18, 59:19, 59:20, 59:21, 59:22, 91:24, 94:23

### K

**karaoke** [3] - 23:3, 23:6, 26:17
**Kay** [1] - 1:5
**keep** [6] - 28:22, 28:23, 81:2, 81:3, 88:16, 89:19
**keeping** [1] - 83:17
**keeps** [2] - 81:8, 82:16
**kept** [2] - 42:12, 81:9
**keyboard** [1] - 31:22
**killing** [1] - 71:2
**Kim** [7] - 82:21, 82:23, 82:24, 82:25, 83:5, 83:7
**Kim's** [1] - 83:2
**kind** [1] - 77:3
**KING** [1] - 2:2
**King** [1] - 35:10

**knowledge** [8] - 15:22, 24:25, 39:11, 42:8, 42:25, 45:17, 100:5, 100:6

### L

**label** [2] - 49:16, 83:23
**lack** [23] - 11:22, 23:15, 24:17, 25:6, 25:22, 37:22, 63:22, 66:2, 67:24, 70:22, 71:6, 71:13, 71:23, 73:9, 74:9, 74:14, 75:13, 75:22, 76:8, 76:20, 77:15, 85:18, 101:1
**Lake** [7] - 37:16, 38:8, 49:8, 61:1, 61:4, 61:13, 61:18
**laptop** [1] - 4:17
**last** [18] - 4:11, 30:6, 32:16, 39:6, 55:13, 60:18, 60:20, 61:12, 70:13, 83:2, 83:15, 84:23, 87:5, 87:6, 87:9, 89:22, 90:1, 93:4
**law** [1] - 35:10
**Law** [1] - 40:15
**lawsuit** [5] - 9:4, 34:19, 42:13, 44:24, 100:1
**lawsuits** [1] - 44:9
**lawyer** [2] - 28:13, 48:5
**lawyers** [2] - 30:14, 41:5
**lay** [2] - 77:11
**lead** [1] - 56:9
**leader** [1] - 18:1
**leadership** [1] - 18:9
**leading** [1] - 56:14
**least** [4] - 29:4, 88:9, 100:17, 101:9
**leave** [2] - 66:13, 101:2
**led** [1] - 39:14
**left** [2] - 78:4, 84:11
**legal** [9] - 19:6, 19:17, 19:24, 58:6, 67:24, 67:25, 68:1, 68:6, 77:14
**legally** [1] - 36:10
**less** [1] - 85:10
**Letter** [1] - 3:9
**letter** [1] - 10:9
**letting** [2] - 7:13, 27:3
**Levinson** [25] - 21:14, 21:15, 21:17, 22:1,

22:5, 24:25, 26:7,
32:24, 32:25, 33:5,
33:16, 37:24, 39:3,
39:16, 40:3, 40:6,
42:10, 42:15, 42:24,
45:1, 45:2, 45:3,
48:22, 93:14, 93:16
**license** [2] - 26:16,
80:18
**licensing** [3] - 80:4,
81:1
**lie** [4] - 92:3, 92:6,
94:23, 95:2
**life** [1] - 14:2
**light** [3] - 6:2, 37:8,
96:20
**likewise** [1] - 66:23
**listed** [12] - 17:20,
18:11, 18:25, 19:2,
19:11, 22:23, 23:11,
35:9, 35:11, 37:16,
38:24, 65:9
**listen** [4] - 70:2, 89:20,
94:21, 95:18
**listing** [1] - 66:7
**lists** [1] - 66:10
**literally** [1] - 58:9
**litigate** [2] - 56:24,
69:18
**litigated** [2] - 56:21,
69:15
**litigation** [9] - 44:4,
55:13, 68:12, 68:21,
69:12, 70:11, 78:20,
91:24, 96:23
**litigations** [1] - 78:24
**live** [1] - 24:5
**LLC** [1] - 45:16
**local** [3] - 47:15,
67:10, 67:12
**locate** [1] - 32:20
**located** [3] - 61:17,
61:18, 61:22
**location** [2] - 60:21,
61:16
**look** [1] - 5:23
**looking** [2] - 32:6,
50:2
**lost** [5] - 56:21, 60:18,
60:19, 69:16, 69:17
**love** [3] - 47:13, 48:11,
96:16
**lunch** [1] - 90:21
**lying** [1] - 11:15
**LYNN** [1] - 103:18
**Lynn** [3] - 1:11, 103:3,
103:16

# M

**Maggot** [4] - 54:9,
54:10, 75:12, 76:6
**magistrate** [2] - 48:9,
48:12
**Magistrate** [3] - 1:6,
6:5, 46:21
**magnificent** [1] -
75:18
**mail** [16] - 36:3, 37:17,
37:21, 38:7, 38:8,
90:9, 90:13, 90:14,
91:3, 92:13, 92:19,
92:22, 92:24, 92:25,
94:22
**mails** [3] - 35:25, 36:2,
92:8
**main** [1] - 75:15
**maintain** [2] - 92:19,
92:22
**major** [1] - 81:16
**man** [3] - 91:10, 94:22,
95:18
**manager** [2] - 60:13,
60:17
**manner** [4] - 6:3,
48:24, 58:6, 85:1
**mark** [2] - 17:8, 32:6
**Mark** [14] - 21:14,
21:25, 22:1, 24:25,
34:16, 35:3, 39:3,
39:16, 44:21, 44:25,
45:1, 45:2, 93:18
**MARKED** [1] - 3:8
**marked** [1] - 102:14
**marking** [1] - 13:16
**Martin** [5] - 20:17,
26:9, 26:11, 39:5,
39:7
**Master** [2] - 8:17, 9:1
**masters** [1] - 83:23
**matter** [1] - 26:4
**matters** [2] - 4:23,
103:6
**mean** [25] - 20:12,
21:24, 29:24, 38:15,
43:11, 44:13, 51:20,
62:21, 63:7, 65:2,
69:6, 69:8, 71:2,
76:22, 84:11, 85:23,
86:23, 87:14, 94:2,
96:13, 98:5, 98:24,
99:6, 101:16
**medical** [1] - 27:15
**medication** [3] - 7:15,
7:16, 7:18
**meet** [3] - 49:10,
62:25, 63:3
**member** [7] - 4:20,

4:21, 15:8, 49:18,
76:5, 77:1, 93:1
**members** [2] - 50:8,
76:19
**Mendelson** [3] - 18:9,
18:11, 64:18
**merits** [1] - 48:4
**met** [2] - 49:20, 49:21
**MICHIGAN** [2] - 1:2,
103:1
**Michigan** [10] - 1:19,
1:22, 2:7, 45:19,
45:20, 61:19, 89:7,
103:4, 103:5, 103:18
**might** [6] - 5:11, 9:17,
12:14, 25:1, 32:5,
43:2
**Mile** [2] - 61:19, 61:22
**Mind** [1] - 54:3
**mine** [1] - 31:19
**minute** [1] - 78:6
**minutes** [2] - 57:18,
78:7
**mis** [1] - 92:5
**mischaracterize** [1] -
12:5
**mischaracterizes** [3] -
9:15, 11:21, 52:14
**mischaracterizing** [1]
- 28:7
**misrepresentation** [6]
- 54:14, 54:16,
54:18, 55:7, 57:15,
58:17
**misrepresented** [1] -
58:24
**missed** [1] - 58:23
**misunderstanding** [1]
- 27:24
**mock** [1] - 90:25
**mocking** [2] - 91:8,
94:21
**moment** [1] - 97:5
**Mommy** [1] - 53:1
**Monday** [1] - 90:21
**money** [16] - 9:9, 9:10,
11:17, 12:2, 12:8,
12:16, 12:21, 13:1,
40:12, 72:24, 81:4,
84:25, 87:10, 89:22,
90:1
**monies** [1] - 12:10
**monitors** [1] - 92:25
**Moon** [1] - 40:20
**most** [2] - 83:24, 84:1
**Mother** [1] - 53:15
**mouth** [1] - 27:16
**move** [4] - 6:22, 8:9,
89:12, 96:5
**moved** [4] - 60:17,

