# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ESTATE OF GEORGE BERNARD WORRELL, JR., | Case No. 4:22-cv-11009 |
| Plaintiff, | District Judge F. Kay Behm |
| v. | Magistrate Judge David R. Grand |
| THANG, INC., and GEORGE CLINTON, | |
| Defendants. | |

_____/

## INDEX OF EXHIBITS

Exhibit A    Gary Cohen Report

Exhibit B    November 25, 2024 Email

Exhibit C    December 10, 2024 Email

Exhibit D    December 16, 2024 Email