# Exhibit C

# Peter Doyle

| | |
|---|---|
| **From:** | Peter Doyle |
| **Sent:** | Tuesday, December 10, 2024 4:34 PM |
| **To:** | Daniel D. Quick |
| **Cc:** | James Allen |
| **Subject:** | RE: Worrell |

Dan:

We provided the requested documents over two weeks ago. Please advise on when Plaintiff will serve its expert damages report.

Thank you,

Peter E. Doyle
**SCHENK & BRUETSCH PLC**
O: (313) 774-1000, ext. 1116
C: (313) 316-6679
peter.doyle@sbdetroit.com

---

**From:** Daniel D. Quick <DQuick@dickinson-wright.com>
**Sent:** Friday, November 15, 2024 6:48 PM
**To:** Peter Doyle <Peter.Doyle@sbdetroit.com>; James Allen <james.allen@sbdetroit.com>
**Subject:** Worrell

Counsel:

Attached please find Plaintiff's initial expert reports. You will note that we will have to supplement the damages report once you produce the documents and information you promised (as of 11/4, you expected to produce it on 11/7). Please advise on status.

Plaintiff's preliminary witness list and exhibit list were filed today.

We look forward to receiving any expert reports from Defendants on or before December 13.



**Daniel D. Quick**
Member
O:248-433-7242
DQuick@dickinsonwright.com

2600 West Big Beaver, Suite 300, Troy, MI 48084

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.