**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

ESTATE OF GEORGE BERNARD
WORRELL, JR.,

    Plaintiff,

vs.

    Case No. 4:22-cv-11009-FKB-DRG
    District Judge F. Kay Behm
    Magistrate Judge David R. Grand

THANG, INC. and
GEORGE CLINTON,

    Defendants.

---

**INDEX OF EXHIBITS TO
PLAINTIFF'S RESPONSE BRIEF TO
<u>DEFENDANTS' MOTION FOR SANCTIONS</u>**

EXHIBIT A:    Sony Subpoena 1/9/2024

EXHBIIT B:    Defendants' Initial Disclosures 9/23/2022

EXHIBIT C:    April 2024 Email

EXHIBIT D:    August 30, 2024 Email'

EXHIBIT E:    September-November 2024 Emails

EXHIBIT F:    July 1, 2024 Email

EXHIBIT G:    August 6, 2024 Email