# EXHIBIT A

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| ESTATE OF GEORGE BERNARD WORRELL, JR., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:22-cv-11009-FKB-DRG |
| | ) |
| THANG, INC., et al., | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Sony Music Entertainment c/o David Jacoby, 25 Madison Ave, New York, NY 10010

*(Name of person to whom this subpoena is directed)*

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

**See Attachment**

| Place:  SCHENK & BRUETSCH, PLC 211 W. Fort St., Suite 1410 Detroit, MI 48226 | Date and Time:  Produce documents on or before **January 24, 2024** |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/9/2024

| *KINIKIA D. ESSIX, CLERK OF COURT* | OR | |
|---|---|---|
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendants THANG, INC. and GEORGE CLINTON _____ , who issues or requests this subpoena, are:

Peter E. Doyle (P81815), 211 W. Fort St., Ste. 1410, Detroit, MI 48226; 313-774-1000; peter.doyle@sbdetroit.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

   ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

   ☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**Subpoena to Sony Music Entertainment**
*Estate of Worrell v. Thang, Inc. et al, 4:22-cv-11009-FKB-DRG*

<u>**ATTACHMENT TO SUBPOENA**</u>

Please produce the following for the years 2013 to present:

1.     All royalty statements showing payments to any individual or entity for the musical recordings attached hereto as **Exhibit A**.

2.     All income reports of any sort whatsoever submitted to any tax authority in the United Sates, including but not limited to, the Internal Revenue Service or state taxing authority, for:

   a. GEORGE CLINTON, his assignees or successors in interest;

   b. GEORGE BERNARD WORRELL, JR., his assignees, successors in interest, or his estate; and

   c. THANG, INC., its assignees or successors in interest.

3.     All communications from representatives of SONY MUSIC ENTERTAINMENT and GEORGE BERNARD WORRELL, JR., JUDIE WORRELL, the ESTATE OF GEORGE BERNARD WORRELL, JR., and/or representatives thereof, pertaining in any way to:

   a. Any claims asserted in any copyrighted work;

   b. Any disputes involving the payment of royalties for copyrighted works; and/or

   c. Any matter involving the pending litigation between the Estate of Worrell v. Thang, Inc. et al, fully captioned above.

1

**Subpoena to Sony Music Entertainment**
*Estate of Worrell v. Thang, Inc. et al, 4:22-cv-11009-FKB-DRG*

4.      All communications from representatives of SONY MUSIC ENTERTAINMENT by any individual or entity, pertaining in any way, to any claims asserted in any copyrighted work for which GEORGE CLINTON or THANG, INC. have received royalties for the period 2013 to present.

5.      All contracts or agreements between SONY MUSIC ENTERTAINMENT (to include any predecessor, successor, affiliated entity, etc.) and THANG, INC. under which royalty payments, of any kind, have been made from 2013 to present.

6.      All contracts or agreements between SONY MUSIC ENTERTAINMENT (to include any predecessor, successor, affiliated entity, etc.) and GEORGE CLINTON under which royalty payments, of any kind, have been made from 2013 to present.

DATED: January 9, 2024

# Exhibit A

List of Musical Recordings

| ALBUM | SONG TITLE |
|---|---|
| All The Woo In The World | Woo Together |
| All The Woo In The World | I'll Be With You |
| All The Woo In The World | Hold On |
| All The Woo In The World | Much Thrust |
| All The Woo In The World | Happy To Have (Happiness On Our Side) |
| All The Woo In The World | Insurance Man For The Funk |
| All The Woo In The World | Reprise: Much Thrust |
| America Eats Its Young | You Hit The Nail On The Head |
| America Eats Its Young | If You Don't Like The Effects, Don't Produce The Cause |
| America Eats Its Young | Everybody Is Going To Make It This Time |
| America Eats Its Young | A Joyful Process |
| America Eats Its Young | We Hurt Too |
| America Eats Its Young | Loose Booty |
| America Eats Its Young | Philmore |
| America Eats Its Young | Pussy |
| America Eats Its Young | America Eats Its Young |
| America Eats Its Young | Biological Speculation |
| America Eats Its Young | That Was My Girl |
| America Eats Its Young | Balance |
| America Eats Its Young | Miss Lucifer's Love |
| America Eats Its Young | Wake Up |
| Bootsy? Player of the Year | Bootsy? (What's The Name Of This Town) |
| Bootsy? Player of the Year | May The Force Be With You |
| Bootsy? Player of the Year | Very Yes |
| Bootsy? Player of the Year | Bootzilla |
| Bootsy? Player of the Year | Hollywood Squares |
| Bootsy? Player of the Year | Roto-Rooter |
| Bootsy? Player of the Year | As In (I Love You) |
| Chocolate City | Chocolate City |
| Chocolate City | Ride On |
| Chocolate City | Together |
| Chocolate City | Side Effects |
| Chocolate City | What Comes Funky |
| Chocolate City | Let Me Be |
| Chocolate City | If It Don't Fit (Don't Force It) |
| Chocolate City | I Misjudged You |
| Chocolate City | Big Footin' |
| Cosmic Slop | Nappy Dugout |
| Cosmic Slop | You Can't Miss What You Can't Measure |
| Cosmic Slop | March To The Witch's Castle |
| Cosmic Slop | Let's Make It Last |
| Cosmic Slop | Cosmic Slop |
| Cosmic Slop | No Compute |
| Cosmic Slop | This Broken Heart |
| Cosmic Slop | Trash-A-Go-Go |

