# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ESTATE OF GEORGE BERNARD WORRELL, JR., | Case No. 4:22 cv 11009 |
| Plaintiff, | Hon. Shalina D. Kumar |
| v. | Hon. Mag. David R. Grand |
| THANG, INC., GEORGE CLINTON, SONY MUSIC ENTERTAINMENT, UNIVERSAL MUSIC GROUP, WARNER BROTHERS RECORDS, HDH RECORDS, WESTBOUND RECORDS AND SOUND EXCHANGE, INC. | |
| Defendants. | |

JAMES P. ALLEN, Sr. (P52885)
Allen Brothers, Attorneys and Counselors, PLLC
401 N. Main St.
Royal Oak, MI 48067
(313) 962-7777
jamesallen@allenbrotherspllc.com
Counsel for Defendants Thang, Inc. and George Clinton only

# INITIAL DISCLOSURES PURSUANT TO FEDRCIVP 26(a)(1) FOR DEFENDANT CLINTON AND THANG, INC

1

Defendants George Clinton ("Clinton") and Thang, Inc. ("Thang") through their attorneys, Allen Brothers, Attorneys and Counselors, PLLC by James P. Allen, Sr. state as follows for their initial disclosures pursuant to Rule 26(a)(1):

## I.   WITNESSES

1. George Clinton (address c/o defense counsel Allen)—will testify regarding his business dealings with Plaintiff's decedent/his representatives and the financial and legal arrangements thereof.
2. Archie Ivie (address c/o defense counsel Allen)---will testify, as an individual involved in the management of Clinton and Clinton's various music/performing ventures, regarding the business affairs of Defendants Thang and Clinton and their interactions with Plaintiff's decedent/his representatives.
3. Barbella Bishop (address c/o defense counsel Allen)---will testify, as an individual involved in the management of Clinton and Clinton's various music/performing ventures, regarding the business affairs of Defendants Thang and Clinton and their interactions with Plaintiff's decedent/his representatives.
4. Nona Hendryx (after due diligence address not immediately available)--has hired Bernie Worrell for recordings and dealt with his/his representatives' business practices.
5. Scott Carswell (1105 E Lafayette St. Tallahassee FL)--unsuccessfully negotiated Bernie's participation on touring / recordings.
6. Nick Szatmari (21650 W Oxnard St #1460 Woodland Hills, CA 91637)-- Unsuccessfully negotiated with Worrell/his representatives for tour participation.
7. Jeffrey Thinnish (1050 Wilshire Dr. Ste. 230 Troy MI 48084)--Identified to Judie Worrell where she should seek payment(s) for unpaid royalties.
8. Joel Martin (after due diligence address not immediately available) was responsible for paying publishing on behalf of Bridgeport and will be called to establish payments made to Worrell from Bridgeport and practices related to same.
9. Armen Boladian (after due diligence address not immediately available)--on information and belief is the owner and chief executive of Bridgeport Music and Westbound records who, if he truthfully testifies, can provide relevant

2

information about payments made to Worrell, the basis for them, and the practices of his company and the record industry.
10. Greg Reilly (after due diligence address not immediately available)--co-released recordings with George Clinton containing Worrell performances.
11. Bill Laswell (after due diligence address not immediately available) produced Worrell and Clinton-affiliated groups and can testify about the compensation paid arrangements for musicians.
12. Vivian Scott-Chew (after due diligence address not immediately available)--negotiated Worrell's participation in the Sony project.
13. William Collins (after due diligence address not immediately available) can provide testimony about the rates for which Worrell periodically performed and his business dealings.
14. David Byrne (after due diligence address not immediately available)--Produced Talking Heads and used Bernie without paying artist royalties.
15. Shoshana Zisk (after due diligence address not immediately available)—can provide testimony about efforts to negotiate Worrell's services.
16. George Leitner (after due diligence address not immediately available)---can provide testimony about Worrell's business dealings, demands for compensation, and having to cancel a tour due to same.
17. Custodian of Records/30(b)(6) representative for any party or company paying/owing royalties to any other party.
18. Custodian of Records/30(B)(6) representative of Malbiz Music to testify about royalties paid to Worrell.
19. Custodian of Records/30(b)(6) representative of Herzog and Straws auditors to testify regarding audit of royalty payments to Worrell performed in 1979.
20. Theodore H. Friedman (110 East 59th Street, Suite 3202 NY, NY 10022)—Special master appointed by Central Dist of CA to distribute royalties by court supervised formula.
21. Custodian of Records Internal Revenue Service
22. Custodian of Records Whatcom County, Washington
23. Custodian of Records/30(b)(6) representative United States Copyright Office to testify about copyright filings related to this case as well as practices of the office.
24. Custodian of Records Casablanca Records/30(b)(6) representative (or successor thereto) to testify about the dealings the company had with Clinton and Worrell.
25. Richard S. Busch (1999 Avenue of the Stars, Suite 1100 Century City, CA 90067 (424-253-1255) Plaintiff's attorney in prior NY action can provide testimony on when he knew the putative Thang-Worrell agreement of 1/1/76 was not signed by the party to be charged (i.e., Thang).

3

26. Custodians of Records/30(b)(6) representatives for United Sound Studios, Tera Shirma and Artie Fields Studios referenced in paragraph 33 of Plaintiff's Complaint to testify about the allegations in Plaintiff's complaint.
27. Defendants' efforts to ascertain addresses of identified witnesses is ongoing as are Defendants' efforts to discern relevant witnesses as Plaintiff's claims become clearer through the process of discovery. Defendants' reserve all rights to amend this disclosure.

