# EXHIBIT F

## Daniel D. Quick

| | |
|---|---|
| **From:** | Daniel D. Quick |
| **Sent:** | Monday, July 1, 2024 1:42 PM |
| **To:** | Eddrey Butts |
| **Subject:** | RE: 22-11009 |

Thank you.

This is a request for an informal discovery conference in this matter.  Plaintiff has attempted to obtain discovery from defendants but, despite multiple letters and promises, the information has not been forthcoming. I understand that requesting such a conference is a predicate toward other actions to obtain the discovery.

Please advise if you need something further.

---

**From:** Eddrey Butts <Eddrey_Butts@mied.uscourts.gov>
**Sent:** Monday, July 1, 2024 1:40 PM
**To:** Daniel D. Quick <DQuick@dickinson-wright.com>
**Subject:** 22-11009


Good afternoon,

    Please send me an email with your request.

Thanks



Eddrey O. Butts
Case Manager to the Honorable David R. Grand
200 E. Liberty Street
Ann Arbor, MI 48104
(734) 741-2484