# EXHIBIT G

**Daniel D. Quick**

| | |
|---|---|
| **From:** | James Allen <james.allen@sbdetroit.com> |
| **Sent:** | Tuesday, August 6, 2024 2:51 PM |
| **To:** | Daniel D. Quick |
| **Cc:** | Peter Doyle |
| **Subject:** | Re: Status Conference in 4:22-cv-11009-FKB-DRG Worrell v. Thang, Inc. et al |

Dan:

This was my responsibility as was the Reply brief. I had a very personal emergency last week which caused Peter to spend his weekend covering me. Peter thought I called you because that is what I told him I would do. I am back in the office today. I am working on the revisions. I hope to have them to you no later than tomorrow. If you feel it necessary to see me punished, I ask that you leave Peter out of this as he did the best he could to provide coverage for me. This is on me and not him.

Thank you and have a great day.

Jim Allen
Sent from my iPhone

> On Aug 6, 2024, at 10:12 AM, Daniel D. Quick <DQuick@dickinson-wright.com> wrote:
>
> Counsel:
>
> You are now in contempt for violating the Court's order; August 2 came and went without a production of documents or supplemental responses. Please immediately advise as to status.
>
> **Daniel D. Quick**
> Member
> O:248-433-7242
> DQuick@dickinson-wright.com
>
> 2600 West Big Beaver, Suite 300, Troy MI, 48084
>
> **From:** cmecfadmin@mied.uscourts.gov <cmecfadmin@mied.uscourts.gov>
> **Sent:** Tuesday, July 9, 2024 10:56 AM
> **To:** do_not_reply@mied.uscourts.gov
> **Subject:** Status Conference in 4:22-cv-11009-FKB-DRG Worrell v. Thang, Inc. et al

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Michigan

### Notice of Electronic Filing

The following transaction was entered on 7/9/2024 at 10:56 AM EDT and filed on 7/8/2024

**Case Name:** Worrell v. Thang, Inc. et al
**Case Number:** [4:22-cv-11009-FKB-DRG](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Minute Entry for telephonic proceedings before Magistrate Judge David R. Grand: Telephonic Status Conference held on 7/8/2024.Disposition: On July 8, 2024, the Court held a telephonic status conference with counsel regarding discovery issues. The parties and their counsel shall ensure that good faith searches for documents responsive to discovery requests have been performed, and all non-privileged responsive documents within their possession, custody, and control shall be produced by August 2, 2024. The parties and counsel shall endeavor to obtain and produce third-party discovery documents by August 12, 2024. The two depositions plaintiff wishes to take shall be completed by August 30, 2024. (Court Reporter: None Present, Not on the Record) (EBut)**

**4:22-cv-11009-FKB-DRG Notice has been electronically mailed to:**

Barry I. Slotnick    bslotnick@loeb.com, bslotnick@ecf.courtdrive.com, nydocket@loeb.com

Daniel D. Quick    dquick@dickinsonwright.com, ncohen@dickinson-wright.com

David E. Plunkett    dep@wwrplaw.com, kmb@wwrplaw.com, ktp@wwrplaw.com, srschuster@wwrplaw.com

James P. Allen    james.allen@sbdetroit.com, veronica.sanford@sbdetroit.com

Jordan A. Meddy    jmeddy@loeb.com, jmeddy@ecf.courtdrive.com, nydocket@loeb.com

Peter E. Doyle    peter.doyle@sbdetroit.com, dana.schultz@sbdetroit.com, tara.kendrick@sbdetroit.com

**4:22-cv-11009-FKB-DRG Notice will not be electronically mailed to:**

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.