# EXHIBIT A

TO REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION FOR SANCTIONS

                                                            A B <westbound34@gmail.com>

## Fwd: Westbound/Worrell Agreement

**Sarah Catlett** <sarahcatlett54@gmail.com>                                     Thu, Dec 28, 2023 at 2:27 PM
To: Armen Boladian <westbound34@gmail.com>
Cc: Joel Martin <mr54@54sound.com>

Hi-

Attached is the signed agreement with Judie Worrell.  Please have Armen sign on pages 9 and 11.  Wire instructions for payment are within the agreement, but we could also do checks overnight if that's easier.  Let's discuss.

Thanks!
Sarah

---------- Forwarded message ---------
From: **Joel Martin** <mr54@54sound.com>
Date: Thu, Dec 28, 2023 at 2:18 PM
Subject: Fwd: Westbound/Worrell Agreement
To: Sarah Catlett <sarahcatlett54@gmail.com>


Get Outlook for iOS

**From:** Judie Worrell <purplewoo2@gmail.com>
**Sent:** Wednesday, December 27, 2023 11:45:12 PM
**To:** Richard Busch <rbusch@kingballow.com>; Daniel D. Quick <DQuick@dickinson-wright.com>
**Subject:** Westbound/Worrell Agreement

Gentlemen:  please see the signed Agreement attached.  (Sorry, I don't have a fax machine).  Please let me know you have received this cause my scanner is acting up too.

and THANK YOU!!!

📄 **WESTBOUND WORRELL AGREEMENT.pdf**

--

*Cordially,*



purplewoo222@gmail.com
908-268-3611/cell

BernieWorrell.com

--
Sarah Catlett
Direct #: 248-761-0090
she/her

**PLEASE NOTE:** Effective December 1, 2020, the mailing address for Bridgeport Music Inc., Southfield Music Inc. and Westbound Records Inc. is:
4301 Orchard Lake Road
Suite 180-239
West Bloomfield, MI 48323

 **WESTBOUND WORRELL AGREEMENT.pdf**
3307K