# EXHIBIT A

TO REPLY TO THE BOLADIAN PARTIES' RESPONSE
TO DEFENDANTS' MOTION FOR SANCTIONS

| | |
|---|---|
| **From:** | James Allen |
| **To:** | Howard Hertz; Peter Doyle |
| **Cc:** | Joseph A. Bellanca; Dan Quick |
| **Subject:** | Re: Worrell v Thang - Westbound document production |
| **Date:** | Monday, December 2, 2024 10:43:43 PM |
| **Attachments:** | image001.png |

Howard:

You should read your colleague's production more closely.  There is an email dated August 16, 2024 at 3:22pm from Sarah Catlett to Judie Worrell (bcc'd to Mr. Boladian) that the Westbound Statement would be sent "in another week or so".  Am I to believe that "a week or so" is three months?

I'll respond to your request(?) for the scheduling change after I review my calendar and discuss with Peter his availability.

Jim Allen

**From:** Howard Hertz <hhertz@hertzschram.com>
**Sent:** Monday, December 2, 2024 7:22 PM
**To:** Peter Doyle <Peter.Doyle@sbdetroit.com>
**Cc:** Joseph A. Bellanca <jbellanca@hertzschram.com>; James Allen <james.allen@sbdetroit.com>; Dan Quick <dquick@dickinsonwright.com>
**Subject:** RE: Worrell v Thang - Westbound document production

Counsel:
As I understand it, a Westbound statement has not yet been sent to Judie Worrell, but an advance for $5,000 was sent based on the attached figures (which were not sent to her).
Additionally, I've been advised that Mr. Boladian will not be available on Wednesday for his deposition until 1:00 p.m. due to his ongoing health issues.
HH

**Howard Hertz, Esq.**

hhertz@hertzschram.com

Bio

ph: 248-335-5000
fx: 248.335.3346
www.hertzschram.com

**HERTZSCHRAM**
ACCESS EXCELLENCE

**north (mail center):**
1760 S. Telegraph Rd., Suite 300
Bloomfield Hills, MI 48302
ph: 248.335.5000
fx: 248.335.3346
Maps

**downtown:**
Chrysler House
500 Griswold Street Suite 2400
Detroit, MI 48226
ph: 313.438.5001
fx: 313.438.5002
Maps

The information contained in this electronic message is intended only for the use of the designated recipient(s). This message may contain confidential and privileged information and may be deemed

an attorney-client communication. If the reader of this message is not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding or copying of this message is strictly prohibited, and we request that you delete the original message and all attachments.

---

**From:** Peter Doyle <Peter.Doyle@sbdetroit.com>
**Sent:** Monday, December 2, 2024 4:09 PM
**To:** Howard Hertz <hhertz@hertzschram.com>
**Cc:** Joseph A. Bellanca <jbellanca@hertzschram.com>; James Allen <james.allen@sbdetroit.com>
**Subject:** Worrell v Thang - Westbound document production

**EXTERNAL SENDER**

Mr. Hertz:

We've reviewed the documents you produced on November 26, 2024. It appears the production only contains Bridgeport royalty statements. However, the PDF named "Armen Corr wWorrell – 112224" contains an August 16, 2024 email referencing a "Westbound payment" to Judie Worrell with a "Westbound statement" that would be sent "in another week or so." If that Westbound statement and other documents evidencing payments from Westbound were produced, please direct me to their location in the production. Otherwise, please produce that August 2024 Westbound statement, and any other documents (including communications) regarding payments from Westbound to the Plaintiff's representative(s), as the Court ordered.

We request this production immediately so that we have sufficient time to review the documents before Mr. Boladian's deposition on Wednesday.

Peter E. Doyle



211 West Fort Street, Suite 1410
Detroit, MI 48226
O: (313) 774-1000, ext. 1116
C: (313) 316-6679
www.sbdetroit.com
peter.doyle@sbdetroit.com

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business.

Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Howa

| Track | Worrell Share |
|---|---|
| A Joyful Process | 3.929239117 |
| Alice In My Fantasies | 3.979790022 |
| America Eats Its Young | 5.362973724 |
| Atmosphere | 2.726186252 |
| Back In Our Minds | 43.80581504 |
| Balance | 4.714215164 |
| Be My Beach | 4.173852127 |
| Better By The Pound | 3.886307082 |
| Biological Speculation | 38.22541926 |
| Butt-to-Buttresuscitation | 2.576466219 |
| Can You Get To That | 3585.678272 |
| can you get** | 5.640853546 |
| Can't Stand The Strain | 4.118850398 |
| Cosmic Slop | 21.80707434 |
| Everybody Is Going To Make It This Time | 5.326995569 |
| Funky Dollar Bill | 8.285111787 |
| Get Off Your Ass & Jam | 1.134760694 |
| Get Off Your Ass And Jam | 14.93483177 |
| Good Thoughts, Bad Thoughts | 27.99224061 |
| Good To Your Earhole | 7.232638509 |
| Hit It & Quit It | 1.134760694 |
| Hit It And Quit It | 141.2107085 |
| How Do Yeaw View You | 1.245168933 |
| How Do Yeaw View You? | 1.856802373 |
| I Got A Thing, You Got A Thing, Everybody Got A Thing | 7.217330405 |
| I Got a Thing, You Got a Thing, Everybody's Got a Thing | 6.062407286 |
| I Owe You Something Good | 1.213958215 |
| I Wanna Know If It's Good To You | 8.460891602 |
| I'll Bet You | 9.881522316 |
| I'll Stay | 25.11740304 |
| I'm Never Gonna Tell It | 4.672531104 |
| I'm Never Gunna Tell It | 0.0153 |
| If You Don't Like The Effects, Don't Produce The Cause | 6.240117261 |
| Jimmy's Got A Little Bit Of Bitch In Him | 8.080325233 |
| Joyful Process, A | 3.700254264 |
| Let's Make It Last | 4.497941805 |
| Let's Take It To The People | 2.86232917 |
| Let's Take It To The Stage | 7.026012286 |
| Loose Booty | 9.097951188 |
| Maggot Brain | 1237.884603 |
| Maggot Brain (Live) | 3.015339981 |
| March To The Witch's Castle | 5.928208003 |
| Miss Lucifer's Love | 4.885532291 |
| Nappy Dugout | 9.133653222 |

| | |
|---|---:|
| No Compute | 5.964882441 |
| No Head, No Backstage Pass | 2.920161715 |
| Philmore | 5.102957247 |
| Pussy | 3.700254264 |
| Red Hot Mama | 10.07509023 |
| Red Hot Momma | 5.640853546 |
| Sexy Ways | 8.863406852 |
| Standing On The Verge Of Getting It On | 23.94081681 |
| Super Stupid | 61.52762596 |
| Take Your Dead Ass Home (Say Som'n Nasty) | 1.366549553 |
| Take Your Dead Ass Home! (Say Som'n Nasty) | 1.848802373 |
| Tales Of Kidd Funkadelic (Opusdelite Years) | 2.43867716 |
| That Was My Girl | 4.924638111 |
| The Song Is Familiar | 9.390231771 |
| This Broken Heart | 6.593217071 |
| Trash A Go-Go | 0.0081 |
| Trash A-Go-Go | 2.114390879 |
| Trash-A-Go-Go | 1.845555179 |
| Undisco Kidd | 6.352245606 |
| Wake Up | 4.555813144 |
| Wars Of Armageddon | 40.74402673 |
| We Hurt Too | 4.754794257 |
| You & Your Folks, Me & My Folks | 1.134760694 |
| You And Your Folks, Me And My Folks | 55.59127398 |
| You Can't Miss What You Can't Measure | 7.04257382 |
| You Hit The Nail On The Head | 6.044755018 |
| | 5590.4594 |