UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ESTATE OF GEORGE BERNARD WORRELL, JR., | Case No. 4:22-cv-11009 |
| Plaintiff, | District Judge F. Kay Behm |
| v. | Magistrate Judge David R. Grand |
| THANG, INC., and GEORGE CLINTON. | |
| Defendants. | / |

**INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit A | Worrell Deposition Transcripts |
| Exhibit B | Facebook Post |
| Exhibit C | 1979 Worrell Audit |
| Exhibit D | 1981 Complaint |
| Exhibit E | 1984 Complaint |
| Exhibit F | Miebach Invoice |
| Exhibit G | Payment Records |
| Exhibit H | Judge Real Order |
| Exhibit I | Clinton Declaration |
| Exhibit J | Copyright Spreadsheet |
| Exhibit K | Judie Blog |

1

| | |
|---|---|
| Exhibit L | Worrell Red Bull Music |
| Exhibit M | Ascap Interview |
| Exhibit N | 1978 Article |
| Exhibit O | 2012 Article |
| Exhibit P | 1985 Article |
| Exhibit Q | Worrell Declaration |

1