# EXHIBIT B

### Bernie Worrell's Post                                   ✕


**Bernie Worrell** · Follow
May 28, 2017 · 🌐

I promised to post the actual bankruptcy papers that george clinton filed (to the tune of 8.8 million dollars!!!). I finally found them. I was cataloging and unpacking more boxes when an entire file folder fell on the floor. Our son, Bassl, picked it up and right on top, were the bankruptcy papers that clinton now alleges "were fictitious". Well, like the rest of his lies, judge for yourselves. As soon as our CyberWOO (who is also an independent producer) gets a minute, he will post on Bernie's site: BernieWorrell.com. You will see the names of every single company and/or person that he stole from....including our Bernard!!!

👍❤️😮 213                                                    31 comments  19 shares

👍 Like          💬 Comment          📩 Send          ↪ Share