# EXHIBIT C

# BERNIE WORRELL

## AUDIT OF THANG, INC. & MALBIZ MUSIC INC.

### INCEPTION TO DECEMBER 31, 1979

**HERZOG AND STRAUS**
CERTIFIED PUBLIC ACCOUNTANTS

119-1

*Herzog & Straus*
*Certified Public Accountants*

SUITE 601
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
(212) 751-4850

*a Herzog, C.P.A.*
*ymour Straus, C.P.A.*

JULY 7, 1980

MR. BERNIE WORRELL
956 MELROSE PLACE
PLAINFIELD, N.J. 07063

DEAR MR. WORRELL,

    AT YOUR REQUEST, WE HAVE REVIEWED THE BOOKS AND RECORDS OF THANG, INC. AND MALBIZ MUSIC, INC. WITH REGARD TO THE ROYALTIES DUE YOU FROM BOTH THESE ENTITIES. OUR REVIEW COVERED THE PERIOD FROM THE INCEPTION OF YOUR DEALINGS WITH THEM TO THE PERIOD ENDED DECEMBER 31, 1979.

    OUR REPORT IS AS FOLLOWS:

    <u>SCHEDULE A - ROYALTIES DUE YOU RE: PARLIAMENT</u>

    WE WERE INFORMED BY YOU THAT A ROYALTY OF 3/4 OF 1% IS DUE YOU WITH REFERENCE TO THE ARTIST ROYALTIES OF "PARLIAMENT". THANG, INC.'S REPRESENTATIVES HAD ORALLY CONFIRMED THAT FACTOR DURING THE COURSE OF OUR REVIEW.

    DUE TO THE SKETCHINESS OF THE AVAILABLE BOOKS AND RECORDS OF THANG INC, WE ASKED, AND WERE GIVEN WRITTEN PERMISSION BY THANG, INC.'S REPRESENTATIVES TO CONTACT CASABLANCA RECORDS, THE ORGANIZATION PAYING ROYALTIES TO THANG, INC. BASED UPON THE INFORMATION RECEIVED FROM THIS SOURCE, WE HAVE SUMMARIZED THE ROYALTY STATEMENTS AND PAYMENTS RECEIVED BY THANG, INC. THIS SUMMARY IS SHOWN ON SCHEDULE A, EXHIBIT 1. IT SHOWS THAT $2,260,179.93, WAS EARNED BY PARLIAMENT DURING THE PERIOD AND THAT $2,563,415.93, WAS PAID TO OR ON BEHALF OF PARLIAMENT BY CASABLANCA RECORDS DURING THE PERIOD, LEAVING A NEGATIVE BALANCE OF $303,235.67, AS AT DECEMBER 31, 1979. THE GREAT BULK OF THESE ROYALTIES WERE PAID AT A ROYALTY RATE OF 10% OF RETAIL LIST PRICE. THUS, YOUR SHARE IS 7 1 2% OF THE 10% PAID. — *prorated us ours* [handwritten]

119-2



-2-

WE HAVE, ON SCHEDULE A ATTACHED, CALCULATED THAT $169,513.48, IS DUE YOU AS YOUR SHARE OF THE GROSS ROYALTY EARNINGS OF THANG, INC. FROM THIS SOURCE. WE HAVE ESTIMATED, DUE TO A LACK OF INFORMATION, AN AVERAGE RECORDING COST FOR THE SEVEN ALBUMS UNDER THE AGREEMENT OF $40,000.00, PER ALBUM AND REDUCED YOUR SHARE OF THE GROSS ROYALTY EARNINGS BY $21,000.00, OR YOUR PROPORTIONATE SHARE OF THE RECORDING COSTS. THUS, THE NET AMOUNT DUE YOU IS $148,513.49.

WE HAVE PREVIOUSLY NOTED THAT THANG, INC. IS IN A NEGATIVE POSITION OF $303,235.67. THIS IS BROUGHT ABOUT, PRINCIPALLY, BY THANG, INC.'S RECEIPT OF CASH ADVANCES OVER AND ABOVE THE ROYALTIES EARNED AS SHOWN ON THE ROYALTY STATEMENTS. YOUR SHARE OF THIS AMOUNT IS $22,742.68. TO THE BEST OF OUR KNOWLEDGE, YOU HAVE NEVER RECEIVED ANY ROYALTY STATEMENTS FROM THANG, INC. FOR THIS TYPE OF ROYALTY.

