# EXHIBIT F

Michael Rosenfeld
April 11, 1980
Page - 3 -

    15) Brotherhood Attractions - Negotiation of settlement in connection with the failure to perform a personal appearance date; preparation of settlement agreements; telephone conferences; correspondence -- 10 hours at $125.00 -- $1,250.00.

    16) Bernie Worrell - Negotiation of new agreement between Bernie Worrell and Thang; personal conferences with Judy Worrell, attorney for Bernie Worrell and client; correspondence -- 7 hours at $125.00 -- $875.00.

    17) Mario Medius - Negotiation of settlement agreement in connection with claim of fees due Medius; telephone conferences and correspondence -- 5 hours at $125.00 -- $625.00.

    18) Southwest Leasing - Negotiation of settlement of claim for sums due on the lease of cars -- 3 hours at $125.00 -- $375.00.

    19) Veterans Administration - Negotiation with Veterans Administration in connection with loan on Newark property owned by George Clinton to prevent foreclosure; telephone conferences with VA and client; correspondence -- 3 hours at $125.00 -- $375.00.

    20) George Clinton, III -w- BMI - Affiliation of George Clinton, III with BMI and the securing of an advance; correspondence, telephone conferences -- 2 hours at $125.00 -- $250.00.

    21) Formation of Uncle Jam Records and Tapes -- $750.00.

    22) International Creative Management - Review of new agency agreements for George Clinton; telephone conferences and personal conferences with client -- 6 hours at $125.00 -- $750.00.

    23) Steve Klein - Lawsuit against Thang Inc. in connection with an automobile accident; telephone conferences; correspondence -- 4 hours at $125.00 -- $500.00.

    24) Leber-Krebs Management - Negotiation of extension of management agreement; preparation of documents; personal conferences and telephone conferences with management and client -- 8 hours at $125.00 -- $1,000.00.

000017

3 OF EXHIBIT "4"

GC-FM 033849