# EXHIBIT G

| CHECK # | DATE | PAYABLE TO | REASON | AMOUNT |
|---|---|---|---|---|
| 1427 | 9-21-79 | Donald & Goldie Marrs | Mortgage payment | $ 3,469.56 |
| 1428 | 9-21-79 | Mich. Bell | Tele. Bill | $ 416.86 |
| 1429 | 9-21-79 | Julious Keeton | | $ 300.00 |
| 1430 | 9-21-79 | Boonton Twp. Tax | Taxes on Property | $ 796.29 |
| 1431 | 9-21-79 | New Jersey Bell | Boonton Property | $ 263.48 |
| 1432 | 9-21-79 | Garry Shider | Session Advance | $ 400.00 |
| 1433 | 9-21-79 | George Clinton | Expenses | $ 500.00 |
| 1434 | 9-21-79 | Bob DeDeckere | Payroll | $ 300.00 |
| 1435 | 9-21-79 | Lease Car Of Am. | Toyota and Cadillac | $ 1,266.72 |
| 1438 | 9-21-79 | Michael Hampton | Session Advance | $ 300.00 |
| 1439 | 9-21-79 | Garry Shider | Loan to G. Clinton | $ 170.00 |
| 1440 | 9-24-79 | George Clinton | Expenses | $ 350.00 |
| 1441 | 9-24-79 | Wonderland Music | Guitar Rental/Tracey | $ 250.00 |
| 1442 | 9-24-79 | Ray Davis | Session Advance | $ 100.00 |
| 1443 | 9-25-79 | Bob DeDeckere | Expenses for New York | $ 600.00 |
| 1444 | 9-26-79 | Rudy Robinson | Arrangements/Jessica | $ 400.00 |
| 1445 | 9-26-79 | Bob DeDeckere | P-Funk Equipment | $ 4,500.00 |
| 1446 | 9-26-79 | Jeanette McGruder | Session Advance | $ 500.00 |
| 1447 | 9-26-79 | Sheila Horn | Session Advance | $ 500.00 |
| 1448 | 9-26-79 | Michael Payne | Session Advance | $ 100.00 |
| 1449 | 9-26-79 | Garry Shider | Session Advance | $ 1,000.00 |
| 1450 | 9-26-79 | Andre Williams | Session Advance | $ 100.00 |
| 1451 | 9-26-79 | Dawn Silva | Session Advance | $ 1,000.00 |
| 1452 | 9-26-79 | Michael Hampton | Session Advance | $ 600.00 |
| 1453 | 9-26-79 | Ray Davis | Session Advance | $ 600.00 |
| 1454 | 9-26-79 | Robert Johnson | Session Advance | $ 500.00 |
| 1455 | 9-26-79 | Shirley Hayden | Session Advance | $ 300.00 |
| 1456 | 9-26-79 | Janice Evans | Session Advance | $ 300.00 |
| 1457 | 9-27-79 | City of Southfield | Taxes C[illegible]Cty. School | $ 366.00 |
| 1458 | 9-27-79 | Hamilton Miller | Air Fa[illegible] G. Cooper | $ 106.00 |
| 1459 | 9-27-79 | G. Bernie Worrell | Salary Advance Pymt. | $ 3,000.00 |
| 1460 | 9-27-79 | Jeanette Washington | Session Advance | $ 300.00 |
| 1462 | 9-27-79 | Jerome Rogers | Session Advance | $ 100.00 |
| 1463 | 9-27-79 | Archie Ivy | Payroll for L.A. | $ 2,955.29 |
| 1464 | 9-27-79 | Bob Bishop | Payro[illegible] | $ 350.00 |
| 1465 | 9-27-79 | Charles Bishop | Payroll | $ 414.00 |
| 1466 | 9-27-79 | Bob Clark Agency | Truck Ins. | $ 773.00 |
| 1467 | 9-27-79 | Erie Cty. Auto | | $ 455.00 |
| 1468 | 9-26-79 | Stephanie Goshorn | Expenses | $ 600.00 |
| 1469 | 9-26-79 | George Clinton | Recording Expenses | $ 3,500.00 |
| 1470 | 9-27-79 | George Clinton | Re-imbursement/Jessica | $ 1,000.00 |
| 1471 | 9-27-79 | Int. Trucks | | $ 800.00 |
| 1472 | 9-27-79 | Clark Transfer | | $ 7,000.00 |
| 1473 | 9-28-79 | Leslie Vocin[illegible] | Payroll | $ 148.25 |
| 1474 | 9-28-79 | Ronald Dunbar | Payroll | $ 436.14 |
| 1475 | 9-28-79 | Manufacturers | Wire x-fer/Carol | $ 1,004.00 |
| 1476 | 9-28-70 | Cash | Russell Driver/Exp. | $ 600.00 |
| 1477 | 9-28-79 | Liz Bishop | Salary | $ 400.00 |
| 1478 | 9-28-79 | Dewayne McKnight | Session Advance | $ 1,000.00 |
| 1479 | 9-28-79 | Tyrone Lampkin | Session Advance | $ 600.00 |
| 1480 | 9-28-79 | Joel Johnson | Session Advance | $ 230.00 |
| 1481 | 9-29-79 | Paul's Trans. | Repair on van | $ 94.99 |
| 1482 | 9-28-79 | Secretary of State | License Plates/van | $ 55.19 |
| 1483 | | | Blank Check | |
| 1484 | 9-28-79 | Allstate Ins. Co. | Ins. on van | $ 462.00 |
| 1485 | | Pacific telephone | Tele. Bill | $ 2,443.95 |
| 1486 | 9-28-79 | Prudential Ins. Co. | G. Clinton Acct. | $ 77.00 |
| 1487 | 9-28-79 | Suburban Propane | Fuel | $ 85.39 |

