# EXHIBIT J

| Album | Artist | Year | Copyright | Claimant | Registration Date |
|---|---|---|---|---|---|
| Chocolate City | Parliament | 1975 | N00000022497 (RE0000887750) | UMG Recordings, Inc. (PWH) (Casablanca Records, Inc.) | 3/12/1975 |
| Live (P. Funk Earth Tour) | Parliament | 1977 | N00000042007 (RE0000926327) | UMG Recordings, Inc. (PWH) | 3/28/1977 |
| Bootsy? Player Of The Year | Bootsy's Rubber Band | 1978 | SR0000000240 | Warner Brothers Records, Inc. | 2/28/1978 |
| Funkentelechy vs. The Placebo Syndrome | Parliament | 1977 | SR0000002190 | Casablanca Record and FilmWorks, Inc. | 3/13/1978 |
| Pleasure Principle | Parlet | 1978 | SR0000003085 | Casablanca Record and FilmWorks, Inc. | 3/31/1978 |
| Funk or Walk | Brides of Funkenstein | 1978 | SR0000004141 | Atlantic Recording Corporation | 11/2/1978 |
| All The Woo In The World | Bernie Worrell | 1978 | SR0000006372 | Arista Records, Inc. | 1/10/1979 |
| Motor Booty Affair | Parliament | 1978 | SR0000005450 | Casablanca Record and FilmWorks, Inc. | 1/15/1979 |
| This Boot Is Made For Fonk-n | Bootsy's Rubber Band | 1979 | SR0000010778 | Warner Brothers Records, Inc. | 6/27/1979 |
| One Nation Under A Groove | Funkadelic | 1978 | SR0000013099 | Warner Brothers Records, Inc | 8/20/1979 |
| Uncle Jam Wants You | Funkadelic | 1979 | SR0000013919 | Warner Brothers Records, Inc. | 10/5/1979 |
| Trombipulation | Parliament | 1980 | SR0000023140 | Casablanca Record & FilmWorks | 12/29/1980 |
| The Electric Spanking of War Babies | Funkadelic | 1981 | SR0000029223 | Warner Brothers Records, Inc. | 8/18/1981 |
| America Eats Its Young | Funkadelic | 1972 | SR0000138278 | Westbound Records, Inc. | 2/7/1992 |
| Tales of Kidd Funkadelic | Funkadelic | 1976 | SR0000138490 | Westbound Records, Inc. | 2/7/1992 |
| Let's Take It To The Stage | Funkadelic | 1975 | SR0000142111 | Westbound Records, Inc. | 5/15/1992 |
| Maggot Brain | Funkadelic | 1971 | PA0001053066 | Bridgeport Music, Inc. | 6/12/1998 |
| Cosmic Slop | Funkadelic | 1973 | SR0000318917 | Westbound Records WB 2022 | 2/13/2002 |
| Standing On The Verge Of Getting It On | Funkadelic | 1974 | SR0000318918 | Westbound Records, Inc. | 2/13/2002 |
| Mothership Connection | Parliament | 1975 | N00000030292 (RE0000888667) | UMG Recordings, Inc. (PWH) | 12/5/2003 |
| Finest (compilation album) | Funkadelic | 1997 | | | |