# EXHIBIT M



https://www.youtube.com/watch?v=ztSMeB-Gmug