# EXHIBIT Q

10/02/1995 05:37 90875F ˜1 WORRELL PAGE 02

OCT-02-1995 14:09 P.01

```
 1   ROBERT H. THAU (CBN 36203)
     JEFFREY I. ABRAMS (CBN 162735)
 2   ROSENFELD, MEYER & SUSMAN
     9601 Wilshire Boulevard
 3   Fourth Floor
     Beverly Hills, California 90210-5288
 4   Telephone: (310) 858-7700

 5   SAMUEL E. KRAMER
     225 Broadway, Suite 3300
 6   New York, New York 10007

 7   Attorneys for TERCER MUNDO, INC.

 8

 9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13   TERCER MUNDO, INC.        )   Case Nos. CV-93-04106 R
                               )             CV-92-2685 R
14             Plaintiff,      )
                               )   DECLARATION OF G. BERNARD
15   vs.                       )   WORRELL IN SUPPORT OF
                               )   PLAINTIFF'S OPPOSITION TO
16   ARMEN BOLADIAN; BRIDGEPORT)   DEFENDANTS' MOTION TO APPOINT
     MUSIC, INC.; WESTBOUND RECORDS, ) SPECIAL MASTER
17   INC.; and JANE PETERER    )
                               )   DATE:  October 16, 1995
18             Defendants.     )   TIME:  10:00 a.m.
                               )   CRTRM: Courtroom No. 8,
19                             )          312 N. Spring Street
                               )          Los Angeles, CA
20                             )          Hon. Manuel L. Real
                               )
21                             )
                               )
22                             )
```

I, G. BERNARD WORRELL, JR. declare as follows:

1. I am one of the principal songwriters of certain of the musical compositions contained in the Malbis Catalog which is at issue in this litigation.

10/02/1995 05:37 90875\* \*1 WORRELL PAGE 03

OCT-02-1995 14:10 P.02

2. I am informed that the defendants in this action, Armen Boladian ("Boladian"), Bridgeport Music, Inc. ("Bridgeport"), Nine Records, Inc. ("Nine"), Westbound Music, Inc. ("Westbound") and Jane Peterer ("Peterer") (collectively, "Defendants"), have filed a motion to appoint a Special Master, and that this motion is based, in part, upon Defendants' stated desire to ensure that the songwriters receive the royalty payments they are owed.

3. I am opposed to the appointment of a Special Master at this time. Although Defendants have never provided me with a proper accounting of the royalties which I am owed nor made proper payment to me of those royalties, I am nevertheless opposed to the appointment of a Special Master at this time. I believe that the best way to ensure that I will eventually receive the royalties I am owed is to await the trial of this lawsuit on December 5, 1995.

4. I am also opposed to the appointment of a Special Master where Jane Peterer would continue to have significant day-to-day responsibilities for the administration of the Malbiz Catalog. Ms. Peterer is a named defendant in this lawsuit, and I am informed that she has also been named as a defendant in a lawsuit recently filed by Warner/Chappell Music, Inc. Moreover, I am informed that in the interpleader action brought by Priority Records, Inc. in the Southern District of New York, Judge McKenna has ruled that Ms. Peterer filed a materially altered document with the U.S. Copyright Office. Further, Ms. Peterer has been principally responsible for the administration of the Malbiz Catalog during the time period I have received insufficient accounting and royalty payments.

5. I am also opposed to the appointment of a Special Master where Bridgeport, the company which has failed to properly render

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN

2

GCTHANG03907

14

10/02/1995  05:37   90875'  `1          WORRELL                    PAGE 01

01/31/1996  21:59   5267227             BOOTZILLA PROD             PAGE 01
                                        WORRELL

OCT-02-1995                                                         P.03

1  accountings and royalty payments to me, would continue to receive
2  monies from the record companies which are currently making
3  payments to Bridgeport related to the Malbiz Catalog.
4    I declare under penalty of perjury under the laws of the
5  United States of America that the above is true and correct.
6    Executed this __2__ day of __Oct.__, 1995 in __Plainfield__, __N.J.__
                   (Date)      (Month)              (City)       (State)

*G. Bernard Worrell, Jr.*
G. BERNARD WORRELL, JR.

GCTHANG03908