## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ESTATE OF GEORGE BERNARD
WORRELL, JR.,

    Plaintiff,

vs.

THANG, INC. and
GEORGE CLINTON,

    Defendants.

Case No. 4:22-cv-11009-FKB-DRG
District Judge F. Kay Behm
Magistrate Judge David R. Grand

## INDEX OF EXHIBITS TO
## PLAINTIFF'S MOTION TO COMPEL DEFENDANTS
## TO PAY PLAINTIFF'S EXPERTS FOR DEPOSITIONS NOTICED
## AND TAKEN BY DEFENDANTS

1. 4-24-25 to 5-30-25 E-mail chain

2. 3-20-25 E-mail

3. Alan Elliott Invoice and email

4. Excerpt of Bob Kohn 11-15-24 Expert Witness Report

5. Excerpt of Dr. Ellen Exner, PhD 11-15-24 Expert Witness Report

6. Excerpt of Alan Elliott 1-6-25 Rebuttal Report