# EXHIBIT 3

| | |
|---|---|
| **From:** | James Allen |
| **To:** | Daniel D. Quick |
| **Cc:** | Peter Doyle |
| **Subject:** | FW: invoice |
| **Date:** | Friday, March 21, 2025 1:14:24 PM |
| **Attachments:** | james allen invoice 032125.pdf |



Attached is Alan Elliott's invoice.  Please advise of any issues.  Otherwise, I will assume you will render payment.



alan elliott
al's records and tapes
1633 north stanley avenue
los angeles, ca  90046
323.988.9692
e-mail: alan@alanelliott.net

## Invoice

3.21.25

ATTENTION:
Attention: Daniel D. Quick
Dickinson Wright
2600 West Big Beaver
Suite 300
Troy, MI 48084-3312
Date: 3/21/25

Project Title: Estate of George Bernard Worrell, Jr. vs. THANG, INC., George Clinton, etc.
Project Description: Expert Witness Deposition
Invoice Number: 2025.03
Terms: Upon Receipt

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| Deposition (03/2025) | 3 | $ 1000 | $1000 |
| | | Total | $3,000 |