# EXHIBIT 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ESTATE OF GEORGE BERNARD WORRELL, JR., | |
| | Case No. 4:22 cv 11009 |
| *Plaintiff*, | Hon. Shalina D. Kumar |
| | Hon. Mag. David R. Grand |
| v. | |
| THANG, INC., GEORGE CLINTON, SONY MUSIC ENTERTAINMENT, UNIVERSAL MUSIC GROUP, WARNER BROTHERS RECORDS, HDH RECORDS, WESTBOUND RECORDS, AND SOUNDEXCHANGE, INC. | |
| *Defendants*. | |

## EXPERT WITNESS REPORT OF

## BOB KOHN

**NOVEMBER 15, 2024**

- Portions of the depositions in taken in this case, including Mr. Clinton and Ms. Worrell, and exhibits thereto.
- Responses to discovery requests.
- *Kohn On Music Licensing*, 5th Edition (Wolters Kluwer, 2019)
- *Kohn On Music Licensing*, 4th Edition (Wolters Kluwer, 2010)
- *Kohn On Music Licensing*, 3rd Edition (Wolters Kluwer, 2002)
- *Kohn On Music Licensing*, 2nd Edition (Aspen Law & Business, 1996)
- *Kohn On Music Licensing,* 1st Edition ("The Art of Music Licensing") (Prentice Hall Law & Business, 1992)
- Other documents produced in this action, as well as and other data or information cited or referred to in the body of this report.

## XI. Expert Witness Fee

122. My fees for services rendered as an expert witness in this case are $875.00 per hour, except that the hour rate for deposition and trial testimony is $975.00 per hour.

## XII. Intended Trial Exhibits and Supplementation

123. At trial, I reserve the right to use all materials considered in preparing this report, including without limitation the materials set forth in the foregoing sections. I understand that additional reports and depositions of experts and other witnesses may be conducted in this matter. I plan on reviewing their deposition transcripts when they become available and reserve the right to supplement or amend this report after such review. Finally, I reserve the right to supplement or modify this report and the opinions expressed based upon additional facts, documents, or other materials that may be brought to my attention.