# EXHIBIT  6

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ESTATE OF GEORGE BERNARD WORRELL, JR.,

   Plaintiff,

v.

THANG, INC., and GEORGE CLINTON,

   Defendants.

Case No. 4:22-cv-11009

District Judge F. Kay Behm

Magistrate Judge David R. Grand

_____/

## Rebuttal Report of Alan Elliott

## January 6, 2025

themselves. And in the case of Parliament-Funkadelic, George Clinton is undeniably the 'artist,' the driving force behind the music.

52.    It's also crucial to recognize that the 'artist' role extends beyond the creative realm. As the years have passed, George Clinton has borne sole responsibility for the business decisions and legal obligations of Parliament-Funkadelic. From recapturing master recordings to navigating lawsuits, these burdens fall squarely on Clinton's shoulders. This reinforces the distinction between the 'artist' who owns and controls the creative vision and the 'sidemen' who contribute their talents within that framework.

## ADDITIONAL DISCLOSURES

53.    In the previous 10 years, I have authored the following publications:

Remembering Tom Luddy: Benevolent Wizard Of The Telluride Film Festival, Collaborator With Agnès Varda And Comrade In Arms By Alan Elliott, https://deadline.com/2023/02/tom-luddy-telluride-film-festival-1235265325/.

I also created the 2018 film "Amazing Grace".

54.    In the previous 4 years, I have not testified as an expert at trial or by deposition in any other cases.

55.    I am providing this testimony voluntarily. I believe the work of George Clinton is important to the culture and history of mankind. His transformative vision and execution of that vision is important to the world and that is why I have become a devotee and expert on George Clinton.

*Signature on following page*