AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Estate of George Bernard Worrell, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  4:22-cv-11009-FKB-DRG |
| Thang, Inc. and George Clinton | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Thang, Inc. and George Clinton.

Date:   07/25/2025

/s/ Erik Scharf
*Attorney's signature*

Erik Scharf 0195774
*Printed name and bar number*

The Scharf Appellate Group
1395 Brickell Avenue
Suite 800
Miami, Florida 33131
*Address*

erik@appealsgroup.com
*E-mail address*

(786) 382-7611
*Telephone number*

(000) 000-0000
*FAX number*