**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| ESTATE OF GEORGE BERNARD WORRELL, JR., | Case No. 4:22-cv-11009 |
| Plaintiff, | District Judge F. Kay Behm |
| v. | Magistrate Judge David R. Grand |
| THANG, INC., and GEORGE CLINTON, | |
| Defendants. | |
| _____/ | |

**INDEX OF EXHIBITS**

Exhibit 1 – Defendants' PowerPoint slides

Exhibit 2 - *Siegel v. Time Warner Inc.*, 496 F. Supp.2d 1111 (C.D. Cal. 2007)