UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF
GEORGE BERNARD
WORRELL, JR.

    Plaintiff,

v.

THANG, INC., and
GEORGE CLINTON,

    Defendants.
_____/

Case No. 22-11009

Hon. F. Kay Behm

## ORDER REGARDING MOTIONS TO STRIKE EXPERT REPORTS (ECF NOS. 128, 129)

In light of the court's order granting Defendants' motion for summary judgment, it is **ORDERED** that Defendants' motions to strike expert reports (ECF Nos. 128 and 129) are **DENIED AS MOOT.**

    **SO ORDERED.**

Dated: September 4, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge