UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE ESTATE OF
GEORGE BERNARD
WORRELL, JR.

    Plaintiff,

v.

THANG, INC., and
GEORGE CLINTON,

    Defendants.
_____/

Case No. 22-11009

Hon. F. Kay Behm

## **JUDGMENT**

In accordance with the Order issued on this date, judgment is entered in favor of Defendants.

**SO ORDERED**.

Dated: September 4, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge