# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ESTATE OF GEORGE BERNARD WORRELL, JR.,

    Plaintiff,

v.

THANG, INC. and GEORGE CLINTON,

    Defendants.

Case No. 4:22-cv-11009-FKB-DRG

District Judge F. Kay Behm

Magistrate Judge David R. Grand

---

| | |
|---|---|
| DICKINSON WRIGHT PLLC<br>Daniel D. Quick (P48109)<br>2600 W. Big Beaver Road<br>Suite 300<br>Troy, MI 48084<br>(248) 433-7200<br>dquick@dickinsonwright.com<br>*Attorneys for Plaintiff* | SCHENK & BRUETSCH PLC<br>James P. Allen, Sr. (P52885)<br>Peter E. Doyle (P81815)<br>211 W. Fort Street, Suite 1410<br>Detroit, MI 48226<br>(313) 774-1000<br>james.allen@sbdetroit.com<br>peter.doyle@sbdetroit.com<br><br>SCHARF APPELLATE GROUP<br>Erik W. Scharf<br>1395 Brickell Avenue, Suite 800<br>Miami, FL 33131<br>305-665-0475<br>erik@appealsgroup.com<br>*Attorneys for Defendants* |

## STIPULATION FOR ORDER EXTENDING/TOLLING THE TIME TO FILE A MOTION FOR COSTS AND ATTORNEYS' FEES

Plaintiff and Defendants respectfully submit this request for an order extending and/or tolling the time to file a motion for costs and attorney fees. The parties state as follows in support of their request:

1. On September 4, 2025, the Court entered judgment in favor of Defendants (ECF No. 172).

2. Under Local Rule 54.1.3, a motion for attorneys' fees must be filed within 28 days after entry of judgment.

3. Defendants assert the right to file a motion for fees. Without Plaintiff agreeing that such a right exists, and without waiver of any defense or argument Plaintiff possesses regarding same, the parties seek to toll this deadline until after the resolution of Plaintiff's appellate rights.

4. If Plaintiff appeals, the appellate process will alter the fee analysis; if Defendants prevail on appeal, proceeding now would cause Defendants to have to prepare two separate fee petitions.

5. The parties also want to avoid having their counsel divulge legal strategies through billing records if those issues are actively undergoing appellate litigation.

Accordingly, Plaintiff and Defendants request the Court enter an order tolling the time for any fee petition until either (i) 30 days after the expiration of the time for Plaintiff to notice any appeal if no claim of appeal is filed; or (ii) 30 days after the return of any appellate mandate from the Sixth Circuit, in the event the Court's judgment is affirmed.

Respectfully submitted,

| | |
|---|---|
| /s/ *Daniel D. Quick* | /s/ *Peter E. Doyle* |
| Daniel D. Quick | Peter E. Doyle |
| Attorneys for Plaintiff | Attorneys for Defendants |

Dated: September 17, 2025

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ESTATE OF GEORGE BERNARD WORRELL, JR.,

    Plaintiff,

v.

THANG, INC. and GEORGE CLINTON,

    Defendants.

Case No. 4:22-cv-11009-FKB-DRG

District Judge F. Kay Behm

Magistrate Judge David R. Grand

---

## ORDER EXTENDING/TOLLING THE TIME TO FILE A MOTION FOR COSTS AND ATTORNEYS' FEES

This matter having come before the Court on the parties' stipulation and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that (1) in the event Plaintiff does not file a notice of appeal, then the deadline for any fee petition shall be 30 days after the expiration of the time for Plaintiff to have noticed any appeal; and (2) if Plaintiff does file a notice of appeal, then the deadline for any fee petition shall be 30 days after the return of any appellate mandate from the Sixth Circuit.

**IT IS SO ORDERED.**

Date: September 18, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge