# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ESTATE OF GEORGE BERNARD
WORRELL, JR.,

    Plaintiff,

v.

THANG, INC. and
GEORGE CLINTON,

    Defendants.

Case No. 4:22-cv-11009-FKB-DRG

District Judge F. Kay Behm

Magistrate Judge David R. Grand

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, Estate of George Bernard Worrell, Jr., appeals to the United States Court of Appeals for the Sixth Circuit from the "Opinion and Order Regarding Motions for Summary Judgment" (ECF No. 170, PageID.5206) and "Judgment" (ECF No. 172, PageID.5222) entered in this action on September 4, 2025.

Dated:  September 24, 2025

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: */s/ Daniel D. Quick*
Daniel D. Quick (P48109)
Jonathan B. Koch (P80408)
2600 W. Big Beaver Road, Suite 300
Troy, MI 48084
(248) 433-7200
DQuick@dickinsonwright.com
JKoch@dickinson-wright.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, the foregoing document was electronically filed with the Clerk of the Court using the ECF System, which will send notification of such filing upon all registered counsel, and serve same.

By: */s/ Tracy L. Evans*
Legal Assistant, Dickinson Wright PLLC

4925-0250-63473[101112-1]