AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Michigan

| | | |
|---|---|---|
| Estate of George Bernard Worrell, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:22 cv 11009 FKB DRG |
| Thang, Inc. and George Clinton | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Estate of George Bernard Worrell                                                                                          .

Date:        06/10/2026

/s/ Richard S. Busch
*Attorney's signature*

Richard S. Busch (TN Bar # 014594)
*Printed name and bar number*

Adams & Reese, LLP
1600 West End Ave., Ste. 1400
Nashville TN 37

*Address*

Richard.Busch@arlaw.com
*E-mail address*

(615) 257 5864
*Telephone number*

*FAX number*