Case No. 25-1863

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

ESTATE OF GEORGE BERNARD WORRELL, JR.

      Plaintiff - Appellant

v.

THANG, INC.; GEORGE CLINTON

      Defendants - Appellees


BEFORE:  BOGGS, Circuit Judge;  BATCHELDER, Circuit Judge;  MOORE, Circuit Judge;

   Upon consideration of the petition for rehearing filed by the ,

   It is **ORDERED** that the petition for rehearing be, and it hereby is, **DENIED**.

                  **ENTERED BY ORDER OF THE COURT**
                  Kelly L. Stephens, Clerk

Issued: June 22, 2026