# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 30, 2026

Ms. Kinikia D. Essix
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

          Re:     Case No. 25-1863, *Estate of George Worrell, Jr. v. Thang, Inc., et al*
                   Originating Case No. 4:22-cv-11009

Dear Ms. Essix,

   Enclosed is a copy of the mandate filed in this case.

                    Sincerely yours,

                    s/Kelly Stephens
                    Case Management Specialist: Sharday

cc: Mr. James P. Allen Sr.
    Mr. Richard Steven Busch
    Mr. Peter E. Doyle
    Mr. Jonathan Barrett Koch
    Mr. Daniel Dietrich Quick
    Mr. Erik W. Scharf

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 25-1863

_____

Filed: June 30, 2026

ESTATE OF GEORGE BERNARD WORRELL, JR.

      Plaintiff - Appellant

v.

THANG, INC.; GEORGE CLINTON

      Defendants - Appellees

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 05/27/2026 the mandate for this case hereby issues today.

COSTS:  None