60:21, 61:12, 62:3
**movie** [1] - 80:11
**movies** [1] - 80:23
**moving** [1] - 58:1
**MR** [485] - 1:19, 1:23,
2:4, 2:7, 4:8, 4:12,
5:4, 5:7, 5:8, 5:9,
5:10, 5:20, 5:24, 6:1,
6:2, 6:25, 7:8, 7:12,
7:14, 7:17, 7:21,
7:23, 7:25, 8:4, 8:7,
8:14, 8:22, 9:5, 9:7,
9:12, 9:14, 9:15,
9:19, 9:24, 10:3,
10:6, 10:14, 10:16,
10:18, 10:20, 10:22,
10:25, 11:2, 11:4,
11:6, 11:7, 11:8,
11:15, 11:19, 11:20,
11:25, 12:3, 12:4,
12:7, 12:11, 12:18,
12:19, 12:20, 12:24,
13:2, 13:3, 13:7,
13:14, 13:18, 13:19,
13:20, 15:3, 15:6,
16:5, 16:6, 16:8,
16:12, 16:18, 16:19,
16:22, 16:24, 16:25,
17:1, 17:2, 17:3,
17:4, 17:6, 17:7,
17:8, 17:10, 18:16,
18:18, 18:21, 19:2,
19:5, 19:7, 19:9,
19:16, 19:19, 19:22,
19:24, 20:2, 23:15,
23:17, 23:24, 24:1,
24:10, 24:14, 24:17,
24:23, 25:6, 25:8,
25:12, 25:21, 25:24,
26:1, 26:6, 26:20,
26:24, 27:4, 27:5,
27:6, 27:8, 27:12,
27:25, 28:2, 28:3,
28:5, 28:8, 28:10,
28:15, 28:17, 28:19,
28:22, 28:25, 29:1,
29:6, 29:7, 29:10,
29:13, 29:16, 29:18,
29:20, 29:22, 29:23,
29:25, 30:1, 30:3,
30:4, 30:16, 30:19,
30:24, 31:3, 31:5,
31:7, 31:9, 31:11,
31:12, 31:14, 31:15,
31:16, 31:17, 31:20,
31:21, 31:23, 31:25,
32:5, 32:9, 33:3,
33:11, 33:13, 33:15,
37:22, 38:4, 41:23,
42:1, 42:3, 42:4,
45:7, 45:8, 45:9,

46:15, 47:2, 47:13,
47:17, 47:19, 47:20,
47:21, 47:23, 48:11,
48:13, 48:19, 49:1,
49:6, 50:14, 50:18,
50:23, 51:1, 51:3,
51:6, 51:17, 51:24,
52:13, 52:17, 52:18,
52:25, 53:4, 53:6,
53:8, 53:10, 54:15,
54:17, 54:19, 54:21,
54:23, 54:25, 55:1,
55:9, 55:10, 55:14,
55:15, 55:16, 55:17,
55:18, 55:21, 55:23,
56:1, 56:2, 56:4,
56:6, 56:8, 56:9,
56:11, 56:14, 56:16,
56:18, 56:19, 57:1,
57:3, 57:5, 57:16,
57:17, 57:19, 57:20,
57:21, 58:4, 58:8,
58:10, 58:11, 58:12,
58:14, 58:19, 58:20,
58:21, 58:23, 59:1,
59:3, 59:6, 59:8,
59:10, 59:14, 59:16,
59:18, 59:21, 59:23,
59:25, 60:4, 60:5,
60:6, 60:15, 60:20,
62:17, 62:19, 62:22,
62:23, 62:24, 62:25,
63:20, 63:21, 63:22,
63:24, 64:5, 64:7,
64:10, 64:22, 64:24,
65:1, 65:10, 65:19,
65:21, 65:23, 65:25,
66:2, 66:5, 66:12,
66:15, 66:21, 67:3,
67:5, 67:8, 67:10,
67:11, 67:12, 67:14,
67:16, 67:18, 67:19,
67:20, 67:21, 67:23,
68:10, 69:11, 69:20,
69:22, 69:25, 70:2,
70:4, 70:5, 70:7,
70:9, 70:12, 70:13,
70:15, 70:20, 70:21,
70:22, 70:24, 71:4,
71:6, 71:8, 71:10,
71:13, 71:19, 71:23,
71:25, 72:1, 72:4,
72:13, 72:18, 72:20,
72:21, 72:22, 72:25,
73:1, 73:5, 73:9,
73:12, 73:21, 73:25,
74:2, 74:9, 74:12,
74:14, 74:18, 75:2,
75:4, 75:6, 75:8,
75:13, 75:19, 75:22,
75:25, 76:8, 76:11,

76:14, 76:15, 76:17, 76:18, 76:20, 76:24, 77:13, 77:15, 77:22, 78:5, 78:9, 78:10, 78:11, 78:14, 78:18, 78:22, 79:1, 79:6, 79:12, 79:15, 79:17, 85:11, 85:14, 85:18, 85:20, 85:21, 86:2, 86:7, 86:11, 86:20, 87:1, 87:4, 87:5, 87:9, 87:12, 87:16, 88:1, 88:3, 88:7, 88:8, 88:11, 88:14, 88:16, 88:18, 88:21, 88:22, 88:23, 88:24, 88:25, 89:3, 89:4, 89:6, 89:9, 89:10, 89:14, 89:17, 89:19, 89:21, 90:25, 91:2, 91:6, 91:9, 91:10, 91:11, 91:13, 91:15, 91:18, 91:19, 91:22, 92:2, 92:4, 92:5, 92:7, 93:12, 93:13, 93:15, 94:5, 94:7, 94:10, 94:13, 94:15, 94:17, 94:19, 94:20, 94:21, 95:1, 95:2, 95:6, 95:7, 95:8, 95:10, 95:12, 95:14, 95:15, 95:17, 95:20, 95:24, 96:1, 96:2, 96:4, 96:6, 96:20, 97:3, 97:9, 98:10, 98:13, 98:15, 98:16, 98:20, 100:7, 100:9, 100:22, 100:23, 100:24, 100:25, 101:3, 101:6, 101:15, 101:17, 101:19, 101:24, 101:25, 102:3, 102:7, 102:8, 102:9
**Mundo** [1] - 9:1
**music** [6] - 22:14, 43:16, 50:1, 50:13, 52:20, 53:25
**Music** [8] - 9:2, 22:10, 22:11, 22:13, 22:15, 53:14, 53:15, 98:22
**musical** [1] - 76:25
**musician** [10] - 15:4, 16:9, 16:10, 63:12, 65:5, 65:16, 77:16, 77:19, 77:20, 99:18
**Musician** [1] - 66:6
**Musicians** [8] - 15:10, 15:14, 15:20, 16:4, 16:16, 19:1, 65:8,