| | |
|---|---|
| Cosmic Slop | Can't Stand The Strain |
| Finest | I'll Bet You |
| Finest | I Got A Thing, You Got A Thing, Everybody Got A Thing |
| Finest | Funky Dollar Bill |
| Finest | I Wanna Know If It's Good To You |
| Finest | Hit It & Quit It |
| Finest | You & Your Folks, Me & My Folks |
| Finest | A Joyful Process |
| Finest | Loose Booty |
| Finest | You Can't Miss What You Can't Measure |
| Finest | Cosmic Slop |
| Finest | Red Hot Mama |
| Finest | Standing On The Verge Of Getting It On |
| Finest | Let's Take It To The Stage |
| Finest | Get Off Your Ass & Jam |
| Finest | Undisco Kidd |
| Finest | Maggot Brain (Live) |
| Free Your Mind And Your Ass Will Follow | Free Your Mind And Your Ass Will Follow |
| Free Your Mind And Your Ass Will Follow | Friday Night, August 14th |
| Free Your Mind And Your Ass Will Follow | Funky Dollar Bill |
| Free Your Mind And Your Ass Will Follow | I Wanna Know If It's Good To You |
| Free Your Mind And Your Ass Will Follow | Some More |
| Free Your Mind And Your Ass Will Follow | Eulogy And Light |
| Funk Or Walk | Disco To Go |
| Funk Or Walk | War Ship Touchante |
| Funk Or Walk | Nappy |
| Funk Or Walk | Birdie |
| Funk Or Walk | Just Like You |
| Funk Or Walk | When You're Gone |
| Funk Or Walk | Amorous |
| Funkadelic | Mommy, What's A Funkadelic? |
| Funkadelic | I Bet You |
| Funkadelic | Music For My Mother |
| Funkadelic | I Got A Thing, You Got A Thing, Everybody's Got A Thing |
| Funkadelic | Good Old Music |
| Funkadelic | Qualify & Satisfy |
| Funkadelic | What Is Soul |
| Funkentelechy vs. The Placebo Syndrome | Bop Gun (Endangered Species) |
| Funkentelechy vs. The Placebo Syndrome | Sir Nose D'Voidoffunk (Pay Attention - B3M) |
| Funkentelechy vs. The Placebo Syndrome | Wizard Of Finance |
| Funkentelechy vs. The Placebo Syndrome | Funkentelechy |
| Funkentelechy vs. The Placebo Syndrome | Placebo Syndrome |
| Funkentelechy vs. The Placebo Syndrome | Flash Light |
| Game, Dames and Guitar Thangs | So Goes The Story |
| Game, Dames and Guitar Thangs | California Dreamin' (Reprise) |
| Game, Dames and Guitar Thangs | I Want You (She's So Heavy) |