## II. DOCUMENTS

See Spreadsheet Attached as Exhibit A.

## III. DAMAGES

Defendants Thang and Clinton contend that they have caused Plaintiff no damages.

## IV. INSURANCE

Defendants have no insurance coverage applicable to the allegations set forth in the Complaint herein.

Defendants reserve the right to amend this Rule 26 disclosure as more information about Plaintiff's claims becomes available.

Respectfully submitted,

September 23, 2022

ALLEN BROTHERS, PLLC

/s/JAMES P. ALLEN, SR
James P. Allen, Sr. (P52885)
Attorney for Clinton and Thang, Inc.
401 N. Main Street
Royal Oak, MI 48067
(313) 962-7777
jamesallen@allenbrotherspllc.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022, I electronically delivered the foregoing paper to the following attorneys of record:

Daniel D. Quick
dquick@dickinsonwright.com

                                             /s/Veronica Durr
                                             401 N. Main Street
                                             Royal Oak, MI 48067
                                             (313) 962-7777
                                             vdurr@allenbrotherspllc.com

# EXHIBIT A

| | A | B | C |
|---|---|---|---|
| | CATEGORY | DESCRIPTION | LOCATION |
| 1 | | | |
| 2 | | | |
| 3 | Legal Correspondence | Attorney M. Rangel.    July 1982 | C/O Defense Counsel |
| 4 | Invoicing | Paramount Recording May 1979 | C/O Defense Counsel |
| 5 | Legal Correspondence | Paul Schindler    3-20-81 | C/O Defense Counsel |
| 6 | Legal Correspondence | Paul Schindler    2-27-81 | C/O Defense Counsel |
| 7 | Handwritten Promise to Pay $50,000 | N. Montez  A. Ivie.    1-30-81 | C/O Defense Counsel |
| 8 | Casablanca check stub | 12-30-80 | C/O Defense Counsel |
| 9 | Legal Correspondence | Paul Schindler    12-29-80 | C/O Defense Counsel |
| 10 | Check Stub Uncle Jam Records | 11-21-80    12-5-80 | C/O Defense Counsel |
| 11 | Legal Correspondence | Michael Rosenfeld undated to Edward Greer re: proposed agreement | C/O Defense Counsel |
| 12 | Legal Correspondence | Emily Slenkin 12-10-80 w/attached Schedules of Royalty Payments in 1979 and 1980 | C/O Defense Counsel |
| 13 | Agreement re: advance and drafts of the same | 12-23-80. Casablanca and various Clinton Entities | C/O Defense Counsel |
| 14 | Undated handwritten ledger for Jan 79 to Sep 80 payments from Thang to Worrell | Details of payments unknown author;  2 pages; 40 numbered lines; 13 columns | C/O Defense Counsel |
| 15 | Malbiz Music Royalty Statements | Period June 30, 1979 for Bernie Worrell by Track 2/handwritten page containing additional calculations from unknown author | C/O Defense Counsel |
| 16 | Malbiz Music Royalty Statements | Period 12/78 for Bernie Worrell by Track | C/O Defense Counsel |
| 17 | Malbiz Music Advance Schedule | For Bernie Worrell  unknown Author  Purported Advances in 1978 | C/O Defense Counsel |
| 18 | Malbiz Music Royalty Statements | Period Year End 1976 for Bernie Worrell by Track | C/O Defense Counsel |
| 19 | Royalty Statement | Period ending 6-30-79   For Bernie Worrell by Track | C/O Defense Counsel |
| 20 | Western Union Money Order Receipt | $1200. Thang Inc. to Bernie or Judy Worrell. illegible date and time | C/O Defense Counsel |
| 21 | One Page containing 4 handwritten receipts | From Thang to Worrell for Session & Royalty advances in 1977 and 1979 | C/O Defense Counsel |
| 22 | Royalty Statement | Period ending 12-31-79 for Bernie Worrell by Track | C/O Defense Counsel |
| 23 | One Page containing 4 handwritten receipts | From Thang to Worrell for Royalty Advances | C/O Defense Counsel |
| 24 | Western Union Money Order Receipt | To Bernie Worrell for $2000   "Date illegible" | C/O Defense Counsel |
| 25 | Audit Report Herzog and Straws | To December 31, 1979 | C/O Defense Counsel |
| 26 | Verified Complaint Worrell v Thang, Clinton, Malbiz Music, Inc., 12-4-1981 | Index/Case No. 06238/82.    Supreme Court State of New York County | C/O Defense Counsel |
| 27 | Correspondence 12-17-92   [Note: Subj to protective order in Tercer Mundo v Boladian, et al, 92-cv-2685R & 93-cv-4106R. USDC CDCA] | Jane Peterer to Steven Saporta re: Royalty payments to Bernie Worrell | C/O Defense Counsel |
| 28 | Special Master Report from Special Master Theodore H. Friedman dated 12-5-96 in Tercer Mundo v Boladian, et al | 38 page report specifying court-supervised distributions of Royalties between Clinton, Worrell and others by Track. | C/O Defense Counsel |
| 29 | Email Exchange between Charles Ball and Judy Worrell | Dated May 16, 2011 re: reunion performances and financial dispute between Worrell and Clinton | C/O Defense Counsel |
| 30 | Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss First Amended Complaint | Worrell v Thang & Clinton, NYSC Index No 652872/2019 dated 8-17-2020 | C/O Defense Counsel |