SCHEDULE B - AMOUNT DUE RE: ROYALTY STATEMENTS - MALBIZ MUSIC, INC.

THE ONLY ROYALTY STATEMENTS YOU HAVE RECEIVED ARE ROYALTIES AS DEC. 31,1978. WE HAVE CHECKED THESE STATEMENTS TO THE ACTUAL ROYALTIES RECEIVED BY MALBIZ AND WE HAVE FOUND THAT AN ADDITIONAL $2,608.76 IS DUE YOU. THE BASIS FOR BOTH OUR CALCULATIONS AND MALBIZ'S ARE THE "WRITER" ROYALTY STATEMENTS PREPARED BY RICK'S MUSIC, INC., THE CO-PUBLISHER OF THE COPYRIGHTS AND A COMPANY CLOSELY AFFILIATED WITH CASABLANCA RECORDS. THE SCHEDULE COVERS THE PERIOD TO DEC. 31,1978, WHICH IS THE LAST ROYALTY STATEMENT RECEIVED BY YOU.

SCHEDULE C - WRITERS ROYALTIES DUE - TO MARCH 31,1980

THIS SCHEDULE COVERS THE PERIOD FROM THE LAST ROYALTY STATEMENT CALCULATED THAT $12,550.46, IS DUE YOU FROM ROYALTIES RECEIVED BY MALBIZ MUSIC FROM RICK'S MUSIC. IT SHOULD BE NOTED THAT THIS SCHEDULE IS INCOMPLETE IN THAT NO ROYALTIES FROM OTHER RECORD MANUFACTURERS (IE. WARNERS, ATLANTIC, ARISTA) HAVE BEEN INCLUDED.

119-3

-3-

### SCHEDULE D - ARTIST ROYALTIES - FUNKADELIC

YOU HAVE INFORMED US THAT, IN ADDITION TO THE ARTIST ROYALTIES DUE YOU FROM PARLIAMENT, YOU ARE ALSO DUE ARTIST ROYALTIES FROM FUNKADELIC, WHICH WAS RELEASED ON WARNER BROS. RECORDS. USING THE SAME BASIS AS SCHEDULE A, WE HAVE CALCULATED $43,932.23 IS DUE YOU TO THE ROYALTY PERIOD ENDED DEC. 31,1978, THE LAST ROYALTY STATEMENT AVAILABLE TO US. AS SUCH, THIS SCHEDULE IS INCOMPLETE AND REPRESENTS AN AMOUNT THAT IS MOST LIKELY UNDERSTATED. AGAIN, NO ROYALTY STATEMENTS HAVE EVER BEEN RECEIVED BY YOU FROM THANG, INC. FOR THESE ROYALTIES.

### SCHEDULE E - AMOUNT DUE RE:ARISTA RECORDS ARTIST AGREEMENT

YOU HAVE INFORMED US THAT YOUR AGREEMENT WITH THANG, INC., WITH REGARD TO YOUR ALBUM ON ARISTA RECORDS WAS A 50/50 SPLIT AFTER RECORDING COSTS. TO DATE, YOU HAVE RECEIVED NEITHER ROYALTIES OR A ROYALTY STATEMENT COVERING THIS RECORD(INCLUDING WRITER ROYALTIES). A SUM OF MONEY, PURPORTEDLY FOR THIS VENTURE ($20,000.00), WAS RECEIVED BY YOU IN LATE 1978, BUT WAS THEN APPLIED AS AN OVERALL ADVANCE TO THE WRITERS' STATEMENTS RECEIVED BY YOU.

WE HAVE READ THE AGREEMENT BETWEEN ARISTA RECORDS AND THANG, INC., WITH REFERENCE TO THIS ALBUM AND WE HAVE VERIFIED THAT THE MONIES PAID TO THANG, INC. INCLUDED A $50,000.00 ADVANCE AND A $65,000.00 ALBUM TO THIS ALBUM BY THANG, INC. OF $32,056.63. THUS, YOUR SHARE OF THIS AGREEMENT IS 50% OF THE SHORTFALL, OR $41,471.69 (50% OF $82,943.37).