CONFIDENTIAL

| CHECK # | DATE | PAYABLE TO | REASON | AMOUNT |
|---|---|---|---|---|
| 1630 | 11-16-79 | Janice Evans | Session Adv. | $ 250.00 |
| 1631 | 11-16-79 | Donnie Sterling | Session/writer adv. | $ 227.00 |
| 1632 | 11-16-79 | Dwight Smith | payment | $ 500.00 |
| 1633 | 11-16-79 | Andre Williams | Drive Van | $ 80.00 |
| 1634 | 11-16-79 | Elizabeth Bishop | Wkly. payment | $ 200.00 |
| 1635 | 11-16-79 | Carol Clinton | Wkly. Pymt. | $ 500.00 |
| 1636 | 11-16-79 | Detroit Edison | Ele. Bill | $ 57.31 |
| 1637 | 11-16-79 | Helen Babikian | Ne Ne Rent | $ 1,000.00 |
| 1638 | 11-16-79 | Vart Travel | P-Funk Travel | $ 1,341.00 |
| 1639 | 11-16-79 | United Sound | Recording Exp. | $35,000.00 |
| 1640 | 11-16-79 | Thang Inc. | Payroll Acct. | $ 5,000.00 |
| 1641 | 11-16-79 | Gordon Carlton | Session Adv./Parl. | $ 127.00 |
| 1642 | 11-16-79 | PCI Recording | Recording Exp. | $ 831.25 |
| 1643 | 11-16-79 | Leslie Vocino | Royalty Adv./Roch. | $ 300.00 |
| 1644 | 11-19-79 | Heritage Travel | Air Fare | $ 652.00 |
| 1645 | 11-19-79 | Robert Johnson | Royalty Adv. | $ 150.00 |
| 1646 | 11-19-79 | Crystal House | Housing P-funk | $ 693.19 |
| 1647 | 11-19-79 | Dwight Smith | Consultant Fees | $ 494.00 |
| 1648 | 11-19-79 | Stephanie Goshorn | Miami Exp. | $ 1,000.00 |
| 1649 | 11-20-79 | S. Goshorn | Ln. Pymt. | $ 5,000.00 |
| 1650 | 11-20-79 | Crystal House | Housing | $ 916.73 |
| 1651 | 11-20-79 | Andre Williams | A & R Exp. R. Dunbar | $ 500.00 |
| 1652 | 11-26-79 | Sea Sprit | Boat Rental | $ 1,500.00 |
| 1653 | 11-26-79 | Heritage Travel | Travel- Montes/Ivy | $ 668.00 |
| 1654 | 11-23-79 | Donnie Sterling | Session Disbursment | $ 652.15 |
| 1655 | 11-20-79 | Andre Williams | Driving Van | $ 100.00 |
| 1656 | 11-21-79 | Bernie Worrell | Payroll | $ 1,200.00 |
| 1657 | 11-21-79 | Maceo Parker | Payroll | $ 1,200.00 |
| 1658 | 11-21-79 | Craig Bryant | Payroll | $ 450.00 |