66:24
**musicians** [17] - 14:11, 17:19, 17:23, 18:8, 18:17, 18:18, 18:19, 18:25, 19:13, 19:20, 66:23, 68:8, 77:8, 98:24, 99:11, 99:19, 99:20
**muted** [1] - 4:17

**N**

**name** [16] - 4:9, 4:11, 14:22, 15:24, 35:21, 40:9, 40:11, 45:4, 50:6, 50:7, 50:10, 82:2, 83:2, 93:2, 93:4, 98:17
**named** [2] - 66:23, 103:5
**nature** [1] - 46:19
**need** [5] - 8:10, 52:15, 72:11, 86:14, 89:15
**needed** [2] - 84:24, 84:25
**negotiate** [2] - 40:1, 80:14
**negotiating** [1] - 40:4
**negotiation** [3] - 40:5, 41:3, 42:6
**negotiations** [1] - 39:14
**Nelson** [1] - 50:7
**never** [9] - 30:19, 30:20, 30:25, 37:25, 60:15, 83:9, 100:14, 100:18, 101:10
**new** [2] - 5:2, 22:25
**next** [2] - 55:11, 72:15
**nice** [2] - 63:11, 64:9
**nobody** [1] - 84:11
**none** [2] - 39:21, 39:23
**Normally** [1] - 29:13
**Nos** [1] - 102:13
**Notarial** [1] - 103:14
**Notary** [2] - 1:12, 103:3
**notations** [1] - 25:3
**NOTE** [1] - 2:12
**note** [3] - 25:21, 33:11, 41:23
**noted** [2] - 91:23, 94:23
**nothing** [13] - 39:24, 47:7, 48:3, 56:25, 65:18, 71:14, 83:22, 99:8, 100:7, 101:23, 101:24, 101:25, 102:3

**Notice** [1] - 4:14
**notice** [2] - 4:25, 37:15
**November** [2] - 92:9, 92:13
**number** [13] - 4:23, 7:5, 16:17, 18:10, 19:10, 19:13, 21:5, 21:10, 22:9, 36:2, 43:15, 84:6, 100:1
**numerous** [2] - 79:9, 79:10
**nuts** [1] - 24:21

**O**

**oath** [2] - 4:7, 103:7
**Ob** [1] - 87:12
**object** [49] - 9:5, 9:12, 10:3, 11:20, 15:3, 18:16, 18:21, 19:6, 19:25, 24:10, 24:17, 27:5, 27:8, 28:25, 50:14, 50:23, 51:17, 52:13, 54:15, 60:4, 60:15, 62:17, 63:20, 64:22, 65:10, 65:21, 65:25, 66:12, 66:13, 70:20, 71:6, 71:13, 71:23, 73:9, 74:9, 75:2, 75:6, 75:13, 75:22, 76:8, 76:14, 76:20, 85:18, 86:7, 86:20, 100:23
**Object** [1] - 74:14
**objecting** [1] - 6:14
**Objection** [2] - 16:6, 67:18
**objection** [41] - 6:21, 9:24, 11:19, 12:3, 12:4, 12:5, 12:19, 13:3, 16:5, 16:7, 19:5, 19:16, 19:24, 23:15, 23:24, 25:6, 25:21, 27:1, 37:22, 45:7, 45:8, 56:6, 67:4, 67:9, 67:20, 67:24, 68:1, 68:4, 68:6, 69:11, 69:22, 77:13, 85:11, 89:6, 89:10, 89:11, 94:13, 100:23, 100:25
**objections** [3] - 12:18, 12:20, 13:2
**objects** [1] - 6:21
**obligation** [2] - 27:17, 48:6, 55:24
**obviously** [3] - 12:22, 25:9, 44:25
**occasions** [1] - 6:9

**occurred** [2] - 8:16, 41:24
**occurrence** [2] - 84:15, 85:15
**occurring** [1] - 90:24
**OF** [4] - 1:2, 1:3, 103:1, 103:2
**offer** [2] - 30:10, 33:21
**offered** [4] - 20:24, 30:24, 31:5, 31:6
**office** [7] - 49:7, 60:13, 60:17, 61:3, 80:10, 82:19
**officers** [1] - 46:1
**old** [2] - 38:2, 69:8
**one** [33] - 6:16, 6:20, 14:18, 17:7, 26:21, 28:5, 29:1, 32:13, 38:24, 41:22, 42:22, 50:7, 55:10, 57:21, 57:22, 57:23, 64:13, 67:3, 74:5, 74:18, 75:10, 77:3, 77:4, 77:21, 80:10, 85:15, 86:15, 93:14, 93:15, 95:21, 98:13, 98:18, 99:20
**OneDrive** [1] - 31:24
**ones** [2] - 84:10, 85:23
**opinion** [1] - 91:16
**opportunities** [1] - 50:2
**opportunity** [1] - 14:9
**Orchard** [7] - 37:16, 38:8, 49:8, 61:1, 61:4, 61:13, 61:18
**orchestra** [1] - 18:8
**order** [6] - 4:14, 21:11, 33:1, 70:10, 79:5, 96:25
**ordered** [2] - 46:21, 78:23
**outside** [3] - 21:21, 46:20, 78:22
**owe** [1] - 12:1
**owed** [4] - 11:23, 12:8, 12:21, 12:25
**owing** [2] - 11:13, 63:18
**own** [11] - 21:24, 22:16, 37:8, 51:21, 51:22, 51:25, 65:16, 65:17, 71:18, 100:20, 101:13
**owned** [3] - 20:6, 20:10, 99:23
**owner** [15] - 13:8, 14:3, 14:8, 48:19, 54:10, 79:20, 80:9, 80:22, 100:2,

100:10, 100:14, 100:19, 101:11, 101:15, 101:16
**owners** [1] - 101:21
**ownership** [13] - 13:24, 50:19, 50:22, 51:15, 52:1, 52:7, 52:10, 54:6, 77:23, 80:1, 100:13, 100:21, 101:14