| | |
|---|---|
| Game, Dames and Guitar Thangs | What About It? |
| Game, Dames and Guitar Thangs | Frantic Moment |
| Game, Dames and Guitar Thangs | Physical Love |
| Game, Dames and Guitar Thangs | California Dreamin' |
| Hardcore Jollies | Comin' Round The Mountain |
| Hardcore Jollies | Smokey |
| Hardcore Jollies | If You Got Funk, You Got Style |
| Hardcore Jollies | Hardcore Jollies |
| Hardcore Jollies | Soul Mate |
| Hardcore Jollies | Cosmic Slop (Live) |
| Hardcore Jollies | You Scared The Lovin' Outta Me |
| Hardcore Jollies | Adolescent Funk |
| Hit And Quit It B Side | Whole Lot Of BS |
| Let's Take It To The Stage | Atmosphere |
| Let's Take It To The Stage | Be My Beach |
| Let's Take It To The Stage | Better By The Pound |
| Let's Take It To The Stage | Get Off Your Ass And Jam |
| Let's Take It To The Stage | Good To Your Earhole |
| Let's Take It To The Stage | I Owe You Something Good |
| Let's Take It To The Stage | Lead Guitar [Uncredited] – Paul Warren |
| Let's Take It To The Stage | Lead Guitar [Uncredited] – Paul Warren |
| Let's Take It To The Stage | Let's Take It To The Stage |
| Let's Take It To The Stage | No Head, No Backstage Pass |
| Let's Take It To The Stage | Stuffs & Things |
| Let's Take It To The Stage | The Song Is Familiar |
| Live (P. Funk Earth Tour) | P-Funk (Wants To Get Funked Up) |
| Live (P. Funk Earth Tour) | Children Of Production |
| Live (P. Funk Earth Tour) | Do That Stuff |
| Live (P. Funk Earth Tour) | Dr. Funkenstein |
| Live (P. Funk Earth Tour) | Dr. Funkenstein's Supergroovalisticprosifunkstication Medley |
| Live (P. Funk Earth Tour) | Fantasy Is Reality |
| Live (P. Funk Earth Tour) | Featuring, Vocals [Lead Snore] – Mike Hampton* |
| Live (P. Funk Earth Tour) | Featuring, Vocals [Lead Snore] – Mike Hampton* |
| Live (P. Funk Earth Tour) | Gamin' On Ya! |
| Live (P. Funk Earth Tour) | Get Off Your Ass And Jam |
| Live (P. Funk Earth Tour) | Give Up The Funk (Tear The Roof Off The Sucker) |
| Live (P. Funk Earth Tour) | Lead Vocals – Glen Goins |
| Live (P. Funk Earth Tour) | Lead Vocals – Glen Goins |
| Live (P. Funk Earth Tour) | Let's Take It To The Stage |
| Live (P. Funk Earth Tour) | Mothership Connection (Star Child) |
| Live (P. Funk Earth Tour) | Night Of The Thumpasorus People |
| Live (P. Funk Earth Tour) | Swing Down, Sweet Chariot |
| Live (P. Funk Earth Tour) | Take Your Dead Ass Home (Say Sam'n Nasty) |
| Live (P. Funk Earth Tour) | Tear The Roof Off The Sucker Medley |
| Live (P. Funk Earth Tour) | The Landing (Of The Holy Mothership) |
| Live (P. Funk Earth Tour) | The Undisco Kid (This Girl Is Bad!) |