WE HAVE PREVIOUSLY NOTED THAT RICK'S MUSIC IS THE CO-PUBLISHER OF ALL PARLIAMENT COPYRIGHTS OWNED BY MALBIZ MUSIC, INC. MALBIZ HAS TAKEN THE POSITION OF ACCEPTING THE ROYALTY STATEMENTS SUBMITTED BY RICK'S MUSIC TO THEM, WITHOUT VERIFYING THE ACCURACY OF CONTENT OF SAID STATEMENTS. THESE STATEMENTS, WE HAVE BEEN INFORMED, DO NOT CONTAIN ANY PAYMENTS FOR FREE GOODS, SCRAP SALES ETC. SOLD AND/OR DISTRIBUTED BY CASABLANCA RECORDS. MALBIZ MUSIC HAS NEVER AUDITED

119-4

CASABLANCA RECORDS, SINCE THEY HAVE ALLOWED RICK'S MUSIC TO PERFORM ALL THE ADMINISTRATIVE FUNCTIONS CONNECTED WITH THE COPYRIGHTS. OBVIOUSLY, THERE HAVE BEEN UNDERPAYMENTS FROM CASABLANCA RECORDS TO ITS AFFILIATED PUBLISHING COMPANY, RICK'S MUSIC; UNDERPAYMENTS FROM RICK'S MUSIC TO MALBIZ MUSIC; AND MALBIZ MUSIC TO THE WRITERS. THE FUNCTIONS EXPECTED BY A WRITER OF HIS PUBLISHER HAVE NOT TAKEN PLACE LEADING TO HIS FINANCIAL DETRIMENT. IT IS USUAL IN THIS BUSINESS THAT THE RECORD MANUFACTURER PAY FREE GOODS TO THE PUBLISHER, EITHER VOLUNTARILY OR BY AUDIT. THIS HAS NEVER HAPPENED. SINCE THE WRITER HAS NO CONTRACTUAL RELATIONSHIP TO THE RECORD MANUFACTURER, THE WRITER MAY ONLY ESTIMATE THE FINANCIAL LOSS HE HAS SUFFERED DUE TO THE UNWILLINGNESS OF THE PUBLISHER TO PERFORM HIS FUNCTION. WE HAVE ESTIMATED AN ADDITIONAL PERCENTAGE OF ROYALTIES PAID OR EARNED BY YOU. WE HAVE ESTIMATED THIS PERCENTAGE AS FOLLOWS:

| | |
|---|---|
| FREE GOODS | 20% OF AMOUNTS PAID OR EARNED |
| OTHER ITEMS | 10% OF AMOUNTS PAID OR EARNED |

THE OTHER ITEMS REFERRED TO ABOVE INCLUDE SCRAP SALES, EXCESSIVE PROMOTION, IMPROPER ALLOCATION OF RETURNS ETC.

THE AMOUNTS DUE ARE AS FOLLOWS:

| | |
|---|---|
| REPORTED PER STATEMENT | $57,411.68 |
| ADDITIONAL AMOUNT DUE (SCH. B) | 2,608.76 |
| AMOUNT DUE (SCH. C) | 12,550.46 |
| TOTAL | $72,570.90 |
| 30% | $21,771.27 |

THIS REPORT IS ONLY TENTATIVE BASED UPON THE MISSING INFORMATION AS LISTED PREVIOUSLY. DUE TO THIS FACTOR, INTEREST HAS NOT YET BEEN CALCULATED, WHICH, IN OUR OPINION, SHOULD BE DUE ON CERTAIN OF THE CLAIMS.

-5-

A SUMMARY OF OUR CLAIMS IS AS FOLLOWS:

```
SCH A - ARTIST ROYALTIES - PARLIAMENT              $ 148,513.49
TEXT     "       "       "    "       " - SHORTFALL   22,742.68
SCH B - WRITERS ROYALTIES RECEIVED                     2,608.76
SCH C - WRITERS ROYALTIES - TO MARCH 31,1980          12,550.46
SCH D - ARTIST ROYALTIES - FUNKADELIC                 43,932.23
SCH E - ARTIST ROYALTIES - ARISTA                     41,471.69
TEXT    WRITER ROYALTIES - FREE GOODS, ETC.           21,771.27
                                                   ------------
        TOTAL                                      $ 293,590.58
                                                   ============
```