IMPORTANT INFORMATION ON THE REVERSE SIDE OF THIS FORM. PRESS FIRMLY - PRINT CLEARLY.

western union

# TELEGRAPHIC MONEY ORDER RECEIPT

PAYMENT IN THE AMOUNT OF $ 2035.35 RECEIVED

[illegible signature]

SIGNED

| SENDING DATA | CLASS TYPE | OFFICE | WORD COUNT | DATE AND FILING TIME | CLERKS INIT. AND ACCTG. INFORMATION |
|---|---|---|---|---|---|
| | | [illegible] | | [illegible] | [illegible] 31 |
| | MOD [illegible] | 96 743 36= | | PLAIN [illegible] | |

| $ | AMT. | 2000 |
|---|---|---|
| | FEE | 35 35 |
| S | TOLLS | |
| | RP MGM | |
| E | TAX | |
| | TOTAL | 2035 35 |

DO NOT WRITE ABOVE THIS LINE

PAY AMOUNT: Two Thousand [illegible] /100 DOLLARS ($2000) FIGURES

TO: [illegible]

TEST QUESTION: = REPORT PAYMENT BY MAILGRAM (ADDITIONAL CHARGE) YES ☐ NO ☐ CAU OR VIG =

STREET ADDRESS AND APT. NUMBER: 753 1573 =

SENDER'S NAME: [illegible] CITY: [illegible] TELEPHONE NO. [illegible] =

SENDER'S STREET ADDRESS AND APT. NO.: [illegible] STATE: [illegible] ZIP: =

MESSAGE: CITY: [illegible] (IF REPORT PAYMENT REQUESTED) STATE: [illegible] ZIP: [illegible] =

EOM ( (SENDER'S NAME) / (ADDRESS) / (CITY-STATE-ZIP) = MOD =

( CS) . X-OFF

[illegible]

(TELEPHONE NO.)

● Unless signed below the Telegraph Company is directed to pay this money order at my risk to such person as its paying agent believes to be the above named payee, personal identification being waived. Foreign money orders excepted.

W.U. 72 (R12-77)

GCTHANG00248

#7

Dec 17 1979 No.

Received of Joe Miller (Thang Inc)

$100.00 DOLLARS

For Advance

Previous Balance $

Amount Paid $

Balance Due $

B. WORRELL

By B. Worrell

ERASE-PROOF

RECEIPT Date 2/4 1979 No 2448

Received From BONNIE WORRELL

Address ADVANCE (ROYALTIES) 500

NET P/K W/E 1/28 250 Dollars $1000—

For ✓ ✓ W/E 2/4 250

1000

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

By Bernie Worrell

BK 816 Rediform

RECEIPT Date 3/2 1979 No 2604

Received From BONNIE WARRELL

Address

Dollars $500—

For NET P/K W/E 2/25/79

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

By B. Worrell

BK 816 Rediform

RECEIPT Date 3/11 1979 No 2687

Received From BONNIE WARRELL

Address

Dollars $500—

For NET P/K W/E 3/11

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

By Bernie Worrell

BK 816 Rediform

NO. ______

July 3 1979

RECEIVED FROM B. Worrell

50 xx/100 DOLLARS

Advance For Travel

Account Total $ ______

Amount Paid $ ______

Balance Due $ ______

B. Worrell

"THE EFFICIENCY LINE" AN AMPAD PRODUCT

DATE 1/5 1977 NO. 3649

RECEIVED OF Bernie Worrell

ADDRESS

Advance Against $150.–

FOR Royalties

HOW PAID

BALANCE DUE

BY B. Worrell

8K820 Rediform

(1)

DATE: 5-6-77

[illegible] 14

REC'D FROM: THANG, INC.

AMOUNT: $ 500.00

FOR: Session advance

SIGNED: B. Worrell

15

DATE: 2-23

REC'D FROM: THANG, INC.

AMOUNT: $ 500.00

FOR: Sessions L.A.