**P**

**P.C** [1] - 2:5
**p.m** [6] - 1:14, 4:3, 90:15, 90:23, 92:9, 102:12
**Pac** [1] - 20:3
**PAGE** [1] - 3:1
**paid** [30] - 9:17, 11:13, 11:23, 12:8, 12:9, 12:21, 14:16, 15:4, 16:1, 16:7, 16:9, 16:11, 18:25, 19:20, 22:22, 25:14, 40:12, 52:2, 65:5, 65:16, 68:7, 68:8, 68:24, 87:19, 89:22, 90:1, 99:6, 99:7, 99:18, 99:21
**paper** [4] - 41:18, 41:21, 43:23, 45:14
**papers** [4] - 32:22, 33:19, 34:25, 42:10
**paperwork** [2] - 21:19, 65:17
**paragraph** [1] - 17:21
**Parliament** [3] - 50:5, 63:4, 76:5
**Parliaments** [1] - 49:18
**part** [7] - 15:7, 15:25, 70:14, 77:16, 99:8, 99:17
**particular** [11] - 18:23, 19:8, 20:1, 41:17, 66:19, 75:15, 76:13, 77:16, 77:17, 81:4, 99:12
**parties** [3] - 80:5, 103:10, 103:12
**parts** [1] - 77:11
**party** [4] - 40:24, 42:5, 68:17, 74:23
**pass** [1] - 49:24
**passing** [1] - 29:14
**past** [3] - 53:9, 87:15, 87:20
**pause** [2] - 78:12, 97:6
**pay** [9] - 11:16, 11:17,

12:23, 21:22, 68:17, 85:2, 86:5, 99:17, 100:10
**paying** [5] - 9:21, 9:22, 25:16, 87:16, 87:23
**payment** [8] - 25:17, 40:14, 40:17, 40:24, 68:11, 68:14, 68:17, 81:1
**payments** [3] - 25:3, 84:25, 85:1
**payroll** [5] - 38:20, 38:21, 38:22, 38:23, 38:24
**pays** [1] - 25:12
**pending** [3] - 56:5, 56:17, 95:21
**people** [6] - 12:1, 14:19, 27:19, 71:2, 74:17, 80:8
**per** [1] - 14:17
**percent** [1] - 38:19
**percentage** [1] - 26:3
**perform** [1] - 93:24
**performance** [4] - 23:8, 23:10, 23:11, 24:12
**performances** [1] - 24:6
**performed** [1] - 77:16
**perhaps** [1] - 25:1
**period** [2] - 86:11, 87:4
**periods** [1] - 70:24
**person** [9] - 14:22, 20:11, 25:15, 27:21, 45:23, 69:7, 75:1, 75:5, 103:5
**personal** [1] - 8:24
**personally** [3] - 42:21, 68:14, 91:7
**phone** [4] - 36:23, 36:24, 37:5, 94:24
**Phonograph** [1] - 3:10
**Phonographic** [1] - 16:15
**phrase** [1] - 28:6
**pick** [9] - 37:23, 38:10, 38:12, 50:6, 79:23, 81:13, 81:14, 82:9, 96:14
**picked** [1] - 38:7
**picks** [1] - 82:25
**Place** [1] - 56:6
**place** [6] - 6:21, 34:16, 38:6, 47:9, 61:13, 86:17
**plaintiff** [2] - 57:11, 57:25

**Plaintiff** [2] - 1:4, 1:20
**plan** [3] - 94:2, 96:7, 96:10
**play** [1] - 39:18
**played** [1] - 79:21
**playing** [2] - 91:25, 94:24
**PLC** [1] - 1:21
**PLLC** [1] - 1:17
**point** [7] - 47:10, 50:12, 56:19, 67:13, 88:10, 96:24, 96:25
**portions** [2] - 80:18
**pose** [1] - 8:11
**posed** [1] - 11:12
**position** [1] - 78:18
**possible** [1] - 86:22
**possibly** [1] - 81:14
**post** [2] - 49:7, 82:19
**practice** [1] - 41:14
**practices** [1] - 69:7
**predicament** [1] - 86:15
**predominantly** [1] - 80:3
**premier** [1] - 75:15
**prepared** [1] - 27:19
**preparing** [1] - 21:7
**PRESENT** [1] - 2:9
**presented** [2] - 36:14, 41:10
**president** [3] - 46:2, 46:10, 93:24
**primarily** [2] - 81:9, 82:18
**primary** [1] - 84:9
**privilege** [2] - 33:10, 41:25
**privileged** [2] - 33:5, 33:7
**problems** [1] - 71:18
**Procedure** [1] - 1:15
**proceedings** [2] - 78:13, 97:7
**process** [4] - 37:20, 38:6, 83:16, 86:18
**processing** [1] - 37:21
**produce** [1] - 21:5
**produced** [13] - 6:4, 21:7, 21:11, 22:9, 29:6, 36:2, 42:5, 51:2, 51:4, 60:1, 84:7, 90:14
**prominent** [1] - 77:5
**proper** [1] - 65:12
**provide** [2] - 35:21, 82:5
**provided** [1] - 22:19
**provides** [1] - 81:23

**providing** [3] - 9:9, 9:10, 87:2
**Public** [2] - 1:12, 103:3
**public** [1] - 83:6
**publishing** [11] - 10:1, 10:11, 22:14, 26:15, 26:19, 26:23, 28:17, 53:5, 88:13, 97:20, 97:22
**pull** [2] - 8:20, 30:14
**purported** [2] - 79:20, 80:22
**purports** [1] - 17:11
**purpose** [1] - 14:9
**purposes** [2] - 70:11, 72:10
**pursuant** [4] - 1:14, 2:12, 4:13, 103:4
**pursue** [1] - 44:3
**put** [6] - 27:16, 29:18, 29:22, 30:21, 41:16, 71:16

## Q

**qualified** [1] - 103:4
**QUESTION** [3] - 55:5, 73:17, 101:9
**question's** [1] - 49:1
**questioning** [4] - 29:11, 55:22, 57:25, 79:13
**questions** [31] - 7:4, 7:10, 8:18, 11:10, 14:21, 16:23, 17:18, 22:21, 30:5, 30:17, 31:7, 46:19, 47:6, 47:12, 48:17, 56:24, 69:14, 69:25, 70:4, 70:8, 78:20, 79:10, 79:16, 79:17, 95:19, 95:20, 96:22, 97:4, 97:10, 97:15, 102:1
**QUICK** [46] - 1:19, 9:5, 11:19, 12:3, 12:7, 12:19, 13:3, 13:14, 13:19, 15:3, 16:5, 16:8, 16:22, 18:16, 19:7, 19:19, 28:25, 30:16, 45:7, 46:15, 58:12, 58:19, 58:21, 60:5, 63:21, 63:24, 64:7, 64:24, 65:25, 66:15, 70:21, 71:8, 71:25, 72:25, 73:25, 77:15, 85:20, 93:12, 98:13, 98:16, 98:20, 100:7, 100:22, 100:24, 102:3, 102:7

**quick** [6] - 40:8, 40:10, 40:12, 40:13, 48:9, 102:1
**Quick** [4] - 3:4, 28:19, 47:2, 98:17
**quickly** [1] - 8:9
**quite** [8] - 24:5, 32:18, 37:10, 81:16, 87:7, 87:14, 87:15