| | |
|---|---|
| Live (P. Funk Earth Tour) | This Is The Way We Funk With You |
| Maggot Brain | Maggot Brain |
| Maggot Brain | Can You Get To That |
| Maggot Brain | Hit It And Quit It |
| Maggot Brain | You And Your Folks, Me And My Folks |
| Maggot Brain | Super Stupid |
| Maggot Brain | Back In Our Minds |
| Maggot Brain | Wars Of Armageddon |
| Mothership Connection | P. Funk (Wants To Get Funked Up) |
| Mothership Connection | Mothership Connection (Star Child) |
| Mothership Connection | Unfunky UFO |
| Mothership Connection | Supergroovalisticprosifunkstication |
| Mothership Connection | Handcuffs |
| Mothership Connection | Give Up The Funk (Tear The Roof Off The Sucker) |
| Mothership Connection | Night Of The Thumpasorus Peoples |
| Motor Booty Affair | Mr. Wiggles |
| Motor Booty Affair | Rumpofsteelskin |
| Motor Booty Affair | (You're A Fish And I'm A) Water Sign |
| Motor Booty Affair | Aqua Boogie (A Psychoalphadiscobetabioaquadoloop) |
| Motor Booty Affair | One Of Those Funky Things |
| Motor Booty Affair | Liquid Sunshine |
| Motor Booty Affair | The Motor-Booty Affair |
| Motor Booty Affair | Deep |
| One Nation Under A Groove | One Nation Under A Groove |
| One Nation Under A Groove | Groovallegiance |
| One Nation Under A Groove | Who Says A Funk Band Can't Play Rock?! |
| One Nation Under A Groove | Promentalshitbackwashpsychosis Enema Squad (The Doo Doo Chasers) |
| One Nation Under A Groove | Into You |
| One Nation Under A Groove | Cholly (Funk Getting Ready To Roll!) |
| One Nation Under A Groove | Maggot Brain |
| One Nation Under A Groove | Chant (Think It Ain't Illegal Yet!) |
| One Nation Under A Groove | Lunchmeataphobia (Think! It Ain't Illegal Yet!) |
| One Nation Under A Groove | P.E. Squad / Doo Doo Chasers |
| Osmium | I Call My Baby Pussycat |
| Osmium | Put Love In Your Life |
| Osmium | Little Ole Country Boy |
| Osmium | Moonshine Heather |
| Osmium | Oh Lord, Why Lord / Prayer |
| Osmium | My Automobile |
| Osmium | Nothing Before Me But Thang |
| Osmium | Funky Woman |
| Osmium | Livin' The Life |
| Osmium | The Silent Boatman |
| Pleasure Principle | Pleasure Principle |
| Pleasure Principle | Love Amnesia |
| Pleasure Principle | Cookie Jar |

| | |
|---|---|
| Pleasure Principle | Misunderstanding |
| Pleasure Principle | Are You Dreaming? |
| Pleasure Principle | Mr. Melody Man |
| Standing On The Verge Of Getting It On | Red Hot Mama |
| Standing On The Verge Of Getting It On | Alice In My Fantasies |
| Standing On The Verge Of Getting It On | I'll Stay |
| Standing On The Verge Of Getting It On | Sexy Ways |
| Standing On The Verge Of Getting It On | Standing On The Verge Of Getting It On |
| Standing On The Verge Of Getting It On | Jimmy's Got A Little Bit Of Bitch In Him |
| Standing On The Verge Of Getting It On | Good Thoughts, Bad Thoughts |
| Stretchin Out In Bootsy's Rubber Band | Stretchin' Out (In A Rubber Band) |
| Stretchin Out In Bootsy's Rubber Band | Psychoticbumpschool |
| Stretchin Out In Bootsy's Rubber Band | Another Point Of View |
| Stretchin Out In Bootsy's Rubber Band | I'd Rather Be With You |
| Stretchin Out In Bootsy's Rubber Band | Love Vibes |
| Stretchin Out In Bootsy's Rubber Band | Physical Love |
| Stretchin Out In Bootsy's Rubber Band | Vanish In Our Sleep |
| Tales of Kidd Funkadelic | Butt-To-Buttresuscitation |
| Tales of Kidd Funkadelic | Let's Take It To The People |
| Tales of Kidd Funkadelic | Undisco Kidd |
| Tales of Kidd Funkadelic | Take Your Dead Ass Home! (Say Som'n Nasty) |
| Tales of Kidd Funkadelic | I'm Never Gonna Tell It |
| Tales of Kidd Funkadelic | Tales Of Kidd Funkadelic (Opusdelite Years) |
| Tales of Kidd Funkadelic | How Do Yeaw View You? |
| The Clones of Dr. Funkenstein | Prelude |
| The Clones of Dr. Funkenstein | Gamin' On Ya |
| The Clones of Dr. Funkenstein | Dr. Funkenstein |
| The Clones of Dr. Funkenstein | Children Of Production |
| The Clones of Dr. Funkenstein | Getten' To Know You |
| The Clones of Dr. Funkenstein | Do That Stuff |
| The Clones of Dr. Funkenstein | Everything Is On The One |
| The Clones of Dr. Funkenstein | I've Been Watching You (Move Your Sexy Body) |
| The Clones of Dr. Funkenstein | Funkin' For Fun |
| The Electric Spanking of War Babies | Electro-Cuties |
| The Electric Spanking of War Babies | Funk Gets Stronger (Part I) |
| The Electric Spanking of War Babies | Brettino's Bounce |
| The Electric Spanking of War Babies | Funk Gets Stronger (Killer Millimeter Longer Version) |
| The Electric Spanking of War Babies | She Loves You |
| The Electric Spanking of War Babies | Shockwaves |
| The Electric Spanking of War Babies | Oh, I |
| The Electric Spanking of War Babies | Icka Prick |
| The Electric Spanking of War Babies | The Electric Spanking Of War Babies |
| This Boot Is Made For Fonk-n | Under The Influence Of A Groove |
| This Boot Is Made For Fonk-n | Bootsy Get Live |
| This Boot Is Made For Fonk-n | Oh Boy Gorl |
| This Boot Is Made For Fonk-n | Jam Fan (Hot) |