RESPECTFULLY SUBMITTED,

*Herzog & Straus, CPA's*

HERZOG AND STRAUS
CERTIFIED PUBLIC ACCOUNTANTS

119-6

BERNIE WORRELL
AUDIT OF THANG, INC. & MALBIZ MUSIC INC.
SONG TITLES RECORDED

| | |
|---|---|
| 1  | Woo Together |
| 2  | Ill Be With You |
| 3  | Hold On |
| 4  | Much Thrust |
| 5  | Happy To Have |
| 6  | Insurance Man |
| 7  | Much Thrust - Reprise |
| 8  | Who Do You Love |
| 9  | You Know How To Do It |
| 10 | More Than Enough |
| 11 | For Now |
| 12 | When Your Love |
| 13 | Your booked |
| 14 | Spend A Little |
| 15 | Out of This Mutha |
| 16 | Dont Aim Thank Funk |

119-7

                                BERNIE WORRELL                    SCHEDULE A
                          AUDIT OF THANG, INC. &
                             MALBIZ MUSIC INC.
                        ROYALTIES DUE RE: PARLIAMENT

Royalty Income - Per Casablanca Statements

  6/30/76 - 12/30/79

| | |
|---|---:|
| Domestic | $ 2,161,322,20 |
| Foreign | 87,233.97 |
| Record Club | 12,878.23 |
| Other | (1,254.47) |
| Total | $ 2,260,179.93 |

B. Worrell Share:
  .0075 X 10% (or 7½%)

    Total Due      $ 169,513.49

Less: Est Cost of 7 albums

  40,000 X 7     $280,000.00

  Bernie Worrell Share - 7½%     $ 21,000.00

    Total Due      $ 148,513.49

SCHEDULE A

EXHIBIT 1

**BERNIE WORRELL**
*AUDIT OF THANG INC. & MALBIZ MUSIC INC.*
**PARLIAMENT**
*ARTIST STATEMENTS - CASABLANCA*
1/76 - 12/79

| | 12/79 | 6/79 | 12/78 | 6/78 | 12/77 | 6/77 | 12/76 | 6/76 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Regular Royalties | 254,511.11 | 109,938.58 | 309,300.42 | 320,086.88 | 227,851.71 | 242,160.32 | 385,986.29 | 311,486.89 | $2,161,322.20 |
| Foreign Royalty | 9,756.13 | 18,776.63 | 13,907.58 | 11,265.56 | 23,423.32 | 3,672.17 | 5,633.17 | 799.41 | 87,233.97 |
| Record Club | 1,631.76 | 1,900.47 | 3,241.28 | 1,667.19 | 2,386.49 | 1,867.61 | 183.43 | | 12,878.23 |
| Misc. | | | 3,671.93 | (4,926.40) | | | | | (1,254.47) |
| Total Royalty | 265,899.00 | 130,615.68 | 330,121.21 | 328,093.23 | 253,661.52 | 247,700.10 | 391,802.89 | 312,286.30 | $2,260,179.93 |
| Advances | (390,750.00) | (111,500.00) | (504,880.00) | (332,077.36) | (55,000.00) | (115,680.00) | (224,042.89) | (160,238.67) | 1,894,168.92 |
| Chargeable Costs | (3,304.51) | (5,299.45) | (1,558.75) | (13,521.12) | | (19,702.02) | (7,740.43) | (4,200.20) | 55,326.48 |
| Balance Forward | (175,080.16) | (188,896.39) | (12,578.85) | 198,661.52 | 112,318.08 | 108,615.57 | 147,847.43 | | |
| Royalty Payments | | | | (193,735.12) | (112,318.08) | (108,615.57) | (199,251.43) | | 613,920.20 |
| Balance | (303,235.67) | (175,080.16) | (188,896.39) | (12,578.85) | 198,661.62 | 112,318.08 | 108,615.57 | 147,847.43 | $2,563,415.60 |
| Late Adj. | | | | | (4,926.40) | | | | |
| Payment | | | | | 193,735.12 | | | | $ (303,235.67) |

BERNIE WORRELL
AUDIT OF THANG, INC. & MALBIZ MUSIC INC.    SCHEDULE B
AMOUNT DUE RE: WRITER ROYALTY STATEMENTS
INCEPTION TO 12/31/78

Income Recovered by Malbiz Music Inc.