SIGNED: Bernie Worrell

FORM P-874 (GREEN) P-874-B (BUFF) 6-78

Bernie Worrell
Payments From Thang

| | Initials | Date | Reference |
|---|---|---|---|
| Prepared by | | | |
| Checked by | | | |
| Approved by | | | |

| Line No. | Description | (3) | (4) | | Pers. Account Deposits | (9) |
|---|---|---|---|---|---|---|
| 1 | Summary of Amounts Received | | | | | |
| 2 | | | | | Personal Account Deposits | |
| 3 | Per Malbiz Statements | | | | | |
| 4 | 1976: | | | | Apr 77 | 6000 - |
| 5 | 8/25 | 7000 - | | | Dec 77 | 200 - |
| 6 | 9/30 | 2000 | | | ✓ ✓ | 800 - |
| 7 | 11/13 | 3000 - | | | ✓ ✓ | 2000 - |
| 8 | | | | | ✓ ✓ | 2000 - |
| 9 | | | 12000 - | (A) | Sept 79 | 3000 - |
| 9 | 1978 | | | | | |
| 10 | Per Schedule Attached To Malbiz Statements | | 34670 - | (A) | | 14000 - |
| 12 | 6/30/79 Royalty Statement | | 10342 - | (A) | | |
| 15 | Deposits To Beyond: | | 36800 - | | | |
| 17 | Deposits To Personal Acct. | | 14000 - | | | |
| 19 | Advances Re: Salary - | | | | | |
| 20 | $400 Per Week - Jan 1979 - To 9/30/80 | | | | | |
| 21 | (52 + 39 WKS) = 91 WKS | | 36400 | | | |
| 24 | Total | | 144812 - | | | |
| 26 | Less: | | | | | |
| 27 | (A) Receipts ~~taken~~ paying royalty statements for which Thang was given credit in audit (~~to~~ claim was made for writer royalties prior to 12/31/79 only for unpaid portion of $2,108.76 | | | | | |
| 32 | | | 57412 - | | | |
| 34 | Amount credited towards claim | | $ 87200 - | | | |

Non-recoupable payments rec'd:
(1) $800 per week X 91 WKS = $72,800
(2) MISC AFM PAYMENTS

1-79 - 9/80 - 400 period
36400

GCTHANG00234

FORM P-874 (GREEN) P-874-B (BUFF) 6-78

Bernie Worrell

Deposits - Bezeh Music

| | PREPARED BY | CHECKED BY | APPROVED BY |
|---|---|---|---|
| INITIALS | | | |
| DATE | | | |
| REFERENCE | | | |

| LINE NO. | Date | Description | (1) | (2) | (3) Bridgeport Music | (4) Credits To MAXON | (5) Salary | (6) Advance | (7) Bank Error | (8) | (9) | (10) Advances Thang | (11) | (12) | (13) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1976 | | | | | | | | | | | | | | |
| 1 | Jan | Thang | 10000- | | | | | | | | | 10000- | | | |
| 3 | 1977 | | | | | | | | | | | | | | |
| 4 | June | Bridgeport Music | 2457.83 | | 2457.83 | | | | | | | | | | |
| 5 | July | | 8000- | | | | | | | | | 8000- (A) | | | |
| 6 | 1978 | | | | | | | | | | | | | | |
| 7 | Oct. | Arista | 20000- | | | 20000- | | | | | | | | | |
| 8 | 1979 | | | | | | | | | | | | | | |
| 9 | June | | 8000- | | | | | | | | | 8000- | | | |
| 10 | Nov | | 10742- | | | 10742- | | | | | | | | | |
| 11 | 1980 | | | | | | | | | | | | | | |
| 12 | Jan 27 | | 12000- | | | | 800- | 400- | 10800- | | | | | | |
| 13 | Apr 25 | Bank Salary | 2000- | | | | 2000 | | | | | | | | |
| 14 | June 6 | ✓ ✓ | 4000- | | | | 4000 | | | | | | | | |
| 18 | | Totals | 77199.83 | | 2457.83 | 30742- | 6800- | 400- | 10800- | | | 26000- | | | |
| 25 | Summary | | | | | | | | | | | | | | |
| 26 | | Advances from Thang | | | | | | | | | | | | | |
| 27 | | Total | 26000- | | | | | | | | | | | | |
| 28 | | Bank Error | 10800- | | | | | | | | | | | | |
| 29 | | | 36800- | | | | | | | | | | | | |