## R

**race** [2] - 95:8, 95:12
**rapidly** [1] - 38:17
**Re** [1] - 3:5
**re** [4] - 56:24, 59:14, 69:18, 70:11
**RE** [1] - 100:8
**Re-examination** [1] - 3:5
**RE-EXAMINATION** [1] - 100:8
**re-litigate** [2] - 56:24, 69:18
**re-litigation** [1] - 70:11
**reach** [2] - 30:9, 36:25
**read** [13] - 5:24, 11:11, 17:17, 31:1, 32:23, 37:13, 37:14, 38:9, 47:16, 55:3, 73:13, 73:15, 101:7
**reading** [2] - 36:14, 44:7
**ready** [1] - 47:3
**real** [1] - 95:19
**realize** [1] - 91:22
**really** [13] - 11:14, 11:24, 12:14, 35:13, 37:23, 38:15, 48:3, 65:4, 68:9, 71:18, 76:22, 77:21, 81:22
**realm** [1] - 78:22
**reason** [5] - 8:9, 47:8, 63:8, 78:23, 92:12
**reasons** [2] - 70:10, 74:25
**receive** [7] - 36:19, 52:3, 52:25, 53:13, 53:20, 77:22, 77:25, 79:20, 80:21, 82:7, 82:19
**received** [5] - 33:19, 35:1, 42:13, 43:15, 52:5
**receiving** [4] - 63:14, 64:12, 88:4, 88:8
**recipient** [2] - 52:11
**recollection** [5] - 6:10, 13:22, 50:21, 90:8,

90:23
**record** [36] - 4:9, 5:16, 5:17, 6:22, 10:11, 27:14, 27:24, 30:1, 32:2, 34:15, 42:13, 46:16, 46:25, 49:15, 49:23, 54:3, 56:7, 56:13, 57:8, 58:24, 66:9, 69:16, 78:2, 78:3, 79:18, 79:22, 79:25, 80:3, 80:23, 88:9, 88:25, 89:3, 92:15, 97:5, 103:8
**recorded** [3] - 49:13, 51:20, 77:12
**recording** [20] - 10:1, 10:12, 25:15, 28:9, 28:12, 49:19, 52:6, 52:12, 53:5, 53:7, 53:13, 53:20, 75:16, 77:1, 81:2, 81:5, 81:7, 97:20, 100:11, 101:22
**Recording** [3] - 3:10, 16:15, 20:3
**recordings** [50] - 14:10, 14:15, 22:16, 23:7, 23:14, 23:21, 23:23, 23:25, 24:7, 24:11, 25:14, 26:16, 26:18, 26:22, 28:6, 50:10, 50:20, 50:21, 50:22, 51:15, 51:22, 51:25, 52:22, 53:24, 53:25, 54:1, 54:7, 54:10, 54:14, 55:6, 57:8, 57:14, 58:6, 58:16, 77:23, 79:20, 80:2, 80:5, 80:10, 80:18, 80:22, 99:15, 100:2, 100:13, 100:15, 100:17, 100:20, 101:9, 101:12
**recordkeeping** [1] - 62:2
**Records** [49] - 13:8, 13:11, 13:21, 13:25, 14:3, 14:8, 14:14, 15:2, 15:12, 15:18, 16:3, 17:22, 18:13, 19:4, 21:1, 34:15, 34:23, 35:2, 37:8, 38:7, 38:14, 38:22, 39:1, 39:3, 39:5, 39:9, 43:7, 43:21, 44:23, 45:15, 46:1, 48:20, 48:24, 49:6, 49:14, 50:12, 53:15, 60:3, 60:10, 60:21,

61:4, 61:16, 61:17, 61:21, 64:16, 66:8, 66:11, 81:6, 93:24

**records** [1] - 60:10
**reduced** [1] - 103:7
**refer** [1] - 52:21
**reference** [3] - 16:13, 16:14, 53:14
**referenced** [1] - 22:2
**referencing** [1] - 63:25
**referred** [2] - 17:22, 52:20
**referring** [18] - 10:11, 12:9, 12:14, 14:11, 15:9, 18:24, 25:17, 25:23, 25:24, 29:2, 34:3, 34:5, 34:7, 51:10, 53:2, 53:4, 53:14, 64:25
**refers** [2] - 10:9, 20:3
**reflect** [1] - 89:3
**reflects** [1] - 93:10
**refresh** [1] - 6:9
**refuse** [3] - 10:16, 10:18, 30:21
**regain** [1] - 90:22
**regard** [1] - 98:21
**regarding** [2] - 79:13, 79:18
**registered** [2] - 25:4, 61:3
**regular** [3] - 84:14, 85:14, 96:17
**relate** [1] - 36:3
**related** [4] - 21:1, 83:4, 99:11, 103:10
**relating** [1] - 60:2
**relationship** [2] - 63:9, 64:17
**relative** [1] - 103:11
**Release** [1] - 3:13
**release** [9] - 32:10, 32:15, 33:24, 35:7, 39:20, 41:4, 41:8, 93:7, 94:8
**relevance** [5] - 70:3, 70:5, 88:1, 88:2, 89:2
**relevancy** [1] - 89:6
**relevant** [7] - 46:22, 47:12, 48:17, 57:4, 58:22, 94:9, 97:2
**remark** [1] - 91:19
**remember** [23] - 9:6, 11:24, 20:4, 20:5, 20:14, 21:3, 32:13, 32:18, 40:19, 42:11, 42:22, 62:8, 63:2, 64:8, 64:10, 87:11, 87:14, 87:24, 89:23,

89:24, 90:3, 90:21
**remembering** [1] - 90:4
Remote [1] - 4:1
**remotely** [2] - 2:12, 2:12
**render** [1] - 18:7
**repeat** [9] - 44:2, 54:23, 54:25, 55:1, 75:3, 79:16, 96:8, 101:5, 101:6
**repeatedly** [1] - 95:3
**REPORTER** [2] - 5:15, 32:8
**Reporter** [1] - 1:12
**reporter** [6] - 5:19, 32:4, 55:3, 73:15, 101:7, 102:15
**reporter's** [1] - 6:11
**represent** [2] - 35:22, 98:17
**representations** [3] - 72:14, 72:16, 89:15
**representative** [1] - 8:24
**represented** [4] - 26:14, 35:6, 72:11, 93:16
**representing** [1] - 35:15
**represents** [1] - 18:1
**request** [2] - 80:20, 85:25
**requested** [2] - 84:8, 85:24
**requests** [3] - 84:4, 85:16, 86:18
**requires** [1] - 48:7
**reserving** [1] - 6:4
**respect** [4] - 26:21, 39:12, 62:1, 83:20
**respond** [1] - 47:24
**response** [1] - 97:23
**responsibility** [1] - 82:5
**restroom** [1] - 78:6
**retail** [1] - 96:17
**retired** [3] - 62:3, 62:4, 62:5
**returns** [1] - 82:11
**revenue** [1] - 77:22
**revenues** [1] - 77:25
**reverse** [1] - 17:25
**Revilot** [3] - 49:13, 49:16, 49:23
**Richard** [7] - 5:5, 20:6, 20:9, 20:10, 57:2, 67:6, 98:5
**RICHARD** [1] - 2:4
**ridiculous** [1] - 59:19