| | |
|---|---|
| This Boot Is Made For Fonk-n | Chug-A-Lug (The Bun Patrol) |
| This Boot Is Made For Fonk-n | Shejam (Almost Bootsy Show) |
| This Boot Is Made For Fonk-n | Reprise (Get Live) |
| Toys | Heart Trouble AKA You Can't Miss What You Can't Measure |
| Toys | The Goose That Laid The Golden Egg |
| Toys | Vampy Funky Bernie (3rd Tune Olympic) |
| Toys | Talk About Jesus |
| Toys | Slide On In (2nd Tune Olympic) |
| Toys | Stink Finger |
| Toys | Magnififunk |
| Toys | Wars Of Armageddon (Karaoke Version) |
| Toys | 2 Dollars & 2 Dimes |
| Toys | Cosmic Slop |
| Trombipulation | Crush It |
| Trombipulation | Trombipulation |
| Trombipulation | Long Way Around |
| Trombipulation | Agony Of Defeet |
| Trombipulation | New Doo Review |
| Trombipulation | Let's Play House |
| Trombipulation | Body Language |
| Trombipulation | Peek-A-Groove |
| Uncle Jam Wants You | Freak Of The Week |
| Uncle Jam Wants You | (Not Just) Knee Deep |
| Uncle Jam Wants You | Uncle Jam |
| Uncle Jam Wants You | Field Maneuvers |
| Uncle Jam Wants You | Holly Wants To Go To California |
| Uncle Jam Wants You | Foot Soldiers (Star-Spangled Funky) |
| Up For The Down Stroke | Up For The Down Stroke |
| Up For The Down Stroke | Testify |
| Up For The Down Stroke | The Goose |
| Up For The Down Stroke | I Can Move You (If You Let Me) |
| Up For The Down Stroke | I Just Got Back (From The Fantasy: Ahead Of Our Time In The Four Lands Of Ellet) |
| Up For The Down Stroke | All Your Goodies Are Gone |
| Up For The Down Stroke | Whatever Makes Baby Feel Good |
| Up For The Down Stroke | Presence Of A Brain |

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ESTATE OF GEORGE BERNARD
WORRELL, JR.,

       Plaintiff,

v.

THANG, INC., GEORGE CLINTON,
AND SOUND EXCHANGE, INC.

       Defendants.

Case No. 4:22-cv-11009

District Judge F. Kay Behm

Magistrate Judge David R. Grand

---

DANIEL D. QUICK (P48109)
Dickinson Wright PLLC
2600 W. Big Beaver Road
Suite 300
Troy, MI 48084
(248) 433-7200
dquick@dickinsonwright.com
*Attorneys for Plaintiff*

JAMES P. ALLEN, SR. (P52885)
PETER E. DOYLE (P81815)
Schenk & Bruetsch PLC
211 W. Fort St., Suite 1410
(313) 774-1000
james.allen@sbdetroit.com
peter.doyle@sbdetroit.com
*Attorneys for Defendants Thang, Inc. &*
*George Clinton*

DAVID E. PLUNKETT (P66696)
Williams, Williams, Rattner &
Plunkett, P.C.
380 N. Old Woodward Avenue
Birmingham, MI 48009
(248) 642-0333 // Fax (248) 642-0856
dep@wwrplaw.com

BARRY I. SLOTNICK
JORDAN A. MEDDY
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000
bslotnick@loeb.com
jmeddy@loeb.com
*Attorneys for Defendant*
*SoundExchange, Inc.*

---

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2024, I served a Subpoena to Produce

Documents, Information, or Objects or to Permit Inspection of Premises in a Civil

Action, via First Class Mail and Email to Sony Music, c/o David Jacoby and

provided notice to all counsel of record via Email and First Class Mail.

/s/Veronica Sanford
Veronica Sanford
Schenk & Bruetsch, PLC