| | Riks Writers Share | Col. Arista | Atlantic | Warners | WEA/ Canada | Total | Writers Share | B.Worrell Percentage | Due To B. Worrell | Paid To B.Worrell | Due To B.Worrell |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Children of Production | $ 6,525.66 | $ | $ | $ | $ | $ 6,525.66 | $ 6,525.66 | 33.3 | $ 2,175.00 | $2,151.34 | $ 23.66 |
| Chocaolate City | 3,620.09 | | | | | 3,620.09 | 3,620.09 | 25 | 905.02 | 722.24 | 182.78 |
| Dr. Flunkenstein | 15,483.08 | | | | | 15,483.08 | 15,483.08 | 33.3 | 5,160.51 | 5,095.22 | 65.29 |
| Everything I On The | 4,582.23 | | | | | 4,582.23 | 4,582.23 | 33.3 | 1,527.26 | 1,520.22 | 7.04 |
| Flashlight | 12,444.53 | | | | | 12,444.53 | 12,444.53 | 33.3 | 4,147.76 | 4,042.59 | 105.17 |
| Gamin On Ya | 6,167.17 | | | | | 6,167.17 | 6,167.17 | 33.3 | 2,055.52 | 2,034.85 | 20.67 |
| Gold On | | 886.43 | | | | 886.43 | 443.22 | 100 | 443.22 | - | 443.22 |
| Happy to Have | | 1,139.69 | | | | 1,139.69 | 569.85 | 50 | 284.93 | - | 284.93 |
| Grooveallegiana | | | | 13,505.65 | 65.50 | 13,571.25 | 10,178.44 | 25 | 2,544.61 | 2,539.11 | 5.50 |
| I Can Move | 452.04 | | | | | 452.04 | 452.04 | 25 | 113.01 | 106.50 | 6.51 |
| If It Dont Fit | 863.21 | | | | | 863.21 | 863.21 | 33.3 | 287.71 | 284.92 | 2.79 |
| Ill Be With You | | 1,139.69 | | | | 1,139.69 | 569.85 | 25 | 142.46 | - | 142.46 |
| Lunchmeatophopia | | | | 40,611.83 | 100.55 | 40,712.38 | 20,356.19 | 50 | 10,178.10 | 10,170.43 | 7.67 |
| Misunderstanding | 640.90 | | | | | 640.90 | 640.90 | 33.3 | 213.61 | 213.64 | (.03) |
| Mothership Conn | 14,346.31 | | | | | 14,346.31 | 14,346.31 | 33.3 | 4,781.63 | 4,976.78 | (195.15) |
| Mr. Wiggles | 6,855.43 | | | | | 6,855.43 | 6,855.43 | 25 | 1,713.86 | 1,713.86 | - |
| Much Thrust | | 839.94 | | | | 839.94 | 419.97 | 100 | 419.97 | - | 419.97 |
| Nappy | | 2,602.62 | | | 19.33 | 2,621.95 | 1,310.97 | 30 | 393.29 | 391.05 | 2.24 |
| P. Funk | 23,999.78 | | | | | 23,999.78 | 23,999.78 | 25 | 5,999.95 | 5,971.02 | 28.93 |
| Pleasure Principle | 860.48 | | | | | 860.48 | 860.48 | 33.3 | 286.80 | 286.79 | - |
| Prelude | 4,589.68 | | | | | 4,589.68 | 4,589.68 | 50 | 2,294.84 | 2,280.32 | 14.52 |
| Reprise-Much Thrust | | 696.47 | | | | 696.47 | 348.24 | 100 | 348.24 | - | 348.24 |
| Ride On | 1,231.78 | | | | | 1,231.78 | 1,231.78 | 25 | 307.95 | 302.06 | 5.89 |
| Sir Nose Devoida Funk | 13,800.84 | | | | | 13,800.84 | 13,800.84 | 33.3 | 4,599.82 | 4,504.95 | 94.87 |
| Star Chief(Moth.shp.Con) | 685.42 | | | | | 685.42 | 685.42 | 33.3 | 228.45 | - | 228.45 |
| Supergroovealistic | 9,449.83 | | | | | 9,449.83 | 9,449.83 | 25 | 2,362.46 | 2,353.04 | 9.42 |
| Swing Dwn Swt.Chariot | 9,657.14 | | | | | 9,657.14 | 9,657.14 | 33.3 | 3,218.72 | 3,153.35 | 65.37 |
| This Is The Way | 3,732.31 | | | | | 3,732.31 | 3,732.31 | 25 | 933.08 | 912.06 | 21.02 |
| Togher | 867.35 | | | | | 867.36 | 867.36 | 25 | 216.84 | 214.98 | 1.86 |
| Up for Down Stroke | 3,020.73 | | | | | 3,001.55 | 3,001.55 | 25 | 750.39 | 746.36 | 4.03 |
| Warship Touchante | | | 3,054.36 | | 24.19 | 3,078.55 | 1,539.28 | 50 | 769.64 | 510.03 | 259.61 |
| What Comes Funky | 863.17 | | | | | 863.17 | 863.17 | 25 | 215.79 | 213.96 | 1.83 |
| | | | | | | | | | | | $ 2,608.76 |

BERNIE WORRELL

AUDIT OF THANG INC.& MALBIZ MUSIC INC.