**rightfully** [1] - 88:5
**rights** [14] - 24:2, 24:3, 24:15, 43:20, 43:25, 44:3, 44:8, 54:13, 55:5, 57:7, 57:14, 58:5, 99:14
**ringtone** [1] - 23:18
**ringtones** [2] - 23:13
**Road** [10] - 2:6, 20:4, 37:16, 38:8, 49:8, 61:1, 61:13, 61:18, 61:19, 61:22
**Robert** [2] - 82:2, 82:4
**ROBERT** [1] - 82:4
**role** [2] - 39:18, 79:21
**room** [3] - 4:16, 29:14, 78:15
**royalties** [39] - 9:10, 9:21, 9:22, 10:1, 10:2, 10:8, 10:9, 10:12, 10:21, 22:22, 22:24, 23:4, 23:6, 23:21, 23:25, 24:20, 26:23, 51:25, 52:2, 52:3, 52:6, 52:12, 52:25, 53:11, 53:13, 53:19, 53:24, 63:15, 63:18, 64:12, 84:17, 85:2, 86:5, 87:17, 87:23, 88:4, 97:21
**Royalties** [1] - 10:20
**royalty** [12] - 22:18, 22:23, 23:18, 23:20, 24:15, 25:4, 25:13, 25:16, 97:15, 97:16, 97:17
**rule** [1] - 67:12
**rules** [3] - 6:10, 27:2, 47:15
**Rules** [3] - 1:15, 4:15, 103:5
**run** [1] - 50:3
**rundown** [1] - 43:9
**running** [4] - 36:20, 37:7, 38:1, 98:7
**runs** [1] - 5:1

**S**

**S-I-M-O-N-I-A-N** [1] - 82:4
**sales** [5] - 78:2, 79:23, 79:25, 80:3, 80:23
**sample** [2] - 25:13, 25:18
**sampled** [1] - 25:15
**sampling** [3] - 26:17, 26:18, 80:23
**Sarah** [18] - 5:9, 5:11, 21:15, 22:2, 22:25,

25:1, 37:10, 37:11, 37:25, 39:1, 49:2, 81:9, 81:10, 81:16, 83:17, 84:3, 90:9
**Sarah's** [1] - 84:8
**saw** [1] - 50:1
**scale** [1] - 82:15
**scared** [2] - 48:13, 48:16
**Scharf** [3] - 2:9, 4:18, 4:20
**SCHARF** [10] - 16:18, 16:25, 17:2, 17:4, 17:7, 31:11, 31:14, 31:16, 31:20, 31:23
**SCHENK** [1] - 1:21
**school** [1] - 81:17
**SCHRAM** [1] - 2:5
**scope** [3] - 46:18, 79:4, 80:15
**screen** [10] - 4:17, 13:16, 17:14, 17:15, 29:19, 29:22, 30:22, 31:2, 31:19, 32:9
**scroll** [1] - 31:15
**Seal** [1] - 103:14
**second** [6] - 5:6, 17:21, 55:11, 67:3, 75:10, 78:9
**secretaries** [1] - 14:12
**secretary** [2] - 46:5
**see** [24] - 5:7, 5:12, 5:13, 5:21, 7:2, 16:13, 16:22, 17:4, 17:13, 17:14, 17:16, 29:3, 29:11, 30:15, 31:4, 31:18, 32:23, 47:4, 83:10, 90:17, 93:20, 96:24, 97:3
**seek** [4] - 6:5, 80:8, 80:13, 96:25
**seeking** [1] - 9:11
**seem** [1] - 47:6
**send** [2] - 65:13, 68:17, 92:12
**sending** [3] - 35:25, 90:8, 92:8
**sense** [1] - 65:11
**sent** [4] - 38:11, 68:11, 91:4, 91:6
**separate** [1] - 81:3
**series** [1] - 8:15
**served** [3] - 21:6, 32:22, 42:9
**services** [4] - 18:8, 65:5, 83:13, 99:11
**session** [12] - 14:17, 14:18, 15:5, 18:23, 18:24, 19:8, 19:21, 20:1, 66:20, 99:12,

99:17, 99:22
**sessions** [3] - 19:14, 99:21
**set** [1] - 103:13
**settlement** [27] - 30:5, 30:9, 30:10, 30:12, 30:13, 31:12, 32:10, 32:14, 32:21, 33:21, 33:23, 35:7, 35:9, 37:15, 39:12, 39:14, 39:19, 41:4, 41:8, 42:6, 42:25, 43:3, 43:16, 93:6, 94:8, 97:25
**Settlement** [1] - 3:12
**several** [8] - 50:19, 51:15, 60:17, 76:12, 77:8, 83:15, 97:23, 98:6
**severally** [2] - 17:24, 18:7
**shall** [1] - 18:4
**shape** [2] - 64:20, 68:20
**share** [5] - 25:18, 31:19, 52:6, 53:10, 53:19
**sharing** [2] - 32:1, 54:1
**Shider** [2] - 76:4, 76:5
**shops** [1] - 78:3
**short** [6] - 4:16, 4:25, 8:8, 32:19, 78:12, 97:6
**Shorthand** [1] - 1:12
**shortly** [1] - 47:10
**show** [4] - 5:22, 16:21, 29:4
**showing** [1] - 13:15
**side** [3] - 17:25, 30:18, 59:12
**sight** [1] - 90:22
**sign** [4] - 41:15, 41:19, 66:9, 66:10
**signatory** [2] - 15:12, 15:19
**signature** [2] - 17:12, 17:13
**signed** [5] - 33:24, 41:11, 66:5, 66:6, 93:7
**signing** [4] - 32:11, 32:13, 39:18, 41:21
**silence** [1] - 46:18
**Simonian** [3] - 82:2, 82:6, 83:3
**Simonian's** [1] - 83:13
**sister** [1] - 93:1
**sister's** [1] - 93:2
**sit** [2] - 26:4, 80:14

**sitting** [2] - 77:1, 89:25
**situation** [3] - 13:5, 34:22, 86:8
**size** [2] - 86:17, 87:20
**skipping** [1] - 19:9
**smoothly** [1] - 5:1
**so..** [3] - 23:2, 29:24, 51:5
**sole** [4] - 14:3, 48:19, 52:10, 52:11
**solely** [2] - 26:19, 63:18
**solo** [3] - 75:21, 77:4, 77:17
**someone** [2] - 24:20, 38:9
**sometimes** [8] - 37:2, 37:3, 37:4, 37:5, 37:6, 38:1
**somewhere** [4] - 38:8, 60:24, 62:14, 94:24
**son** [2] - 20:20, 20:23
**song** [9] - 26:3, 49:13, 49:22, 75:12, 76:1, 76:7, 77:4, 77:6, 77:17
**songs** [5] - 23:7, 52:6, 52:9, 52:20, 52:21
**soon** [1] - 72:20
**sorry** [16] - 7:23, 8:17, 13:14, 34:4, 39:22, 46:15, 51:8, 61:6, 63:24, 69:19, 70:14, 71:20, 72:4, 75:18, 87:13, 92:21
**sort** [3] - 42:21, 81:15, 99:5
**sound** [64] - 10:1, 10:12, 14:10, 14:15, 22:16, 23:13, 23:21, 23:23, 23:25, 24:7, 24:11, 25:14, 25:15, 26:16, 26:18, 26:21, 28:6, 28:9, 28:12, 46:18, 50:19, 50:21, 51:15, 51:25, 52:6, 52:11, 52:21, 53:5, 53:6, 53:13, 53:20, 53:23, 53:25, 54:6, 54:10, 54:13, 55:5, 57:7, 57:14, 58:6, 58:16, 77:1, 77:23, 79:20, 80:1, 80:5, 80:10, 80:18, 80:22, 81:2, 81:4, 81:6, 97:20, 99:15, 100:2, 100:11, 100:13, 100:15, 100:17, 100:19, 101:9,