SONGWRITERS ROYALTIES FROM CASABLANCA TO 3/31/80

SCHEDULE C

PAGE 1

| | | Ricks Music Statements - Writers Share | | | | | Illegal Deductions | Total | B. Worrell Share |
|---|---|---|---|---|---|---|---|---|---|
| | | 3/31/80 | 12/31/79 | 9/30/79 | 6/30/79 | Total | | | |
| lescent Funk | 50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| rica Eats It Young | 33 1/3 | - | - | - | - | - | - | - | - |
| a Boogie | 33 1/3 | .25 | 9,797.02 | - | - | 9,797.27 | - | 9,797.27 | 1,632.91 |
| ance | 50 | - | - | - | - | - | - | - | - |
| ldren of Productions | 33 1/3 | 2.75 | 264.91 | 260.35 | 480.38 | 1,008.39 | - | 1,008.39 | 168.07 |
| That Stuff | 33 1/3 | 6.57 | 335.23 | 303.16 | 577.12 | 1,222.08 | - | 1,222.08 | 203.68 |
| Funkenstein | 33 1/3 | 9.24 | 827.51 | 748.73 | 1,574.16 | 3,159.64 | - | 3,159.64 | 526.62 |
| rybody is Going To Make It | 50 | - | - | - | - | - | - | - | - |
| rything Is On The One | 50 | (.46) | 64.88 | 48.18 | 54.36 | 166.96 | .46 | 167.42 | 41.86 |
| shlight | 33 1/3 | 1,361.01 | 26,189.71 | 2,722.64 | 4,490.42 | 34,763.78 | - | 34,763.78 | 5,794.08 |
| in On Ya | 33 1/3 | 1.93 | 250.68 | 221.41 | 447.74 | 921.76 | - | 921.76 | 153.63 |
| oveallegiance | 33 1/3 | - | - | - | - | - | - | - | - |
| icore Jollies | 50 | - | - | - | - | - | - | - | - |
| an Move If You Let Me | 25 | .32 | .14 | .74 | 2.20 | 3.40 | - | 3.40 | .43 |
| It Dont Fit, Dont Force It | 33 1/3 | (1.44) | 2.27 | (2.34) | - | (1.51) | 5.54 | 4.03 | .67 |
| You Got Funk You Got Style | 33 1/3 | - | - | - | - | - | - | - | - |
| ful Process | 50 | - | - | - | - | - | - | - | - |
| h Meat OPhobia | 50 | - | - | - | - | - | - | - | - |
| ership Conn. (Star Child) | 33 1/3 | 6.40 | 394.59 | 316.77 | 589.72 | 1,307.48 | - | 1,307.48 | 217.92 |
| Wiggles | 25 | 34.57 | 132.80 | 61.17 | 932.91 | 1,161.45 | - | 1,161.45 | 145.18 |
| y | 25 | - | - | - | - | - | - | - | - |
| nk | 33 1/3 | 8.31 | 684.76 | 371.57 | 701.24 | 1,765.88 | - | 1,765.88 | 294.32 |
| ude | 50 | (.68) | 64.88 | 48.18 | 55.72 | 168.10 | .68 | 168.78 | 42.20 |
| On | 25 | (1.34) | (1.10) | (2.70) | (.64) | (5.78) | 5.78 | - | - |
| Up | 25 | - | - | - | - | - | - | - | - |