101:12, 101:21
**sounds** [5] - 59:14, 59:19, 59:20, 91:13
**sources** [1] - 79:19
**South** [1] - 2:6
**Southfield** [1] - 61:19
**speaking** [1] - 5:9
**speaks** [3] - 18:22, 19:18, 89:1
**Special** [2] - 8:17, 8:25
**specific** [11] - 14:21, 29:2, 44:17, 51:20, 52:15, 52:23, 70:10, 71:1, 71:3, 71:9, 72:10
**specifically** [2] - 20:22, 97:24
**specificity** [1] - 76:25
**specifics** [1] - 71:11
**specified** [1] - 17:25
**spectrum** [1] - 81:18
**speculate** [2] - 25:8, 25:10, 75:14
**speech** [1] - 34:12
**spell** [2] - 4:9, 82:3
**spend** [1] - 67:14
**spent** [1] - 32:6
**SR** [1] - 1:23
**SS** [1] - 103:1
**stage** [3] - 24:6, 24:11, 93:20
**stand** [4] - 25:5, 38:1, 77:18, 93:20
**standing** [1] - 26:25
**Stars** [1] - 2:2
**start** [3] - 8:15, 13:11, 13:21
**started** [5] - 48:14, 50:12, 50:13, 60:25, 95:10
**starting** [1] - 61:14
**STATE** [1] - 103:1
**state** [1] - 4:9
**State** [1] - 103:4
**statement** [7] - 21:9, 46:25, 47:24, 56:13, 65:14, 97:16, 97:17
**statements** [8] - 22:18, 25:4, 25:13, 25:23, 25:25, 26:22, 29:3, 97:15
**States** [1] - 14:4
**STATES** [1] - 1:1
**states** [1] - 17:19
**step** [2] - 81:24, 93:23
**Steven** [1] - 18:12
**stick** [1] - 30:17
**still** [4] - 29:10, 46:2, 53:16, 92:8

**stop** [4] - 48:6, 55:22, 55:24, 82:8
**store** [1] - 96:15
**strain** [1] - 86:17
**strapped** [1] - 86:9
**Street** [1] - 1:21
**strike** [1] - 80:12
**structure** [3] - 79:3, 79:8, 79:14
**studio** [3] - 20:4, 20:10, 63:1
**stuff** [1] - 98:8
**subpoena** [2] - 21:6, 21:11
**Subway** [1] - 96:15
**successor** [1] - 93:22
**sue** [1] - 44:12
**Sue** [7] - 10:15, 17:9, 32:1, 32:6, 55:1, 73:13, 101:6
**sued** [4] - 34:14, 44:22, 44:23, 88:3
**suffer** [1] - 7:21
**suffering** [1] - 7:3
**suggesting** [1] - 94:23
**suite** [1] - 37:16
**Suite** [4] - 1:18, 1:22, 2:3, 2:6
**summaries** [2] - 22:18, 22:23
**supervision** [1] - 103:8
**support** [1] - 101:20
**supposedly** [1] - 94:25
**suspect** [1] - 74:25
**Suzanne** [3] - 1:11, 103:3, 103:16
**SUZANNE** [1] - 103:18
**swipe** [1] - 37:6
**sworn** [3] - 2:12, 4:6, 103:6
**sympathize** [1] - 38:5
**synch** [4] - 23:20, 26:17, 28:11, 28:14
**SYNCH** [1] - 23:20
**synchronization** [1] - 23:22

---
**T**
---

**tab** [1] - 31:24
**table** [1] - 95:21
**talented** [4] - 63:12, 64:9, 77:8, 81:17
**tax** [2] - 82:11
**taxes** [3] - 65:12, 65:16
**technological** [1] - 75:20

**technology** [5] - 5:2, 23:1, 31:10, 36:13, 38:16
**Telegraph** [1] - 2:6
**temporarily** [1] - 90:22
**Ten** [2] - 61:19, 61:22
**Tercer** [1] - 9:1
**term** [1] - 65:11
**terms** [5] - 17:24, 18:3, 18:4, 52:24, 83:16
**testified** [6] - 4:7, 26:16, 28:8, 61:8, 83:20, 93:8
**Testify** [3] - 49:14, 49:20, 50:4
**testify** [13] - 7:4, 8:1, 25:9, 27:3, 28:1, 55:24, 56:7, 67:6, 70:8, 79:2, 100:18, 101:10, 103:6
**testifying** [12] - 10:4, 10:6, 10:13, 55:18, 55:19, 55:23, 55:25, 56:1, 56:5, 56:8, 67:19, 72:6
**testimony** [12] - 12:2, 12:5, 12:15, 22:15, 28:7, 36:11, 39:9, 41:12, 51:14, 52:14, 57:13, 58:5, 68:20, 79:22, 98:21, 103:8
**THANG** [1] - 1:7
**THE** [14] - 1:2, 4:10, 6:24, 7:5, 7:11, 7:13, 7:16, 7:20, 7:22, 7:24, 8:2, 8:6, 8:13, 102:5
**themselves** [1] - 50:25
**thereupon** [1] - 103:7
**thinking** [2] - 13:4, 98:7
**third** [3] - 40:24, 68:17, 74:23
**threatening** [2] - 48:15, 95:11
**three** [8] - 6:1, 10:24, 11:9, 32:7, 32:8, 85:8, 89:13
**threw** [3] - 69:21, 69:23
**throughout** [1] - 92:1
**throw** [2] - 69:9
**Tiki** [2] - 14:22, 14:24
**title** [4] - 54:5, 81:12, 81:13, 81:14
**titled** [1] - 80:9
**titles** [1] - 51:20
**today** [12] - 4:19, 7:3, 8:8, 14:2, 35:15,

38:14, 42:14, 77:2, 85:2, 89:25, 97:23, 100:13
**together** [5] - 30:9, 49:25, 50:9, 69:8, 77:20
**took** [6] - 32:19, 34:16, 44:25, 45:1, 45:3, 72:8
**top** [2] - 17:3, 17:4
**topic** [1] - 100:5
**totally** [2] - 23:1, 67:22
**towards** [5] - 73:6, 73:18, 73:22, 74:5, 74:23
**track** [7] - 76:13, 77:18, 77:19, 81:3, 81:8, 82:16, 83:17
**tracks** [3] - 43:15, 43:20, 45:10
**tracts** [1] - 77:12
**treasurer** [1] - 46:8
**trial** [1] - 92:1
**trouble** [4] - 11:2, 11:5, 11:7, 32:1
**Troy** [1] - 1:19
**true** [3] - 26:18, 35:5, 103:8
**trust** [3] - 38:3, 41:18, 44:21
**truth** [2] - 4:6, 103:6
**truthful** [2] - 23:2, 88:19
**truthfully** [4] - 7:4, 7:10, 8:1, 25:9
**try** [7] - 8:8, 31:19, 43:12, 50:9, 80:14, 85:1, 86:22
**trying** [12] - 5:2, 27:16, 27:23, 27:25, 30:8, 31:4, 36:25, 52:19, 90:25, 91:4, 92:15, 94:16
**turn** [1] - 56:18
**turned** [1] - 5:12
**two** [4] - 14:18, 50:3, 78:8, 85:8
**type** [3] - 24:6, 24:22, 96:18
**types** [2] - 10:8, 10:20
**typewritten** [1] - 103:7
**typical** [1] - 41:14