| | | Ricks Music Statements - Writers Share | | | | | Illegal Deductions | Total | B. Worrell Share |
|---|---|---|---|---|---|---|---|---|---|
| | | 3/31/80 | 12/30/79 | 9/30/79 | 6/30/79 | Total | | | |
| of Armagedden | 25 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| hip Touchante | 33 1/3 | - | - | - | - | - | - | - | - |
| Comes Funky | 33 1/3 | - | - | - | .22 | .22 | - | .22 | .04 |
| Hit The Nail On The Head | 33 1/3 | - | - | - | - | - | - | - | - |
| sure Principle II | 33 1/3 | (20.10) | (40.73) | - | - | (60.83) | 60.83 | - | - |
| olate City | 25 | (1.30) | 2.83 | (.49) | .28 | 1.32 | 1.79 | 3.11 | .39 |
| nderstanding | 33 1/3 | (1.20) | (17.40) | (63.32) | (8.04) | (89.96) | 89.96 | - | - |
| sure Principle | 33 1/3 | (21.45) | (60.31) | (71.24) | (9.05) | (162.05) | 162.45 | .40 | .07 |
| Nose Douidafunk | 33 1/3 | 596.62 | 2,689.96 | 2,936.87 | 2,084.59 | 8,308.04 | - | 8,308.04 | 1,384.70 |
| r Groovalistic | 25 | 1.48 | 70.68 | 90.31 | 84.94 | 247.41 | - | 247.41 | 30.93 |
| g Down Sweet | 33 1/3 | 1,160.67 | 3,443.13 | 1,578.73 | 4,247.66 | 10,430.19 | - | 10,430.19 | 1,738.40 |
| Is The Way | 25 | 4.48 | 254.07 | 216.52 | 491.64 | 966.71 | - | 966.71 | 120.84 |
| her | 25 | (1.44) | 35.29 | (2.34) | .22 | 31.73 | 5.57 | 37.30 | 4.66 |
| or The Down Stroke | 25 | 3.30 | 356.46 | 10.66 | 20.44 | 390.86 | - | 390.86 | 48.86 |

Amount Due - Re: Casablanca Statements $ 12,550.46

FILED: NEW YORK COUNTY CLERK 05/10/2019 04:19 PM INDEX NO. 652872/2019
NYSCEF DOC. NO. 17 RECEIVED NYSCEF: 05/10/2019
Case 4:22-cv-11009-FKB-DRG ECF No. 134-4, PageID.4132 Filed 03/26/25 Page 14 of 17

BERNIE WORRELL                                              SCHEDULE D
AUDIT OF THANG INC. & MALBIZ MUSIC INC.
ROYALTIES DUE - RE FUNKADELIC

|  | Per Warner Bros Statements | | | | Total |
|---|---|---|---|---|---|
|  | 12/77 | 6/78 | 12/78 | | |
| Royalty-Domestic | $(13,075.69) | $(2,934.14) | $644,029.79 | $ | $628,019.96 |
| Escalation Clause | - | - | 57,385.48 | | 57,385.48 |
| Foreign | 1,135.34 | 805.50 | 250.75 | | 2,191.59 |
| Total | $(11,940.35) | $(2,128.64) | $701,666.02 | | $687,597.03 |
| Reserves Held | - | - | 61,827.27 | | 61,827.27 |
|  | $(11,940.35) | $(2,128.64) | $639,838.75 | | $625,769.76 |

B. Worrell Share                                                 7 ½ %

Amount Due                                                    $ 46,932.73

Less: Est. Cost of Album                      $40,000.00

     Bernie Worrell Share                                     $  3,000.00

Net Amount Due                                                $ 43,932.73

119-13

BERNIE WORRELL
AUDIT OF THANG INC. &
MALBIZ MUSIC INC.
ROYALTIES DUE - RE: ARISTA

SCHEDULE E

| | | |
|---|---:|---:|
| Advance Received on Signing | | $ 50,000.00 |
| Album Production Advance | | 65,000.00 |
| Total | | $ 115,000.00 |
| Cost of Album: | | |
|   Session Costs | $ 6,354.14 | |
|   Studio | 25,702.49 | |
| | | 32,056.63 |
| Shortfall | | 82,943.37 |
| 50% Due Bernie Worrell | | $ 41,471.69 |