---
**U**
---

**unable** [1] - 93:23
**unclean** [2] - 95:15, 95:17
**under** [8] - 4:14, 16:1, 18:9, 19:14, 50:10,

65:4, 70:10, 103:7
**union** [5] - 15:8, 15:9, 66:16, 98:24, 99:10
**unit** [1] - 77:3
**UNITED** [1] - 1:1
**United** [1] - 14:4
**unless** [1] - 47:12
**up** [27] - 8:20, 29:18, 29:22, 30:14, 30:21, 31:2, 31:17, 31:18, 37:23, 38:1, 38:7, 38:10, 38:12, 43:11, 46:11, 50:4, 59:8, 79:23, 82:9, 83:1, 93:14, 93:16, 93:20, 96:14, 97:10, 98:13, 98:18
**US** [1] - 80:9
**uses** [2] - 4:14, 25:16

**V**

**vague** [1] - 101:1
**Van** [1] - 40:20
**vari** [1] - 77:12
**various** [8] - 14:19, 19:13, 19:20, 76:19, 84:4, 84:5, 84:25, 85:23
**verified** [1] - 99:7
**verse** [2] - 76:2, 76:3
**versus** [2] - 9:1, 42:14
**via** [1] - 1:13
**vice** [1] - 46:10
**video** [1] - 5:12
**videoconferencing** [1] - 1:13
**view** [1] - 46:20
**violation** [1] - 47:15
**voluntary** [1] - 72:5
**vs** [1] - 1:5

**W**

**W2** [1] - 65:12
**W2s** [1] - 65:20
**wait** [8] - 6:18, 55:10, 59:24, 68:3, 73:13
**waived** [2] - 43:25, 44:3
**waiver** [1] - 33:9
**waiving** [1] - 44:8
**walk** [2] - 24:14, 37:20
**wall** [1] - 83:10
**warning** [1] - 33:8
**waste** [1] - 28:23
**wasted** [1] - 57:17
**WATCH** [1] - 66:22
**WAYNE** [1] - 103:2
**Wayne** [1] - 103:18

**ways** [1] - 81:18
**wears** [1] - 81:13
**Wednesday** [1] - 4:2
**week** [7] - 28:21, 84:1, 86:10, 86:12
**welcome** [2] - 95:6, 95:7
**West** [7] - 1:18, 1:21, 37:17, 61:4, 61:19, 61:22, 65:23
**westbound** [2] - 101:17, 101:18
**Westbound** [69] - 13:8, 13:11, 13:21, 13:25, 14:3, 14:8, 14:14, 15:2, 15:4, 15:12, 15:18, 15:23, 16:2, 16:10, 17:22, 18:13, 19:4, 21:1, 34:15, 34:23, 35:2, 37:8, 38:7, 38:14, 38:22, 39:1, 39:3, 39:5, 39:9, 42:12, 42:24, 43:7, 43:21, 44:23, 45:15, 46:1, 48:20, 48:24, 49:6, 50:12, 53:3, 53:15, 54:7, 54:9, 60:2, 60:10, 60:21, 61:3, 61:16, 61:17, 61:21, 64:16, 64:17, 65:6, 65:24, 66:8, 66:11, 68:10, 81:6, 81:24, 83:21, 93:24, 94:11, 97:25, 98:22, 99:4, 99:13, 100:4, 101:17
**Westbound's** [7] - 79:2, 79:7, 79:13, 81:19, 81:21, 82:11, 82:16
**whatever's** [1] - 44:20
**whatsoever** [3] - 26:25, 48:3, 71:15
**whereby** [1] - 38:7
**WHEREOF** [1] - 103:13
**WHEREUPON** [9] - 5:17, 32:2, 55:3, 73:15, 78:12, 97:6, 101:7, 102:10, 102:13
**who'll** [1] - 4:18
**whole** [1] - 21:9
**wholly** [1] - 95:21
**wife** [2] - 64:11, 83:5
**wise** [1] - 64:20
**withholding** [1] - 12:16
**witness** [15] - 1:10, 10:5, 29:11, 47:11,

47:14, 48:6, 56:7, 56:14, 67:21, 68:2, 72:5, 72:9, 74:19, 89:18, 103:8
**WITNESS** [15] - 3:1, 4:10, 6:24, 7:5, 7:11, 7:13, 7:16, 7:20, 7:22, 7:24, 8:2, 8:6, 8:13, 102:5, 103:13
**Witness** [1] - 2:12
**witnesses** [1] - 68:24
**wonderful** [1] - 63:11
**wondering** [1] - 92:7
**Word** [1] - 31:16
**word** [4] - 10:8, 51:18, 64:23, 67:9
**words** [1] - 27:16
**works** [4] - 45:11, 99:15, 100:2, 100:3
**world** [3] - 14:6, 44:4, 44:10
**worre** [1] - 35:18
**WORRELL** [1] - 1:3
**Worrell** [80] - 8:17, 8:25, 9:8, 9:20, 11:15, 11:25, 12:10, 12:24, 18:12, 22:19, 30:10, 32:16, 33:21, 34:6, 34:7, 34:13, 34:22, 34:24, 35:1, 35:6, 35:11, 35:21, 35:24, 35:25, 42:14, 43:1, 43:19, 43:22, 44:1, 44:22, 45:5, 58:14, 62:7, 62:10, 62:13, 62:16, 63:10, 63:13, 63:18, 63:19, 64:1, 64:6, 65:1, 66:7, 66:10, 68:7, 68:21, 71:20, 71:21, 72:2, 72:7, 72:24, 73:7, 73:19, 73:22, 74:5, 84:7, 84:15, 84:16, 84:17, 84:19, 85:17, 86:3, 90:10, 93:11, 98:1, 99:5, 99:13, 99:25, 100:4, 100:10, 100:14, 100:19, 101:11, 101:16, 101:21
**Worrell's** [7] - 25:18, 35:19, 56:22, 64:17, 88:5, 88:6, 98:17
**Worrells** [1] - 86:19
**Wright** [8] - 40:15, 40:20, 40:22, 40:23, 40:25, 68:11, 68:15, 68:18
**WRIGHT** [1] - 1:17
**written** [1] - 99:4

**Y**

**year** [8] - 13:20, 30:6, 32:16, 36:6, 50:3, 62:9, 62:12, 65:14
**years** [25] - 13:12, 13:23, 30:20, 30:25, 35:16, 36:7, 36:9, 40:18, 40:23, 45:25, 60:18, 62:4, 62:20, 70:13, 76:22, 82:12, 83:15, 84:21, 84:23, 86:13, 87:5, 87:6, 89:22, 90:2
**yourself** [2] - 8:17, 48:22

**Z**

**zero** [2] - 23:11
**Zoom** [3] - 1:13, 5:10, 29:16