119-14

**BERNIE WORRELL**
**AUDIT OF THANG INC. & MALBIZ MUSIC INC.**
**BERNIE WORRELL ALBUM STUDIO TIME**

SCHEDULE E
EXHIBIT 1

| Date | Ref | Vendor | TOTAL | B.WORRELL | Description |
|---|---|---|---|---|---|
| 8/28/78 | 33824 | United Sound | $ 460.32 | $ 460.32 | 2 Tk Editing-Bernies Album |
| 10/2 | 33334 | United Sound | 216.64 | 216.64 | 2 Tk Editing Insurance Man |
| 10/6 | 33366 | United Sound | 29.75 | 29.75 | Ship Take - Ins. Man |
| 9/6 | 33215 | United Sound | 28.00 | 28.00 | Ship Cassettes |
| 8/18 | 32884 | United Sound | 1,560.00 | 1,272.00 | Aphex #1-7 |
| 8/18 | 33831 | United Sound | 29.75 | 29.75 | Shipping for Master |
| 8/16 | 33819 | United Sound | 936.25 | 468.13 | Mixing #3 |
| 8/14 | 33806 | United Sound | 890.82 | 890.82 | Mixing #3 |
| 8/9 | 33179 | United Sound | 950.20 | 950.20 | Mix-Overdub #3 |
| 8/8 | 33176 | United Sound | 1,270.16 | 1,270.16 | Mix-Overdub #6 |
| 8/3 | 33159 | United Sound | 678.64 | 678.64 | Mix-Overdub #3 & 6 |
| 8/2 | 33153 | United Sound | 675.00 | 675.00 | Overdub #6 |
| 8/1 | 33146 | United Sound | 1,115.03 | 1,115.03 | Mix #1 #2 |
| 7/31 | 33131 | United Sound | 438.75 | 438.75 | Overdub #8 |
| 7/31 | 33130 | United Sound | 1,604.50 | 1,604.50 | Mix, Aphex 4,5,7 |
| 7/27 | 33117 | United Sound | 621.44 | 621.44 | Overdub & Cassette #5 |
| 7/28 | 33109 | United Sound | 1,034.38 | 1,034.38 | Overdub 2,5 |
| 7/27 | 33098 | United Sound | 786.88 | 786.88 | Overdub #6 |
| 6/28 | 33027 | United Sound | 1,188.75 | 1,188.75 | Overdub #8, % |
| 6/27 | 33026 | United Sound | 1,253.75 | 998.75 | Overdub #5 |
| 6/23 | 33012 | United Sound | 958.13 | 958.13 | Overdub #5 |
| 6/21 | 33001 | United Sound | 1,061.25 | 530.63 | Overdub #1 |
| 6/21 | 33002 | United Sound | 1,034.00 | 258.50 | Overdub #3 |
| 4/18 | 32739 | United Sound | 120.00 | 120.00 | Overdub #8 |
| 4/2 | 32727 | United Sound | 1,057.28 | 1,057.28 | Vocals #5 |
| 4/11 | 32730 | United Sound | 854.78 | 854.78 | Vocals #8 |
| 3/9 | 32596 | United Sound | 1,420.82 | 1,420.82 | Rhythm Tracks #9,10,11 |
| 6/2 | 32879 | United Sound | 1,264.78 | 402.50 | Overdub Moog.#4 |
| 2/21 | 32528 | United Sound | 1,568.53 | 547.50 | Overdub #8 |
| 2/9 | 32472 | United Sound | 650.40 | 216.80 | Strings #8,12,13,14 |
| 1/24 | 32402 | United Sound | 403.64 | 134.54 | #15 |
| 1/11 | 32338 | United Sound | 1,509.03 | 1,509.03 | Rhythm Tracks #8,14,16 |
| 1/6 | 32320 | United Sound | 1,642.32 | 1,642.32 | Rhythm Tracks #3,2,Overdub #15 |
| 1/4 | 32307 | United Sound | 917.78 | 917.78 | Rhythm Tracks #1,4,5 |
| | | D.Van De Ritte | 946.00 | 374.00 | |
| | | | | $ 25,702.50 | |

*SCHEDULE E*
*EXHIBIT 2*

|        |        | Total    | B. Worrell |           |
|--------|--------|----------|------------|-----------|
| 1/5/78 | 321579 | 819.60   | 819.60     | # 1,4,5   |
| 1/2    | 321557 | 819.60   | 819.60     | # 2,3     |
| 1/11   | 321559 | 1,639.20 | 819.60     | # 14,8,6  |
| 2/13   | 321867 | 4,377.61 | 1,459.20   | # 1       |
| 2/13   | 321866 | 4,576.40 | 1,525.47   | #8        |
|        |        | 1,366.00 | 910.67     |           |
|        | Total  |          | 6,354.14   |           |

119-16